## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INTERNATIONAL CODE COUNCIL, INC. )
and BUILDING OFFICIALS AND CODE )
ADMINISTRATORS INTERNATIONAL, )
INC., )
              ) Case No.:
              )
      Plaintiffs, )
              ) **02C 5610**
              )
      v. )
National Fire Protection Association, Inc., ) **JUDGE PALLMEYER**
              )
      Defendant. ) Plaintiffs Demand A Trial By Jury
              **MAGISTRATE JUDGE GERALDINE SOAT BROWN**

### COMPLAINT AND REQUEST FOR INJUNCTION

For their complaint, Plaintiffs International Code Council, Inc., and Building Officials and Code Administrators International, Inc., by their attorneys, allege as follows:

### JURISDICTION AND VENUE

1.     This is an action for copyright infringement arising under 17 U.S.C. §§101 et seq. This Court has jurisdiction of this action under 28 U.S.C. §§1331, 1332 and 1338.

2.     Venue is proper in this district under 28 U.S.C. §1391.

### PARTIES

3.     Plaintiff International Code Council, Inc. ("ICC") is a not-for-profit corporation organized under the laws of California with its principal place of business at 5203 Leesburg Pike, Suite 708, Falls Church, Virginia 22041.

4.     Plaintiff Building Officials and Code Administrators International, Inc. ("BOCA") is a not-for-profit corporation organized under the laws of Connecticut with its principal place of business at 4051 West Flossmoor Road, Country Club Hills, Illinois 60478-5795.

QBCHI\308636.1

5. Defendant National Fire Protection Association, Inc., upon information and belief, is a not-for-profit corporation organized under the laws of Massachusetts with its principal place of business at 1 Batterymarch Park, Quincy, Massachusetts 02269-9101.

## FACTUAL ALLEGATIONS

6. Plaintiffs, model code-writing organizations, are in the business of developing and publishing national model codes, which are used by architects, engineers, designers, contractors, and others.

7. Since 1915, BOCA has been a regional organization that created model codes, including the BOCA National Codes, dedicated to preserving the public health, safety, and welfare in the built environment through the effective, efficient use and enforcement of model codes.

8. Each of the member organizations of ICC had developed its own model codes including the BOCA National Building Code, the SBCCI Standard Building Code, and the ICBO Uniform Building Code.

9. In 1994, BOCA joined with other regional organizations to form ICC to develop a single set of comprehensive national model codes utilizing the content of the member organizations' own model codes.

10. The first edition of the ICC model building code is the "International Building Code –2000," which was published in May 2000, and contains a substantial amount of text derived from the BOCA National Building Code.

11. The "International Building Code – 2000" contains original material and is copyrightable subject matter under the laws of the United States.

12. On July 18, 2000, plaintiff ICC applied to the Register of Copyrights for a Certificate of Registration for the "International Building Code – 2000." The Certificate was

2

QBCHI\308636.1

issued by the Register of Copyrights on August 18, 2000, and bears registration number TX 5-156-896. A true and correct copy of this Certificate is attached as Exhibit A.

13.     Plaintiff ICC is and has been at all relevant times the owner of all rights and interests in "International Building Code – 2000" (the "Work") as a work-for-hire under the provisions of the 17 U.S.C. §§101 et seq. Plaintiff ICC has distributed and sold copies of said Work throughout the United States in strict conformity with the provisions of the 1976 Copyright Act.

14.     Defendant NFPA, upon information and belief, knowingly and willfully copied Plaintiffs copyrighted Work, and is publishing and distributing it on the Internet as the "NFPA 5000, Building Code."

15.     Defendant NFPA, upon information and belief, knowingly and willfully copied Plaintiffs copyrighted Work, and intends to publish and distribute it in print as the "NFPA 5000, Building Code."

16.     Plaintiffs have not authorized or licensed Defendant to reproduce its copyrighted Work, to prepare derivative works based upon its copyrighted Work, or to distribute copies of Work to the public.

17.     As a result of Defendant's wrongful conduct, Plaintiffs have suffered and, unless enjoined by this Court, will continue to suffer irreparable harm.

18.     As a result of its wrongful conduct, Defendant has, and unless enjoined by this Court, will continue to wrongfully use, infringe upon, and otherwise profit from the Work.

