## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS



INTERNATIONAL CODE COUNCIL, INC.,
and BUILDING OFFICIALS AND CODE
ADMINISTRATORS INTERNATIONAL,
INC.,

        Plaintiffs

    v.

NATIONAL FIRE PROTECTION
ASSOCIATION, INC.,

        Defendant.

Case No. 02C 5610

Judge Rebecca R. Pallmeyer

## PLAINTIFFS' REPLY TO COUNTERCLAIM

Plaintiffs International Code Council, Inc., and Building Officials and Code

Administrators International, Inc., by their attorneys, reply to Defendant National Fire Protection

Association, Inc.'s Counterclaim as follows:

1.      Admit the allegation about the nature of the counterclaim; deny any implication

that NFPA is entitled to the declaration it seeks.

2.      On information and belief, admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

7.      Admitted.

8.      Admitted.

9.      Denied.

10.     Denied.

**WHEREFORE,** Plaintiffs International Code Council, Inc., and Building Officials and Code Administrators International, Inc., demand judgment as follows:

A.      That the Counterclaims filed by Defendant National Fire Protection Association, Inc. be dismissed with prejudice.

B.      That Defendant National Fire Protection Association, Inc., take nothing from its Counterclaim.

C.      Awarding  International Code Council, Inc., and Building Officials and Code Administrators International, Inc., such other and further relief as is just and proper including, without limitation, its costs and reasonable attorneys' fees.

Respectfully submitted,

One of the Attorneys for International code
Council, Inc, and Building Officials and Code
Administrators International, Inc.

Alan S. Wernick (ARDC#06257996)
QUARLES & BRADY LLC
500 West Madison Street, Suite 3700
Chicago, IL 60661-2511
312.715.5000

David R. Cross
Nathan D. Jamison
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497
414.277.5000

Dated: this 3d day of March, 2003

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3d day of March, 2003, I caused to be served upon

defendant's counsel a true and correct copy of the foregoing Plaintiffs' Reply to Counterclaim by

delivering same by hand to:

Peter C. John, Esq.
Williams, Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, IL 60606

and by depositing same in the United States mail with first-class postage addressed to:

Thomas F. Holt, Jr., Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109

_____
Alan S. Wernick