**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---------------------------------

INTERNATIONAL CODE COUNCIL, INC., )
and BUILDING OFFICIALS AND CODE )
ADMINISTRATORS INTERNATIONAL, )
INC. )
)
Plaintiffs, ) Case No. 02C 5610
)
v. ) Judge Rebecca R. Pallmeyer
)
NATIONAL FIRE PROTECTION )
ASSOCIATION, INC. )
)
Defendant. )
)

---------------------------------

DOCKETED

NOV 2 2 2004

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND**
**THEIR COMPLAINT AND REQUEST FOR INJUNCTION**

Pursuant to Fed. R. Civ. P. 15(a), Plaintiffs International Code Council, Inc. ("ICC") and

Building Officials and Code Administrators International, Inc. ("BOCA") respectfully move this

Court for leave to file the attached Amended Complaint and Request for Injunction, if the Court,

in the circumstances, determines that this Amended Complaint is necessary to clarify the claims

that ICC is asserting in this litigation. The grounds for this Motion are set forth in the

accompanying Memorandum in Support of Plaintiffs' Motion for Leave to Amend Their

Complaint and Request for Injunction.

By this Motion, Plaintiffs also ask that co-Plaintiff BOCA be formally withdrawn from

this case. BOCA has been reorganized into ICC and has transferred its rights and interests in its

codes to ICC. Therefore, BOCA's presence in this lawsuit is unnecessary. The attached

Amended Complaint reflects this change.

Respectfully submitted,

Dated: October 19, 2004

James Hamilton
Wendy C. McGraw
Swidler Berlin Shereff Friedman, LLP
3000 K St., NW, Suite 300
Washington, DC 20007
(202) 424-7826 (T)
(202) 424-7643 (F)

Alan S. Wernick
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7070 (T)
(312) 540-0578 (F)

Counsel for Plaintiffs

Of Counsel:
Warren Anthony Fitch
Kevin R. Amer
Swidler Berlin Shereff Friedman, LLP
3000 K St., NW, Suite 300
Washington, DC 20007
(202) 424-7500 (T)
(202) 424-7643 (F)

2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

INTERNATIONAL CODE COUNCIL, INC.,　)
and BUILDING OFFICIALS AND CODE　)
ADMINISTRATORS INTERNATIONAL,　)
INC.　)
　)
　　　　Plaintiffs,　)　　Case No. 02C 5610　**DOCKETED**
　)
　　v.　)　　Judge Rebecca R. Pallmeyer **NOV 2 2 2004**
　)
NATIONAL FIRE PROTECTION　)
ASSOCIATION, INC.　)
　)
　　　　Defendant.　)
　)

## NOTICE OF PRESENTMENT

**TO:**　Thomas F. Holt, Jr., Esq.
　　　Kirkpatrick & Lockhart LLP
　　　75 State Street
　　　Boston, MA 02109-1808

PLEASE TAKE NOTICE that on Tuesday, November 16, 2004, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer in Courtroom 2178 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge as may be sitting in her place and stead, and will then and there present Plaintiffs' Motion for Leave to Amend Their Complaint and Request for Injunction, a copy of which is attached hereto and served upon you.

By this Notice, Plaintiffs respectfully seek the Court's permission to present the attached Motion on the date specified above. Plaintiffs respectfully submit that that date is appropriate in light of the Status Conference previously scheduled for that date.



Respectfully submitted,

Dated: October 19, 2004

*Wendy C. McG*

James Hamilton
Wendy C. McGraw
Swidler Berlin Shereff Friedman, LLP
3000 K St., NW, Suite 300
Washington, DC 20007
(202) 424-7826 (T)
(202) 424-7643 (F)

Alan S. Wernick
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7070 (T)
(312) 540-0578 (F)

Counsel for Plaintiffs

Of Counsel:
Warren Anthony Fitch
Kevin R. Amer
Swidler Berlin Shereff Friedman, LLP
3000 K St., NW, Suite 300
Washington, DC 20007
(202) 424-7500 (T)
(202) 424-7643 (F)

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2004, a copy of the foregoing Notice of Presentment was served by first-class mail on the following:

Thomas F. Holt, Jr., Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109-1808

_____
Kevin R. Amer

3