AE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED**

FEB 28 2005

FEB 2 8 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| INTERNATIONAL CODE COUNCIL, INC., and BUILDING OFFICIALS AND CODE ADMINISTRATORS INTERNATIONAL, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) ) ) | NO. 02C 5610 Judge Rebecca R. Pallmeyer |
| NATIONAL FIRE PROTECTION ASSOCIATION, INC., | ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING and CERTIFICATE OF SERVICE

**TO:** Alan S. Wernick, Esq., Querrey & Harrow, 175 West Jackson Boulevard, Suite 1600, Chicago, IL    60604

James Hamilton, Esq., Swidler Berlin Shereff Friedman, 3000 K Street, NW, Suite 300, Washington DC    20007

**PLEASE TAKE NOTICE** that on February 28, 2005 there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant National Fire Protection Association's Declaration of Wayne "Chip" Carson, a copy of which is attached hereto and was served upon counsel.

_____
Peter C. John, Esq.

Williams Montgomery & John Ltd.
2100 Civic Opera Building
Twenty North Wacker Drive
Chicago, IL 60606
(312) 443-3200

Thomas F. Holt, Jr.
Tara C. Clancy
Christopher Centurelli
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617) 261-3100

## CERTIFICATE OF SERVICE

Karen M. Begg being first duly sworn on oath states that on February 28, 2005 a true copy of the foregoing Notice of Filing and Declaration of Wayne "Chip" Carson were served on the following via hand delivery:

> Alan S. Wernick, Esq.
> Quarles & Brady LLC
> 500 West Madison Street
> Suite 3700
> Chicago, IL   60661-2511

and to the following via regular U.S. Mail

> kramer@swidlaw.com
> jhamilton@swidlaw.com
> Kevin R. Amer
> James Hamilton, Esq.
> Swidler Berlin Shereff Friedman
> 3000 K Street, NW
> Suite 300
> Washington, D.C.   20007

Karen M. Begg

Subscribed and sworn to before me
this 28th day of February, 2005.

NOTARY PUBLIC

"OFFICIAL SEAL"
DENISE E. MATHAUSER
Notary Public, State of Illinois
My Commission Expires 8/30/07

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED

FEB 2 8 2005

FEB 28 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 02C 5610 |
| NATIONAL FIRE PROTECTION ASSOCIATION, INC., | Judge Rebecca R. Pallmeyer |
| Defendant. | |

## DECLARATION OF WAYNE "CHIP" CARSON

I, Wayne "Chip" Carson, declare, under penalty of perjury, that the following statements are true, to the best of my knowledge, information, and belief:

1. In 1999, I was hired by the National Fire Protection Association ("NFPA") to prepare a first draft of a model building code.

2. As resources in preparing my draft, I used the 1997 edition of NFPA 101® Life Safety Code®, available drafts of the proposed 2000 edition of NFPA 101® Life Safety Code® and the 1998 edition of the EPCOT building code.

3. I did not base any portion of my draft on the IBC 2000, a draft of the IBC 2000, or any other ICC model building code. I also did not base any portion of my draft on a model building code of the Building Officials and Code Administrators International, Inc. ("BOCA"), the International Conference of Building Officials ("ICBO"), or the Southern Building Code Congress International, Inc. ("SBCCI").

BOS-740688 v1

4.      I completed my first draft building code for NFPA in January 2000, and my final draft in February 2000, which I submitted to NFPA staff member Robert Solomon.

DATED: Feb 21, 2005

Wayne "Chip" Carson

- 2 -