$\mathcal{A}\mathcal{E}$

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FILED

FEB 2 8 2005
FEB 28 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC., and BUILDING OFFICIALS AND CODE ADMINISTRATORS INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NO. 02C 5610

Judge Rebecca R. Pallmeyer

## NOTICE OF FILING and CERTIFICATE OF SERVICE

**TO:** Alan S. Wernick, Esq., Querrey & Harrow, 175 West Jackson Boulevard, Suite 1600, Chicago, IL 60604

James Hamilton, Esq., Swidler Berlin Shereff Friedman, 3000 K Street, NW, Suite 300, Washington DC 20007

**PLEASE TAKE NOTICE** that on February 28, 2005 there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant National Fire Protection Association's Declaration of Christopher Centurelli attaching Exhibits in Support of Defendant's Motion for Summary Judgment, a copy of which is attached hereto and served upon counsel.

Peter C. John

_____
Peter C. John, Esq.

Williams Montgomery & John Ltd.
2100 Civic Opera Building
Twenty North Wacker Drive
Chicago, IL 60606
(312) 443-3200

Thomas F. Holt, Jr.
Tara C. Clancy
Christopher Centurelli
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617) 261-3100

## CERTIFICATE OF SERVICE

Karen M. Begg being first duly sworn on oath states that on February 28, 2005 a true copy of the foregoing Notice of Filing and Declaration of Christopher Centurelli attaching Exhibits in Support of Defendant's Motion for Summary Judgment were served on the following via hand delivery:

> Alan S. Wernick, Esq.
> Quarles & Brady LLC
> 500 West Madison Street
> Suite 3700
> Chicago, IL   60661-2511

and to the following via regular U.S. Mail

> kramer@swidlaw.com
> jhamilton@swidlaw.com
> Kevin R. Amer
> James Hamilton, Esq.
> Swidler Berlin Shereff Friedman
> 3000 K Street, NW
> Suite 300
> Washington, D.C.   20007

Karen M. Begg

Subscribed and sworn to before me
this 28th day of February, 2005.

NOTARY PUBLIC

"OFFICIAL SEAL"
DENISE E. MATHAUSER
Notary Public, State of Illinois
My Commission Expires 8/30/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 28 2005
FEB 9 0 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

INTERNATIONAL CODE COUNCIL,
INC.,

Plaintiff,

v.

NATIONAL FIRE PROTECTION
ASSOCIATION, INC.,

Defendant.

CIVIL ACTION NO. 02C 5610

Judge Rebecca R. Pallmeyer

## DECLARATION OF CHRISTOPHER CENTURELLI ATTACHING EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Christopher Centurelli, am an associate at the law firm Kilpatrick & Lockhart Nicholson Graham, counsel for Defendant National Fire Protection Association, Inc. ("NFPA"), in this action. I, declare, under penalty of perjury, that the following statements are true, to the best of my knowledge, information, and belief:

1.      Attached as Exhibit A are true and correct excerpts from the Deposition of Dominic Sims, taken August 31, 2004.

2.      Attached as Exhibit B is a true and correct copy of the first two pages of a document marked as Exhibit 68 at the Deposition of Larry Perry, which bear production numbers NFPA-CR-058376-77. The excerpts are a memo addressed to Building Code Task Force from Casey Grant dated 13 March 2000, and Attachment A to the memo, which is document entitled "Board of Directors Resolution—November 14, 1999."

3.      Attached as Exhibit C are true and correct excerpts from the Deposition of Paul D. Armstrong, taken September 16, 2004.

BOS-746155 v1

4.     Attached as Exhibit D are true and correct excerpts from the Deposition of John R. Battles, taken September 16, 2004.

5.     There is no Exhibit E.

6.     Attached as Exhibit F are true and correct excerpts from the Deposition of Michael J. Pfeiffer, taken September 21, 2004.

7.     Attached as Exhibit G are true and correct copies of three separate documents entitled "Work for Hire Agreement for Members Representing BOCA." They were marked as Exhibits 164, 165, and 166 at the Deposition of Michael J. Pfeiffer, and bear production numbers ICC-CR 094695-700.

8.     Attached as Exhibit H is a true and correct copy of a four page document entitled "International Code Council Application for Membership." It was marked as Exhibit 58 at the Deposition of Dominic Sims.

9.     Attached as Exhibit I is a true an correct copy of a five page document entitled "International Code Council Application for ICC Codes & Standards Committees." It was marked as Exhibit 59 at the Deposition of Dominic Sims.

10.     Attached as Exhibit J is a true and correct copy of an ICC document entitled "Code Development Process for the International Codes." It was marked as Exhibit 144 at the Deposition of Michael J. Pfeiffer, and bears production numbers ICC-CR022266-71.

11.     Attached as Exhibit K is a true and correct copy of a two page document entitled "ICC Proposed Code Change." It was marked as Exhibit 149 at the Deposition of Michael J. Pfeiffer.

12.     Attached as Exhibit L is a true and correct copy of a two page document entitled "IBC® Proposed Code Change." It was marked as Exhibit 150 at the Deposition of Michael J. Pfeiffer.

13.     Attached as Exhibit M is a true and correct copy of a letter dated February 3, 2005 from Michael J. Pfeiffer of ICC to Mr. Robert J. Wills, with attachments. The attachments are a first one page document entitled "Electronic Copyright Release," and a second one page document entitled "Alternate Copyright Release."

14.     Attached as Exhibit N is a true and correct copy of a January/February 1996 Codes Forum article entitled "Impact of BCMC on the Model Codes." The article was marked as Exhibit 140 at the Deposition of John R. Battles, and bears production numbers ICC-CR012303-07.

15.     Attached as Exhibit O is a true and correct copy of a three page document entitled "Rules of Procedure for the Board for the Coordination of the Model Codes." The document was marked as Exhibit 142 at the deposition of Paul D. Armstrong.

16.     Attached as Exhibit P is a true and correct excerpt from the IBC 2000 Working Draft. The Excerpt includes the cover page and page vii, entitled "International Building Code Technical Subcommittee Rosters."

17.     Attached as Exhibit Q is a true and correct copy of excerpts from a document marked as Exhibit 55 at the Deposition of Dominic Sims. The excerpts include a letter from Paul K. Heilstedt to Richard P. Kuchnicki, dated May 21, 1998, and the first two pages of an attachment to the letter entitled "CP #7-1998 Policy Re Committees and Members." The excerpts bear production numbers ICC-CR023495-97.

18.   Attached as Exhibit R is a true and correct copy of excerpts from a document marked as Exhibit 42 at the Deposition of Dominic Sims. The excerpts include a cover memo from Rick Vognild to Members of the Steering Committee, and the first page of an attachment to the letter entitled "International Building Code Drafting Scope, Objectives and Processes." The excerpts bear production numbers ICC-CR022153-54.

19.   Attached as Exhibit S is a true and correct copy of International Code Council's Supplemental Responses to Defendant's First Set of Interrogatories (without attachments).

20.   Attached as Exhibit T are true and correct excerpts from the transcript of the December 10, 2004 Hearing in above captioned matter before Judge Pallmeyer.

21.   Attached as Exhibit U is a true and correct copy of the December 10, 2004 Minute Order of Judge Pallmeyer in the above captioned matter.

22.   Attached as Exhibit V is a true and correct copy of an Agreement of License of Copyright between the Reedy Creek Improvement District and NFPA. The document bears production numbers NFPA-CR 059002-06. (NFPA withdraws the Confidential—Outside Counsels' Eyes Only designation on the document.)

23.   Attached as Exhibit W is a true and correct copy of a fax from Wendy C. McGraw, counsel for ICC, to Thomas J. Holt, Jr., counsel for NFPA, dated February 17, 2005, attaching ICC's most recent list of allegations in this matter.

24.   Attached as Exhibit X are true and correct excerpts from the Deposition of Ronald G. Nickson, taken September 3, 2004.

25.   Attached as Exhibit Y are true and correct excerpts from the IBC 2000, including Table 503 and section 903.2.2.

- 4 -

26.     Attached as Exhibit Z is a true and correct excerpt from the NFPA 5000, including Section 17.3.5.1.

DATED: **02|25/2005**

_____

Christopher Centurelli

- 5 -

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

INTERNATIONAL CODE COUNCIL, INC., )
and BUILDING CODE OFFICIALS AND )
CODE ADMINISTRATORS INTERNATIONAL,)
INC., )
)
            Plaintiffs, )
)
                    ) Case Number
        v. ) 02C5610
)
NATIONAL FIRE PROTECTION )
ASSOCIATION, INC., )
)
           Defendant. )
)

VIDEOTAPE DEPOSITION OF DOMINIC SIMS

Tuesday, August 31, 2004

9:21 a.m.

