CASE NO. _02 cv 5610_

FILE DATE: _2-28-05_

ATTACHMENT #. _1_

EXHIBIT _____

TAB (DESCRIPTION) _____

# Exhibit F

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------:
INTERNATIONAL CODE COUNCIL, INC.    :
AND BUILDING CODE OFFICIALS AND     :
CODE ADMINISTRATORS INTERNATIONAL,  :
INC.,                               :
                                    :
            Plaintiff,              :  C.A. NO.
                                    :  02C5610
      v.                            :
                                    :
NATIONAL FIRE PROTECTION,           :
ASSOCIATION, INC.,                  :
                                    :
            Defendants.             :
-----------------------------------:

Washington, D.C.

Tuesday, September 21, 2004

Video Deposition of:

MICHAEL J. PFEIFFER

called for oral examination by counsel for Defendant, pursuant to notice, at the Law Offices of Kirkpatrick & Lockhart, 1800 Massachusetts Avenue, Northwest, Second Floor, Washington, D.C., before Sandy Medford Nelson of LAD Reporting Company, a Notary Public in and for the District of Columbia, beginning at 9:40 a.m., when were present on behalf of the respective parties:

**CERTIFIED ORIGINAL
LEGALINK BOSTON**

2

APPEARANCES:

    On behalf of the Plaintiff:

        WARREN ANTHONY FITCH, Esquire
        SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
        300 K Street, N.W. Suite 300
        Washington, D.C. 20007-5116
        (202) 424-7695

    On behalf of the DEFENDANT:

        CHRISTOPHER CENTURELLI, Esquire
        KIRKPATRICK & LOCKHART, LLP
        75 State Street
        Boston, Massachusetts 02109-1808
        (617) 261-3175

ALSO APPEARING:

    Joe McAdams, Videographer

3

<div align="center">C O N T E N T S</div>

EXAMINATION BY:                                      PAGE

          Counsel for Defendant                        6

          Counsel for Plaintiff                        --


PFEIFFER DEPOSITION EXHIBITS:                        PAGE

No. 143 - Document                                     8

No. 144 - Document                                    21

No. 145 - Document                                    28

No. 146 - Document                                    31

No. 147 - Document                                    44

No. 148 - Document                                    54

No. 149 - Document                                    64

No. 150 - Document                                    71

No. 151 - Document                                    84

No. 152 - Document                                   103

No. 153 - Document                                   109

No. 154 - Document                                   109

No. 155 - Document                                   111

No. 156 - Document                                   113

No. 157 - Document                                   114

No. 158 - Document                                   115

No. 159 - Document                                   118

No. 160 - Document                                   137

4

| No. 161 - Document | 138 |
| No. 162 - Document | 146 |
| No. 163 - Document | 148 |
| No. 164 - Document | 188 |
| No. 165 - Document | 188 |
| No. 166 - Document | 188 |
| No. 167 - Document | 202 |
| No. 168 - Document | 207 |
| No. 169 - Document | 208 |
| No. 170 - Document | 214 |
| No. 171 - Document | 215 |
| No. 172 - Document | 217 |
| No. 173 - Document | 220 |

5

P R O C E E D I N G S

THE VIDEOGRAPHER: Here begins tape number one in the deposition of Mike Pfeiffer in the matter of International Code Council, Incorporated, et al, versus National Fire Protection Association, Incorporated in the United States District Court for the Northern District of Illinois, Eastern Division, case number 02C5610.

Today's date is September 21st, 2004. The time is 9:40 a.m. The video operator today is Joey McAdams of Legal Link Boston. This video deposition is taking place in the office of Kirkpatrick & Lockhart, 1800 Massachusetts Avenue, Northwest, Washington, D.C. It was noticed by Christopher Centurelli, Counsel for the Defendant. Will counsel please identify themselves and state whom they represent.

MR. CENTURELLI: Chris Centurelli for National Fire Protection Association.

MR. FITCH: Tony Fitch for the Plaintiffs.

THE VIDEOGRAPHER: The Court Reporter today is Sandy Medford of Legal Link Boston. Will the Reporter please swear in the witness.

Whereupon,

6

MICHAEL J. PFEIFFER

was called for examination by counsel for Defendant and, after having been duly sworn by the notary public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR DEFENDANT

BY MR. CENTURELLI:

Q    Good morning, Mr. Pfeiffer.

A    Good morning.

Q    Please state your name for the record.

A    Michael J. Pfeiffer.

Q    Where do you live?

A    17212 Teakwood Drive, Tenley Park, Illinois.

Q    Are you currently employed?

A    Yes, I am.

Q    And where are you employed?

A    International Code Council.

Q    Sir, have you ever been deposed before?

A    No, I have not.

Q    Okay.  Before we begin, let me explain some of the ground rules of the deposition to you. First, I will ask you questions to which I seek honest and complete responses.  As you just gave an oath, your job here today is to provide honest and

7

complete answer to those questions. From time to time, your attorney may object to the questions that I ask. Largely, those objections are for the record and for the attorneys later on.

If -- your attorney may instruct you not to answer a question to the extent that it calls for attorney-client privilege. With respect to those objections, you need not answer; however, with respect to the remaining objections, to the extent you understand the question, you're required to answer.

Is there any reason today why you cannot provide truthful and complete testimony?

A    No.

Q    How long have you been employed by International Code Council?

A    Since February 1st, 2003.

Q    And you understand that you are here today as ICC's 30(b)(6) witness on respective various topics?

A    Yes.

Q    And the testimony that you will provide today -- strike that. The testimony that you provide today with respect to those topics will be

8

considered the testimony of the company. Do you understand that?

A     Yes.

(Deposition Exhibit No. 143 was marked for identification and was retained by Counsel.)

BY MR. CENTURELLI:

Q     I'd like to show you what's been marked as Deposition Exhibit No. 143. Do you recognize this document?

A     No, I do not.

Q     If you turn to -- I'll represent to you that it's a Notice of Deposition that NFPA served in connection with this case. If I use the term "NFPA" throughout this deposition, will you understand that to be the Defendant, National Fire Protection Association?

A     Yes.

Q     And if I use the term "ICC" throughout the deposition today, will you understand that to be the Plaintiff, International Code Council?

A     Yes.

Q     Exhibit 143 is a Notice of Deposition that NFPA served upon ICC in this matter. It's my

9

understanding that you are designated to testify on behalf of ICC with respect to several of the topics attached in this schedule; is that correct?

A    Yes.  This is the schedule is familiar, yes.

Q    Okay.  And I just want to go through the particular topics just so that we have an understanding of which topics you are here to testify today.

A    Okay.

Q    Okay.  It's my understanding that you're here to testify with respect to topic two; is that correct?

A    Correct.

Q    Topic three?

A    Correct.

Q    Topic four?

A    Correct.

Q    Topic five?

A    Correct.

Q    Topic six?

A    Correct.

Q    Topic seven?

A    Correct.

10

09:46:18    Q    Topic eight?

.46:20      A    Correct.

09:46:21    Q    Topic nine?

09:46:28    A    Correct.

09:46:29    Q    Topic ten?

09:46:30    A    Yes.

09:46:31    Q    Topic 15?

09:46:33    A    Yes.

09:46:34    Q    Topic 16?

09:46:36    A    Yes.

09:46:38    Q    Topic 17?

09:46:40    A    Yes.

09:46:41    Q    Topic 18?

09:46:43    A    Yes.

09:46:44    Q    Topic 19?

09:46:47    A    Yes.

09:46:48    Q    Topic 20?

09:46:51    A    Yes.

09:46:51    Q    Topic 21?

09:46:55    A    Yes.

09:46:56    Q    Topic 22?

09:46:59    A    Yes.

09:47:01    Q    Topic 23?

09:47:04    A    Yes.

11

Q    Topic 24?

A    Yes.

Q    Topic 25?

A    Yes.

Q    Topic 26?

A    Yes.

Q    Topic 27?

A    Yes.

Q    Topic 28?

A    Yes.

Q    Topic 42?

A    Yes.

Q    Topic 43?

A    Yes.

Q    Topic 44?

A    Yes.

Q    Topic 47?

A    Yes.

Q    Topic 48?

A    Yes.

Q    Topic 51?

A    Yes.

Q    Topic 52?

A    Yes.

12

Q    Topic 53?

A    Yes.  I don't know what privilege log --

Q    Okay.  Let's handle topic 53 now.  Has ICC or BOCA produced a privilege log in this case, to your knowledge, sir?

A    I don't know what a privilege log is.

Q    Okay.  Do you understand that you're here to testify today with respect to topic 53?

A    If I know what a privilege log is, yes.

Q    A privilege log is a list of information, documents, materials collected which have been withheld from production in this case or any case --

A    Okay.

Q    -- based upon an objection to the material or information listed contains attorney-client privilege communications.

A    Understood, yes.

Q    So, do you understand what a privilege log is?

A    Yes.

Q    Has ICC or BOCA produced a privilege log in this case?

A    We had documents that were Xeroxed and

13

sent to our attorney.

MR. FITCH: Counsel, let me say that, you know, in our preparation, I think we simply overlooked this topic, and I will be sure that Mr. Pfeiffer or Mr. Hilestead is prepared to testify on this topic no later than this afternoon.

MR. CENTURELLI: Okay. We can move on then.

BY MR. CENTURELLI:

Q    With respect to the 56 topics listed on schedule A, other than the ones we just discussed --

A    Um-hum.

Q    -- which you indicated you were designated to testify with respect to, are there any others on this list that you're here designated to testify on?

A    Not that I'm aware of.

Q    What position do you currently hold with ICC?

A    Vice President, Code and Standards Development.

Q    How long have you held this position?

A    Since February 1st, 2003.

14

Q    So, since you started your employment with ICC?

A    That's correct.

Q    Prior to becoming Vice President of Code and Standard Development, were you employed?

A    Yes.

Q    Where were you employed?

A    BOCA International.

Q    And what does BOCA stand for?

A    Building Officials and Code Administrators International.

Q    How long did you work for BOCA International?

A    Started in February of 1987, so 16 years.

Q    All right.  Briefly identify for me the positions that you held with BOCA International starting from when you were first employed until you left or joined ICC.

A    Staff Engineer, Senior Staff Engineer, Supervisor of Plan Review and Interpretation, Manager of Technical Services, Vice President, Codes and Standards.

Q    Approximately how long were you a Staff Engineer?

15

A      Six months.

Q      Approximately how long were you a Senior Engineer?

A      Two, two, three years.

Q      Approximately how long were you Manager of Technical --

A      Services.

Q      -- Services?

A      Six or seven years.

Q      And how long were you Vice President of Codes and Standards?

A      Three years, two or three years.  I'd have to refresh my dates, but that's pretty close.

Q      Other than those four positions that we just discussed, did you hold any other positions for BOCA?

MR. FITCH:  Objection to the form of the question.  Counsel, you mentioned five.  You left out Supervisor, Plan Review.

MR. CENTURELLI:  Thank you.

BY MR. CENTURELLI:

Q      Sir, how long were you Supervisor of Plan Reviewing?

A      Probably two to three years.

16

Q    And you were Supervisor of Plan Reviewing after you were Manager of Technical Services?

A    Prior.

Q    Prior?

A    Prior to.

Q    So, was your service as a Manager of Technical Services a promotion over your service as a Supervisor of Plan Review?

A    Yes.

Q    Let's turn our attention to your role as Vice President of Codes and Standards.  You held that position both with BOCA and with ICC?

A    Correct.

Q    Okay.  Were the duties and responsibilities largely the same --

A    Yes.

Q    -- between those two organizations?

A    Yes.

Q    What were your duties and responsibilities -- or strike that.  What are your duties and responsibilities as Vice President of Codes and Standards at ICC?

A    Primary responsibility is -- I have some 17, 18 staff members who report to me whose job is

17

it, as well as my responsibility, to oversee the code development process by which the codes are maintained. We also are involved in the development of technical support documents in addition to the codes. We are also in the development of ICC standards.

Q    Do you oversee the maintenance of the IBC 2000?

A    Yes.

Q    What does that entail?

A    Basically, it's staff's involvement in the administration and the assistance with production of code changes to be considered through the process.

Q    And what process are you referring to?

A    ICC's code development process.

Q    With respect to the IBC 2000?

A    That is correct.

Q    How was the staff involved in the maintenance of the IBC 2000?

A    Staff receives a proposal or numerous proposals. Upon receipt, staff reviews them for form and content in terms of is it the current edition of the code. Staff oftentimes will contact

37

October final action hearing?

A    I believe I said I believe it was the document.

Q    Okay.  You believe it was the document?

A    Yes.

Q    Okay.

A    And, as I recall, I think I qualified it with due to the dates.

Q    Okay.  I'd like you to look at section 1.2 objectives.

A    Um-hum.

Q    And in particular number three under that paragraph --

A    Um-hum.

Q    -- states the final determination of code text by officials representing code enforcement and regulatory agencies.  What does that paragraph concern?

A    The final vote of -- on proposals.

Q    Who has -- who has the final vote on proposals?

A    As indicated there, the code enforcement of regulatory agencies.

Q    Who are the code enforcement regulatory

38

officials?

A    People who work, for example, for a local jurisdiction, for a city, for a state who are charged with the enforcement of the building regulations.

Q    Are those persons with final -- is it -- strike that.  The final determination, is that made by a vote?

A    Yes.

Q    Are those text -- strike that.  Are those code officials staff persons?

A    No, they are not.

Q    They are all public volunteer code officials?

A    That is correct.

Q    And they have the final determination as to what goes into the IBC 2000?

A    They have the final determination of what is put before them.  They did not author that. They vote on it, but they are not the authors.

Q    That's not my question, sir.

A    Okay.

Q    Those code officials who are the final set, the final determination, that is with respect

42

context.

Q    Okay.  I understand.  But these are the -- these again are the rules, the guidelines, for submitting proposals?

A    That is correct.

Q    Okay.  I'd like to turn your attention to section 3.3.4, supporting information.

A    Um-hum.

Q    What's the purpose of that section?

A    The purpose of that section is to identify effectively why is the proposal being submitted in the first place, and it gives the criteria as outlined in one through five.

Q    All right.  I'd like to direct your attention to section five entitled copyright release.

A    Yes.

Q    Why did ICC want copyright release from persons making code change proposals?

A    Probably because we then produced a document which becomes a copyrighted document.

Q    Okay.

A    So, we wanted the authority to utilize that material.

56

page five.

Q    Okay.  So, Exhibit 148 is a copy of the comments on working draft form provided with the May 1997 working draft?

A    Yes.

Q    What was the purpose of providing this form in the May 1997 working draft?

A    This was the first opportunity for anybody to -- as the name implies here -- comment or provide a proposed change to what came out of the drafting committees of the IBC.

Q    Did ICC receive comments on this form with respect to --

A    Yes.

Q    -- the May 1997 working draft?

A    Yes.

Q    Approximately how many comments did they receive?

A    I don't know.  It's well into the hundreds.  It may be over a thousand.

Q    Okay.  Did any of those comments include proposed code --

A    Yes.

Q    -- language?

57

A     Yes.

Q     Roughly how many --

A     I really -- short of actually thumbing through the documents, I really couldn't tell you.

Q     Do those comments exist someplace?

A     Yes.

Q     Have they been produced in this litigation?

A     They were in the 22 boxes that were produced as part of the discovery process.

Q     When you identified 22 boxes that were produced as part of the discovery process, what are you referring to?

A     Basically, all the notes that the Secretariats had from the five subcommittees.

Q     So --

A     Notes and formal, published documents as well.

Q     So, the 22 boxes that you're referring to, is that the production that occurred out at ICC's Chicago office?

A     Chicago, that is correct.

Q     And do you recall roughly what the content of those 22 boxes was?

85

marked for identification and

was retained by Counsel.)

BY MR. CENTURELLI:

Q    Do you recognize Exhibit 151?

A    Yes, I do.

Q    What is that?

A    That's the application for membership for ICC codes and standards committees.

Q    What's the purpose of this document?

A    This is the document that we've been utilizing to solicit individuals to participate on our committees, ICC committees.

Q    Who are these individuals that you're soliciting to participate on your ICC committees?

A    Anybody who's interested: Engineers, architects, code officials, material interests, trade interests, builders.

Q    Staff persons?

A    We do -- no. We do not consider staff people. They are assigned typically by the Board of Directors or the CEO as a staff liaison.

MR. CENTURELLI:  Can we take a break?

THE VIDEOGRAPHER:  This marks the end of tape number one in the deposition of Mr. Pfeiffer.

89

table that's in chapter five, which is --

BY MR. CENTURELLI:

Q    So, you're claiming -- you're not claiming the staff drafted chapter five?

A    That's correct.

Q    Okay.  Who drafted chapter five?

A    That would be a combination of the committee.  There may have been some involvement in chapter five, but staff's key involvement in chapter five was the development of table 503.

Q    Okay.  Table 503?

A    Correct.

Q    Okay.  Any other sections?  Was the staff involved in --

A    Again, that wasn't my committee, so I don't know definitively one way or the other. Height and areas, as I've indicated, is such a big deal in the codes.  That's why I had a very keen interest in how do we get to where we're going to go for height and area because that was a big-ticket item.

Q    Okay.  Who drafted the heights and area table, which I believe is 503?

A    Which staff person?  I do not know.

94

Q      Okay.

A      That's not the answer.

Q      Was BCMC used during the development of the IBC as often as possible?

A      You bet, yes.

Q      Okay.  Why was that?

A      Because that effectively was an agreement by the three legacy groups as to what should this -- how should a given section address a given topic.  And, in fact, if memory serves, the occupancy committee toyed with the idea of utilizing the BCMC for height and area, decided against it.  As to why, I don't know.