### CLAIM ONE: COPYRIGHT INFRINGEMENT

19.     Plaintiffs repeat and re-allege each and every allegation in the preceding paragraphs as if fully set forth herein.

3

QBCHI\308636.1

20.     Defendant NFPA has infringed and will continue to infringe Plaintiffs' copyright in the Work by producing, distributing, placing in the market products that are direct copies of, or reproduce materials derived from, Plaintiffs' copyrighted Work.

21.     Plaintiffs are entitled to an injunction restraining defendant NFPA, its officers, agents and employees, and all persons acting in concert with it from engaging in any other acts in violation of the copyright laws.

22.     Plaintiffs are further entitled to recover from Defendant actual and statutory damages, including attorneys' fees, it has sustained and will sustain, and any gains, profits and advantages obtained by defendant NFPA as a result of NFPA's acts of infringement alleged above.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs International Code Council, Inc., and Building Officials and Code Administrators International, Inc., pray for judgment against Defendant National Fire Protection Association as follows:

A.      That the Court find that Defendant has infringed Plaintiffs' copyrights in "International Building Code – 2000;"

B.      That the Court find that Defendant will continue to infringe Plaintiffs' copyrights in "International Building Code – 2000" unless enjoined from doing so;

C.      That Defendant, its officers, directors, agents, employees and all other persons acting in concert with them, be temporarily and permanently enjoined from directly or indirectly infringing Plaintiffs' copyrights in "International Building Code – 2000" or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any works derived or copied from "International Building Code – 2000" or to participate or assist in any such activity;

4

QBCHI\308636.1

D.     That judgment be entered for Plaintiffs and against Defendant, and that Plaintiffs be awarded, actual damages and any profits attributable to Defendant's infringements of Plaintiffs' copyrights;

E.     That judgment be entered for Plaintiffs and against Defendant, and that Plaintiffs be awarded, statutory damages based on Defendant's acts of infringement, pursuant to 17 U.S.C. §504;

F.     That Defendant be required to account for all gains, profits, and advantages derived from its acts of infringement and for its other violations of law;

G.     That Defendant be required to deliver up for impounding during the pendency of this action, and for destruction, all copies of the Work, all advertising and other promotional material for the Work, and all art work and other materials in its possession or custody or under its control for copying or reproduction of the Work.

H.     That Plaintiff be awarded its costs and reasonable attorney's fees incurred in connection with this action; and

I.     That the Court grant any such other and further relief as is just and proper.

Respectfully submitted,

One of the Attorneys for International Code Council, Inc., and Building Officials And Code Administrators International, Inc.

Alan S. Wernick  (ARDC#06257996)
David R. Cross
James T. Hultquist (ARDC#0624320)
QUARLES & BRADY LLC
500 West Madison Street
Suite 3700
Chicago, IL 60661-2511
(312) 715-5000

5

# EXHIBIT A

06/06/2002 14:59 7087994919 BOCA PAGE 02

# CERTIFICATE OF REGISTRATION

SEP 2 8 2000



Fo... a N: ndramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 5-156-896**

*TX0005156896*

EFFECTIVE DATE OF REGISTRATION

8 / 18 / 00
Month / Day / Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

ITE CONTINUATION SHEET.

---

**1** **TITLE OF THIS WORK ▼**

International Building Code - 2000

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**  **Number ▼**  **Issue Date ▼**  **On Pages ▼**

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

Southern Building Code Congress International, Inc. (SBCCI)

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| XX Yes ☐ No | OR { Citizen of ▶ USA / Domiciled in ▶ | Anonymous? ☐ Yes XX No / Pseudonymous? ☐ Yes XX No | If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
All new textual matter other than Pre-Existing work

**b** **NAME OF AUTHOR ▼**

Building Officials and Code Administrators Int'l, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| XX Yes ☐ No | OR { Citizen of ▶ USA / Domiciled in ▶ | Anonymous? ☐ Yes XX No / Pseudonymous? ☐ Yes XX No | If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
All new textual matter other than pre-existing work.