Washington, D.C.

CERTIFIED ORIGINAL
LEGALINK BOSTON

Job No. 22-41275

Pages 1-152

Reported by: Carl W. Girard, R.M.R.

2

Deposition of DOMINIC SIMS, held at the law offices of:

Kirkpatrick & Lockhart

1800 Massachusetts Avenue, N.W.

Washington, D.C. 20036

Pursuant to Notice and Subpoena before Adam Lemnah, Notary Public within and for the District of Columbia, and Carl W. Girard, Registered Merit Reporter.

3

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS:

WARREN ANTHONY FITCH, Esquire
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
300 K Street, N.W. Suite 300
Washington, D.C. 20007-5116
(202) 424-7695

ON BEHALF OF DEFENDANT:

and

THOMAS F. HOLT, Esquire
CHRISTOPHER CENTURELLI, Esquire
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, Massachusetts 02109-1808
(617) 261-3175

ALSO PRESENT:

WILLIAM E. KOFFEL, P.E.
KOFFEL ASSOCIATES, INC.

ADAM LEMNAH, Videographer

4

INDEX OF EXHIBITS

| NO. | DESCRIPTION | IDENT |
|-----|-------------|-------|
| 41 | Chapter 35 Referenced Standards | 14 |
| 42 | Memo 5/3/96 from Vognild to Steering Comm. | 51 |
| 43 | Fax from Vognild to Sims 6/25/96 | 67 |
| 44 | Memo 9/16/96 to Tim Ryan from Vognild | 70 |
| 45 | ICC Update ICC-CR020022 | 72 |
| 46 | Instructions for submitting proposals | 77 |
| 47 | IBC Working Draft May 1997 | 80 |
| 48 | IBC 2000 First Draft November 1997 | 82 |
| 49 | IBC 2000 Final Draft July 1998 | 85 |
| 50 | Public Proposal Form (Exhibit 7/26) | 89 |
| 51 | Public Proposal Form | 90 |
| 52 | Meeting Minutes Steering Committee 9/14/97 | 92 |
| 53 | (No exhibit marked) | |
| 54 | Meeting Minutes Steering Comm. 6/15-16/98 | 97 |
| 55 | Letter to Kuchnicki from Heilstedt 5/21/98 | 98 |
| 56 | ICC Supplemental Responses to 1st set | 107 |
| 57 | Respones to 1st set and Request | 135 |
| 58 | ICC Application for Membership | 139 |
| 59 | Application For ICC | 142 |

\* \* \* \*

5

THE VIDEOGRAPHER: Here begins tape No. 1 in the deposition of Dominic Sims in the matter of International Code Council and Building Code Officials and Code Administrators International Inc., versus National Fire Protection in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 03-CV-10848 DPW.

Today's date is August 31, 2004. The time is 9:21 a.m. Video operator today is Adam Lemnah of LegalLink Boston. This video deposition is taking place at the office of Kirkpatrick & Lockhart, 1800 Massachusetts Avenue, N.W., second floor, Washington, D.C., 200036 and was noticed by Thomas F. Holt, Esquire, counsel for the defendant.

Would counsel please identify themselves and state whom they represent.

MR. HOLT: My name is Thomas Holt. I represent the Defendant in this matter the National Fire Protection Association.

MR. CENTURELLI: Chris Centurelli also for National Fire Protection Association.

6

MR. FITCH:  Tony Fitch, counsel for Plaintiff.

THE VIDEOGRAPHER:  The court reporter today is Carl Girard of LegalLink Boston.  I will now swear the witness.

DOMINIC SIMS

being called as an adverse witness by and aP behalf of the Defendant, pursuant to the Federal Rules of Civil Procedure, being first duly sworn, as hereinafter certified, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. HOLT:

Q.   Good morning, Mr. Sims.  My name is Thomas Holt.  We met earlier today.  How are you, sir?

A.   I'm fine.  How about you?

Q.   I'm doing well; thank you.  Have you ever had your deposition taken before?

A.   Yes.

Q.   Maybe you could just tell us briefly how many times you've had it taken and what types of cases it was taken in?

A.   Numerous times.  Generally in

7

construction, defect construction litigation cases.

Q. So you understand that I'll be asking you some questions today and that you will be answering under oath just as if you were in court with a judge and a jury present?

A. Correct.

Q. You're not on any medications or having any melt problems at the present time that might interfere with your ability to testify, are you?

A. No.

Q. I am going to ask you some questions and Mr. Sims I'd appreciate it in the event you don't understand a question I put to you, will you please stop me and say, "Mr. Holt, I don't understand?"

A. Sure.

Q. By the same token, if, in fact, you answer my questions, I will understand or I will assume that you understood my question and that the answer you gave was the answer which you intended to give; is that fair enough?

A. Very good.

Q. Why don't you tell us briefly and in a general way about your educational background?

A. I have a bachelor of science degree from

16

officials and code officials?

A.   Part -- yes, and other industry representatives played a role.

Q.   So the membership of the ICC who made the final decision to include these referenced -- or referenced standards would have been building officials, code officials, and industry representatives, correct?

A.   And I wouldn't leave out fire officials.

Q.   Fire officials as well?

A.   Uh-huh.  Yes.

Q.   So just so we're clear, the members of the ICC who would have made the final decision to include the referenced standards would have been the building officials, code officials, industry representatives, and fire officials, correct?

A.   Correct.

Q.   Now, of course, none of those individuals were employees of ICC, correct?

A.   Correct.

Q.   They would have all been employees either of some public authority or agency, governmental entity, third-party company, or some fire safety or fire fighting organization; correct?

17

A.      Correct.

Q.      And it would been up to the ICC members that we've just defined to act to determine which referenced standards should be included in the IBC 2000, correct?

A.      Correct.

Q.      Now, in 2001 when you left Palm Beach County, where did you go to work?

A.      I went to work for Southern Building Code Congress International.

Q.      And what is that, sir?

A.      It's a non-profit model code organization focussed primarily in the southeast United States.

Q.      When you say model code organization, what do you mean?

A.      An organization that develops or promulgates model codes and standards for the building environment.

Q.      Who are the members of the BCCI when you went to work for them in 2001?

A.      Who were the members?

Q.      Yes, sir.

A.      Building and fire officials, code

24

experience in terms of ICC and what led up to the development of the IBC and some of the organizational details.

Q. Why don't you tell me about the formation of the ICC to the extent that you're familiar with that situation?

A. Well, the model -- the three model code organizations that you mentioned earlier, SBICC, BOCA and ICBO were, as you describe, generally doing about the same thing, producing model building codes and standards for the build environment.

As they matured over the years -- and we're talking decades -- the codes and standards they developed became more and more similar. Efforts in the mid-'80s to develop a common code format progressed, and once a common code format was developed which was good for the public, good for industry, because it provided a consistent way of structuring the rules of construction, once the common code format was created, the members and the industry in general began to ask why not have a single national and international model code again to further remove barriers.

25

So in the early or late '80s, early '90s that discussion grew and by 1993 it became a reality and the International Code Council was formed.

Q. Was there a -- do you recall strike that if I could and start over.

When was the ICC first formed?

A. I believe 1993.

Q. And did the ICC have a board of directors?

A. Yes, it did.

Q. And do you recall who was on that first board of directors?

A. By name, no, but a representatives from each of the three model code organizations.

Q. So they would have been all public building officials, code officials, industry representatives, architects, fire/safety personnel?

A. They would have been the active, for lack of a better term, the active members, the governmental representative members of the respective model code organizations.

Q. And when you say governmental representatives, you're talking about individuals

26

who would have been employed by governmental authority?

A.   Correct.

Q.   They wouldn't have been employees of the constituent organizations, correct?

A.   Correct.

Q.   And they wouldn't have been staff members of the constituent organizations, correct?

A.   Correct.

Q.   They would have been the same people who had the final say over what went into their respective constituent codes, correct?

A.   Correct.

Q.   And these were all public officials?

A.   Yes.

Q.   Now, did the composition, at least by type of individual, change on the ICC Board of Directors over time or has it remained pretty much the same?