Q      Okay.  And did NFPA participate in the BCMC process?

A      Yeah.

Q      How long did NFPA participate in this BCMC process?

A      I do not know only because I was involved with BCMC starting in about 1992.

Q      Okay.

A      I believe, if not from its inception, pretty close.

Q      Let's turn our attention to fire

95

protection, chapter nine. What sections in chapter nine did staff draft?

A  Again, in the fire safety development stage, I believe it was chapter -- sections -- and, again, I'd have to go through my notes -- 903, 904, 905, possibly 911. That was in the staff draft that went into the working draft, but that's when -- after that, that's when we had the melding of the building code and fire code and the comprehensive melding by staff.

Q  Did staff draft any other sections of chapter nine --

A  I'd have to look.

Q  -- sections 903, 904, 905 and 911?

A  Without looking at my notes, I don't know.

Q  Who drafted sections 903, 904, 905 and 911?

A  Actually, I believe it was a gentleman by the name of Mark Chubb.

Q  Who is Mark Chubb?

A  He was with the Southern Building Code Congress International. He was one of the staff liaisons on the IBC fire safety committee. He has a very extensive background in fire protection.

96

Q    Okay.  Do you know how he drafted those sections?

A    No, I do not.

Q    Did he -- do you know if he used any information to draft those sections?

A    I would imagine he probably relied heavily on the legacy codes, but I don't know that for a fact.

Q    Did he rely on any other information besides the legacy?

A    I would imagine he possibly looked at BCMC as well.

Q    Did he look at NFPA documents?  Do you know?

A    I don't know.

Q    You don't know?

A    Like I said, I'm speculating even on BCMC. I don't know.  When we developed the initial matrixes to start the development effort, basically what the staff did was put together a comparative matrixes of the three legacy codes, including BCMC. We did not include anything from the NFPA.

Q    So, what do these matrixes include?

A    The code text of the BOCA national --

100

accessibility --

A    Um-hum.

Q    -- which sections of Chapter 11 did staff draft?

A    I believe it was the entire Chapter 11 on accessibility.

Q    And which staff person did --

A    Kim Paarlberg.

Q    Can you spell her last name?

A    P-A-A-R-L-B-E-R-G.

Q    Is she still employed with ICC?

A    Yes, she is.

Q    And how did she get that assignment?

A    By the committee.

Q    Do you know who gave it to her?

A    I'm going to assume it was the chairman of the committee, but I do not know that for a fact.

Q    Would these assignments be -- let's turn to chapter eight.

A    Okay.

Q    Which sections in chapter eight?

A    The entire chapter.

Q    And who did that?

A    Mark Chubb.

101

Q    The same gentleman?

A    That's correct.

Q    And he's the SPCCI gentleman?

A    At the time he was, yes.

Q    Is he is currently employed by SPCCI?

A    No, he's not.

Q    Where is he?

A    I think -- I think he's in New Zealand.

Q    New Zealand?

A    But I do not know for a fact.

Q    Little beyond the borders of the United States?

A    Yeah.  When he left SPCCI, I thought he went to New -- again, at the time it was -- like I said, he's a very well-known fire protection person and --

Q    What was your job as Secretariat in the fire safety committee?

A    I would -- first and foremost, I would be responsible for the hotel logistics, getting the committee -- all the information, the resource documents either generated and distributed.  I would be in charge of hotel logistics.  I would be in charge of taking the minutes, developing the

123

understanding is that they were guidelines used to support the ADA, the law.

Q   Um-hum.  So, are those published by an entity other than ICC?

A   Yes.

Q   And so, this ICC staff person that developed chapter 11 I believe?

A   That's correct.

Q   What was her name again?

A   Kim Paarlberg.

Q   May very well have turned to these third-party documents to develop the text for chapter 11?

A   In all likelihood, she probably used those as a resource.  The difficulty we find in code writing is documents such as those are typically not written in enforceable, mandatory language. We're kind of particular about code language.

Q   How so?  What's an example of mandatory language versus -- would there be --

A   Yeah.  Let's say, for example, it is preferred that the bottom of that window sill be not less than 12 inches in height.  The word "preferred" does not make it mandatory.  It makes

124

it effectively a suggestion--

Q    Sure.

A    -- versus a text that says the bottom of that sill height shall not be less than 12 inches. That's a definitive, enforceable statement.

Q    Okay.  So, codes are typically written in definitive, enforceable statements?

A    That's correct.

Q    Where -- when would this permissible language be used?

A    You may find it, in fact, on the accessibility guidelines, the CFR and non-code type documents.

Q    Okay.  Is this -- this mandatory language, is that language that's common throughout all codes, regardless of whether or not they are limited to building?

A    I believe so.

Q    Okay.  So, an electrical code would have mandatory language?

A    Yes.  I -- if it was ICC producing the electrical code, we would require it be in mandatory language.  I can't speak, for example, the electrical code developed by NFPA.

139

558.

Q    Let me just direct you to the paragraph above that.

A    Okay.

Q    It says a total of 616 code changes were submitted to the IBC fire safety subcommittee?

A    Correct.

Q    Okay.  So, is it your recollection that 616 code changes were submitted to the IBC fire safety subcommittee?

A    That's what this says, yes.

Q    Okay.  Is that your recollection?

A    I wouldn't make this up.

Q    Okay.  Are you aware of how many code changes were provided to the other --

A    No.

Q    -- type of subheadings?

A    I believe we probably have similar reports like this, but, no, I'm not aware of it.

Q    Okay.  Do you know if the general volume was the same with respect to the different subcommittees?

A    I'm -- I'm going to guess yes.  But, again, there was five different subcommittees.  The

190

Q    Okay.  When was he appointed to the committee?

A    I would have to look at my records because Bill was -- it's not going definitive because, if memory serves, he took the place of a Greg Revels because Greg could not fulfill his commitment, but he definitely was there on the committee of the working draft.  So sometime during the period of September '96 through May '97, Bill was appointed.

Q    Okay.  And when did he execute this agreement?

A    It's dated -- bill's dated as 6/30/97.

Q    And that was after publishing of the May 1997 working draft?

A    That is the case, yes.

Q    I'd like to direct you to Exhibit 165.

A    Um-hum.

Q    Do you recognize this exhibit?

A    Yes, I do.

Q    Is it another work for hire agreement?

A    Yes, it is.

Q    Okay.  And who is it signed by?

A    Don Mercer.

Q    Okay.  And who is Mr. Mercer?

191

A    Again, a code official member on the IBC. fire safety committee.

Q    And that was the committee you chaired?

A    I was Secretariat.

Q    Secretariat, strike that.  And when did Mr. Mercer join the committee?

A    Mr. Mercer started at the beginning.  So he would have been there for the first meeting, which is September of '96.

Q    Okay.  And when did he execute this agreement?

A    It's dated July 3rd, 1997.

Q    And was that after the May 1997 working draft?

A    Based on the dates, yes.

Q    Okay.  Sir, do you recognize Exhibit 166?

A    Yes, I do.

Q    Again, this is a work for hire agreement, is it not?

A    That is correct.

Q    And who is Michael McReynolds?

A    He is also a code official member of the International Building Code fire Safety Committee.

Q    Okay.  Is he also a BOCA representative?

192

A    Yes.

Q    And when did Mr. McReynolds join the fire safety committee?

A    He was at the beginning, so that would have been in the same time frame as Mr. Mercer.

Q    And when did he sign this agreement?

A    His is dated July 22nd, 1997.

Q    And did you also sign these exhibits, 164, 165, and 166?

A    That is my signature, yes.

Q    Okay.  And you signed them on -- strike that.  You signed Exhibit 164 on June 23rd, 1997?

A    Correct.

Q    And 165 and 166, you signed them both on June 25th, 1997?

A    That is correct.

Q    Are there -- strike that.  Did BOCA receive -- strike that.  Did BOCA obtain -- well, strike that.  We'll just back up a second.  Did you obtain work for hire agreements with the non-BOCA representatives on the fire safety subcommittee?

A    No.

Q    Why not?

A    I don't recall the direction that we were

198

Q    Okay.  Do you know what sections of the IBC 2000 -- strike that.  Do you know if Mr. Bryant drafted any sections of the IBC 2000?

A    I would assume he did as a member of the fire safety committee, yes.

Q    Are you able to identify those sections?

A    Right here, no.

Q    Okay.  Did Donald Mercer draft any sections --

A    Yes.

Q    -- of the IBC 2000?

A    Yes.

Q    Which sections did Mr. Mercer draft?

A    I don't know.

Q    You don't know?

A    Again, he was -- he would have been involved of the development as a member of the IBC fire safety committee.

Q    Did Mr. McReynolds draft any section?

A    Same response.

Q    And you're not able to identify those sections here?

A    No.

Q    Did any committee member on the fire

# Exhibit G

# WORK FOR HIRE AGREEMENT
## FOR MEMBERS REPRESENTING BOCA

This agreement is dated as of *June 23, 1997* by and between *William R Bryant* _____ ("Member"), and the Building Officials and Code Administrators International, Inc. ("BOCA"):

WHEREAS, BOCA is a developer of model codes and other products and services associated therewith; and

WHEREAS, the Member has been designated and has agreed to serve as a participant in the activity to be known as the *IBC Fire Safety Subcommittee* _____ ("Activity"); and

WHEREAS, the Member will contribute certain materials, text, ideas and opinions to BOCA for the use and consideration by a committee or other Activity in the development of a code, product or service ("Work"); and

WHEREAS, both parties intend that BOCA be the owner of all rights in the Work. This agreement will confirm such understanding.

NOW THEREFORE, the parties agree as follows:

1. The Work is commissioned "work for hire" which will be owned by BOCA. If the Work is determined not to be a "work for hire" or such doctrine is not effective, the Member hereby irrevocably assigns, conveys, and otherwise transfers to BOCA, and its respective successors, licensees and assigns, all rights, title and interest worldwide in and to the Work and all proprietary rights therein. This includes, without limitation, all copyrights, trademarks, design patents, trade secret rights, moral rights, and all contract and licensing rights, and all claims and causes of action

ICC-CR 094695



EXHIBIT NO. 164
DATE 9-21-04
REPTR
L.A.D. REPORTING

in respect to any of the foregoing, whether now known or hereafter to become known. In the event any right in the Work cannot be assigned, the Member agrees to waive enforcement worldwide of such right against BOCA, its distributors, and customers or, if necessary, worldwide to BOCA with the right to sublicense. These rights are assignable by BOCA.

2.  The Member has full power and authority to make and enter into this Agreement.

3.  This Agreement shall be binding until such time that BOCA notifies the Member in writing that BOCA releases all rights to the Activity, the Work, or a product of the Work.

4.  This Agreement constitutes the entire agreement between the parties relating to this subject matter and supersedes all prior or simultaneous representations or discussions, whether written or oral.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the above date.

MEMBER

_____
(Signature)

WILLIAM R. BRYANT
(Print Name)

6-30-97
(Date)

BOCA

_____
(Signature)

Michael J. Pfeiffer
(Print Name)

6/23/97
(Date)

ICC-CR 094696

# WORK FOR HIRE AGREEMENT
# FOR MEMBERS REPRESENTING BOCA

This agreement is dated as of _Jun 25, 1997_ by and between _Donald R. Mercer_

_____ ("Member"), and the Building Officials and Code Administrators International, Inc.

("BOCA"):

WHEREAS, BOCA is a developer of model codes and other products and services associated

therewith; and

WHEREAS, the Member has been designated and has agreed to serve as a participant in the

activity to be known as the _IBC Fire Safety Subcommittee_

_____ ("Activity");

and

WHEREAS, the Member will contribute certain materials, text, ideas and opinions to BOCA

for the use and consideration by a committee or other Activity in the development of a code, product

or service ("Work"); and

WHEREAS, both parties intend that BOCA be the owner of all rights in the Work. This

agreement will confirm such understanding.

NOW THEREFORE, the parties agree as follows:

1.   The Work is commissioned "work for hire" which will be owned by BOCA. If the Work

is determined not to be a "work for hire" or such doctrine is not effective, the Member hereby

irrevocably assigns, conveys, and otherwise transfers to BOCA, and its respective successors,

licensees and assigns, all rights, title and interest worldwide in and to the Work and all proprietary

rights therein. This includes, without limitation, all copyrights, trademarks, design patents, trade

secret rights, moral rights, and all contract and licensing rights, and all claims and causes of action

ICC-CR 094697



in respect to any of the foregoing, whether now known or hereafter to become known. In the event any right in the Work cannot be assigned, the Member agrees to waive enforcement worldwide of such right against BOCA, its distributors, and customers or, if necessary, worldwide to BOCA with the right to sublicense. These rights are assignable by BOCA.

2. The Member has full power and authority to make and enter into this Agreement.

3. This Agreement shall be binding until such time that BOCA notifies the Member in writing that BOCA releases all rights to the Activity, the Work, or a product of the Work.

4. This Agreement constitutes the entire agreement between the parties relating to this subject matter and supersedes all prior or simultaneous representations or discussions, whether written or oral.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the above date.

MEMBER

_____
(Signature)

DONALD R. MERCER
(Print Name)

7-3-97
(Date)

BOCA

_____
(Signature)

Michael J. Pfeiffer
(Print Name)

6/25/97
(Date)

ICC-CR 094698

## WORK FOR HIRE AGREEMENT
## FOR MEMBERS REPRESENTING BOCA

This agreement is dated as of _Jan 25, 1997_ by and between _Michael M Reynolds_

_____ ("Member"), and the Building Officials and Code Administrators International, Inc.

("BOCA"):

WHEREAS, BOCA is a developer of model codes and other products and services associated

therewith; and

WHEREAS, the Member has been designated and has agreed to serve as a participant in the

activity to be known as the _IBC Fire Safety Subcommittee_ _____

_____ ("Activity");

and

WHEREAS, the Member will contribute certain materials, text, ideas and opinions to BOCA

for the use and consideration by a committee or other Activity in the development of a code, product

or service ("Work"); and

WHEREAS, both parties intend that BOCA be the owner of all rights in the Work. This

agreement will confirm such understanding.

NOW THEREFORE, the parties agree as follows:

1.  The Work is commissioned "work for hire" which will be owned by BOCA. If the Work

is determined not to be a "work for hire" or such doctrine is not effective, the Member hereby

irrevocably assigns, conveys, and otherwise transfers to BOCA, and its respective successors,

licensees and assigns, all rights, title and interest worldwide in and to the Work and all proprietary

rights therein. This includes, without limitation, all copyrights, trademarks, design patents, trade

secret rights, moral rights, and all contract and licensing rights, and all claims and causes of action

ICC-CR 094699



in respect to any of the foregoing, whether now known or hereafter to become known. In the event any right in the Work cannot be assigned, the Member agrees to waive enforcement worldwide of such right against BOCA, its distributors, and customers or, if necessary, worldwide to BOCA with the right to sublicense. These rights are assignable by BOCA.

2. The Member has full power and authority to make and enter into this Agreement.

3. This Agreement shall be binding until such time that BOCA notifies the Member in writing that BOCA releases all rights to the Activity, the Work, or a product of the Work.

4. This Agreement constitutes the entire agreement between the parties relating to this subject matter and supersedes all prior or simultaneous representations or discussions, whether written or oral.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the above date.

MEMBER

_____
(Signature)

MichAEL L. McReynolds
(Print Name)

7-22-97
(Date)

BOCA

_____
(Signature)

Michael J. Pfeiffer
(Print Name)

6/25/97
(Date)

ICC-CR 094700

# Exhibit H

# International Code Council

# APPLICATION FOR MEMBERSHIP

## ICC Codes & Standards Committees

It is important to complete all of the questions on this form, supply additional requested information, sign and date the application. This application can be used to apply for membership on any ICC Committee. If you apply to be on more than one committee in Part I-#1 below, and if your participation will be funded by separate sources (entities), you must submit separate applications for each committee/funding source.

## Part I. General Information

1.  **Name of ICC Committee(s) on which you would like to be a member:**
    (See list of Committees on Page 2 - Acronym may be used. List in order of preference.)

    a)

    b)

    c)

    d)

    **EXHIBIT**

    4/23

2.  **Applicant Information**
    Complete the following information on yourself (the *Applicant*).

    | | |
    |---|---|
    | Your Name: | |
    | Title: | AUG 3 1 2004 |
    | Company: | |
    | Address: | |

    | City: | | State: | | Zip: | |
    |---|---|---|---|---|---|
    | Phone: | | Ext: | | Fax: | |
    | e-mail: | | | | | |

3.  **Entity Represented**
    Complete the following information on the entity (Company, Association, group, or yourself) you will represent (*Representing*).

    | | |
    |---|---|
    | Representing: | |
    | Main Contact: | |
    | Title: | |
    | Address: | |

    | City: | | State: | | Zip: | |
    |---|---|---|---|---|---|
    | Phone: | | Ext: | | Fax: | |
    | e-mail: | | | | | |

4.  **Interest Category** (check one)
    Using the Interest categories listed on the next page, indicate the interest category that best relates to your representation.

    **General**          **User**          **Producer**          **Non-voting**

- **General Interest (G):**
  Individuals assigned to the General Interest category are those who represent the interests of an entity, including an association of such entities, representing the general public, or entities that promulgate or enforce the provisions within the Committee scope. These entities include Consumers and Government Regulatory Agencies.

- **User Interest (U):**
  Individuals assigned to the User Interest category are those who represent the interests of an entity, including an association of such entities, which is subject to the provisions or voluntarily utilize provisions within the Committee scope. These entities include Academia, Applied Research Laboratory, Building Owner, Design Professional, Government Non-regulatory Agency, Insurance Company, Private Inspection Agency, and Product Certification/Evaluation Agency.