**c** **NAME OF AUTHOR ▼**

International Confernece of Building Officials

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| XX Yes ☐ No | OR { Citizen of ▶ USA / Domiciled in ▶ | Anonymous? ☐ Yes XX No / Pseudonymous? ☐ Yes XX No | If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
All new textual matter other than pre-existing work.

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY in all cases.
2000 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May  Day ▶ 9  Year ▶ 2000  ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

International Code Council
5203 Leesburg Pike, Suite 708
Falls Church, Virginia 22041

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By agreement

| APPLICATION RECEIVED |
|---|
| 7-21-00 |
| ONE DEPOSIT RECEIVED |
| |
| TWO DEPOSITS RECEIVED |
| 7-21-00 |
| FUNDS RECEIVED |
| funds received 8/18/00 |

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

06/06/2002   14:59    7087994919                        BOCA                                    PAGE   03

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM TX

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                     Year of Registration ▶

**5**

---

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼  IBC Final Draft November 199**7**
IBC Working Draft May 1997, IBC Final Draft July 1998, 1997 Standard Buildi**ng**
Code, BOCA National Building Code and the ICBO Uniform Building Code.

a

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
All new textual material other than pre-existing works

b

**6**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

William B. Ware
900 Montclair Road
Birmingham, Alabama 35213-1206
Area code and daytime telephone number ▶ (205)591-1853          Fax number ▶ (205)591-0775
Email ▶

b

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ___ International Code Council

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

William J. Tangye, CEO                                      Date▶ 7/18/2000

Handwritten signature (X) ▼

X _____

---

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
International Code Council
Number/Street/Apt ▼
5203 Leesburg Pike, Suite 708
City/State/ZIP ▼
Falls Church, VA 22041

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV June 1999                    ⊕ printed on recycled paper                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

INTERNATIONAL CODE COUNCIL, INC.
and BUILDING OFFICIALS AND CODE
ADMINISTRATORS INTERNATIONAL, INC.,
Plaintiffs

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

National Fire Protection Association, Inc.

Defendant

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Quarles & Brady LLC
500 West Madison Street, Suite 3700
Chicago, IL 60661-2511
(312) 715-5000

02C 5610

JUDGE PALLMEYER

MAGISTRATE JUDGE

## II. BASIS OF JURISDICTION    (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                                   AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## V. NATURE OF SUIT    (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product Liability | ☐ 650 Airline Regs. | ☒ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **LABOR** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | | | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of |
| | | | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate | & Disclosure Act | | ☐ 900 Appeal of Fee Determination |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | | | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS — Third Party | |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION    (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

17 U.S.C. §§101 et seq. Copyright Infringement

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES    ☐ NO

## VIII.    This case

☒ is not a refiling of a previously dismissed action.

☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 8/7/02    SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In the Matter of

INTERNATIONAL CODE COUNCIL, INC.
and BUILDING OFFICIALS AND CODE
ADMINISTRATORS INTERNATIONAL, INC.,
                    Plaintiffs,        v.

National Fire Protection Association, Inc.   Defendant.

Case Number **02C 5610**

JUDGE PALLMEYER

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE *Alan Wernick* | | SIGNATURE *Jim Hultquist* | |
| NAME Alan S. Wernick | | NAME Jim Hultquist | |
| FIRM Quarles & Brady LLC | | FIRM Quarles & Brady LLC | |
| STREET ADDRESS 500 West Madison Street | | STREET ADDRESS 500 West Madison Street | |
| CITY/STATE/ZIP Chicago, IL 60061-2511 | | CITY/STATE/ZIP Chicago, IL 60661-2511 | |
| TELEPHONE NUMBER (312) 715-5151 | | TELEPHONE NUMBER (312) 715-5000 | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06257996 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06204320 | |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | | MEMBER OF TRIAL BAR? YES ☒ NO ☐ | |
| TRIAL ATTORNEY? YES ☐ NO ☒ | | TRIAL ATTORNEY? YES ☒ NO ☐ | |
| | | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | |
| (C) | | (D) | |
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | | TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | | MEMBER OF TRIAL BAR? YES ☐ NO ☐ | |
| TRIAL ATTORNEY? YES ☐ NO ☐ | | TRIAL ATTORNEY? YES ☐ NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | |

RECEIVED AUG 0 8 2002

1-3