A.   The type of member had stayed the same but the faces have changed.

Q.   So from its inception in 1993 up through the present time, the ICC Boards are constituted by public/governmental building and life safety

27

officials, correct?

A. Correct.

Q. And am I correct in my understanding that at the end of the day, it is the ICC Board that has the ultimate authority over what gets included and what gets excluded from ICC codes?

A. Well, it's the members. Now, there are -- there is an emergency code change provision in the bylaws that permits the Board of Directors to alter the code, but that is a rarely, if ever, used emergency -- you know, check valve.

Q. So would it be fair to say that it is the membership of the ICC that has the final authority over what gets included and what gets excluded from ICC building codes?

A. Yes.

Q. And the members are building and fire governmental officials, code officials, industry representatives, suppliers and architects?

A. Yes.

Q. And it is the membership that ultimately, as opposed to, let's say, staff at ICC, that has the ultimate authority of what is included and what is -- what is included in and what is

28

excluded from ICC codes, correct?

A.   Correct.

Q.   And specifically in respect to the IBC 2000 code, it is the membership that has ultimate authority over the substance and content of the IBC 2000 and not the staff, correct?

A.   Correct.

MR. HOLT:  I would like to have this document marked at the next deposition exhibit.  I think we said was it, for the record what has been marked as Exhibit 41 is a hard copy of the International Building Code 2000, and I'm going to direct the witness' attention specifically to pages 597 through and including 615 of Exhibit 41 which on its face bears the title Chapter 35 referenced standards.

Tony (proffered?)

MR. FITCH:  Thank you.

BY MR. HOLT:

Q.   Mr. Sims, you're familiar with the International Building Code 2000, are you not?

A.   Yes.

Q.   And could you tell the court and jury in

36

A.    Correct.

Q.    Do you know whether the ICC claims any copyright ownership in any of those referenced standards of ASTM?

A.    Again, I couldn't say without some examination.

Q.    Maybe you could tell the court and jury about the development process for the IBC 2000?

MR. FITCH:  Let me note in fairness that my continuing objection has ended and it is not to that last question.

A.    I can give you kind of a general overview but I believe other staff will have more specific knowledge of that process.  But, in general, the effort -- the ICBC development process, was that the question?  I'm sorry.

Q.    Maybe you could tell the court and jury in a general way how the IBC 2000 was developed?

A.    In general, the ICC, which, you know, began this project or initiated this project took a combination of the three Legacy model codes and took the best pieces of those codes and developed working drafts.

Those working drafts went through

37

committee and hearing procedures, and then ultimately the ICC produced a final monogram-monograph that was debated and deliberated in one of the ICC's public hearings which led to the final document which you have before you.

Q. Now, when you said that the ICC took portions from Legacy model codes, are you referring to the SBCCI, BOCA and ICBO codes that we were --

A. ICBO.

Q. -- iCBO codes that we talked about here?

A. And probably outline of the CABO, one of the two family dwelling codes.

Q. All of those codes would have been drafted and developed by members of those organizations and not staff, correct?

A. Correct.

Q. Now, were there some committees that were formed to oversee this process?

A. Yes.

Q. And when did this process begin?

A. I want to say 1996.

Q. And what committees were formed in the effort to draft the IBC 2000?

A. Well, initially there was a Scoping and

62

chapters shown in Attachment A, based on the common code format. Is that what you're referring to?

Q. That would have been -- each subcommittee would have been responsible for formulating the draft provisions within the particular areas of expertise they would be assigned, correct?

A. They would be responsible for examining those chapters, yes.

Q. And can you read for the court and jury the next sentence in 3.1.2?

A. "The technical subcommittees each consist of nine persons, three code officials from each model code group. Staff serves only in a support capacity."

Q. And was that your understanding how the process was going to work with the technical subcommittees at least as of May of 1996?

A. Generally, yes.

Q. Let's take at the Performance Criteria Committee. Do you see that, sir?

A. Uh-huh.

Q. What was the business of the Performance Criteria Subcommittee?

63

A.   They were responsible for developing performance provisions for the International Building Code.

Q.   And can you read for the court and jury the second full sentence in section 3.1.3?

A.   "The Performance Criteria Committee consists of 15 percent persons, three code officials, two professional representatives from each of the Model Code Groups.  Staff serves only in a supporting capacity."

Q.   Is that how that process worked?

A.   I believe so; yes.

Q.   And again we know that at least in respect to the Steering Committee, only public official members of the Steering Committee had voting authority and the staff did not, correct?

A.   Correct.

Q.   Now, you had referred earlier to so-called matrix?

A.   Yes.

Q.   Was there a startup matrix for the first draft of the IBC 2000?

A.   I seem to recall something like that, yes.

65

committee, right?

A.    Not that I recall.

Q.    And John Traw was not a member of any committee, right?

A.    Not that I recall.

Q.    Paul Armstrong was not a member of any committee, was he?

A.    Not that I recall.

Q.    They were simply staff members; isn't that right?

A.    They were, right, secretaries that were assigned to each one of the committees.

Q.    None of those individuals had any voting authority, did they?

A.    No.

Q.    You referred to Mr. Frost earlier in your testimony?

A.    Yes.

Q.    Who was that individual?

A.    Tom Frost is the senior technical staff member in all of ICC.  He was with ICC back then but in a different role.

Q.    Mr. Frost was never a member of any committee, either, was he?

76

Q. And that --

A. Or it was a change. Strike through underlined document so that was an addition.

Q. This made it clear, at least, in terms of the procedures that were adopted by your committee on behalf of the ICC that all these staff members that you've been referring to in the ICC in the course of your testimony this morning had no voting rights whatsoever in respect to any committee actions; isn't that true?

A. Correct.

Q. In the course of the drafting process for the IBC 2000, there was a public component, too, was there not?

A. Yes.

Q. And can you tell us about that?

A. Well, there were a series of, you know, public hearings or inputs where the public, interested parties, would have an opportunity to review the draft, make suggested changes and point out defects or flaws that needed to be corrected and then subsequently another version or another draft would be produced.

Q. Were various public comments actually

102

will not release any reports or any documents developed by that committee until there has been a majority vote by the committee to do so; isn't that right?

A.    Yes.

Q.    And again as we know it from our earlier discussion, the staff members don't have a vote, right?

A.    Right.

Q.    Again, let's go to Section 9.0 on page 4 of the policies that were in effect prior to the issuance of the final IBC 2000?

A.    (Witness complied.)

Q.    That discusses voting privileges of these committees, does it not?

A.    Yes.

Q.    And it spells out precisely who has voting privileges, doesn't it?

A.    Yes.

Q.    And it states that "all members except advisory members shall have voting privileges." Doesn't it?

A.    Yes.

Q.    And that is referring to the volunteer

136

A.    Yes, sir.

Q.    Why don't you just take a look at the IBC -- 1996 IBC Drafting Committees; it has Steering Committee and you're a member and Chairman of that, correct?

A.    Yes.

Q.    And the actual members, however, of this IBC '96 Drafting Committee in Exhibit 57 they're all Public Code Officials, correct?

A.    Yes.

Q.    And it's the members who would have the voting authority, correct, as we said earlier today?

A.    On these committees, yes.

Q.    In fact, if we look through all of the committee members on pages 1 through 6 of the attachment to the Answers to Interrogatories submitted by ICC, every single member of the committee is a Public Building Official or in some instances industry representative, correct?

A.    Yes.

Q.    And none of the actual committee members themselves that were on the Drafting Committees were employees of ICC, correct?

139

Q. Now, let's take a look at what we marked as Exhibit 58?

MR. HOLT: Mark.

(Exhibit 58 marked for identification.)?

A. (Witness complied.)

BY MR. HOLT:

Q. Can you identify Exhibit 58 for us, please?

A. Sure. It's the International Code Council Application for Membership to an ICC Codes and Standards Committee.

Q. And that would be the type of committee that we're referring to just a few questions back, a Drafting Committee, for example?

A. No.

Q. What would this be for?

A. This would be for a Code Maintenance Committee in general, although, a Standards Committee could be an original -- actually, it could be both.

Q. It could be a Standards Committee and a Code Maintenance Committee, right?

A. Right.

Q. So would this be the type of form that

140

those individuals would have filled out when they were applying for membership in the actual Drafting Committees that we discussed in the context of Exhibit 57?