- **Producer Interest (P):**
  Individuals assigned to the Producer Interest category are those who represent the interests of an entity, including an association of such entities, which produces, installs, or maintains a product, assembly, or system subject to the provisions within the Committee scope. These entities include Builder, Contractor, Distributor, Labor, Manufacturer, Material Association, Standards Promulgator, Testing Laboratory, and Utility.

**NOTE – Multiple Interests:** Individuals representing entities in more than one of the above Interest categories, one of which is a Producer Interest, are assigned to the Producer Interest. Individuals representing entities in the General Interest and User Interest categories are assigned to the User Interest.

5. **Representation Type** Indicate if you will represent an entity (Organization) or yourself (Individual) on the Committee.

   **Organization          Individual**

6. If you are applying to be a member of a ICC Standards Consensus Committee, indicate if you will be the voting Principal or Alternate, or be a non-voting member. (Alternates are not appointed for Members of an ICC Codes Committee.)

| Representative as (check one): | Principal: | | Alternate: | | Non-voting Member: | |
|---|---|---|---|---|---|---|

| Acronym | ICC Code Development Committee Name |
|---|---|
| IBC-FS | International Building Code - Fire Safety Committee |
| IBC-G | International Building Code - General Committee |
| IBC-MOE | International Building Code – Means of Egress Committee |
| IBC-S | International Building Code - Structural Committee |
| ICCPC | International Performance Code Committee |
| IEBC | International Existing Buildings Code Committee |
| IECC | International Energy Conservation Code Committee |
| IFC | International Fire Code Committee |
| IFGC | International Fuel Gas Code Committee |
| IMC | International Mechanical Code Committee |
| IPC | International Plumbing Code Committee |
| IPMC | International Property Maintenance Code Committee |
| IRC-BE | International Residential Code – Building-Energy Committee |
| IRC-MP | International Residential Code – Mechanical-Plumbing Committee |
| IZC | International Zoning Code Committee |
| **Acronym** | **ICC Standards Committee Name** |
| IS-ADC | ICC Amusement Device Code |
| IS-BLE | Standard on Bleacher Safety |
| IS-CRT | Standard for Determining Wind Resistance of Concrete or Clay Roof Tiles |
| IS-DWD | Standard for Determining Impact Resistance from Windborne Debris |
| IS-HRC | Standard for Hurricane Resistant Construction |
| IS-MFG | Manufactured Housing Construction & Safety Standards |
| IS-SLX | Standard on Soil Expansion |

## Part II. Authority and Funding

1. Will the applicant be authorized to vote on behalf of the entity being represented?
   (Appropriate authorization may be required.)

   Yes          No

2. Will the applicant be instructed how to vote?

   Yes          No

3. If so, can the time constraints of the code development process be maintained?

   Yes          No

4. Who or what organization, company, interest, etc., would fund participation?

   ### All funding sources must be divulged

   NOTE: If you have applied to be on more than one committee, and if your participation will be funded by separate sources (entities), you must submit separate applications for each committee/funding source. If you will NOT be representing or funded by an outside entity (organization, company, etc.), and are applying as an Individual member and funding your own participation on the Committee, simply state "Self" below.     (Specify names, address, telephone and contact's title as appropriate)

| Funding by: | |
|---|---|
| Main Contact: | |
| Title: | |
| Address: | |

| City: | | State: | | Zip: | |
|---|---|---|---|---|---|
| Phone: | | Ext: | | Fax: | |
| e-mail: | | | | | |

## Part III. Background and Experience

### Please complete the following.  Attach résumé or additional sheets if necessary.

1. List previous Committee service, including ICC, BOCA, ICBO, SBCCI and other organizations on which you have served.

   Organization / Committee                          Date or Years of Service

   a)
   b)
   c)
   d)

2. State specific work experience related to one or more elements of Committee work.

ICC Committee Application                                    May 31, 2001

3.     · State the contributions, education, certification or other qualifications you offer towards the success of the Committee in which you have an interest.

4.     Provide assurance of active participation on the Committee. Will the applicant be able to participate in the full work of the Committee such as attending Committee meetings and responding to correspondence?

          Yes           No

## Part IV. Additional Information

Provide any additional information as may be appropriate to assist in the evaluation of your application. (Attach additional sheets if necessary.)

## Part V. Certification

Considerable effort, devotion and hard work will be expected of each Committee member. Committee membership carries an obligation to participate actively in all work of the Committee including the contribution and generation of information, prompt reply to draft reports and ballots, attendance and participation at Committee meetings and prompt completion of assigned tasks.

I hereby agree to notify the International Code Council of a change in any of the information provided in this application including a change in the organization represented, source of funding or employment. I agree to abide by the rules and policy of the International Code Council. I agree that ICC shall have nonexclusive, royalty-free license to use any material that I may provide to or develop for the Committee. I hereby grant ICC a nonexclusive, royalty-free license to all rights in copyright that I may have as an author of the materials produced by an ICC Committee. I attest that the information provided in this application for Committee membership is true and accurate.

| Signature: | | Date: | |
|---|---|---|---|
| Title: | | | |

### Mail Completed Application to:

Program Manager, ICC Standards Council
International Code Council, Inc.
5203 Leesburg Pike, Suite 600
Falls Church, Virginia 22041

**Phone**: (703) 931-4533     **Fax**: (703) 379-1546     **e-mail**: lbrown@intlcode.org
                               (703) 931-9128

# Exhibit I



**International Code Council**

# APPLICATION FOR ICC
# Codes & Standards Committees

This form is available at www.iccsafe.org.

INTERNATIONAL CODE COUNCIL®

It is important to complete all of the questions on this form, supply additional requested information, sign and date the application. This application can be used to apply for membership on any ICC Codes & Standards Committee. If you apply to be on more than one committee in Part I - #1 below, and if your participation will be funded by separate sources (entities), you must submit separate applications for each committee/funding source. *Be sure to review the posted "Call for Committees" at www.iccsafe.org to determine which committee(s) are considering new applications and the deadline for submittal of the applications.*

## Part I. General Information

1.  **Name of ICC Committee(s) on which you would like to be a member:**
    (See list of Committees on Page 5 - Acronym may be used. List in order of preference.)

    a)
    b)
    c)
    d)

2.  **Applicant Information:** Complete the following information on yourself (the *Applicant*).

| Your Name: | | | |
|---|---|---|---|
| Title: | | | |
| Company: | | Acronym: | |
| Address: | | | |
| City: | State: | Zip +4: | |
| Phone: | 800#: | Ext: | Fax: |
| e-mail: | | TDD #: | |

3.  **Entity Represented:** Complete the following information on the entity (Company, Association, group, or yourself) you will represent (*Representing*).

| Representing: | | Acronym: | |
|---|---|---|---|
| Main Contact: | | | |
| Title: | | | |
| Address: | | | |
| City: | State: | Zip +4: | |
| Phone: | 800#: | Ext: | Fax: |
| e-mail: | | TDD #: | |
| Web Site: | | | |
| | | | |

*AUG 3 1 2004
Sims
Ex. 59 Id ✓ Ev
CARL W GIRARD*

4.  **Interest Category** (check one) Using the Interest categories listed on the next page, indicate the interest category that best relates to your representation.

    ☐ General   ☐ User   ☐ Producer   ☐ Non-voting

---

*ICC C & S Committee Application – e-form*                    *May 15, 2004*

Interest Categories:

- **General Interest (G):**
  Individuals assigned to the General Interest category are those who represent the interests of an entity, including an association of such entities, representing the general public, or entities that promulgate or enforce the provisions within the Committee scope. These entities include <u>Consumers</u> and <u>Government Regulatory Agencies</u>.

- **User Interest (U):**
  Individuals assigned to the User Interest category are those who represent the interests of an entity, including an association of such entities, which is subject to the provisions or voluntarily utilize provisions within the Committee scope. These entities include <u>Academia</u>, <u>Applied Research Laboratory</u>, <u>Building Owner</u>, <u>Design Professional</u>, <u>Government Non-regulatory Agency</u>, <u>Insurance Company</u>, <u>Private Inspection Agency</u>, and <u>Product Certification/Evaluation Agency</u>.

- **Producer Interest (P):**
  Individuals assigned to the Producer Interest category are those who represent the interests of an entity, including an association of such entities, which produces, installs, or maintains a product, assembly, or system subject to the provisions within the Committee scope. These entities include <u>Builder</u>, <u>Contractor</u>, <u>Distributor</u>, <u>Labor</u>, <u>Manufacturer</u>, <u>Material Association</u>, <u>Standards Promulgator</u>, <u>Testing Laboratory</u>, and <u>Utility</u>.

**NOTE – Multiple Interests:** Individuals representing entities in more than one of the above Interest categories, one of which is a Producer Interest, are assigned to the Producer Interest. Individuals representing entities in the General Interest and User Interest categories are assigned to the User Interest.

5.  **Voting Status** If you are applying to be a member of a ICC Standard Committee, indicate if you will be the voting Principal or Alternate, or be a non-voting member. (Alternates are not appointed for members of an ICC Code Committee.)

| Representative as (check one): | Principal: ☐ | Alternate: ☐ | Non-voting Member: ☐ |
|---|---|---|---|

6.  **Representation Type** Indicate if you will represent an entity (Organization) or yourself (Individual) on the Committee.

    ☐ Organization          ☐ Individual

---

# Part II. Authority and Funding

1.  Are your Organization's Representative(s) authorized to vote on behalf of your Organization? (Appropriate Authorization may be required.)

    ☐ Yes          ☐ No

2.  Will your Organization's Representative(s) be instructed how to vote?

    ☐ Yes          ☐ No

3.  If so, can the time constraints of the consensus process be maintained?

    ☐ Yes          ☐ No

4.  Who or what organization, company, interest, etc., would fund participation?

## All funding sources must be divulged

**NOTE:** If you have applied to be on more than one committee, and if your participation will be funded by separate sources (entities), you must submit separate applications for each committee/funding source. If you will NOT be representing or funded by an outside entity (organization, company, etc.), and are applying as an individual member and funding your own participation on the Committee, simply state "Self" below.

---

*ICC C & S Committee Application – e-form*          *May 15, 2004*

| Funding by: | | | | | |
|---|---|---|---|---|---|
| Main Contact: | | | | | |
| Title: | | | | | |
| Address: | | | | | |
| City: | | State: | | Zip +4: | |
| Phone: | | Ext: | | Fax: | |
| e-mail: | | | | | |

## Part III. Background and Experience

**Please complete the following. Attach résumé or additional sheets as necessary.**

1. List previous Committee service, including ICC, BOCA, ICBO, SBCCI and other organizations on which you have served.

   <u>Organization / Committee</u>                    <u>Date or Years of Service</u>

   a)

   b)

   c)

   d)

2. State specific work experience related to one or more elements of Committee work.

3. State the contributions, education, certification or other qualifications you offer towards the success of the Committee in which you have an interest.

4. Provide assurance of active participation on the Committee. Will your Organization and its Representatives be able to participate in the full work of the Committee such as attending Committee meetings and responding to correspondence?

   ☐ Yes          ☐ No

5. Are you interested in serving as the Chair/Vice Chair to a committee?

   ☐ Yes          ☐ No

ICC C & S Committee Application – e-form                    *May 15, 2004*

## Part IV. Additional Information

Provide any additional information as may be appropriate to assist in the evaluation of your application. (Attach additional sheets as necessary.)

## Part V. Certification and Agreement

Considerable effort, devotion and hard work will be expected of each Committee member. Committee membership carries an obligation to participate actively in all work of the Committee including the contribution and generation of information, prompt reply to draft reports and ballots, attendance and participation at Committee meetings and prompt completion of assigned tasks. The undersigned hereby agrees to notify the International Code Council of a change in any of the information provided in this application including a change in the organization represented, source of funding or employment. The undersigned agrees to abide by the rules and policy of the International Code Council. The undersigned attests that the information provided in this application for Committee membership is true and accurate.

The undersigned hereby agrees that his or her authorship contributions to ICC in connection with work performed as a member of an ICC committee are considered to be works made for hire for ICC. To the extent that the undersigned retains any rights in copyright as to such authorship contributions, the undersigned hereby grants and assigns to ICC all such rights. The undersigned understands that he or she will have no rights in any ICC publications that use such contributions by the undersigned and certifies to the best of his or her knowledge that such contributions are not protected by the copyright of any other person or entity.

| Signature: | | Date: | |
|---|---|---|---|
| Print Name: | | | |
| Title: | | | |

**Please send an electronic version (Word, Word Perfect or PDF) followed by a signed, mailed copy . These are due by the posted deadline for applications as indicated on the "Call for Committees" at www.iccsafe.org.**

Email electronic version to: codeapps@iccsafe.org

**Mail signed copy to:**

Codes & Standards Committee Application
International Code Council, Inc.
4051 W. Flossmoor Rd.
Country Club Hills, IL 60478-5795

**Phone**: (708) 799-2300 X 340
**Fax**: (708) 799-0320

*ICC C & S Committee Application – e-form*                    *May 15, 2004*

C Codes & Standards Committee

*Be sure to review the posted "Call for Committees" to determine which committee(s) are considering new applications and the deadline for submittal of the application.*

| Acronym | ICC Code Committees |
|---|---|
| IBC-FS | International Building Code - Fire Safety Committee |
| IBC-G | International Building Code - General Committee |
| IBC-MOE | International Building Code – Means of Egress Committee |
| IBC-S | International Building Code - Structural Committee |
| IECC | International Energy Conservation Code Committee |
| IEBC | International Existing Building Code Committee |
| IFC | International Fire Code Committee |
| IFGC | International Fuel Gas Code Committee |
| IMC | International Mechanical Code Committee |
| ICCPC | ICC Performance Code Committee |
| IPC | International Plumbing Code Committee |
| IPM/ZC | International Property Maintenance and Zoning Code Committee* |
| IRC-BE | International Residential Code – Building-Energy Committee |
| IRC-MP | International Residential Code – Mechanical-Plumbing Committee |

*Starting with the 2004/2005 Code Development Cycle, proposed changes to the IPMC and IZC will be heard by a single code committee. Proposed changes to the IUWIC will be heard by the IFC Code Committee.

| Acronym | ICC Councils |
|---|---|
| IBCC | International Building Code Council |
| IFCC | International Fire Code Council |
| IMPCC | International Mechanical/Plumbing Code Council |
| ISC | International Standards Council |

| Acronym | ICC Standard Committees |
|---|---|
| IS-AIS | ICC Amusement Inspection Standard |
| IS-BLE | Standard on Bleacher Safety |
| IS-HRC | Standard for Hurricane Resistant Construction |
| IS-MFG | Manufactured Housing Construction & Safety Standards |
| IS-LOG | Standard on the Design, Construction and Performance of Log and Timber Structures |
| IS-STM | Standard on the Design, Construction and Performance of Storm Shelters |

| Acronym | ICC Interpretation Committees |
|---|---|
| BCIC | Building Code Interpretations Committee |
| ECCIC | Energy Conservation Code Interpretations Committee |
| EBCIC | Existing Building Code Interpretations Committee |
| FCIC | Fire Code Interpretations Committee |
| FGCIC | Fuel Gas Interpretations Committee |
| MCIC | Mechanical Code Interpretations Committee |
| PCIC | Performance Code Interpretations Committee |
| PPSDCIC | Plumbing & Private Sewage Disposal Code Interpretations Committee |
| PMCIC | Property Maintenance Code Interpretations Committee |
| RCIC | Residential Code Interpretations Committee |
| UWICIC | Urban-Wildland Interface Code Interpretations Committee |
| ZCIC | Zoning Code Interpretations Committee |

| Acronym | Other ICC Codes and Standards Committees |
|---|---|
| CCC | Code Correlation Committee |
| CTC | Code Technology Committee |
| AHC-xx | Ad Hoc Committees - as established and posted* |
| ------ | Other Committees - as established and posted* |

*See the posted "Call for Committees" at www.iccsafe.org

---

*ICC C & S Committee Application -- e-form*

*May 15, 2004*

# Exhibit J

EXHIBIT 2a

# CODE DEVELOPMENT PROCESS
## *for the*
# INTERNATIONAL CODES



**ICC**

INTERNATIONAL
CODE COUNCIL

## 1.0 Introduction

**1.1 Purpose:** The purpose of the International Code Council (ICC) Code Development Process is to prescribe the Rules of Procedure utilized in the continued development and maintenance of the International Codes (Codes).

**1.2 Objectives:** The ICC Code Development Process has the following objectives:

1. The timely evaluation and recognition of technological developments pertaining to construction regulations.

2. The open discussion of proposals by all parties desiring to participate.

3. The final determination of Code text by officials representing code enforcement and regulatory agencies.

**1.3 Code Publication:** The ICC Board of Directors (ICC Board) shall determine the title and the general purpose and scope of each Code published by the ICC.

**1.3.1 Code Correlation:** The provisions of all Codes shall be consistent one with another so that conflicts between the Codes do not occur. Where a given subject matter or code text could appear in more than one Code, the ICC Board shall determine which Code shall be the primary document, and therefore which code development committee shall be responsible for review and maintenance of the code text. Duplication of content or text between Codes shall be limited to the minimum extent necessary for practical useability of the Codes, as determined in accordance with Section 4.4.

**1.4 Process Maintenance:** The review and maintenance of the Code Development Process and these Rules of Procedure shall be by the ICC Board.

**1.5 Secretariat:** The ICC Board shall appoint a Secretariat for each of the Codes. All correspondence relating to code change proposals and public comments shall be addressed to the Secretariat.