A.    In general, yes.

Q.    Now, let's take a look at the -- this one is dated May 31, 2001, right?

A.    Yes.

Q.    And it says Part 5 and the last page "certification?"

A.    Okay.

Q.    Do you see the section there that, where the applicant says "I hereby grant ICC a nonexclusive royalty-free license to all rights and copyright that I may have as an author of the materials produced by an ICC committee."

A.    Yes.

Q.    What do you understand that to mean?

A.    Exactly what it says.

Q.    And did that language appear in the SBCCI proposal forms that you discussed earlier?

A.    I don't know specifically but more than likely, yes.

Q.    And in respect to the membership

# Exhibit B

NFPA-CR058376



**NFPA**

# National Fire Protection Association
International

*1 Batterymarch Park, Quincy, Massachusetts 02269-9101 USA*
*Telephone (617) 770-3000  Fax (617) 770-0700*

To:       Building Code Task Force

From:     Casey Grant

Date:     13 March 2000

Subject:  Mailing for Upcoming Meeting; 21 March 2000; Quincy, MA

---

This mailing contains the background materials that will be discussed at the upcoming Task Force meeting at NFPA Headquarters on Tuesday, 21 March 2000. The meeting agenda is being sent to you via a separate memorandum.

Enclosed with this mailing is a copy of the preliminary draft of the proposed Building Code. This is the draft that was available at the March 2000 Board meeting. The only change is that the cover has been revised to be consistent with the covers normally used for the release of new draft documents. Additional material included in this package provides background on the development of this draft.

Attached to this memo are some of the materials that will be discussed at the upcoming meeting. These items are summarized as follows:

<div style="float:left; border:2px solid black; padding:6px; margin-right:10px;">
<strong>DEPOSITION EXHIBIT</strong><br/>
<em>68</em>
</div>

Attachment A:   <u>Board Resolution</u> from their November 1999 meeting (1 page)
Attachment B:   <u>Board Motion</u> from their March 2000 meeting (1 page)
Attachment C:   Board background information entitled "<u>The Need for a Consensus Code Set</u>" (1 page)
Attachment D:   Board background information entitled "<u>NFPA Consensus Code Set</u>" (1 page)
Attachment E:   Board background information entitled "<u>NFPA Building Code</u>" (1 page)
Attachment F:   Board background information entitled "<u>NFPA Building Code Table of Contents</u>" (1 page)
Attachment G:   Board background information entitled "<u>Committee Structure for NFPA Building Code</u>" (1 page)
Attachment H:   <u>Proposed Timeline</u> for NFPA Building Code (1 page)
Attachment I:   <u>Proposed Scopes</u> of NFPA Building Code, NFPA Fire Prevention Code, and NFPA Life Safety Code (3 pages)

These materials are meant to be a starting point. The Council will make the final decision as to how to implement the Board resolution. Please treat all material that has been distributed as confidential.

I look forward to seeing you next week.

C:       M. Brodoff, A. Cote, G. Miller, L. Nisbet, J. Shannon

An international nonprofit membership organization dedicated to reducing the burden of fire on the quality of life by advocating scientifically-based codes and standards, research, and education for fire and related safety issues since 1896. Publishers of the National Fire Codes®, including the National Electrical Code® and the Life Safety Code®.

NFPA-CR 058376

NFPA-CR058377

| Attachment A |
| Page 1 of 1 |

## BOARD OF DIRECTORS RESOLUTION – NOVEMBER 14, 1999

The NFPA Board of Directors does hereby direct the NFPA staff to formulate a plan for the integration and adoption of NFPA codes and standards into a full set of codes and standards for the built environment, either on its own or in collaboration with other appropriate organizations. To the extent that the plan calls for the NFPA to develop new codes or standards to ensure that its codes and standards will be part of a fully integrated set, the plan should include an assessment of the resources necessary to develop said codes or standards and a proposed timetable for their development. To the extent that the plan calls for new collaborative relationships with other organizations, the plan should include a proposed timetable for how, when and with whom such relationships may be established.

NFPA-CR 058377

# Exhibit C

1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

-----------------------------------x          Original

INTERNATIONAL CODE COUNCIL,          )

INC.; BUILDING CODE OFFICIALS;       )

and CODE ADMINISTRATORS              )

INTERNATIONAL, INC.,                 )

                   Plaintiffs,    )   Case No.

    v.                               )   02C5610

NATIONAL FIRE PROTECTION             )

ASSOCIATION, INC.,                   )

                  Defendant.     )

-----------------------------------x

Videotaped Deposition of

INTERNATIONAL CODE COUNCIL, INC.

By and Through Its Corporate Designee

PAUL D. ARMSTRONG

Washington, D.C.

Thursday, September 16, 2004

1:28 p.m.

Job No.:  22-42131

Pages 1 - 83

Reported By:  Joan V. Cain

2

Videotaped Deposition of INTERNATIONAL CODE COUNCIL, INC., By and Through Its Corporate Designee, PAUL D. ARMSTRONG, held at the law offices of:

KIRKPATRICK & LOCKHART, LLP

1800 Massachusetts Avenue, Northwest

Washington, D.C.   20036

(202) 778-9000

Pursuant to Notice, before Joan V. Cain, Certified Court Reporter and Notary Public in and for the District of Columbia.

3

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS:

WARREN ANTHONY FITCH, ESQUIRE

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

Suite 300

3000 K Street, Northwest

Washington, D.C.   20007-5116

Telephone:   (202) 424-7695


ON BEHALF OF DEFENDANT:

CHRISTOPHER CENTURELLI, ESQUIRE

MARK E. BARON, ESQUIRE

KIRKPATRICK & LOCKHART, LLP

75 State Street

Boston, Massachusetts 02109-1808

Telephone:   (617) 261-3276


ALSO PRESENT:

Joey McAdams, Videographer

4

# C O N T E N T S

EXAMINATION OF PAUL D. ARMSTRONG                    PAGE

  By Mr. Centurelli                                        6


# E X H I B I T S

(Attached to the Transcript.)

ARMSTRONG DEPOSITION EXHIBITS                      PAGE

141     E-mail from Brazil to McCreary,              62
        et al., 10/31/99

142     Rules of Procedure for the Board             66
        of the Model Codes, Revised 11/11/88

143     Minutes for the Conference Call              68
        Meeting of the IBC Board of Directors,
        5/4/00

144     Minutes for the Conference Call              73
        Meeting of the IBC Board of Directors,
        5/5/00

5

P R O C E E D I N G S

THE VIDEOGRAPHER:  Here begins Tape No. 1 in the deposition of Paul Armstrong, in the matter of International Code Council, Incorporated, et al., versus National Fire Protection Association, Incorporated, in the United States District Court, Northern District of Illinois, Eastern Division, Case No. 02C5610.

Today's date is September 16, 2004.  The time is 1:28 p.m.  The video operator today is Joey McAdams of LegaLink Boston.  This video deposition is taking place at the office Kirkpatrick & Lockhart, 1800 Massachusetts Avenue, Northwest, Washington, D.C., was noticed and by Christopher Centurelli, counsel for the defendant.

Will the counsel please identify themselves and state whom they represent?

MR. CENTURELLI:  Chris Centurelli for NFPA and sitting here with me for at least a portion of the deposition will be Mark Baron, also counsel for NFPA.

MR. FITCH:  Tony Fitch for the plaintiffs.

THE VIDEOGRAPHER:  The court reporter today is Joan Cain of LegaLink Boston.  Will the reporter

6

please swear in the witness?

PAUL D. ARMSTRONG

having been sworn, testified as follows:

EXAMINATION BY COUNSEL FOR DEFENDANT

BY MR. CENTURELLI:

Q    Good afternoon, Mr. Armstrong.

A    Good afternoon.

Q    Please state your full name for the record.

A    My full name is Paul Douglas Armstrong.

Q    Where do you live?

A    I live in Lakewood, California.

Q    Street address, please?

A    6133 Silva Street, S-i-l-v-a, in Lakewood, California 90713.

Q    Sir, have you ever been deposed?

A    I believe once before, many, many years ago.

Q    And when was that?

A    '91, '92 maybe, somewhere in that time frame.  I don't exactly recall.

Q    Well, since it's been so long, let me refresh your memory as to what we're going to do here today.

A    Mm-hmm.

32

review, if you will.  They check the work of the architects, engineers in their development of plans for construction.

Q    How many people do you supervise as vice president of A&E?