**1.6 Video Taping:** Individuals desiring to videotape any meeting, or portion thereof must receive approval to do so from the ICC Secretariat. Such requests shall be submitted to the ICC President in writing indicating the portion of the meeting to be video taped. The location of the equipment and personnel shall be subject to the approval of the ICC Secretariat. Equipment and the process used to video tape shall in the judgement of the ICC Secretariat be conducted in a manner that is not disruptive to the meeting. The ICC shall not be responsible for equipment, personnel or any other provision necessary to accomplish the video taping. An unedited copy of the video tape shall be forwarded to the ICC President within 30 days of the meeting. Parties requesting permission to video tape may be required to provide the ICC with appropriate releases of responsibility and proof of insurance.

## 2.0 Code Development Cycle

**..1 Intent:** The code development cycle shall consist of the complete consideration of code change proposals in accordance with the procedures herein specified, commencing with the deadline for submission of code change proposals (see Section 3.5) and ending with publication of final action on the code change proposals (see Section 7.7).

**2.2 New Editions:** The ICC Board shall determine the schedule for publishing new editions of the Codes. Each new edition shall incorporate the results of the code development activity since the last edition.

**2.3 Supplements:** The results of the code development activity between editions shall be published as a supplement to the Codes.

**2.4 Emergency Procedure:** In the event that the ICC Board determines an emergency amendment to any Code or supplement thereto is warranted, the same may be adopted by the Board. Such action shall require an affirmative vote of at least nine members of the Board.

Changes resulting from an emergency procedure shall be effective immediately, but shall be subject to a vote for ratification or revocation on the next published agenda for final action public testimony and individual consideration (see Section 7.2).

The model code groups memberships shall be notified, in writing, of any emergency change to the Codes or supplements thereto adopted by the ICC Board. All code revisions pursuant to these emergency procedures and the reasons for such corrective action shall be published as soon as practicable after Board action.

## 3.0 Submittal of Code Change Proposals

**3.1 Intent:** Any interested person, persons or group may submit a code change proposal which will be duly considered when in conformance to these Rules of Procedure.

**3.2 Withdrawal of Proposal:** A code change proposal may be withdrawn by the proponent (WP) at any time prior to Final Action Consideration of that proposal. A withdrawn code change proposal shall not be subject to a public hearing, motions, or Final Action Consideration.

**3.3 Form and Content of Code Change Submittals:** Each code change proposal shall be submitted separately and shall be complete in itself. Each submittal shall contain the following information:

**3.3.1 Proponent:** Each code change proposal shall include the name, title, mailing address and telephone number of the proponent.

1. If a group, organization or committee submits a code change proposal, an individual with prime responsibility shall be indicated.

2. If a proponent submits a code change on behalf of a client, group, organization or committee, the name and mailing address of the client, group, organization or committee shall be indicated.



EXHIBIT NO. *144*
DATE *9-21-04*
REPTR.
L.A.D. REPORTING

ICC-CR022266

**3.3.2 Code Reference:** Each code change proposal shall relate to the applicable code section(s) in the latest edition of the Code and any supplement thereto.

1. If more than one section in the Code is affected by a code change proposal, appropriate proposals shall be included for all such affected sections.

2. If more than one Code is affected by a code change proposal, appropriate proposals shall be included for all such affected Codes and appropriate cross referencing shall be included in the supporting information.

**3.3.3 Text Presentation:** The text proposal shall be presented in the specific wording desired with deletions shown struck out with a single line and additions shown underlined with a single line.

1. A charging statement shall indicate the referenced code section(s) and whether the proposal is intended to be an addition, a deletion or a revision to existing Code text.

2. Whenever practical, the existing wording of the text shall be preserved with only such deletions and additions as necessary to accomplish the desired change.

3. Each proposal shall be in proper code format and terminology.

4. Each proposal shall be complete and specific in the text to eliminate unnecessary confusion or misinterpretation.

5. The proposed text shall be in mandatory terms.

**3.3.4 Supporting Information:** Each code change proposal shall include sufficient supporting information to indicate how the proposal is intended to affect the intent and application of the Code.

1. *Purpose:* The proponent shall clearly state the purpose of the proposed code change (e.g., clarify the Code; revise outdated material; substitute new or revised material for current provisions of the Code; add new requirements to the Code; delete current requirements, etc.).

2. *Reasons:* The proponent shall justify changing the current Code provisions, stating why the proposal is superior to the current provisions of the Code. Proposals which add or delete requirements shall be supported by a logical explanation which clearly shows why the current Code provisions are inadequate or overly restrictive, specifies the shortcomings of the current Code provisions and explains how such proposals will improve the Code.

3. *Cost Impact:* The proponent shall include a statement regarding the anticipated cost impact of the proposed change.

4. *Substantiation:* The proponent shall substantiate the proposed code change based on technical information and substantiation. The burden of providing substantiating material lies with the proponent of the code change proposal.

5. *Bibliography:* The proponent shall submit a bibliography of any substantiating material submitted with code change proposal. The bibliography shall be published with the code change and the proponent shall make the substantiating materials available for review at the BOCA, ICBO and SBCCI offices and during the public hearing.

6. *Copyright Release:* The proponent shall sign a copyright release

reading: "I hereby grant the International Code Council the nonexclusive, royalty-free rights, including non-exclusive, royalty-free rights in copyright, in this proposal and I understand that I acquire no rights in any publication of the International Code Council in which this proposal in this another similar analogous form is used. I hereby attest that have the authority and I am empowered to grant this copyright release."

**3.4 Number:** Twelve copies of each code change proposal and twelve copies of all substantiating information shall be submitted. Additional copies may be requested when determined necessary by the Secretariat. A copy of the code change proposal in electronic form may be requested.

**3.5 Submittal Deadline:** Each code change proposal shall be received at the office of the Secretariat by the close of business on the first workday in November of the year preceding that in which the code change proposal is to be considered. The submitter of a proposed code change is responsible for the proper and timely receipt of all pertinent materials by the Secretariat.

**3.6 Referenced Standards:** In order for a standard to be considered for reference or to continue to be referenced by the Codes, a standard shall meet the following criteria:

**3.6.1 Code References:**

1. The standard and the manner in which it is to be utilized shall be specifically referenced in the Code text.

2. The need for the standard to be referenced shall be established.

**3.6.2 Standard Content:**

1. A standard or portions of a standard intended to be enfor shall be written in mandatory language.

2. The standard shall be appropriate for the subject covered.

3. All terms shall be defined when they deviate from an ordinarily accepted meaning or a dictionary definition.

4. The scope or application of a standard shall be clearly described.

5. The standard shall not have the effect of requiring proprietary materials.

6. The standard shall not prescribe a proprietary agency for quality control or testing.

7. The test standard shall describe, in detail, preparation of the test sample, sample selection or both.

8. The test standard shall prescribe the reporting format for the test results. The format shall identify the key performance criteria for the element(s) tested.

9. The measure of performance for which the test is conducted shall be clearly defined in either the test standard or in Code text.

10. The standard shall not state that its provisions shall govern whenever the referenced standard is in conflict with the requirements of the referencing Code.

11. The preface to the standard shall announce that standard is promulgated according to a consensus procedure

ICC-CR022267

### 3.6.3 Standard Promulgation:

* 1. The standard shall be readily available.

2. The standard shall be developed and maintained through a consensus process such as ASTM or ANSI.

## 4.0 Processing of Proposals

**4.1 Intent:** The processing of code change proposals is intended to insure that each proposal complies with these Rules of Procedure and that the resulting draft of the proposal accurately reflects the proponent's intent.

**4.2 Review:** Upon receipt in the Secretariat's office, the code change proposals will be checked for compliance with these Rules of Procedure as to division, separation, number of copies, form, language, terminology, supporting statements and substantiating data.

**4.3 Incomplete Proposals:** When a code change proposal is submitted with incorrect format or without the required information, the secretariat shall notify the proponent of the specific deficiencies and the proposal shall be held until the deficiencies are corrected, with a final date set for receipt of a corrected submittal. If the Secretariat receives the corrected proposal after the final date, the proposal shall be held over until the next code development cycle. Where there are otherwise no deficiencies addressed by this section, a proposal that incorporates a new referenced standard shall be processed with an analysis of a referenced standard's compliance with the criteria set forth in Section 3.6.

**4.4 Editorial:** The ICC President shall have the authority at all times to make editorial and format changes to the Code text, or any approved changes, consistent with the intent, provisions and style of the Code. Such editorial and format revisions shall be submitted to the pertinent code development committee with reasons for such revisions for advice and comment to the ICC President.

**4.5 Updating Standards:** The subsequent updating of standards referenced by the Codes shall be accomplished administratively by the appropriate code development committee. A notice of the committee's intent to update standards referenced by the Codes shall be printed for public review and comment in the report of the results of the public hearing (see Section 5.8). Parties desiring to comment on a referenced standard due for updating shall file their remarks with the Secretariat no later than the deadline date for receipt of public comments (see Section 6.2).

**4.6 Preparation:** All code change proposals in compliance with these procedures shall be prepared in a standard manner by the Secretariat and be assigned separate, distinct and consecutive numbers.

**4.7 Publication:** All code change proposals shall be published and made available at least 30 days prior to the public hearing on those proposals and shall constitute the agenda for the public hearing. Code change proposals which have not been published shall not be considered.

## 5.0 Public Hearing

**5.1 Intent:** The intent of the public hearing is to permit interested parties to present their views on the code change proposals on the published agenda. The code development committee will consider such comments as may be presented in the development of their action on the disposition of such proposals. At the conclusion of the code development committee deliberations, the committee action on each code change proposal shall be placed before the hearing assembly for consideration in accordance with Section 5.7.

**5.2 Committee:** The Code Development Committees shall be appointed by the ICC Board. The committee may consist of multiple interest representation including academic, research and design communities. A minimum of fifty percent (50%) plus one (1) of the appointees are regulators.

**5.2.1 Chairman/Moderator:** The Chairman and Vice-Chairman shall be elected by the Committee from the appointed members of the committee. The ICC Board shall appoint one or more Moderators who shall act as presiding officer for the public hearing. The Moderator shall be a non-voting member of the code development committee.

**5.2.2 Conflict of Interest:** A committee member shall withdraw from and take no part in those matters with which the committee member has a financial, business, property or personal interest. The committee member shall not participate in any committee discussion on the matter or any committee vote. Violation thereof shall result in the immediate removal of the committee member from the committee.

**5.2.3 Representation of Interest:** Committee members shall not represent themselves as official or unofficial representatives of the ICC except at regularly convened meetings of the committee.

**5.3 Date and Location:** The date and location of each public hearing shall be announced not less than 60 days prior to the date of the public hearing.

**5.4 General Procedures:** The Robert's Rules of Order, latest edition, shall be the formal procedure for the conduct of the public hearing except as a specific provision of these Rules of Procedure may otherwise dictate. A quorum shall consist of a majority of the voting members of the committee.

**5.4.1 Open Meetings:** Public hearings of the Code Development Committees are open meetings. Any interested person may attend and participate in the Floor Discussion and Assembly Consideration portions of the hearing. Only eligible voters (see Section 5.7.4) are permitted to vote. Only Code Development Committee members may participate in the Committee Action portion of the hearings (see Section 5.6).

**5.4.2 Agenda Order:** The Secretariat shall publish an agenda for each public hearing, placing individual code change proposals in a logical order to facilitate the hearing. The proponents or opponents of any proposal may move to revise the agenda order as the first order of business at the public hearing, or at any time during the hearing except while another proposal is being discussed. Preference shall be given to grouping like subjects together, and for moving items back to a later position on the agenda as opposed to moving items forward to an earlier position. A motion to revise the agenda order is subject to a 2/3 vote of those present and voting.

**5.4.3 Reconsideration:** There shall be no reconsideration of a proposed code change after it has been voted on by the committee in accordance with Section 5.6; or, in the case of assembly consideration, there shall be no reconsideration of a proposed code change after it has been voted on by the assembly in accordance with Section 5.7.

**5.4.4 Limitations on Debate:** The Moderator shall have the authority to establish rules and time limitations on debate in the interest of time and fairness to all hearing participants.

**5.4.5 Points of Order:** Any person participating in the public hearing may public comment a procedural ruling of the Moderator. A majority vote of the eligible voters as determined in Section 5.7.4 shall determine the decision.

ICC-CR022268

**5.5 Floor Discussion:** The Moderator shall place each code change proposal before the hearing for discussion by identifying the proposal and by regulating discussion as follows:

**5.5.1 Discussion Order:**

1. *Proponents.* The Moderator shall begin by asking the proponent and then others in support of the proposal for their comments.

2. *Opponents.* After discussion by those in support of a proposal, those opposed thereto, if any, shall have the opportunity to present their views.

3. *Rebuttal.* Proponents shall then have the opportunity to rebut points raised by the opponents.

4. *Re-rebuttal.* Opponents shall then have the opportunity to respond to the proponent's rebuttal.

**5.5.2 Modifications:** Modifications to proposals may be suggested from the floor by any person participating in the public hearing. The person proposing the modification is deemed to be the proponent of the modification.

1. *Written Copies.* Modifications offered from the floor shall be in writing. The modification proponent shall provide a minimum of twelve (12) copies to the Moderator.

2. *Testimony.* When a modification is offered from the floor and accepted by the Moderator, a specific floor discussion on that modification is to commence in accordance with the procedures listed in Section 5.5.1.

**5.6 Committee Action:** Following the floor discussion of each code change proposal, a motion shall be made and seconded by members of the committee to:

1. approve the code change proposal as submitted (AS), or

2. approve the code change proposal as modified with specific modifications (AM), or

3. disapprove the code change proposal (D).

Discussion on this motion shall be limited to Code Development Committee members. If a committee member raises a matter of issue which has not been proposed or discussed during the floor discussion, the Moderator shall suspend the committee discussion and shall reopen the floor discussion for comments on the specific matter or issue. Upon receipt of all comments from the floor, the Moderator shall resume committee discussion.

The Code Development Committee shall vote on each motion with the majority dictating the committee's action. Each committee vote shall be supported by a reason.

The Code Development Committee shall maintain a record of its proceedings including the action on each code change proposal.

**5.7 Assembly Consideration:** At the conclusion of the committee's action on a code change proposal and before the next code change proposal is called to the floor, the Moderator shall ask for a motion from the public hearing attendees who may object to the committee's action. If a motion in accordance with Section 5.7.1 is not brought forward on the committee's action, the results of the public hearing shall be established by the committee's action. If a motion in accordance with Section 5.7.1 is brought forward and is sustained in accordance with Section 5.7.3, both the committee's action and the assemblies' action

shall be reported as the results of the public hearing.

**5.7.1 Floor Motion:** Any attendee may raise an objection to the committee's action in which case the attendee will be able to make a motion to:

1. approve the code change proposal as submitted (ASF), or

2. disapprove the code change proposal (DF).

**5.7.2 Discussion:** On receipt of a second to the floor motion, the Moderator shall place the motion before the hearing for discussion in accordance with Section 5.5.1.

**5.7.3 Assembly Action:** To revise the committee's action as a result of a motion from the floor, the assembly action shall be in accordance with the following majorities based on the number of votes cast by eligible voters (see Section 5.7.4).

| Committee Action | Desired Assembly Action | |
|---|---|---|
| | ASF | DF |
| AS | -- | Majority |
| AM | 2/3 | Majority |
| D | 2/3 | -- |

**5.7.4 Eligible Voters:** Only Active Members of BOCA, Class A voting representatives of ICBO and Active Member representatives of SBCCI shall be permitted to vote on any motion. Only one vote is authorized per eligible attendee. Code Development Committee members shall be eligible to vote on floor motions.

**5.8 Report of the Public Hearing:** The results of the public hearing shall be published and made available not less than 60 days prior to Final Action Consideration except as approved by the ICC Board.

## 6.0 Public Comments

**6.1 Intent:** The purpose of the public comment process is twofold. First, it expedites the Final Action Consideration in that only public comment results of the public hearing are discussed.

Second, the public comment process gives attendees an opportunity to consider specific objections to the results of the public hearing and more thoughtfully prepare for the discussion for Final Action Consideration.

**6.2 Deadline:** The deadline for receipt of a public comment to the results of the public hearing shall be announced at the public hearing but shall not be less than 30 days from the availability of the report of the results of the public hearing (see Section 5.8).

**6.3 Form and Content of Public Comments:** Any interested person, persons or group may submit a public comment to the results of the public hearing which will be considered when in conformance to these requirements. Each public comment to a code change proposal shall be submitted separately and shall be complete in itself. Each public comment shall contain the following information:

**6.3.1 Public comment:** Each public comment shall include the name, title, mailing address and telephone number of the public comment. If a group, organization or committee submits a public comment, an individual with prime responsibility shall indicated. If a public comment is submitted on behalf of a di group, organization or committee, the name and mailing address

ICC-CR022269

of the client, group, organization or committee shall be indicated.

**6.3.2 Code Reference:** Each public comment shall include the name of the Code to which the public comment is directed, the code change proposal number and the results of the public hearing being public comment.

**6.3.3 Desired Final Action:** The public comment shall indicate the desired final action as one of the following:

1. approve the code change proposal (AS), or

2. approve the code change proposal as modified (AM) by the Code Development Committee (see Section 5.6.2), or

3. disapprove the code change proposal (D).

**6.3.4 Supporting Information:** The public comment shall include a statement containing a reason and justification for the desired final action on the code change proposal. (Effective 1998) A bibliography of any substantiating material submitted with a public comment shall be published with the public comment.