A    I have somewhere around 25 right now.

Q    Where are those employees located?

A    I have employees in our Whittier office.  I have one in Sacramento.  I have a number in our Chicago office.  I have a number in our Birmingham office, and I have one in Austin, Texas, or actually lives just outside of Austin from what I've heard, but, anyway, it's a home office.

Q    How many of those 25, roughly, employees report to you?

A    Report to me directly?

Q    Exactly.

A    Five as direct reports.

Q    And who do you report to?

A    I report to Mr. Tom Frost, senior vice president of technical services.

Q    Now, Mr. Armstrong, you're here today to speak on behalf of ICC for particular topics; is that correct?

33

A    That's what I understand, yes.

Q    Okay.  And you understand that on these topics you're speaking on behalf of the ICC?

A    That's again what I understand, yes.

Q    I understand that you are appearing here to testify on eight topics, and let me read them to you --

A    Thank you.

Q    -- and just let me know if my understanding's correct.  The first topic that I have you down for is the selection, formation, purpose and responsibility of each committee responsible for the development of the IBC 2000.

A    Okay.  Yes.

Q    The second topic I have is topic -- and that's topic No. 3.

A    Mm-hmm.

Q    The next topic is topic No. 4, and that's the qualifications, experience, and role of each committee member responsible for the development of the IBC.

A    Okay.  Yes.

Q    You're here for that?

A    Yes, as much as I can.  You bet.

34

Q      Topic 36 is the third that topic, the development of the International Conference of Building Officials, ICBO -- building codes, including ICBO's Uniform Building Code?

A      Yes, I understand that.

Q      The next topic's topic 37, and that's, the selection, formation, purpose and responsibility of each committee responsible for the ICBO Uniform Building Codes?

A      Yes.

Q      The next topic's topic No. 38, it's the qualifications, experience and role of each member of each committee responsible for ICBO's Uniform Building Codes.

A      Yes.

Q      Topic No. 39 is the next topic, I believe. It's the process and procedure for submitting and accepting public proposals and comments for ICBO's Uniform Building Codes.

A      Mm-hmm, yes.

Q      Next topic's topic No. 40, which is the nature and existence of all agreements, licenses or other documents signed by code development committee members and/or persons submitting code proposals and

35

comments for IBCO's Uniform Building Codes.

A    ICBO's, yes.

Q    Including any and all copyright release forms.

A    As I can help you, yes.

Q    Okay.  And the last one that I have you down for is topic 46, which is ICBO's participation in the BCMC process.

A    Yes.  BCMC, that's true.

Q    What is the IBC 2000?

A    It's a model building code.

Q    What's its full title?

A    The International Building Code, the 2000 edition.

Q    Who publishes it?

A    ICC publishes it.

Q    Now, I understand that ICC developed the IBC 2000 using a group of technical subcommittees to draft portions or prepare portions of the IBC 2000. Is that your understanding?

A    That's my understanding, yes.

Q    And that there were five technical subcommittees?

A    Five at that time, uh-huh.

39

Q   Did staff serve on the committees?

A   Staff again was secretariat.  We served in a support role.  We did not actually serve as a committee member.

Q   Did -- did -- was the performance committee one of these balance committee similar to the IRC?

A   That could be, yes.

Q   Okay.

MR. CENTURELLI:  Could we just go off the record for a moment?

THE VIDEOGRAPHER:  We're going off the record.  The time is 2:21 p.m.

(Recess.)

THE VIDEOGRAPHER:  We're back on the record.  The time is 2:23 p.m.

BY MR. CENTURELLI:

Q   Sir, do you recognize Exhibit 131?

A   Yes.

Q   What is it?

A   This is a copy of -- I think this is 131, right?  Yeah -- of the cover of the working draft of the International Building Code.

Q   Does it have a page -- pages attached to it?

43

time.  Some of them I know to have moved on to other roles.

Q    Now there's -- to the right of their names, there's the words or the letters in parentheses, ICBO, BOCA, SBCCI, for example?

A    Yes.

Q    What -- what does that indicate?

A    That indicates that those individuals that are identified with that particular organization's acronym were nominated and really appointed from the membership of those organizations.

Q    Okay.  How were these -- strike that.

Did these -- were these building officials paid to be on these committees?

A    No.

Q    They were volunteers?

A    Volunteers.

Q    How were they appointed to the committees?

A    Again, each of the model code organizations represented by their acronym there went through a process to identify interested individuals to begin with, and then nominated them through the credentials committee.  At ICBO at least, we used the credentials committee that nominated these

45

What type of candidate was the credential committee at ICBO looking for to place on these technical subcommittees?

A    Well, since I was not a part of the credentials committee at any time, I can't really speak to exactly what they were thinking.  I can only tell you of my perception, perhaps --

Q    Please do.

A    -- of the people that were appointed.  They were looking for people who, one, were willing to serve.  Okay?  It's a -- it's -- it takes a fairly significant amount of time to work on any committee, certainly a code development committee with a number of issues in front of them.  They were looking for people that had -- and, again, as I saw it, certain background in certain areas.

If you would go over to the structural subcommittee, you will see by far and away -- well, let's see.  Well, they didn't show one of the licenses, but most of the people on, if not all of the people on this committee as members, were all licensed engineers typically.

Q    So when you say the word "background," what you mean is expertise?

46

A    Expertise.  Also a lot of these people, again as we saw it, were experienced in the code development process.  They were active.  They knew how to operate within the code development process itself and to function as members, committee members.

Q    And why was that experience important?

A    We wanted -- again, my perception, we always wanted the best individual possible to volunteer and be appointed for those committees. You want the best information you can for the people that are impacted by the use of that code.

Q    I just want to back up a little bit in time to before the existence of the ICC and focus on the UBC for a little bit.

A    Okay.

Q    When I say "UBC," I mean Uniform Building Code.

A    I understand the acronyms.

Q    Okay.  I'm just making sure that I do.  Did ICBO also use a committee process to develop the Uniform Building Code?

A    Yes.

Q    Did that committee process involve public

49

the same roles.  Yes, similar roles at least.

Q    And when you mean -- when you say "similar roles," what do you mean by that?

A    Well, you may have some building officials on the committee -- you probably had the bulk were building officials.  You may have had some fire code officials.  You may have had some plumbing code officials.  You may have had mechanical code officials.  Those are lumped together as code enforcement officials, those that have to enforce a jurisdiction's set of regulations.

Q    But all of these code enforcement officials, they're all public employees?

A    Yes.  Or at least appointed by the jurisdiction to represent them, yes.

Q    Okay.  Did staff play a role on any of these four committees?

A    Support role.

Q    Support role?

A    We were secretariats, took notes.  We facilitated the meetings again.  If there was a procedural question or some other type of question that they felt staff could answer, they would ask us it seemed, that kind of thing.  We had to maintain

50

the temperature in the room, you know, all that fun stuff.

Q    Okay.  Did the members who sat on these four committees, the volunteer enforcement officials, did they fill out membership applications?

A    For committee?

Q    Yes.

A    Committee work?  Yes, they did.  They would turn them in, and they would go to the credentials committee.

Q    Do these committee applications still exist?

A    It depends on how far back you want to go. I'm sure some exist somewhere.  We have had some movement of files to an off-site storage facility. We were not able to access that information right off the bat.  I didn't look for files going back.

Q    Okay.  Have you seen one of these committee applications in the last three months?

A    The ICBO committee applications or --

Q    Yes.

A    Well, we had the ICBO for the International Building Code -- yes, I have, as a matter of fact,

54

Was staff permitted to vote as a member of the ICBO?

A    The answer's no.

Q    How about with respect to the International Building Code, who had final say with respect to what went into the International Building Code?

A    The voting members again --

Q    Who were the voting members?

A    -- of ICC.

Q    ICC?  Let me repeat my question.  Who were the voting members of ICC?

A    They were those jurisdictional members or those appointed by a jurisdiction to represent their votes in our process.

Q    So public building officials?

A    Typically, yes.

Q    Did staff of the ICC have a vote?

A    No.

Q    Did the public have the right to submit proposals to the Uniform Building Code?

A    Absolutely.