**6.4 Review:** The Secretariat shall be responsible for reviewing all submitted Public Comments from an editorial and technical viewpoint similar to the review of code change proposals (see Section 4.2).

**6.4.1 Incomplete Public Comment:** When a public comment is submitted with incorrect format or without the required information, the public comment shall not be processed. The Secretariat shall notify the public commenter of the specific deficiencies and the public comment shall be held until the deficiencies are corrected, or the public comment shall be returned to the public commenter with instructions to correct the deficiencies with a final date set for receipt of the corrected public comment.

**6.4.2 Duplications:** On receipt of duplicate or parallel Public Comments, the Secretariat may consolidate such Public Comments for Final Action Consideration. Each public commenter shall be notified of this action when it occurs.

**6.4.3 Deadline:** Public Comments received by the Secretariat after the deadline set for receipt shall not be published and shall not be considered as part of the Final Action Consideration.

**6.5 Publication:** The list of public hearing results on code change proposals that have not been public commented and the code change proposals with public commented public hearing results shall constitute the final action agenda. The final action agenda shall be published and made available at least 30 days prior to Final Action Consideration.

## 7.0 Final Action Consideration

**7.1 Intent:** The purpose of Final Action Consideration is to make a final determination of all code change proposals which have been considered in a code development cycle by a vote cast by eligible voters (see Section 7.5).

**7.2 Agenda:** The agenda for the final action consent vote shall be comprised of the results of the public hearing which have neither an assembly action or public comment. The agenda for public testimony and individual consideration shall be comprised of the results of the public hearing which have an assembly action or public comment (see Sections 5.7 and 6.0).

**7.3 Procedure:** The *Robert's Rules of Order*, latest edition, shall be the formal procedure for the conduct of the Final Action Consideration except as these Rules of Procedure may otherwise dictate.

**7.3.1 Final Action Consent Vote:** All public hearing results which have not been public commented in accordance with Section 6.0 shall be placed before the assembly with a single motion for final action in accordance with the results of the public hearing. When the motion has been seconded, the vote shall be taken with no testimony being allowed. A majority of votes cast by eligible voters (see Section 7.5) shall decide the motion.

**7.3.2 Public Comments and Assembly Actions:** Upon completion of the final action consent vote, all proposed changes which have an assembly action or public comment shall be placed before the assembly with a motion to ballot vote each item individually with discussion on each item individually. When the motion has been seconded, individual consideration of each proposed change having an assembly action or public comment shall commence.

**7.3.3 Discussion:** The discussion of results of the public hearing having an assembly action or public comment shall be in accordance with the procedures for the conduct of a public hearing (see Section 5.5.1).

**7.4 Ballot Voting:** At the conclusion of discussion on each code change proposal having an assembly action or public comment, each person eligible to vote shall complete a written ballot reflecting their vote on each such item.

**7.5 Eligible Voters:** Only the following individuals shall be eligible to vote on the final action consent vote and the final action ballot:

**7.5.1 BOCA:** Active Members of BOCA in attendance at the BOCA annual meeting shall have one vote per eligible attendee.

**7.5.2 ICBO:** Class A voting representatives of ICBO in attendance at the ICBO annual meeting shall have one vote per eligible attendee.

**7.5.3 SBCCI:** Active Member representatives of SBCCI in attendance at the SBCCI annual meeting shall have one vote per eligible attendee.

**7.6 Final Action:** The final action on all code change proposals having an assembly action or public comment shall be the majorities in the following table based on the aggregate count of all ballots received in accordance with the following majorities:

| FINAL ACTION | REQUIRED MAJORITIES |
|---|---|
| AS | 2/3 |
| AM | 2/3 |
| D | MAJORITY |

**7.7 Publication:** The final action on all proposed code changes shall be published as soon as practicable after the determination of final action. The exact wording of any resulting text modifications shall be made available to any interested party.

## 8.0 Appeals

**8.1 Intent:** Persons who have directly and materially affected interests and who have been or will be adversely affected by any substantial or procedural action or inaction associated with these procedures shall have the right to appeal in accordance with the policy of the ICC Board.

ICC-CR022270

EXHIBIT 2b

# PROPOSED DEVELOPMENT SCHEDULE
## INTERNATIONAL BUILDING CODE
### 4/9/96

| Date | Activity | Int. | Remarks |
|---|---|---|---|
| May 96 | Steering Committee - First meeting | 0 | |
| Jun 96 | Steering Committee - Second meeting | +1 | |
| | **Working Draft Development** | | Periodic Steering Committee |
| Aug 96 | Code Development Subcommittees - First meeting | +3 | review of Subcommittee |
| Apr 97 | Code Development Subcommittees - Last meeting | +11 | progress. Meet as necessary. |
| May 97 | Publish Working Draft | +12 | |
| | *(3-month review)* | | |
| Aug 97 | Public Hearings (BCMC-style) on Working Draft | +15 | |
| Oct 97 | Subcommittee Revisions to Steering Committee | +17 | |
| Dec 97 | Publish *International Building Code, First Draft* | +19 | |
| | **Final Draft Development** | | |
| Feb 98 | Deadline for submittals to First Draft | +21 | |
| Mar 98 | Publish First Public Hearing Agenda | +22 | |
| | *(2-month review)* | | |
| May 98 | Public Hearing on First Draft | +24 | |
| Jul 98 | Publish *International Building Code, Second Draft* | +26 | |
| Oct 98 | Deadline for submittals to Second Draft | +29 | |
| Nov 98 | Publish Second Public Hearing Agenda | +30 | |
| | *(2 month review)* | | |
| Jan 99 | Public Hearing on Second Draft | +32 | |
| Apr 99 | Publish report on Public Hearing | +35 | |
| May 99 | Deadline for Challenges | +36 | |
| Jul 99 | Publish Challenge Agenda for Annual Meetings | +38 | |
| Sep 99 | Membership Action | +40 | |
| Apr 00 | Publish *2000 International Building Code* | +47 | |

ICCIBCDRAFT/PROGRAM:::5/3/96          DRAFT  DRAFT  DRAFT  DRAFT  DRAFT          5

ICC-CR022271

# Exhibit K



# ICC PROPOSED CODE CHANGE
*(SEE SUBMITTAL PROCEDURES ON REVERSE SIDE)*

*Office Use Only*

Log No. _____ Code Change No. _____

Name:_____ Jurisdiction/Company:_____

Submitted on behalf of:_____

Address:_____ City, State, Zip_____

Telephone:_____ Facsimile:_____ Signature:*_____

*I hereby grant the International Code Council the nonexclusive, royalty-free rights, including nonexclusive, royalty-free rights in copyright, in this proposal and I understand that I acquire no rights in any publication of the International Code Council in which this proposal in this or another similar analogous form is used. I hereby attest that I have the authority and I am empowered to grant this copyright release.

Revision to:   ☐Section   ☐Table   ☐ Figure:_____

Revise as follows:  ☐ Add new text as follows:   ☐ Delete and substitute as follows:   ☐Delete without substitution:

Show the proposed change in accordance with the format indicated on the reverse side of this form.
~~Line through text to be deleted.~~ Underline text to be added.

☐ Continued...

Reason:

EXHIBIT NO. 149
DATE 9-21-04
REPTR
L.A.D. REPORTING

Continued...

Send submittal to the appropriate organization in accordance with procedures on next page.

Building Officials and Code Administrators
International, Inc.
4051 West Flossmoor Road
Country Club Hills, IL 60478-5795
708/799-2300 • Facsimile: 708/799-0310

International Conference of Building Officials
5360 Workman Mill Road
Whittier, CA 90601-2298
562/699-0541 • Facsimile: 562/699-4522

Southern Building Code Congress
International, Inc.
900 Montclair Road
Birmingham, AL 35213
205/591-1853 • Facsimile: 205/596-7001

2000 INTERNATIONAL BUILDING CODE -- FIRST DRAFT          11/97

## ⬤C CODE CHANGE SUBMITTAL PROC⬤RES

**Submittal of Code Change Proposals**
Intent: Any interested person, persons or group may submit a code change proposal which will be duly considered when in conformance to these Rules of Procedure.

**Form and Content of Code Change Submittals:** Each code change proposal shall be submitted separately and shall be complete in itself. Each submittal shall contain the following information:

   **Proponent:** Each code change proposal shall include the name, title, mailing address and telephone number of the proponent.
   1. If a group, organization or committee submits a code change proposal, an individual with prime responsibility shall be indicated.
   2. If a proponent submits a code change on behalf of a client, group, organization or committee, the name and mailing address of the client, group, organization or committee shall be indicated.

   **Code Reference:** Each code change proposal shall relate to the applicable code section(s) in the latest edition of the Code and any supplement thereto.
   1. If more than one section in the Code is affected by a code change proposal, appropriate proposals shall be included for all such affected sections.
   2. If more than one Code is affected by a code change proposal, appropriate proposals shall be included for all such affected Codes and appropriate cross referencing shall be included in the supporting information.

   **Text Presentation:** The text proposal shall be presented in the specific wording desired with deletions shown struck out with a single line and additions shown underlined with a single line.
   1. A charging statement shall indicate the referenced code section(s) and whether the proposal is intended to be an addition, a deletion or a revision to existing Code text.
   2. Whenever practical, the existing wording of the text shall be preserved with only such deletions and additions as necessary to accomplish the desired change.
   3. Each proposal shall be in proper code format and terminology.
   4. Each proposal shall be complete and specific in the text to eliminate unnecessary confusion or misinterpretation.
   5. The proposed text shall be in mandatory terms.

**Supporting Information:** Each code change proposal shall include sufficient supporting information to indicate how the proposal is intended to affect the intent and application of the Code.
   1. *Purpose:* The proponent shall clearly state the purpose of the proposed code change (e.g., clarify the Code; revise outdated material; substitute new or revised material for current provisions of the Code; add new requirements to the Code; delete current requirements, etc.).
   2. *Reasons:* The proponent shall justify changing the current Code provisions, stating why the proposal is superior to the current provisions of the Code. Proposals which add or delete requirements shall be supported by a logical explanation which clearly shows why the current Code provisions are inadequate or overly restrictive, specifies the shortcomings of the current Code provisions and explains how such proposals will improve the Code.
   3. *Cost Impact:* The proponent shall include a statement regarding the anticipated cost impact of the proposed change.
   4. *Substantiation:* The proponent shall substantiate the proposed code change based on technical information and substantiation. The burden of providing substantiating material lies with the proponent of the code change proposal.
   5. *Bibliography:* The proponent shall submit a bibliography of any substantiating material submitted with code change proposal. The bibliography shall be published with the code change and the proponent shall make the substantiating materials available for review at the BOCA, ICBO and SBCCI offices and during the public hearing.
   6. *Copyright Release:* The proponent shall sign a copyright release reading: "I hereby grant the International Code Council the nonexclusive, royalty-free rights including nonexclusive, royalty-free rights in copyright, in this proposal and I understand that I acquire no rights in any publication of International Code Council in which this proposal in this or another similar analogous form is used. I hereby attest that I have the authority and I am empowered to grant this copyright release"

**Number:** Two copies of each code change proposal and twelve copies of all substantiating information shall be submitted. Additional copies may be requested when determined necessary by the Secretariat. A copy of the code change proposal in WordPerfect® format is requested.

**Submittal Deadline:** Each code change proposal shall be received at the office of the Secretariat by the close of business on January 5, 1998. The submitter of a proposed code change is responsible for the proper and timely receipt of all pertinent materials by the Secretariat.

**Referenced Standards:** In order for a standard to be considered for reference or to continue to be referenced by the Codes, a standard shall meet the following criteria:

   **Code References:**
   1. The standard and the manner in which it is to be utilized shall be specifically referenced in the Code text.
   2. The need for the standard to be referenced shall be established.

   **Standard Content:**
   1. A standard or portions of a standard intended to be enforced shall be written in mandatory language.
   2. The standard shall be appropriate for the subject covered.
   3. All terms shall be defined when they deviate from an ordinarily accepted meaning or a dictionary definition.
   4. The scope or application of a standard shall be clearly described.
   5. The standard shall not have the effect of requiring proprietary materials.
   6. The standard shall not prescribe a proprietary agency for quality control or testing.
   7. The test standard shall describe, in detail, preparation of the test sample, sample selection or both.
   8. The test standard shall prescribe the reporting format for the test results. The format shall identify the key performance criteria for the element(s) tested.
   9. The measure of performance for which the test is conducted shall be clearly defined in either the test standard or in Code text.
   10. The standard shall not state that its provisions shall govern whenever the referenced standard is in conflict with the requirements of the referencing Code.
   11. The preface to the standard shall announce that the standard is promulgated according to a consensus procedure.

   **Standard Promulgation:**
   1. The standard shall be readily available.
   2. The standard shall be developed and maintained through a consensus process such as ASTM or ANSI.

**Processing of Proposals**
Intent: The processing of code change proposals is intended to insure that each proposal complies with these Rules of Procedure and that the resulting draft of the proposal accurately reflects the proponent's intent.

Review: Upon receipt in the Secretariat's office, the code change proposals will be checked for compliance with these Rules of Procedure as to division, separation, number of copies, form, language, terminology, supporting statements and substantiating data.

Incomplete Proposals: When a code change proposal is submitted with incorrect format or without the required information, the Secretariat shall notify the proponent of the specific deficiencies and the proposal shall be held until the deficiencies are corrected, with a final date set for receipt of a corrected submittal. If the Secretariat receives the corrected proposal after the final date, the proposal shall be held over until the next code development cycle. Where there are otherwise no deficiencies addressed by this section, a proposal that incorporates a new referenced standard shall be processed with an analysis of a referenced standard's compliance with the criteria set forth in Section 3.6.

Preparation: All code change proposals in compliance with these procedures shall be prepared in a standard manner by the Secretariat and be assigned separate, distinct and consecutive numbers.

# Exhibit L

# IBC® PROPOSED CODE CHANGE

Case: 1:02-cv-05610 Document #: 78-2 Filed: 02/28/05 Page 68 of 93 PageID #:512

me:_____ Jurisdiction/Company:_____

ted on behalf of:_____

_____ City, State, Zip_____

lephone:_____ Facsimile:_____ Signature:*_____

ereby grant the International Code Council™ the nonexclusive, royalty-free rights, including nonexclusive, royalty-free rights in copyright, in this proposal
I understand that I acquire no rights in any publication of the International Code Council™ in which this proposal in this or another similar analogous form
sed. I hereby attest that I have the authority and I am empowered to grant this copyright release.

vision to:  ☐ Section  ☐ Table  ☐ Figure:_____

vise as follows:  ☐ Revise section as follows:  ☐ Add new text as follows:  ☐ Delete without substitution:

Show the proposed change in accordance with the format indicated on the reverse side of this form.
~~Line through text to be deleted.~~ Underline text to be added.

Continued. . .

ason:

EXHIBIT NO. 150
DATE 4-21-04
REPTR
L.A.D. REPORTING

Continued. . .

Send submittal to the appropriate committee secretarial in accordance with procedures on page iv.

Case: 1:02-cv-05610 Document #: 78-2 Filed: 02/28/05 Page 69 of 93 PageID #:513

Submittal of Code Change Proposals
Intent: Any interested person, persons or group may submit a code change proposal which will be duly considered when in conformance to these Rules of Procedure.

Form and Content of Code Change Submittals: Each code change proposal shall be submitted separately and shall be complete in itself. Each submittal shall contain the following information:

Proponent: Each code change proposal shall include the name, title, mailing address and telephone number of the proponent.
1. If a group, organization or committee submits a code change proposal, an individual with prime responsibility shall be indicated.
2. If a proponent submits a code change on behalf of a client, group, organization or committee, the name and mailing address of the client, group, organization or committee shall be indicated.

Code Reference: Each code change proposal shall relate to the applicable code section(s) in the latest edition of the Code and any supplement thereto.
1. If more than one section in the Code is affected by a code change proposal, appropriate proposals shall be included for all such affected sections.
2. If more than one Code is affected by a code change proposal, appropriate proposals shall be included for all such affected Codes and appropriate cross referencing shall be included in the supporting information.

Text Presentation: The text proposal shall be presented in the specific wording desired with deletions shown struck out with a single line and additions shown underlined with a single line.
1. A charging statement shall indicate the referenced code section(s) and whether the proposal is intended to be an addition, a deletion or a revision to existing Code text.
2. Whenever practical, the existing wording of the text shall be preserved with only such deletions and additions as necessary to accomplish the desired change.
3. Each proposal shall be in proper code format and terminology.
4. Each proposal shall be complete and specific in the text to eliminate unnecessary confusion or misinterpretation.
5. The proposed text shall be in mandatory terms.

Supporting Information: Each code change proposal shall include sufficient supporting information to indicate how the proposal is intended to affect the intent and application of the Code.
1. Purpose: The proponent shall clearly state the purpose of the proposed code change (e.g., clarify the Code; revise outdated material; substitute new or revised material for current provisions of the Code; add new requirements to the Code; delete current requirements, etc.).
2. Reasons: The proponent shall justify changing the current Code provisions, stating why the proposal is superior to the current provisions of the Code. Proposals which add or delete requirements shall be supported by a logical explanation which clearly shows why the current Code provisions are inadequate or overly restrictive, specifies the shortcomings of the current Code provisions and explains how such proposals will improve the Code.
3. Cost Impact: The proponent shall include a statement regarding the anticipated cost impact of the proposed change.
4. Substantiation: The proponent shall substantiate the proposed code change based on technical information and substantiation. The burden of providing substantiating material lies with the proponent of the code change proposal.
5. Bibliography: The proponent shall submit a bibliography of any substantiating material submitted with code change proposal. The bibliography shall be published with the code change and the proponent shall make the substantiating materials available for review at the BOCA, ICBO and SBCCI offices and during the public hearing.
6. Copyright Release: The proponent shall sign a copyright release reading: "I hereby grant the International Code Council™ the nonexclusive, royalty-free rights, including nonexclusive, royalty-free rights in copyright, in this proposal and I understand that I acquire no rights in any publication of International Code Council™ in which this proposal in this or another similar analogous form is

used. I hereby attest that I have the authority and I am empowered to grant this copyright release."