Q    How --

A    The only group that was limited from actually submitting code changes themselves were

# Exhibit D

Case: 1:02-cv-05610 Document #: 78 Filed: 02/28/05 Page 54 of 91 PageID #:591

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

------------------------------------x

INTERNATIONAL CODE COUNCIL,      )

INC.; BUILDING CODE OFFICIALS;   )

and CODE ADMINISTRATORS          )

INTERNATIONAL, INC.,             )

                    Plaintiffs,  )   Case No.

    v.                           )   02C5610

NATIONAL FIRE PROTECTION         )

ASSOCIATION, INC.,               )

                    Defendant.   )

------------------------------------x

Videotaped Deposition of

INTERNATIONAL CODE COUNCIL, INC.

By and Through Its Corporate Designee

JOHN R. BATTLES

Washington, D.C.

Thursday, September 16, 2004

9:35 a.m.

Job No.:  22-42131

Pages 1 - 120

Reported By:  Joan V. Cain

CERTIFIED ORIGINAL
LEGALINK BOSTON

2

Videotaped Deposition of INTERNATIONAL CODE COUNCIL, INC., By and Through Its Corporate Designee, JOHN R. BATTLES, held at the law offices of:

KIRKPATRICK & LOCKHART, LLP

1800 Massachusetts Avenue, Northwest

Washington, D.C.   20036

(202) 778-9000

Pursuant to Notice, before Joan V. Cain, Certified Court Reporter and Notary Public in and for the District of Columbia.

3

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS:

WARREN ANTHONY FITCH, ESQUIRE

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

Suite 300

3000 K Street, Northwest

Washington, D.C.  20007-5116

Telephone:  (202) 424-7695

ON BEHALF OF DEFENDANT:

CHRISTOPHER CENTURELLI, ESQUIRE

MARK E. BARON, ESQUIRE

KIRKPATRICK & LOCKHART, LLP

75 State Street

Boston, Massachusetts 02109-1808

Telephone:  (617) 261-3276

ALSO PRESENT:

Joey McAdams, Videographer

4

C O N T E N T S

EXAMINATION OF JOHN R. BATTLES                    PAGE

   By Mr. Centurelli                                    7


E X H I B I T S

(Attached to the Transcript.)

BATTLES DEPOSITION EXHIBITS                        PAGE

126    Meeting Minutes Steering Committee          23
       IBC, 6/19/96

131    Excerpts of the IBC Working Draft,          62
       May 1997

132    Minutes of the IBC Occupancies              83
       Subcommittee, 9/13/96

133    Minutes of the IBC Occupancies              85
       Subcommittee, 10/18-19/1996

134    Minutes of the IBC Occupancy                90
       Subcommittee, 1/24-25/1997

135    Results of the BCMC Public Hearing,         92
       2/8/88

136    Table 503 Allowable Height and              92
       Building Areas

137    Fax from Mr. Feid to IBC Occupancies         96
       Subcommittee Members

5

E X H I B I T S   C O N T I N U E D

(Retained by Counsel.)

| BATTLES DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| 138 | Blank Application for Service on SBCCI Committees | 104 |
| 139 | Minutes of the IBC Occupancy Subcommittee, 12/13-14/1996 | 107 |
| 140 | Article from Codes Forum, January to February 1996, The Impact of BCMC on the Model Codes | 107 |

E X H I B I T S   C O N T I N U E D

(Retained by Counsel.)

| BATTLES DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| 127 | IBC 2000 Working Draft May 1997 | 46 |
| 128 | IBC 2000 First Draft November 1997 | 47 |
| 129 | IBC 2000 Final Draft July 1998 | 56 |
| 130 | IBC 2000 | 61 |

6

P R O C E E D I N G S

THE VIDEOGRAPHER:  Here begins Tape No. 1 in the deposition of John Battles in the matter of International Code Council, Incorporated, et al., versus National Fire Protection Association, Incorporated, in the United States District Court, Northern District of Illinois, Eastern Division, Case No. 02C5610.

Today's date is September 16, 2004.  The time is 9:35 a.m.  The video operator today is Joey McAdams of LegaLink Boston.  This video deposition is taking place at the office of Kirkpatrick & Lockhart, 1800 Massachusetts Avenue, Northwest, Washington, D.C., and was noticed by Christopher Centurelli, counsel for the defendant.

Will the counsel please identify themselves and state whom they represent.

MR. CENTURELLI:  Chris Centurelli for NFPA.

MR. FITCH:  Tony Fitch for the plaintiffs.

THE VIDEOGRAPHER:  The court reporter today is Joan Cain of LegaLink Boston.  Would the reporter please swear in the witness.

JOHN R. BATTLES

having been sworn, testified as follows:

7

EXAMINATION BY COUNSEL FOR DEFENDANT

BY MR. CENTURELLI:

Q    Good morning, Mr. Battles.

A    Good morning.

Q    Please state your name for the record.

A    John Battles.

Q    And where do you live?

A    In Birmingham, Alabama.

Q    And your street address?

A    My actual street address is 120 Emerald Lake Drive, Pelham, Alabama.

Q    Mr. Battles, have you been deposed before?

A    Yes.

Q    When was that?

A    Many years ago.  Five, six years ago.

Q    Well, since it's been a while since you deposed -- you've been deposed, let me remind you of some of the ground rules here today.  First, it's my job to ask you questions, and it's your job to answer them.  If for any reason you don't understand the question, please let me know, and I'll rephrase it.  Otherwise, I'll assume you understood it and I'll assume your answer pertains to that question.

The second thing is, as always, you have to

8

answer questions truthfully and honestly. Is there any reason why today you cannot answer questions truthfully and honestly?

A    No, sir.

Q    Okay. It's also my understanding that you're here today as a designee for the International Code Council; is that correct?

A    Yes, sir.

Q    And you are here to test -- to testify on behalf of the ICC on behalf of several topics?

A    Yes, sir.

Q    And I'd just like to go through those topics now, and if you could just let me know if you are here today to testify on those topics. The first topic is topic No. 3 on NFPA's Notice of Deposition to ICC, and that topic reads, "The selection, formation, purpose, and responsibility of each committee responsible for the development of the IBC 2000."

A    Yes, sir.

Q    Are you here to testify on that topic?

A    Yes, sir.

Q    The next topic is topic No. 4, which is the qualifications, experience, and role of each

9

committee member responsible for the development of the IBC 2000.

A     Yes.

Q     Are you here to testify on that topic as well?

A     Yes, sir.

Q     The next topic is topic No. 30, "The development of the Southern Building Code Congress International building codes, and SBCCI's standard building codes"?

A     Yes, sir.

Q     And if I refer to SBCCI in this deposition, will you understand that to mean the Southern Building Code Congress International?

A     Yes, sir.

Q     And if I refer to ICC in this deposition, you'll refer -- you will understand that to mean the International Code Council?

A     Yes, sir.

Q     The next topic you're here to testify on is topic 31, the selection, formation, purpose, and responsibility of each committee member -- each committee -- strike that -- responsible for SBCCI's standard building codes.

10

A    Yes, sir.

Q    Is that correct?

A    Yes, sir.

Q    You're also here to testify on topic 32, which is the qualifications, experience, and role of each committee member responsible for SBCCI's standard building code?

A    Yes, sir.

Q    You're also here to testify on topic 33, which is the process and procedures for submitting and accepting public proposals and comments for SBCCI's standard building codes?

A    Yes, sir.

Q    You are also here to testify with respect to the nature and existence of all agreements, licenses, or other documents signed by code development committee members or other persons submitting public proposals and comments for SBCCI's standard building codes, including any and all copyright release forms?

A    Yes, sir.

Q    I believe the last topic you're here to testify on is topic 45, which is SBCCI's participation in the BCMC process?

11

A     Yes, sir.

Q     Okay.  Are you here to testify on behalf of ICC with respect to any other topics?

A     No, sir.

Q     Okay.  Thank you.  Mr. Battles, are you currently employed?

A     Yes, sir.

Q     Where is that?

A     The International Code Council in Birmingham, Alabama.

Q     And how long have you worked for the International Code Council?

A     Since the merger.  We merged with -- ICC is a merger of three organizations.  I've been with the organization for approximately 20 years.

Q     When did this merger occur?

A     I'm not sure of the date.

Q     Okay.  Was it --

A     Early 2000 or 2001.

Q     And that's when this company you've worked for for the last 20 years became known as the International Code Council?

A     Yes, sir.

Q     Prior to that, what was the name of the

19

Q    Are you able to name those?

A    Occupancy, means of egress, structural, general, and I'm not sure what the other one was. Fire resistance or something in that area.

Q    Fire safety?