Number: Two copies of each code change proposal and twelve copies of all substantiating information shall be submitted. Additional copies may be requested when determined necessary by the Secretariat. A copy of the code change proposal in WordPerfect® Format is requested.

Submittal Deadline: Each code change proposal shall be received at the office of the Secretariat by the close of business on October 12, 1998. The submitter of a proposed code change is responsible for the proper and timely receipt of all pertinent materials by the Secretariat.

Referenced Standards: In order for a standard to be considered for reference or to continue to be referenced by the Codes, a standard shall meet the following criteria:

Code References:
1. The standard and the manner in which it is to be utilized shall be specifically referenced in the Code text.
2. The need for the standard to be referenced shall be established.

Standard Content:
1. A standard or portions of a standard intended to be enforced shall be written in mandatory language.
2. The standard shall be appropriate for the subject covered.
3. All terms shall be defined when they deviate from an ordinarily accepted meaning or a dictionary definition.
4. The scope or application of a standard shall be clearly described.
5. The standard shall not have the effect of requiring proprietary materials.
6. The standard shall not prescribe a proprietary agency for quality control or testing.
7. The test standard shall describe, in detail, preparation of the test sample, sample selection or both.
8. The test standard shall prescribe the reporting format for the test results. The format shall identify the key performance criteria for the element(s) tested.
9. The measure of performance for which the test is conducted shall be clearly defined in either the test standard or in Code text.
10. The standard shall not state that its provisions shall govern whenever the referenced standard is in conflict with the requirements of the referencing Code.
11. The preface to the standard shall announce that the standard is promulgated according to a consensus procedure.

Standard Promulgation:
1. The standard shall be readily available.
2. The standard shall be developed and maintained through a consensus process such as ASTM or ANSI.

Processing of Proposals
Intent: The processing of code change proposals is intended to insure that each proposal complies with these Rules of Procedure and that the resulting draft of the proposal accurately reflects the proponent's intent.

Review: Upon receipt in the Secretariat's office, the code change proposals will be checked for compliance with these Rules of Procedure as to division, separation, number of copies, form, language, terminology, supporting statements and substantiating data.

Incomplete Proposals: When a code change proposal is submitted with incorrect format or without the required information, the Secretariat shall notify the proponent of the specific deficiencies and the proposal shall be held until the deficiencies are corrected, with a final date set for receipt of a corrected submittal. If the Secretariat receives the corrected proposal after the final date, the proposal shall be held over until the next code development cycle. Where there are otherwise no deficiencies addressed by this section, a proposal that incorporates a new referenced standard shall be processed with an analysis of a referenced standard's compliance with the criteria set forth in Section 3.6.

Preparation: All code change proposals in compliance with these procedures shall be prepared in a standard manner by the Secretariat

# Exhibit M



**ICC**

**INTERNATIONAL CODE COUNCIL**

*Setting the Standard for Building Safety*

**Chicago District Office**
4051 W. Flossmoor Road • Country Club Hills, IL 60478-5795 U.S.A.
Tel: +1 (708) 799-2300 • Fax: +1 (708) 799-4981
www.iccsafe.org

February 3, 2005

**PRESIDENT**
**FRANK P. HODGE, JR., C.B.O., M.C.P.**
Director of Building and
Fire Codes
*Hilton Head Island, South Carolina*

**VICE PRESIDENT**
**HENRY L. GREEN**
Executive Director
Bureau of Construction Codes & Fire Safety
Michigan Dept. of Labor & Economic Growth
*Lansing, Michigan*

**SECRETARY/TREASURER**
**WALLY BAILEY, C.B.O.**
Director, Development
and Construction
*Ft. Smith, Arkansas*

**IMMEDIATE PAST PRESIDENT**
**ANNE R. von WELLER, C.B.O.**
Chief Building Official
*Murray, Utah*

**EDWIN M. BERKEL, C.F.I.**
Fire Marshal
Mehlville Fire Protection District
*St. Louis, Missouri*

**TERRENCE L. COBB, C.B.O.**
Director, Dept. of Codes Administration
*Nashville/Davidson County, Tennessee*

**JOHN DARNALL, C.B.O.**
Assistant Director of
Development Services
*Lancaster, Washington*

**WILLIAM L. DUCK, JR., C.B.O.**
Director, Dept. of
Inspections and Code
*Columbus, Georgia*

**WILLIAM D. DUPLER**
Building Official
*Chesterfield, Virginia*

**GERALD D. GEORGE, C.B.O.**
Chief Building Official
*Boulder County, Colorado*

**DOROTHY M. HARRIS**
Deputy Secretary of State
*Albany, New York*

**GREG JOHNSON**
Building Inspector
*Saint Paul, Minnesota*

**JOHN T. LaTORRA**
Building & Inspection Manager
*Redwood City, California*

**RONALD L. LYNN**
Building Official
*Clark County, Nevada*

**JAMES T. RYAN, C.B.O.**
Codes Administrator
*Overland Park, Kansas*

**KEVIN H. SCOTT**
Fire Marshal
Kern County Fire Department
*Bakersfield, California*

**STEVEN F. SHAPIRO, C.B.O.**
Director of Codes Compliance
*Hampton, Virginia*

**ADOLF A. ZUBIA**
Fire Chief
*Las Cruces, New Mexico*

**CHIEF EXECUTIVE OFFICER**
**JAMES L. WITT**

Mr. Robert J. Wills
American Iron & Steel Institute
907 Spyglass Circle
Birmingham, AL 35244-2252

Dear Mr. Wills:

Section 3.3.4(5) of the ICC Code Development Process for the International Codes, dated May 15, 2004, includes the copyright release language that was approved by the ICC Board of Directors for use starting in the 2004/2005 Code Development Cycle. This language was included on both the Public Proposal Form as well as the electronic copyright release (attached), both of which are posted on the ICC website. The vast majority of those submitting proposed changes have signed this release.

However, several code change proponents have expressed concern about this language. The ICC recognizes that in some instances they have compelling business reasons to retain their copyright rights in materials that they submit. As a result, the ICC has created an alternative to the language in Section 3.3.4(5). The alternative language provides for the following:

- The submitting party would retain its copyright in its material,
- ICC would receive a license from them to use the material and would have royalty-free publication rights,
- ICC would also have the right to change the material and would own the copyright in any such 'derivative works.'

This approach strikes a balance between the ICC's need to protect its copyright and the code change proponents need to retain their copyright rights in some of their submittals. This approach reflects the ICC's desire to have the broadest possible participation in the code development process by respecting the needs of participants.

The ICC Board of Directors has approved the use of the attached alternative language. Execution of one of the two copyright releases is essential as it is considered part of ICC's Code Development Process. Please execute one of the attached forms, and fax to ICC by February 21, 2005. Please note that, in accordance with the procedures, proposals for which a signed release is not obtained will not be considered in this code development cycle.

Please feel free to contact me at 888-ICC-SAFE Ext. 4338 if you have any questions.

Sincerely,

Michael J. Pfeiffer, P.E.
Vice President, Codes & Standards Development

enclosure

Headquarters: 5203 Leesburg Pike, Suite 600 • Falls Church, VA 22041-3405 U.S.A.
Tel: +1 (703) 931-4533 • Fax: +1 (703) 379-1546



**INTERNATIONAL CODE COUNCIL®**

## ELECTRONIC COPYRIGHT RELEASE
### FOR
### 2004/2005 PROPOSALS AND COMMENTS
### SUBMITTED ON
### ICC CODES
### PRODUCED & PUBLISHED BY THE

# INTERNATIONAL CODE COUNCIL

This form is for copyright release for Proposals and Comments submitted via electronic format to the International Code Council, in which the required signature was not affixed. This signed Copyright release form will be kept on file, and can be used for all 2004/2005 Cycle Proposal and Comment submittals you send electronically to ICC. For future submittals, please check the box "Signature on File" under the signature line after this form has been executed.

\* I hereby grant and assign to ICC all rights in copyright I may have in any authorship contributions in any proposal or comment I make to ICC in the 2004/2005 Cycle. I understand that I will have no rights in any ICC publications that use such contributions in the form submitted by me or another similar form and certify that such contributions are not protected by the copyright of any other person or entity.

\*Signature: _____

Please type or print full name: _____

Jurisdiction/Company:_____

Contact info: Phone: _____ Email:_____

Date signed: _____

<u>PLEASE FAX OR MAIL THE SIGNED COPYRIGHT RELEASE TO:</u>

**Fax: 708-799-0320**      **Mail: ICC Codes & Standards Development**
                        **Chicago District Office**
                        **4051 W. Flossmoor Road**
                        **Country Club Hills, IL 60478-5795**

*May 15, 2004*



**INTERNATIONAL
CODE COUNCIL**

## ALTERNATE COPYRIGHT RELEASE
## FOR 2004/2005 PROPOSALS AND COMMENTS
## SUBMITTED ON ICC CODES

This form is an alternate copyright release to that published in Section 3.3.4(5) of the *ICC Code Development Process for the International Codes* to be used for Proposals and Comments submitted to the International Code Council. This signed Copyright release form will be kept on file, and can be used for all 2004/2005 Cycle Proposal and Comment submittals sent to ICC. For future submittals, please check the box "Signature on File" under the signature line after this form has been executed.

**Retention of Copyright:** Unless specified otherwise, I will retain copyright in all materials submitted by me to ICC, where rights in copyright to such materials are applicable.

**Grant of License:** Notwithstanding such retention of copyright, I hereby grant ICC a nonexclusive, world-wide, royalty-free, irrevocable and perpetual right and license to reproduce, distribute, publicly display and publicly perform all such submitted material in any ICC publication or other work in any medium in which such material is used or adapted for use, and to allow others to do the same.

**Waiver of Publication Rights:** Reproduction of any materials submitted by me in an ICC publication or other work gives me no rights in such publication or other work and I hereby waive any such rights or claims that I may have. Furthermore, any such material submitted by me may be revised, changed, altered or amended in any way.

**Derivative Works:** To the extent that any such revisions, changes, alterations or amendments result in one or more derivative works, I recognize that ICC shall own such derivative works as their author, and I hereby waive and assign to ICC any rights or claims that I may have to such derivative works.

**Third Party Rights:** I further represent that use of the materials submitted by me to ICC will not result in the infringement of any copyright rights of any third party.

**Signature:**_____

Please type or print full name:_____

Jurisdiction/Company: _____

Contact Info: Phone: _____ Email:_____

Date signed: _____

PLEASE FAX EXECUTED RELEASE TO ICC BY FEBRUARY 21, 2005: **Fax: 708-799-0320**

January 28, 2005

# Exhibit N

# The Impact of BCMC on the Model Codes

by Michael J. Pfeiffer, P.E.
Paul Armstrong, P.E.
John R. Battles, P.E., CBO
Walter Sterling

"A Final Tribute to BCMC" was read to all those in attendance at the Council of American Building Officials (CABO) Board for the Coordination of the Model Codes (BCMC) 76th meeting (see sidebar on page 31). With the adjournment of this meeting on October 12, 1995, over 20 years of productive code development activities ended. The results of the BCMC process were one of the mainstays in the code change processes of BOCA, ICBO and SBCCI, as well as the National Fire Protection Association (NFPA).

This article will review the history of BCMC and is largely based on an article written by Paul K. Heilstedt, BOCA chief executive officer, which appeared in the July/August 1985 issue of BOCA's *Building Official and Code Administrator* magazine. That article outlined the history of BCMC from its inception through 1985 and updated information has been added to complete the history of BCMC.

## The Beginning

Over the past 20 years, how many times have you either heard or said, "if codes represent minimum standards for public health and safety, why are the minimum requirements different from code to code? Shouldn't the minimums be based on some commonly known and understood absolute?" In response to these questions, it is difficult to maintain a philosophy that one group of code writers is more safety conscious than another group, or has any better insight into health and safety matters. If all groups of code drafters see the same facts under similar experiences, reasonable agreement is possible.

This was the philosophy behind the efforts of BCMC and was the understanding of CABO when the National Coordinating Council (NCC) was first established on January 6, 1975. This council was to be composed of two representatives from each of the three model code organizations and was charged with the following responsibilities:

1. To review the content of the three model codes to eliminate conflicts pertaining to means of egress and type of construction requirements.
2. To develop specific code change proposals for submission to each of the model code groups to eliminate such conflicts.
3. To develop specific code change proposals to eliminate conflicts in other areas, such as allowable height increases, maximum building heights, sanitation, light and ventilation, general design requirements, etc.
4. To process all code change proposals through the code change procedures of each participating organization.

Persons serving on NCC included Glenn Erickson of St. Paul, Minnesota, and Paul Heilstedt (representing BOCA); John Behrens of Huntington Beach, California, and Gordon Clyde of Fort Collins, Colorado (representing ICBO); and James Altman of Columbia, South Carolina and Thomas Moses of Lake Bueno Vista, Florida (representing SBCCI). The name was changed within a few months to BCMC, with the panel keeping the same responsibilities. Later, BCMC expanded its membership in 1981 when CABO invited NFPA to join as a full participating and voting member.

## The Process

Each of the model code organizations has seen numerous code changes to their respective codes by their BCMC representatives (see Table 1 for a comprehensive listing of BCMC representation and the model code staff liaisons). It was often said at the code development hearings, "Why should we be the first to put these requirements in our code?" or "Let's see how the other organizations act before we act." In some instances, it seems that the purpose of BCMC was misunderstood. It is important to understand why BCMC representatives worked so hard to develop code changes intended to protect the public's health, safety and welfare. To understand, we must review the charge of BCMC and, specifically, its objectives:

1. To identify and make recommendations for the elimination of conflicts



EXHIBIT
Battles 190
9/16/04

ICC-CR012303

## Table 1—BCMC Participating Organizations and Representatives

### BOCA International

| Name | Years | Role |
|---|---|---|
| Glenn Erickson | 1975-1978 | Chairman 1975-1978 |
| Paul Heilstedt | 1975-1976 | |
| | 1978-1993 | Staff Liaison |
| Ken Schoonover | 1976-1977 | Staff Liaison |
| Gerald Jones | 1978-1980 | |
| Charles Decker | 1979-1988 | Chairman 1985-1987 |
| Charles Everly | 1980-1983 | |
| Martin Walsh | 1983-1987 | |
| David Wismer | 1987-1993 | |
| Luther Colliver | 1988-1992 | |
| Robert Lemon | 1993-1994 | |
| Henry Green | 1993-1994 | |
| William Dupler | 1994-1995 | |
| Paul Myers | 1994-1995 | |
| Mike Pfeiffer | 1994-1995 | Staff Liaison |

### ICBO

| Name | Years | Role |
|---|---|---|
| John Behrens | 1975-1978 | |
| Gordon Clyde | 1975 | |
| Lester Paige | 1975-1977 | |
| Gaylord Dowd | 1976 | |
| T. H. Carter | 1976-1977 | Staff Liaison |
| Don Walson | 1977-1979 | Staff Liaison |
| Victor Taugher | 1979-1984 | Chairman 1981-1983 |
| Charles Gillett | 1980-1983 | |
| Jon Traw | 1980-1986 | Staff Liaison |
| William Justen | 1983-1985 | |
| Gene Zeller | 1985-1988 | |
| Frank Drake | 1985-1988 | Staff Liaison |
| David Scott | 1985-1989 | |
| Richard Okawa | 1988-1993 | Staff Liaison |

| Name | Years | Role |
|---|---|---|
| H. T. "Ted" Wiedenman | 1989 | |
| Doug Hood | 1989-1994 | Chairman 1990-1994 |
| Robert Weber | 1990-1995 | |
| Paul Armstrong | 1993-1995 | Staff Liaison |
| Paul Edgerton | 1994-1995 | |

### SBCCI

| Name | Years | Role |
|---|---|---|
| Tom Moses | 1975 1982-1987 | |
| James Altman | 1975-1982 | Chairman 1978-1981 |
| William Tangye | 1975-1979 | Staff Liaison |
| William Vasvary | 1976-1978 | |
| Ed Dauphin | 1979-1981 | |
| Gary Walker | 1981-1984 | Staff Liaison |
| Ed Woods | 1982-1985 | |
| Rick Vognild | 1984-1992 | Staff Liaison |
| James Hunt | 1985-1986 | |
| Ken Greene | 1986-1994 | Chairman 1988-1990 |
| Charles Everly | 1987-1993 | |
| John Battles | 1993-1995 | Staff Liaison |
| John Barrios | 1994-1995 | |

### NFPA

| Name | Years | Role |
|---|---|---|
| John Sharry | 1979 | |
| Joseph Johnson | 1981-1986 | |
| John Behrens | 1981-1990 | Chairman 1983-1985 |
| Jim Lathrop | 1981-1991 | Staff Liaison |
| Eugene Cellentani | 1985-1993 | |
| John Bender | 1990-1995 | Chairman 1994-1995 |
| Walter Sterling | 1992-1995 | Staff Liaison |
| John Bryan | 1994-1995 | |

among the BOCA *National Building Code*, the *Life Safety Code* (NFPA 101) and other standards, the *Standard Building Code* and the *Uniform Building Code*.