A    Fire safety, yes, sir.

Q    Now, who served on these -- one, two, three, four -- five drafting committees?

A    Code officials.

Q    Anyone else?

A    There was staff support.

Q    Staff support?

A    Yes, sir.

Q    Who are -- or strike that.

Who were the code officials?

A    You mean by name?

Q    Well, before we get to there, why don't you just tell me generally what's a code official?

A    The code official is an authority having jurisdiction over the -- the built environment of a city, county, or state.  They're -- they're what we call the active membership.

Q    Are these individuals public employees?

A    Yes.

20

Q      So they're employed by --

A      By the city.

Q      -- cities and states and towns and --

A      Yes, sir.

Q      -- counties?

A      Yes, sir.

Q      Are any of the code officials employed by -- or were any -- strike that.

Were any of the code officials employed by the ICC?

A      No.

Q      Were any of the code officials employed by the model code organizations --

A      No.

Q      -- that created the ICC?

A      No.

Q      When I use the word "model code organizations," what does that mean to you?

A      The three model code organizations that merged to develop the International Code Council.

Q      And who are those -- who were those three organizations?

A      BOCA.

Q      BOCA?

22

A    Yes, sir.

Q    What do you mean by that?

A    Active members are the ones that vote on the code change proposals.

Q    Why do active members vote on code change proposals?

A    Say that again, sir.

Q    Why do active members, these code officials, why do they vote on code change proposals?

A    That's what the bylaws say.

Q    Is that how ICC propagates its building codes, in other words, develops them?

A    Could you be more exact on that one.

Q    Sure.  Let me just -- this vote by the code officials, the active members of ICC, is that the final say in what goes into the IBC 2000?

A    Yes, sir.

Q    Does the staff have a vote into what goes into the IBC 2000?

A    No, sir.

Q    Did the staff of the Southern -- the SBCCI have a vote into what went into its standard building code?

33

A     Yes.

Q     -- Approved 4/21/96."

A     Yes.

Q     What does this Attachment A show?

A     It shows the organizational chart of the develop -- the drafting committees with the breakdown of which chapters each subcommittee would be responsible for an"d which organization would be responsible as the secretary to that committee.

Q     And as I understand this chart, there are the -- the five technical subcommittees --

A     Yes.

Q     -- that were responsible for the development of the code of the IBC 2000 --

A     Yes, sir.

Q     -- listed on the bottom?

A     Yes, sir.

Q     And that's the general subcommittee, the occupancy subcommittee, the fire safety subcommittee, the means of egress subcommittee, and the structural subcommittee that you had identified earlier?

A     Yes, sir.

Q     And then above that there is the steering

34

committee?

A    Yes, sir.

Q    Which you stated provided the process by which these five drafting committees would develop the code?

A    Yes, sir.

Q    Okay.  To the -- to the -- between the steering committee and the technical subcommittees, there are two boxes.  Do you see those two boxes?

A    Yes, sir.

Q    Okay.  One of them's labeled Performance Committee?

A    Yes, sir.

Q    What did the performance committee do?

A    Performance committee was to develop a performance oriented code for ICC.

Q    Did that performance oriented code -- strike that.

Was that performance oriented code ever developed?

A    Yes.

Q    Was that performancing code -- development code incorporated into the IBC 2000?

A    No, sir.

46

A    Yes.

Q    -- that you were just referring to --

A    Yes, sir.

Q    -- then there was a second draft?

A    Yes, sir.

Q    Okay.  Did the same thing happen with the second draft?  What happened with the second draft?

A    It was called the working draft and then the next draft was called the first draft.

MR. CENTURELLI:  I'd like to mark this.

(Battles Deposition Exhibit Number 127 was marked for identification and was retained by counsel.)

BY MR. CENTURELLI:

Q    The court reporter's just handed you what has been marked Exhibit 127.

A    Yes, sir.

Q    Is that the May 1997 published working draft that's referred to on this proposed development schedule?

A    Yes, sir.

Q    Okay.  And that published working draft, that's the result of the work by the -- the technical subcommittees putting together the

47

matrices, coming up with the code language, voting on that code language, and then publishing it as the -- the published working draft?

A    Yes, sir.

MR. FITCH:  Objection to the form.

BY MR. CENTURELLI:

Q    Is that correct, sir?

A    Do I still answer?

MR. FITCH:  Mm-hmm.

THE WITNESS:  Would you repeat the question?

MR. CENTURELLI:  Can you read the question back?

(The reporter read the record as requested.)

THE WITNESS:  Yes.

(Battles Deposition Exhibit Number 128 was marked for identification and was retained by counsel.)

BY MR. CENTURELLI:

Q    After that -- sorry.  I'll start over again.

After the published working draft was published, what happened next in the development of

48

the IBC 2000?

A       There was a public hearing on the working draft.

Q       Was that the three-month review?

A       It was after the three-month review.

Q       Who had the three-month review?

A       Everybody.

Q       Everybody?

A       Anybody interested in reviewing the working draft had an opportunity to review it.

Q       So when you say -- when the working draft was published, who received copies of it?

A       Anybody that had requested it.

Q       After that three-month review of the public working draft, what happened next?

A       There was a public comment forum, comments were submitted by the people that had reviewed the document, and there was a public hearing on those comments.

Q       And what happened at that public hearing?

A       The committee heard the public comments and they took action on the public comments.

Q       When you say "took action," what do you mean?

49

A      There was a -- there were -- public comments were very broad in their proposals.  Some were strictly delete this chapter, substitute with some more text, or just modify according to my suggestion or the suggestion.  At that point in time, the committee would review those comments.

At the public hearing for the occupancy subcommittee, which I was part of, there was comments made.  The committee would make a motion to either accept in concept or -- or not accept or further review, and at that point in time after the public hearing at the large assembly took place, the subcommittee had a more detailed discussion of that text or suggestion to see if it would -- it had merit, additional merit.

Q      And how did the committee decide -- the technical committees decide whether or not a comment had merit?

A      In the --

MR. FITCH:  Objection to the form of the question.

BY MR. CENTURELLI:

Q      Did they vote?  Yes, we like this comment; no, we don't like this comment?

51

hands. There was a since there's no objections, this is a proposal that needs to be reviewed in more detail or it's a great proposal, so we'll discuss it in more detail.

Q    And with respect to proposals that lack merit, how were those dealt with?

A    The same way.

Q    After this comment period with respect to the published working draft, what happened next?

A    The -- after that was developed, the -- the first draft, which was after the public comment forum, the public comment hearing, these comments, these modifications were included into the working draft to develop the first draft.

Q    And when was that first draft published?

A    What's the date on it?

Q    Let me hand you what's been marked Exhibit 128.

A    November 1997.

Q    And what does -- strike that.

Going back to Exhibit 127, which was the published working draft, was there a format that interested parties could use to submit their comments?

52

A      There was a comment form included in the book.

Q      And what page of the book is the comment?

A      Roman numeral small V.

Q      Small V?

A      Yes, sir.

Q      And that is the comment form that the public made comments to the published draft?

A      Yes, sir.

Q      Now turning to Exhibit 128, can you explain to me briefly what Exhibit 128 is?

A      Exhibit 128 is the first draft, which is the compilation of the proposed -- of the changes, modifications, comments that were heard at the public comment forum on the working draft.  It is the end result of that public hearing.

Q      When you say "end result," what do you mean by that?

A      I mean they took the comments that they accepted and placed them into the working draft.

Q      And when you say "they," who are you referring to?

A      Oh, excuse me.  The technical subcommittee.

Q      The -- the code officials on the technical

53

subcommittees?

A     Yes.   Right.

Q     Now that the second draft -- strike that.

Now that the first draft, the November 1997 draft, is developed, what happened next in the development process for the IBC 2000?

A     Again, there was another review process, and there was a -- as I've called it, a more formal comment time, where there was actually -- it was called actually proposed code changes, and it was actually more than just suggestions.  It was actually proposals that were submitted in legislative format -- strike through, underline -- of the text that's in the first draft.

Q     Was there a form --

A     Yes.

Q     -- in the November 1997 first draft that persons were directed to use to submit these more formal comments?

A     Yes, sir.  Yes, sir.

Q     And is that what you're referring to now?

A     Yes, sir.

Q     What page in the November 1997 first draft are you referring to?

54

A    Roman small roman numeral 5.

Q    And is there a title on that page?

A    ICC Proposed Code Change.