2. To identify those areas where existing conflicts cannot be resolved and recommend new changes as may be necessary.

3. To evaluate and incorporate, where appropriate, new technology and concepts which pertain to the requirements being investigated. Where new technology or concepts are not contained in the current model code editions, a proposal for such a new method shall be made to the CABO Board of Directors after which, if approved, BCMC shall proceed.

The first meeting of NCC was January 7, 1975, in St. Petersburg, Florida. The 76th and final meeting was held October 10-12, 1995, in Phoenix, Arizona. This represents over 195 total days of meetings. It was in these meetings that the first step in the BCMC process was started—to review draft reports of technical issues which were generated by the staff liaisons. These meetings, open to all interested parties, represented a forum by which BCMC could solicit input on the pros and cons of a given issue.

In typical *Robert's Rules of Order* fashion, BCMC reports were generated based on the information and comments received. This formed the basis for a formal report on the subject. In all cases, a formal public hearing was held, at which time all interested parties were permitted to speak on the issue being addressed. Assuming agreement on the subject by BCMC, a final report was created, which was passed on to the

ICC-CR012304

# A Final Tribute to BCMC

As the final chapter is written for the Council of American Building Officials Board for the Coordination of the Model Codes, commonly known as BCMC, it is appropriate that we reflect on the tremendous efforts and dedicated work of all those who have been associated with the board since its inception on January 7, 1975. BCMC is expected to conduct its final meeting and public hearings at its 76th meeting, to be held in Phoenix, Arizona, October 9-12, 1995. After that meeting, all remaining agenda items will be referred to the newly created International Code Council.

This is a tribute to acknowledge the excellent work and contributions of all the men and women who have ever served as members of the Board for the Coordination of the Model Codes; the staff liaisons for the four sponsoring model code organizations, Building Officials and Code Administrators International, the Southern Building Code Congress International, the International Conference of Building Officials, and the National Fire Protection Association; their respective support staffs; and all the consultants, trade and industry representatives, building and fire code officials, and the numerous other individuals that represented some association or advocated a particular interest or issue addressed by the board. To all of these people, we owe a great debt of gratitude and appreciation.

Over the years, there were many important and critical technical issues to come before the board; too many to try to summarize here. However, some of the major subjects were means of egress; energy conservation; types of construction; occupancy requirements/classification; allowable heights and areas; interior finish; foam plastics; smokeproof enclosures; high-rise buildings; automatic sprinkler systems; fire walls; fire standpipe systems; underground buildings; accessibility and egress for people with physical disabilities; stages, platforms and sound stages; protection of penetrations and joints; building walls, floor and roof assemblies; and accessible unisex toilet and bathing rooms. The list goes on and on to include almost every subject addressed by a building code.

But regardless of the technical issues involved, it is ultimately the personal knowledge, experience, leadership, dedication, professionalism and integrity of all those who participated in the process that contributed so much to the success and respect earned by BCMC. The board was indeed fortunate to attract a group of well-qualified and capable leaders in their respective disciplines to serve on the board and as staff liaisons. Moreover, the board enjoyed a dedicated, loyal audience of professional individuals with diverse backgrounds whose contributions are truly immeasurable to the history of BCMC. Together, these groups participated in a unique and innovative process which allowed selected technical and philosophical differences between the various codes and standards to be studied, researched, debated and resolved in the form of a consensus report consisting of specific recommendations. This report, in turn, was subject to a public hearing and eventually a final report was forwarded to CABO for its review and referral to each of the model code organizations to be incorporated into their respective code change process. Our goal was not only to promote more uniformity and understanding among the various codes and referenced standards, but to be as objective and technically correct as possible in our deliberations.

And now the time has come to let history judge the benefit and success of BCMC. To be sure, BCMC was not perfect. Neither were the codes we attempted to improve. Some might say the BCMC process was too tedious, exhausting and frustrating. Some things that are difficult but worthwhile are. Let it suffice to say that, collectively, we sincerely tried to do our best, with the resources available to us, to bring about a new understanding of a given issue at a particular time and place in history. Hopefully, our efforts helped in some small measure to advance the art and science of building design and construction, or at least to question it. In the process, hopefully, our homes and communities are safer from the ravages of fire and storm and other potential disasters, as well as to be more accessible and usable for all people, for the betterment of our country and mankind. To that end, and on behalf of all those who have been associated with BCMC, we can all be proud of the work we accomplished.

However, let us not forget, the ultimate challenge is the awesome responsibility of those whose job it is to administer and enforce the building and fire codes effectively and efficiently, and to those who must deal with the aftermath if and when a failure occurs. To them and the public they serve we dedicate our continuing efforts.

Finally, we wish the International Code Council much success in its efforts to develop single codes for the built environment. Indeed, our national best interest is to be served.

John F. Bender, P.E.
BCMC Chairman
Chief Fire Protection Engineer
Office of the State Fire Marshal
Towson, Maryland
October 9, 1995

ICC-CR012305

## Table 2—CABO BCMC Reports

**BCMC Report—March 23, 1976**
1. Means of Egress
2. Energy Conservation

**BCMC Report—March 17, 1977**
1. Occupancy Classification
2. Types of Construction
3. Fire-resistive Requirements
4. Occupancy Separations
5. Allowable Heights and Areas

**BCMC Report—July 21, 1978**
1. Pile Foundations
2. Loads (live, concentrated, special, impact)
3. Interior Finish
4. Roof Coverings
5. Foam Plastics
6. Stair Construction
7. High-rise Construction
8. Motion Picture Projection Rooms
9. Smokeproof Enclosures

**BCMC Report—July 19, 1979**
1.0 Standby Power and Emergency Systems for High-rise Buildings
2.0 Loads
2.1 Uniformly Distributed Live Loads
2.2 Concentrated Loads
2.3 Live Load Reduction
2.4 Impact Loads

2.5 Special Loads
2.6 Roof Loads
2.7 Combination of Loads
3.0 Ventilation
4.0 Safety Glazing
6.0 Roof Coverings
7.0 Automatic Sprinkler Systems
8.0 Pile Foundation Systems
8.1 General
8.2 Allowable Loads
8.3 Specific Pile Requirements

**BCMC Report—July 16, 1980**
1.0 Fire Standpipe Systems
2.0 Fire Sprinklers in Garages
3.0 Roof Coverings (nonclassified roofing)
4.0 Stages and Platforms
5.0 Covered Mall Buildings
6.0 Occupancy Classifications
6.1 Assembly Occupancy "A"
6.2 Business Occupancy "B"
6.3 Educational Occupancy "E"
6.4 Factory Industrial Occupancy "F"
6.5 Factory-Industrial, F-1 Moderate Hazard
6.6 Factory-Industrial, F-2 Low Hazard
6.7 Hazardous Occupancy "H"
6.8 Institutional Occupancy "I"
6.9 Mercantile Occupancy "M"

6.10 Residential Occupancy "R"
6.11 Storage Occupancy "S"
6.12 Utility and Miscellaneous Use "U"
6.13 Mixed Occupancies
7.0 Types of Construction
7.1 Type I
7.2 Type II
7.3 Type III
7.4 Type IV
7.5 Type V
Table II-A Fire-resistance Requirements for Structural Elements
Table II-B Fire-resistance Requirements for Exterior Walls
Table II-C Spatial Separation and Exposure Protection of Buildings

**BCMC Report—July 21, 1981**
1.0 Fire Wall Openings
2.0 Safety Glazing
3.0 Stages
4.0 Deleted
5.0 Handicapped Accessibility
6.0 Roof Coverings
7.0 Atriums
8.0 Foam Plastics
9.0 Skylights
10.0 Plastic Roof Panels
11.0 Plastic Skylights

*(continued)*

CABO Board of Directors for approval. Table 2 is a listing of the 36 reports issued by BCMC during its tenure.

Following CABO approval, the report formed the goals of the participating organizations in their respective code development processes. As mentioned previously, code change proposals were developed and then submitted to each of the individual code change processes, and each model code organization individually adopted, amended or rejected the BCMC findings as they saw fit.

### The Result

It is difficult to ascertain the exact impact that BCMC has had on the respective requirements in the model

codes because some BCMC-sponsored code changes have been adopted in one model code and not in another, and vice versa. The overall success rate of proposals based on the 36 reports indicated in Table 2 is in the 50 to 70 percent range. In recent years, however, certain issues such as accessibility have been looked on more favorably by the voting members of the model code organizations and have found their way into the three model building codes. Nonetheless, this is just one of the impacts that BCMC has had on the regulatory community.

The measure of success associated with BCMC activity over the years must take into consideration some of the intangibles. Specifically, BCMC's efforts have fostered a cooperative environment among the model codes, crucial to the

development of the International Codes. It is quite clear that each of the model code groups view their respective documents in high regard. Parochial views among the organizations, however, were typically set aside in the spirit of cooperation and, more important, in light of the common goal of identifying regulations which accomplish the explicit goal of any regulatory body—protecting the health, safety and public welfare of its constituents. In this light, BCMC indeed accomplished what it set out to do 20 years ago.

### The Future

At its meeting on December 3, 1995, the International Code Council (ICC) Board of Directors approved the creation of a successor organization to

ICC-CR012306

**CF**

## Table 2—CABO BCMC Reports (continued)

**BCMC Report—February 15, 1984**
Institutional Occupancy "1"—Definitions

**BCMC Report—May 8, 1984**
Smoke, Heat Vents and Curtain Boards

**BCMC Report—October 10, 1984**
Health Care Facilities

**BCMC Report—February 19, 1985**
Sloped Glazing and Skylights

**BCMC Report—February 19-21 and May 6, 1985**
Means of Egress

**BCMC Report—September 18, 1985**
High-rise Building Provisions

**BCMC Report—February 18, 1986**
Handrails and Guardrails

**BCMC Report—October 7-9, 1986**
Protection Requirements for Vertical Penetrations

**BCMC Report—February 10, 1987**
Mezzanines

**BCMC Report—February 9, 1988**
Fire Standpipe Systems

**BCMC Report—February 9, 1988**
Building Heights and Areas

**BCMC Report—May 3-5, 1988**
Special Amusement Buildings

**BCMC Report—October 4-6, 1988**
I-3 Use Requirements

**BCMC Report—February 7-9, 1989**
Underground Buildings

**BCMC Report—May 9-11, 1989**
Grandstands—Means of Egress

**BCMC Report—February 13-15, 1990**
Health Care Facilities
Use Group I-2 Institutional

**BCMC Report—October 16-18, 1990**
Accessibility and Egress for People with Physical Disabilities

**BCMC Report—May 7, 1991**
Accessibility and Egress for People with Physical Disabilities

**BCMC Report—October 16, 1991**
Accessibility and Egress for People with Physical Disabilities

**BCMC Report—January 22-24, 1992**
Accessibility and Egress for People with Physical Disabilities

**BCMC Report—May 6, 1992**
Accessibility and Egress for People with Physical Disabilities

**BCMC Report—May 5-7, 1992**
Stages, Platforms and Sound Stages

**BCMC Report—June 8, 1992**
Accessibility and Egress for People with Physical Disabilities

**BCMC Report—October 5, 1993**
Accessibility and Egress for People with Physical Disabilities

**BCMC Report—October 5, 1993**
Building Walls, Floor, and Roof Assemblies and Occupancy Separations

**BCMC Report—March 7, 1995**
Protection of Penetrations and Joints in Building Wall, Floor and Roof Assemblies

**BCMC Report—June 6, 1995**
Accessible Unisex Toilet and Bathing Rooms

**BCMC Report—October 10, 1995**
Accessibility and Egress for People with Physical Disabilities—Section 5.4.2

**BCMC Report—October 10, 1995**
Emergency Escape and Rescue

**BCMC Report—October 10, 1995**
Code Definitions

BCMC. This successor organization is to be called the ICC Board for the Development of Model Codes (BDMC). While BCMC was charged with the objectives discussed above, the objectives of BDMC will reflect a different intent. BDMC will address emerging technology and concepts and coordinate the treatment of such matters in codes and standards. The process will more than likely utilize a collection of committees similar to the "task groups" utilized by BCMC, and the board will serve as a governing body to gather interested parties for collective attention to a topic.

There are currently two items on the BDMC agenda, both of which are carry-overs from the final BCMC agenda: (1) day/adult care facilities and (2) combustible materials in noncombustible construction and the definition of non-combustible. To date, the day/adult care effort is still in the information-gathering stage, with the requirements in the three model codes and requirements from a handful of states and cities compiled to review the different ways in which this topic is being addressed. The noncombustibility effort has been discussed in many meetings of a BCMC task group, which has reviewed a possible four- to five-level noncombustible/limited combustible/combustible approach relative to combustibility-related code requirements. The effort focuses on considering a cone calorimeter method as an alternate to the vertical tube furnace (ASTM E 136) approach used currently in the model codes. An initial meeting of BDMC is projected for fall 1996; however, committee work on these two issues will continue.

It is now time for BCMC to step aside in light of the current and emerging International Codes series of regulatory documents. BCMC has served both the code regulatory and design communities well and anticipates the same level of success for BDMC, which will take us into the twenty-first century. ∎

*Michael J. Pfeiffer, P.E., is manager, Technical Services, BOCA International.*

*Paul Armstrong, P.E., is a staff engineer, Technical Services, ICBO.*

*John R. Battles, P.E., CBO, is manager, Codes, SBCCI.*

*Walter Sterling is a senior fire protection specialist, National Fire Protection Association, Quincy, Massachusetts.*

ICC-CR012307

# Exhibit O

RULES OF PROCEDURE

FOR THE

BOARD FOR THE COORDINATION OF THE MODEL CODES

(Revised November 11, 1988)

ICC vs NFPA
EXHIBIT NO. 115
Sept. 14, 2004

I.   NAME AND OBJECTIVES

A.   NAME:

This board shall be known as the Board for the Coordination of the Model Codes (BCMC).

B.   OBJECTIVES OF THE BOARD:

1.   To identify and make recommendations for the elimination of conflicts among the BOCA National Building Code, the Life Safety Code NFPA-101 and other standards, the Standard Building Code and the Uniform Building Code.

2.   To identify those areas where existing conflicts cannot be resolved and recommend new changes as may be necessary.

3.   (a)  To evaluate and incorporate, where appropriate, new technology and concepts which pertain to the requirements being investigated.

4.   (b)  Where new technology or concepts are not contained in the current model code editions, a proposal for such new method shall be made to the CABO Board of Directors after which, if approved, BCMC shall proceed.

C.   CRITERIA FOR IDENTIFYING CONFLICTS

1.   A problem exists nationally due to the differences in model code respective treatments of a given subject.

2.   In the public interest new code subjects demand common approach where possible.

II.  PROCEDURE AND RULES

A.   Areas of study and investigation shall be assigned by the CABO Board of Directors.  BCMC shall produce and publish an agenda based on the assignment.

B.   The participating organizations will provide the necessary staff support for BCMC to accomplish its work.


EXHIBIT
Armstrong 142
9/16/04

C. Each member of BCMC shall serve for a period of one year or longer, if so designated at the time of appointment, or unless such member shall cease to qualify as a member thereof as determined by the Board of Directors. Vacancies in the BCMC may be filled by the Chairman of CABO with a nominee from the appropriate participating organization.

D. The Chairman of BCMC shall be elected from among the appointed members of BCMC for a one year term. Whenever practical, the Chairman should rotate among representatives of the participating organizations.

E. A majority of the voting members of the BCMC shall constitute a quorum at any meeting of the BCMC, with at least one voting representative from each participating organization.

F. Each BCMC member shall be entitled to one vote. In the absence of a voting designated representative of each participating organization, a single proxy representative shall be eligible to one vote. The BCMC vote for approval of an agenda item shall be by at least a majority of those voting members present with one vote cast on a majority side from each participating organization.

G. Each participating organization shall agree in writing to waive copyright protection for the benefit of the other participating organizations with respect to any code language developed from a code or standard copyright by such participating organization. This would be contingent upon copyrighting of the respective codes or standards in which such reproduction occurs.

H. The CABO Board of Directors, may when deemed necessary, appoint a committee to study a prospective agenda item that may be necessary for BCMC to accomplish its objectives. Notwithstanding the above, BCMC may create study groups of interested persons for the specific purpose of preparing working drafts for consideration by BCMC. Such study groups shall meet in conjunction with the scheduled BCMC meetings and the cost of participants are not defrayed by CABO. All meetings of CABO authorized committees or BCMC study groups shall be open and the notice of such meetings shall accompany the notice of the BCMC meetings.

## III. ORGANIZATION

A. PARTICIPATING ORGANIZATIONS:

The Building Officials and Code Administrators International, Inc.; the International Conference of Building Officials; the National Fire Protection Association; the Southern Building Code Congress International; and any other organizations approved by CABO.

2

B.  BOARD MEMBERSHIP:

The BCMC shall be composed of two representatives from each participating organization.

C.  FUNDING:

Each participating organization shall fund its own participation. All other administrative costs shall be paid by CABO.

D.  STAFF:

The CABO Board of Directors shall appoint a secretariat as staff to serve BCMC.

E.  MEETINGS:

1.  Meetings will be of such length as necessary to accomplish the workload.

2.  The schedule of meetings shall be subject to the approval of the CABO Board of Directors and the participating organizations shall provide notice of such meetings in their periodicals.

3.  All meetings shall be open.

4.  All meetings, as far as may be practical, shall be scheduled at locations which minimize costs to all participating organizations.

5.  Hearings:  BCMC shall conduct open public hearings at scheduled and approved meetings on those recommendations which have been finalized.

6.  All attendees and participants shall identify their business and proprietary interests when participating in the BCMC meetings.