Q    Following the -- the publishing of the November 1997 first draft, what happened next?

A    Individuals submitted proposed changes to this document, to the first draft, and there was another hearing to address those code changes.

Q    And when was that hearing?  Is it reflected on attachment -- on the proposed development schedule on Exhibit 126?

A    The deadline for public submittals were February '98, and so a public hearing on first draft was May of '98.

Q    And is that consistent with Exhibit 128, the first draft?

A    Ask the question again.

Q    Was there a public hearing in May of 1998?

A    I don't know.

Q    You don't know?  It doesn't say from that?

A    (Shaking head.)

Q    But there was a meeting?

A    Yes.

Q    And you're just not certain of the exact

55

month in which it occurred?

A    The text reads, "For general planning, the hearings can be assumed to take place within the last two weeks of April 1998 in the Baltimore ,Washington, D.C., area."

Q    And that was for planning purposes?

A    Yeah.  That was when the first draft was published, because there was not a definite date set aside at that point in time of the drafting of the publication.

Q    Okay.  After the November 1997 first draft was published and the ICC received the comments on the comment form that's included in the -- what page was it again?

A    Roman numeral 5.

Q    -- roman numeral 5 of the November 1997 first draft, what happened next in the development of the IBC 2000?

A    At the public hearing?

Q    Yes.

A    The committee listened to the code change proposals.  They were now -- they have now gone from being called public comments to proposed code changes, and the committees heard those changes and

56

took action on those proposed changes.

Q    When you say the committee took action on those proposed changes, again what do you mean?

A    Accepted or disapproved.

Q    And the committee members were the code officials?

A    The code officials, yes, sir.

Q    And it was the code officials that accepted or disapproved the proposed changes?

A    Yes, sir.

Q    After the committees accepted or rejected the proposed changes, what happened next in the development of the International Building Code?

A    After that they developed the final draft.

(Battles Deposition Exhibit Number 129 was marked for identification and was retained by counsel.)

BY MR. FITCH:

Q    And when was the final draft published?

A    July 1998.

Q    Sir, the court reporter has just handed you Exhibit 129.  What is it?

A    It is the final draft, dated July 1998, of the International Building Code 2000.

57

Q    And this is the draft that you were just talking about a minute ago?

A    Yes, sir.

Q    What was the purpose of the final draft?

A    To have another public hearing on the final draft, to obtain additional comment/input on the draft.

Q    So one last check before the IBC 2000 was published?

A    Yes, sir.

Q    How did -- strike that.

So what happened next in the development cycle after the final draft was published?

A    There was another public hearing.  There was another IBC code -- proposed code change form in the document on roman numeral -- page roman numeral 5.

Q    And when you say in the document, you're referring to Exhibit 129?

A    In the -- Exhibit 129, the final draft, dated July 1998.  There was an IBC proposed code change form, again to receive code change proposals to the final draft document.

Q    And after the public made their comments --

58

A    Yes, sir.

Q    -- with respect to this final draft of the IBC International Building Code, was there another public hearing?

A    One more public -- another public hearing, yes, sir.

Q    And what happened -- when was that public hearing?

A    Again, this -- it has been scheduled for March the 15th through the 26th in the Los Angeles area.

Q    Mm-hmm.  And did that meeting indeed occur?

A    Yes, sir.

Q    Did you attend that meeting?

A    Yes, sir.

Q    What happened at that meeting?

A    Another public code change process, where the committee again made -- accepted or denied recommendations.

Q    So the same as you'd previously described?

A    Same process as earlier, yes, sir.

Q    And the code officials serving on the five technical subcommittees either accepted or rejected proposed code changes?

59

A     Yes, sir.

Q     And after that process was complete, was the International Building Code finished or completely developed?

A     The document was developed, yes.

Q     Did anything else need to happen in the process?

A     There had -- had to be accepted by the membership --

Q     Okay.

A     -- of the -- the active membership.

Q     And when you mean accepted by the active membership, first of all, who is the active membership?

A     The active membership are the code officials, the authorities having jurisdiction, the enforcers, the code enforcers.

Q     So the members -- the active members of the ICC?

A     No.

Q     The active members of the three model code organizations?

A     Yes.

Q     Okay.  So the active members of BOCA and

60

the active members of -- the active members of BOCA?

A     Yes, sir.

Q     The active members of SBCCI?

A     Yes, sir.

Q     And the active members of ICBO?

A     Yes, sir.

Q     And these active members, they were all public code officials?

A     Yes, sir.

Q     Okay.  Employed by state agencies or towns --

A     Yes, sir.

Q     -- or municipalities?

A     Yes, sir.

Q     Again, I believe I asked this, but let me just -- just to be certain, none of the active members that voted on the final draft of the International Building Code, none of the active members were staff?

A     That's correct.  Yes, sir.

Q     After this vote of code officials, were we done with the development of the International Building Code 2000?

A     I believe so, yes, sir.

61

Q    And subsequently it was published?

A    As the IBC International Building Code 2000.

(Battles Deposition Exhibit Number 130 was marked for identification and was retained by counsel.)

BY MR. CENTURELLI:

Q    Sir, the court reporter has just handed you what was previously marked Sims Exhibit 41?

A    Yes, sir.

Q    And it has been marked, for the purpose of your deposition, Battles Exhibit 130.

A    Yes, sir.

Q    What is that document?

A    That is the 2000 edition of the International Building Code published by the International Code Council.

Q    So that document is the end result of the process we just went through?

A    Yes, sir.

MR. CENTURELLI:  Take a break.

MR. FITCH:  Great.

THE WITNESS:  Sure.

THE VIDEOGRAPHER:  We are going off the

67

members assigned a particular portion of the chapters that the occupancy committee was responsible for?

A    I don't recall.

Q    Don't recall?

A    (Shaking head.)

Q    If I wanted to find that information out, are there documents at ICC that would -- would indicate that to me?

A    Dennis McCreary of ICBO was the -- the lead staff person on that, and I was, and Tom Frost, we were the support to him because he was the responsible party -- person from the model code groups to put together all the stuff, and we assisted him in whatever form or fashion, and if there were any documents, forms, sheets, papers, he may have it.

Q    In your support role on the occupancy subcommittee, did you write any chapters of the IBC 2000?

A    No.

Q    Did Mr. Frost write any chapters?

A    Not that I'm aware of, no.

Q    Did Mr. McCreary write any chapters?

68

A    No.

Q    Did any of the staff members listed on this technical subcommittee rosters, did any of the staff members write any chapters?

A    No, sir, not that I'm aware of.  We may have assisted in clarification, putting together the -- the information that somebody had given us.

Q    And who's that somebody that would have given it to you?

A    It would be the -- the subcommittee would have given us an assignment to do a certain thing for them.

Q    And when you state subcommittee, you're referring to the code officials?

A    The code officials, yes, sir.

Q    Okay.  And so if you're referring to staff, you'd name them staff?

A    Yes, sir.  Correct.  Yes, sir.

Q    For the occupancy committee --

A    Yes, sir.

Q    -- are you aware or can you -- strike that.

For the occupancy subcommittee, the committee on which you served in your support role on staff, can you identify who wrote any section of

115

Q    I'd like you to direct your attention to the third paragraph of Mr. Bender's statement.

A    Yes.

Q    And let me just read it to you.

A    Okay.

Q    Over the years, there have been many important and critical technical issues to come before the board; too many to try to summarize here. However, some of the major subjects were means of egress; energy conservation; types of construction; occupancy requirements/classifications; allowable heights and areas; interior finish; form plastics; smoke-proof enclosures; high-rise buildings; automatic sprinkler systems; firewall; fire stand pipe system; underground buildings; accessibility and egress for people with physical disabilities; stages, platform and sound stages; protection of penetration and joints; building walls, floor and roof assemblies; and accessible unisex toilets and bathing rooms.  The list goes on and on to include almost every subject addressed by a building code.

Do you see that statement?

A    Yes, sir.

Q    Do you disagree with that statement?

116

A     No, sir.

MR. CENTURELLI:  Thank you very much. That's all the questions I have for you today.

THE VIDEOGRAPHER:  This marks the end of the deposition of Mr. Battles.  The total number of tapes used was two.  We are going off the record. The time is 12:34 p.m.

(Signature having not been waived, the deposition of John R. Battles was concluded at 12:36 p.m.)

# Exhibit E

# EXHIBIT E NOT USED