IV.  REPORTS

A.  Reports:  BCMC shall submit a report on the public hearing which includes a complete package of the BCMC recommendations to CABO for approval.

B.  Approval:  CABO shall submit a ballot on approval of the BCMC public hearing report to the voting members of CABO. A copy of the ballot and public hearing report shall be sent to the President and Executive Director of each voting member of CABO.

RO:dh 1-4-89 rev.

# Exhibit P

WORKING DRAFT
MAY 1997

# *I*nternational
# *B*uilding
# *C*ode



EXHIBIT
34/53

AUG 3 1 2004
Sims
Ex. 47 Id ✓ Ev
CARL W GIRARD



INTERNATIONAL
CODE COUNCIL

EXHIBIT
Battles 131
9/16/04 JC

# 2000







SBCCI

<div style="border:1px solid">

# INTERNATIONAL BUILDING CODE TECHNICAL SUBCOMMITTEE ROSTERS

</div>

**FIRE SAFETY SUBCOMMITTEE:**
...am R. Bryant, MCO, Chairman
(...CA)
Anne Arundel County, MD

Wally E. Bailey, CBO (SBCCI), Vice Chair
City of Fort Smith, AR

Perry Caldwell, CBO (SBCCI)
Lowndes County, MS

Charles Cummins, CBO (SBCCI)
City of Knoxville, TN

James Johnson (ICBO)
City of Des Moines, IA

Michael McReynolds (BOCA)
City of Oak Park, MI

Donald R. Mercer (BOCA)
City of Cincinnati, OH

Stanley Wheeler (ICBO)
City of Livermore, CA

Jerry D. Wooldridge (ICBO)
County of Summit, CO

Staff: Mike Pfeiffer, Secretariat (BOCA)
   Sergio Barrueto (ICBO)
   Mark Chubb (SBCCI)

**MEANS OF EGRESS SUBCOMMITTEE:**
James T. Ryan, CBO (BOCA), Chair
City of Overland Park, KS

David Stanford, CBO (SBCCI), Vice Chair
City of Richardson, TX

Mike Ashley, CBO (SBCCI)
City of Rome, GA

John Barrios, CBO (SBCCI)
City of Tampa, FL

Harry J. Burd (BOCA)
State College, PA

Richard L. Hubinger (ICBO)
City of Whittier, CA

Ron D. Ivie (ICBO)
Park City, UT

Wayne R. Jewell (BOCA)
City of Southfield, MI

Greg Wheeler (ICBO)
City of Thornton, CO

Staff: Robert McCluer (BOCA)
   Jay Woodward (ICBO)
   Mark W. Wales, CBO (SBCCI)

**...CUPANCIES SUBCOMMITTEE:**
...el B. Chudy (ICBO), Chair
...of Riverside, CA

...E. Myers (BOCA), Vice Chair
...of Cincinnati, OH

...ori Anderson, CBO (SBCCI)
...ham County, GA

...ld E. Estepp (BOCA)
...borough Township, NJ

...W. Fairless (ICBO)
...of Carrolton, TX

...Feid (BOCA)
...of Normal, IL

...ld D. George, CBO (ICBO)
...al City, CO

...eth W. Greene, PE (SBCCI)
...of Birmingham, AL

...t T. Sanidas, CBO (SBCCI)
...ge County, FL

...: Dennis McCreary (ICBO)
...m Frost, (BOCA)
...an R. Battles, PE, CBO (SBCCI)

**...ACTURAL SUBCOMMITTEE:**
V... Penera (ICBO), Chair
City of Los Angeles, CA

David L. Wismer, PE, CBO (BOCA), Vice Chair
City of Philadelphia, PA

Ronald A. Brendel, PE (BOCA)
City of St. Louis, MO

Charles O. Everly, PE, CBO
Sarasota, FL

Durall LeGrone, Jr., PE (SBCCI)
Mecklenburg County, NC

James R. Lowery, Jr. (BOCA)
Fairfax County Government, VA

Grover Sawyer, PE (SBCCI)
North Carolina Dept. of Insurance

Roger Sharpe (ICBO)
City of Walnut Creek, CA

Jonathan C. Siu (ICBO)
City of Seattle, WA

Staff: Shirin Ader, Secretariat (ICBO)
   Robert McCluer (BOCA)
   Richard A. Vognild, PE, CBO (SBCCI)

**GENERAL SUBCOMMITTEE:**
William H. Chambless, Jr. (SBCCI), Chman
City of Macon, GA

Robert J. Foote (ICBO), Vice Chair
City of Commerce City, CO

Kenneth W. Andrews (BOCA)
Town of Hooksett, NH

Victor Gray-Lewis (SBCCI)
City of Madison, MS

Susan M. Kelly (ICBO)
City of Omaha, NE

Daniel Kostelec (ICBO)
City of Capitola, CA

Robert F. Lemon (BOCA)
Township of Egg Harbor, NJ

Emory R. Rodgers (BOCA)
Arlington County, VA

Dominic P. Sims, CBO (SBCCI)
Palm Beach County PZB, FL

Staff: Vaughn P. Wicker, CBO (SBCCI)
   Ken Schoonover, (BOCA)
   Tom Campbell (ICBO)

# Exhibit Q

*F. Schoonover*



# INTERNATIONAL CODE COUNCIL, INC.

5203 LEESBURG PIKE #708 • FALLS CHURCH, VIRGINIA 22041-3401 • TELEPHONE (703) 931-4533

**BOARD OF DIRECTORS**

*Chairman*
George Walker, C.B.O.
Building Official
Waco, Texas

*First Vice-Chairman*
Michael A. Perrone, C.B.O.
Director, Department of
Building and Housing
Borough of West Chester, Pennsylvania

*Second Vice-Chairman*
Dan Nickle, C.B.O.
Codes Administrator
Lakewood, Colorado

*Directors-At-Large*
Larry Bell
Director of Inspections
Starkville, Mississippi

Gail Graves, C.B.O.
Chief Building Official
Richardson, Texas

Henry L. Green
Director, Construction Codes
State of Michigan

Kenneth G. Larsen, C.B.O.
Director of Building and Housing
Chula Vista, California

Paul E. Myers, C.B.O.
Assistant Director, Department of
Buildings and Inspections
Cincinnati, Ohio

Alan P. Olson, R.A., C.B.O.
Assistant Development Services Director
Phoenix, Arizona

Jimmy T. Pollard, C.B.O.
Building Official
Opelika, Alabama

Emory R. Rodgers
Director/Inspection Services Division
Arlington County, Virginia

Thomas R. Thompson, C.B.O.
Building Official
Broomfield, Colorado


**OFFICERS**

*President*
Paul K. Heilstedt, P.E.
4051 W. Flossmoor Road
Country Club Hills, Illinois 60478-5795
(708) 799-2307

*Vice President*
William J. Tangye, P.E.
900 Montclair Road
Birmingham, Alabama 35213-3153
(205) 599-9777

*Secretary*
Jon S. Traw, P.E.
5360 Workman Mill Road
Whittier, California 90601-2298
(562) 908-8182



*Executive Vice President*
Richard Kuchnicki
5203 Leesburg Pike - #708
Falls Church, Virginia 22041-3401
(703) 931-4533

May 21, 1998


Mr. Richard P. Kuchnicki
Executive Vice President
International Code Council
5203 Leesburg Pike - #708
Falls Church, VA 22041


Dear Dick:

Enclosed are the revised Council Polices #7 and #10 and the Rules of Procedure based on the actions of the ICC Board of Directors at their May 10, 1998 meeting.

Please distribute these materials to the ICC Board of Directors with the minutes of the meeting.

Thank you for your assistance.

Very truly yours,

Paul K. Heilstedt, P.E.
President

PKH/hm

cc:    Bill Tangye
       Jon Traw
       George Walker

AUG 3 1 200¥

Ex. 55 Id ✓ Ev

CARL W GIRARD

*Visit our Web Site at http://www.intlcode.org*

ICC-CR023495
ICC-CR 023495

**CP #7-1998**

**POLICY RE:
COMMITTEES AND
MEMBERS**

The work of the International Code Council (ICC) depends upon the activities and work product of volunteer committees. This policy sets forth general guidelines for the establishment and operations of these committees in accordance with the ICC Bylaws.

## 1.0 General

**1.1 Board of Directors Authority:** Under Article V of the Bylaws, the Board of Directors of the International Code Council (ICC Board) has general charge of the affairs of the Corporation and is authorized to establish committees as occasion may require and to define the structure, powers and duties of those committees.

    **1.1.1** Pursuant to Article IX of the Bylaws, the ICC Board issues the following policy which it may amend, waive or supplement, in whole or in part, at any time or times at its discretion.

**1.2 Right to Appeal:** Any person shall have the right to appeal a substantive or procedural action or inaction in accordance with the policy of the ICC Board.

Appeals shall be based on substantive or procedural criteria, or both, and include a statement as to why the ICC action should be modified. The ICC will not render decisions on the relative merits of technical matters, but will consider whether due process was afforded technical concerns.

## 2.0 Establishment of Committee

**2.1 Request:** Any person, organization or existing Committee may request the ICC Board to establish a Committee to address any issue of proper concern to the ICC.

**2.2 Staff Liaison:** Following approval of the establishment of a Committee by the ICC Board, a Staff Liaison shall be appointed by the President of the ICC (President) and shall:
1. prepare a scope and objectives statement for the committee,
2. prepare a suggested list of interests appropriate to be represented on the committee, and
3. accumulate all available resource material for committee consideration at its first meeting.

**2.3 Life of Committees:** Each committee shall continue until discharged by the ICC Board or consolidated with another committee.

**2.4 Transaction of Business:** Except as otherwise provided in this policy, the organizational Bylaws or in other Council policies, Robert's Rules of Order shall govern the transaction of business at committee meetings.

ICC-CR023496
ICC-CR 023496

## 3.0 Staff Liaison Role

3.1 **Duties:** The President shall appoint a Staff Liaison to each committee who, in addition to performing the functions stated in Section 2-2 for new Projects shall:
1. serve in an advisory capacity to each assigned committee and assist the committee to achieve the committee's compliance with this policy;
2. on instruction and guidance from the committee, prepare necessary text and recommendations;
3. coordinate the text of documents for which the assigned committee is responsible with the text of other documents to avoid, insofar as practicable, conflicts and duplication;
4. be responsible for the editorial treatment of the document's text and recommendations;
5. attend meetings of the committees when possible;
6. keep the applicable officer(s) of each committee informed concerning changes in committee personnel, availability of meeting dates and places, and the like;
7. perform such functions as may be stated in the policy or assigned by the President,
8. prepare each committee report, if any, for publication; and
9. prepare any comments received on a committee report in a form suitable for committee consideration.

## 4.0 Committee Membership

4.1 **Appointment of Members and their Tenure:** The members of each committee shall be appointed by the ICC Board. The Chairman and Vice Chairman shall be elected by the committee from the appointed members of the committee.

4.2 **Announcement:** The committees on which appointments are available and to be made shall be publicized and an announcement made that applications are being received.

4.3 **Application for Membership:** Each candidate for committee membership shall submit statements indicating the following:

1. evidence of knowledge and competence in the work of the committee;
2. assurance of ability to participate actively in the work of the committee including responding to correspondence and attendance at committee meetings;
3. relationship of applicant to the scope of the committee;
4. what organization, company, etc., the nominee would represent;
5. whether the applicant would have an instructed vote and, if so, by and on behalf of whom; and whether the organization, in instructing its representatives, can meet the time constraints imposed by the committee objectives;
6. what person or organization would fund participation; and
7. agreement to notify the office of the President of a change in employment.

4.4 **Appointment:** Appointment to a committee shall be based on:
1. qualifications of the applicant,
2. limiting the size of each committee to a manageable working group, and
3. maintaining balance of interests within the membership of each committee.

4.5 **Representation of Interests:** A committee member shall withdraw from and take no part in those matters with which he has a financial, business, property or personal interest. The committee member shall not participate in any committee discussion on the matter or any committee vote. Violation thereof shall result in the immediate removal of the committee member from the committee. A committee member shall not represent himself as an official or unofficial representative of the ICC or the committee except at a regularly convened meeting of the committee. All requests for a committee member's views or interpretations as a member of this committee are to be submitted to the offices of the President.

4.6 **Members Changing Employment:** When a Member changes employment, his membership on the committee automatically terminates. The Member changing employment may request reappointment to the committee by submitting a new application for membership. The new business interest and affiliation of the applicant and his or her new classification shall be considered by the ICC Board when reviewing the new request for membership.

---

ICC-CR023497

# Exhibit R



**SBCCI**

Setting the
Standard for
America's
Model Codes

*[handwritten: JON / PAUL / & BILL } Pls. review, especially agenda (this page) and the process (pp 1-3)]*

*[handwritten: Rick]*

**DATE:** May 3, 1996

**TO:** Members of Steering Committee
International Building Code Drafting
( roster attached)

**FROM:** Rick Vognild, Secretary

**RE:** First Meeting

Congratulations on your appointment to the Steering Committee for drafting of the 2000 International Building Code.

The first meeting of the Steering Committee is scheduled for Wednesday, May 29 in Dallas. Non-guaranteed reservations have been made for you at the _____ Hotel. The ~~Marriott has~~ airport transportation. Rates are _____. Call _____ to confirm and guarantee your reservation.

The meeting will start at 8:30 A.M. and adjourn no later than 4:30 P.M.

our basic charge is to correlate and coordinate the work of the five Technical subcommittees and the work of the Performance Criteria Committee.

The proposed agenda for the first meeting consists of:

1. Election of Chairman and Vice Chairman.
2. Approval of the Proposed Drafting Schedule ( attached) that is to include, at a minimum:
   a. specific target dates,
   b. at least two public hearings,
   c. specific publication dates, and
   d. as much time as possible for public review.
3. Establish guidelines for meetings of the Technical Subcommittees and Performance Criteria Committee to accomplish the Schedule in the allotted time.
4. Establish a reporting system for use by the Technical Subcommittees and Performance Criteria Committee necessary to keep the Steering Committee apprised of progress.
5. Appoint a chairman and vice chairman for each of the Technical Subcommittees and for the Performance Criteria Committee.
6. Other Business.

Please confirm your attendance by phone, fax or e-mail as soon as possible.

*[handwritten: more? less? / would be able to do this in one June meeting.]*

*[handwritten/stamp: AUG 3 1 200 / Ex. ___ / CARL W. GIRARD]*

Southern
Building
Code
Congress
International
Inc.

President and
Chairman of the Board
Jimmy T. Pollard, C.B.O.
Building Official
Opelika, Alabama

**Vice President**
Larry Bell
Building Director
Starkville, Mississippi

**Board of Directors**
Nick D'Andrea, Jr., C.B.O.
Manager, Commercial
Development Services
Tampa, Florida

William L. Duck, Jr., C.B.O.
Chief of Inspections and
Code Enforcement Division
Columbus, Georgia

Gail Graves, C.B.O.
Chief Building Official
Richardson, Texas

Dominic Sims, C.B.O.
Building Division Coordinator
Palm Beach County, Florida

Tim Ward
Code Enforcement Administrator
Oak Ridge, Tennessee

**Immediate Past President**
George E. Walker, C.B.O.
Building Official
Waco, Texas

**Chief Executive Officer**
William J. Tangye, P.E.

**Headquarters Office**
900 Montclair Road
Birmingham, Alabama
35213-1206
205-591-1853
Fax: 205-592-7001
TDD: 205-599-9742

**Southwest Regional Office**
3355 Bee Caves Road, Suite 202
Austin, Texas 78746-6673
512-327-8278
Fax: 512-327-8286

**Southeast Regional Office**
4303 Vineland Road, Suite F-7
Orlando, Florida 32811
407-648-9632
Fax: 407-648-9702

**Eastern Regional Office**
1200 Woodruff Road, Suite G-26
Greenville, South Carolina 29607
864-281-1006
Fax: 864-281-1030

ICC-CR022153

# INTERNATIONAL BUILDING CODE DRAFTING

## SCOPE, OBJECTIVES AND PROCESS

### 1.0 OBJECTIVE

The objective is to develop a final draft of the *International Building Code* for consideration of acceptance by the memberships of BOCA, ICBO and SBCCI.

### 2.0 SCOPE

The scope includes preparation of the FIRST DRAFT, and the FINAL DRAFT.

### 3.0 FIRST DRAFT

**3.1 Committees:** The committee structure for development of the first draft of the IBC consists of a Steering Committee, a Performance Criteria Committee, and five Technical Subcommittees.

**3.1.1 Steering Committee:** The Steering Committee is responsible for correlating and coordinating the work of the Technical Subcommittees.

The Steering Committee consists of 12 persons: three representatives from each model code groups (MCG) and one staff from each model code group.

**3.1.2 Technical Subcommittees:** The Technical Subcommittees are responsible for the chapters shown in Attachment A, based on the Common Code Format.

The Technical Subcommittees each consist of nine persons; three code officials each MCG. Staff serves only in a supporting capacity.

**3.1.3 Performance Criteria Committee:** The Performance Criteria Committee is responsible for developing performance provisions for the International Building Code that will address current prescriptive requirements, without delaying the IBC drafting procedure.

The Performance Criteria Committee consists of 15 persons: three code officials and two professional representatives from each MCG. Staff serves only in supporting capacity.

**3.2 Process:** The FIRST DRAFT will be developed in accordance with 3.2.1 through 3.2.8. This can be single-or multi-tracked as deemed necessary.

**3.2.1 Resource documents:** The primary documents to be used in development of

ICC\IBCDRAFT/PROGRAM:::5/3/96     DRAFT   DRAFT   DRAFT   DRAFT   DRAFT                    1

ICC-CR022154