# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

INTERNATIONAL CODE COUNCIL, )
INC., and BUILDING OFFICIALS AND )
CODE ADMINISTRATORS )
INTERNATIONAL, INC., )
                            )
            Plaintiffs, )
                            )
v. ) **NO. 02C 5610**
                            )
                            ) Judge Rebecca R. Pallmeyer
                            )
NATIONAL FIRE PROTECTION )
ASSOCIATION, INC., )
            Defendant. )

**FILED**
FEB 28 2005
FEB 2 8 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING and CERTIFICATE OF SERVICE

**TO:** Alan S. Wernick, Esq., Querrey & Harrow, 175 West Jackson Boulevard, Suite 1600, Chicago, IL    60604

James Hamilton, Esq., Swidler Berlin Shereff Friedman, 3000 K Street, NW, Suite 300, Washington DC   20007

**PLEASE TAKE NOTICE** that on February 28, 2005 there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant National Fire Protection Association's Declaration of William E. Koffel, P.E., in Support of Defendant's Motion for Summary Judgment, a copy of which is attached hereto and served upon counsel.

_____
Peter C. John, Esq.

Williams Montgomery & John Ltd.
2100 Civic Opera Building
Twenty North Wacker Drive
Chicago, IL 60606
(312) 443-3200

Thomas F. Holt, Jr.
Tara C. Clancy
Christopher Centurelli
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617) 261-3100

## CERTIFICATE OF SERVICE

Karen M. Begg being first duly sworn on oath states that on February 28, 2005 a true copy of the foregoing Notice of Filing and Declaration of William E. Koffel, P.E. in Support of Defendant's Motion for Summary Judgment were served on the following via hand delivery:

Alan S. Wernick, Esq.
Quarles & Brady LLC
500 West Madison Street
Suite 3700
Chicago, IL   60661-2511

and to the following via regular U.S. Mail

kramer@swidlaw.com
jhamilton@swidlaw.com
Kevin R. Amer
James Hamilton, Esq.
Swidler Berlin Shereff Friedman
3000 K Street, NW
Suite 300
Washington, D.C.   20007

_____
Karen M. Begg

Subscribed and sworn to before me
this 28th day of February, 2005.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
DENISE E. MATHAUSER
Notary Public, State of Illinois
My Commission Expires 8/30/07



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**

FEB 28 2005

MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC., <br><br> Defendant. | **CIVIL ACTION NO. 02C 5610** <br><br> Judge Rebecca R. Pallmeyer |

**DECLARATION OF WILLIAM E. KOFFEL, P.E., IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, William E. Koffel, declare, under penalty of perjury, that the following statements are true, to the best of my knowledge, information, and belief:

**I. My Background and Experience in Building Code Development**

1. I have a Bachelor of Arts from Ursinus College, Collegeville, Pennsylvania, and a Bachelor of Science in Fire Protection Engineering from the University of Maryland. In addition to my undergraduate degrees, I have completed graduate courses in a Masters of Public Administration program at the University of Baltimore and courses in a Professional Mater of Engineering in Fire Protection at the University of Maryland.

2. Upon graduation from the University of Maryland (May 1979), I was employed as an Associate Safety Engineer with Marathon Pipe Line Company in Houston, Texas. In November 1979, I left Marathon Pipe Line Company to become a

fire protection engineer with the Maryland State Fire Marshal's Office in Baltimore, Maryland. During my employment with the Maryland State Fire Marshal's Office, I became actively involved in the codes and standards development process as a Principal Member of the NFPA Subcommittee on Detention and Correctional Occupancies, representing the Fire Marshal's Association of North America ("FMANA").

3. In September 1982, I left the employment of the State of Maryland and became a Staff Engineer with Gage-Babcock & Associates, Inc. ("GBA") in Vienna, Virginia. During this time, I continued with my involvement in the NFPA codes and standards development process by becoming an Alternate Member of the NFPA Subcommittee on Detention and Correctional Occupancies. I also became active in the code development process of BOCA, ICBO, and SBCCI primarily representing the American Health Care Association ("AHCA").

4. In January 1986, I left GBA and started my own firm, Koffel Associates, Inc., which is where I am currently employed. One of the primary services provided by Koffel Associates is to represent various clients in the codes and standards development process. As President of the firm, I am intimately involved in these activities.

5. Over the past 23 years, I have served on numerous NFPA Technical Committees and committees of the BOCA, ICC, and SBCCI.

6. With respect to the development of the NFPA 5000, I served on the following Technical Committees:[1]

---

[1] I have also served as a member of other NFPA Technical Committees, such as the Technical Committee on Fire Tests, but these committees are not part of the NFPA 5000 development process.

- Technical Committee on Means of Egress (Chairman)

- Technical Committee on Fire Protection Features
- Technical Committee on Health Care Occupancies (Alternate)
- Technical Committee on Detention and Correctional Occupancies
- Technical Committee on Industrial, Storage, and Miscellaneous Occupancies (Alternate)
- Technical Committee on Building Materials (Alternate)
- Technical Committee on Structures and Construction

8.     With respect to the International Code Council, I served on the IBC Means of Egress Subcommittee (1999 and 2000). Subsequent to the development of the IBC, I have also served on the Existing Building Code Development Committee and the ICC Ad Hoc Committee on Installation of Glass in Hazardous Locations (2001).

9.     With respect to the legacy codes, I have served on the following committees:

- BOCA Ad Hoc Committee on Fire Protection Systems (1987-1990)

- BOCA Ad Hoc Committee on High Hazard Occupancies
- BOCA Building Code Changes Committee (1988-1995)
- BOCA Code Interpretation Committee
- SBCCI Special Institutional Occupancies Ad Hoc Committee (1987)
- SBCCI Fire and Life Safety Subcommittee (1990, 1991, 1992)
- SBCCI Plumbing Code Ad Hoc Committee (1993, 1994)
- SBCCI B51-96 Further Study Committee (1996-1997)
- SBCCI B2-97 Further Study Committee (1997-1998)

10.     I have also been retained by both BOCA and NFPA to develop seminars regarding their respective code documents. Additionally, I have been an instructor for BOCA in the past and I am currently an instructor for various code-related seminars for both the ICC and NFPA.

## II.     Development of the NFPA 5000 Building Code

11.     In 1999, before the IBC 2000 was published, NFPA began working on developing a complete building code from existing NFPA codes and standards.

12.     In April 2000, NFPA began its formal process for developing and ratifying its building code. NFPA developed the NFPA 5000 using the same time tested consensus process, accredited by the American National Standards Institute that it has used to develop and maintain all of its approximately 300 model codes and standards. NFPA set up sixteen technical committees to develop code and a technical correlating committee to oversee the work of the technical committees to ensure consistency. There were more than 300 committee members. The committee members included some of the same code officials who served on the ICC's committees, as well as numerous other government officials, special experts, insurers, manufacturers, and other interested parties.

13.     Drafts of the NFPA code were twice released for public review and comment, and many proposed revisions submitted by the public were incorporated into the working drafts. The final version, the NFPA 5000, was released in July 2002.

- 4 -

14.     By my count, the NFPA 5000 has 8,532 code provisions, 128 tables, and 73 figures.

15.     The NFPA 5000 is organized according to occupancy, unlike the IBC 2000, which is organized according to structure.  The NFPA 5000 therefore has a very different organizational format and numbering system.

## II.     Sources of the NFPA Code Language

16.     I have reviewed ICC's copyright infringement allegations in its letter of February 9, 2005.

17.     I was asked by NFPA to determine the source of each of the NFPA code provisions accused of infringement in this case.  In order to make this determination, I reviewed the following materials:

(a)     Codes and standards published by other organizations that are adopted as referenced standards as identified in Chapter 35 of the International Building Code or Chapter 45 of the International Fire Code

(b)     Code of Federal Regulations (CFR)

(c)     Proposals and comments submitted by interested parties and published in the Report on Proposals and the Report on Comments

(d)     Proposals and comments submitted by interested parties and published by the ICC in various code change documents

(e)     Proposals and comments submitted by interested parties and published by either BOCA, ICBO, and SBCCI in various code change documents that I happened to have in our corporate library

(f)     EPCOT Building Code

(g)     CABO Board for the Coordination of the Model Codes (BCMC) Public Hearing documents that I happened to have in our corporate library

- 5 -

(h)     Codes published by BOCA, ICBO, and SBCCI and commonly referred to by the ICC as the Legacy Codes

(i)     Various ASTM and NFPA standards that are not listed in Chapter 35 of the International Building Code or Chapter 45 of the International Fire Code

(j)     Uniform Fire Code which was published by the Western Fire Chiefs Association (WFCA) in 2000 and was jointly published by ICBO and WFCA prior to 2000

18.     With assistance from one of my administrative employees, I prepared a spreadsheet, attached as Ex. 1, which summarizes my findings. The spreadsheet includes, for each allegation in ICC's February 17, 2005 chart: (a) ICC's allegation number (the "page number" column in its chart); (b) the code number of the IBC 2000 section allegedly infringed; (c) the complete text of the IBC 2000 section allegedly infringed; (d) the code number of the allegedly infringing NFPA 5000 section; (e) the complete text of the allegedly infringing NFPA 5000 section; and (f) NFPA's source for the text in the NFPA 5000 section.

19.     As described in Ex. 1, the sources for the accused NFPA text were as follows: (i) The Code of Federal Regulations; (ii) pre-existing NFPA codes and standards; (iii) ASCE 7 (a third party standards document); (iv) the EPCOT Building Code; (v) other industry standards; (vi) the Uniform Fire Code; (vii) the BCMC Reports; (viii) public proposals and comments; and (ix) proposals from NFPA committee members.

## III.    Table 503 and Section 903 of the IBC 2000

20.     The IBC 2000 has 5,290 numbered code sections, 246 tables, and 60 figures.

21. The IBC technical subcommittee responsible for Table 503, the "Heights and Area Table," was the Occupancy Subcommittee.

22. In connection with my work on this case as a retained expert for NFPA, I reviewed the meeting minutes of the IBC Occupancy Subcommittee to determine how IBC Table 503 was prepared. Specifically, I reviewed the minutes from the International Building Code Occupancy Subcommittee meetings on December 13-14, 1996, January 24-25, 1997, and February 28-March 1, 1997. Relevant portions of these minutes are attached as Exhibits 2, 3, and 4 to this Declaration.

23. From these minutes, it is clear that Table 503 was based on legacy codes and a BCMC Report. The only role played by staff was to calculate values for inclusion in the Table using methodologies from the legacy codes and the BCMC Report. At all points in the process, staff was acting under the direction of the subcommittee.

24. According to the minutes, one of the staff members who assisted the subcommittee with calculations for Table 503 was John Battles.

25. I understand that the ICC accuses NFPA of infringing four subparts of Section 903: 903.2.2, 903.2.3, 903.2.5, and 903.2.10. Based on my review of the legacy code documents, the documents containing proposed code changes published by BOCA, ICBO, ICC, and SBCCI, and my participation in the code development processes of BOCA, ICBO, ICC and SBCCI, these subparts, which concerns sprinkler systems, were all derived from either the legacy codes or public submissions. None of the sections were drafted by ICC staff.

- 7 -

DATED: 24 Feb 05

William E. Koffel, P.E.

- 8 -

# Exhibit 1

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 5 | 1602.1 | BALCONY, EXTERIOR. An exterior floor projecting from and supported by a structure without additional independent supports. | 3.3.43 | Balcony (Exterior). An exterior floor projecting from, and supported by, a structure without additional independent supports. | Appeal to the Standards Council by John Loscheider, a structural engineer |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 13 of 99 PageID #:641

| Sources for Accused NFPA Provisions | | | | | |
|---|---|---|---|---|---|
| ICC Work | | | NFPA Work | | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 11 | 1602.1 | DECK. An exterior floor supported on at least two opposing sides by an adjacent structure, and/or posts, piers or other independent supports. | 3.3.117 | Deck. An exterior floor supported on at least two opposing sides by an adjacent structure and/or posts, piers, or other independent supports. | Appeal to the Standards Council by John Loscheider, a structural engineer |

# Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 67 | 415.2 | STORAGE, HAZARDOUS MATERIALS. 1. The keeping, retention or leaving of hazardous materials in closed containers, tanks, cylinders or similar vessels, or 2. Vessels supplying operations through closed connections to the vessel. | 3.3.521 | Storage (Material). The keeping, retention, or leaving of hazardous materials in closed containers, tanks, cylinders, or similar vessels; or vessels supplying operations through closed connections to the vessel. | UFC Section 7901.2 for the first part of the definition |
| 74 | 307.2 | CLOSED SYSTEM. The use of a solid or liquid hazardous material involving a closed vessel or system that remains closed during normal operations where vapors emitted by the product are not liberated outside of the vessel or system and the product is not exposed to the atmosphere during normal operations; and all uses of compressed gases. Examples of closed systems for solids and liquids include product conveyed through a piping system into a closed vessel, system or piece of equipment. | 3.3.560.1.1 | Closed System Use (Material). A solid or liquid hazardous material in a closed vessel or system that remains closed during normal operations where vapors emitted by the product are not liberated outside of the vessel or system and the product is not exposed to the atmosphere during normal operations, and all uses of compressed gases. | NFPA 1-2003 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 14 of 99 PageID #:642

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 75 | 307.2 | OPEN SYSTEM. The use of a solid or liquid hazardous material involving a vessel or system that is continuously open to the atmosphere during normal operations and where vapors are liberated, or the product is exposed to the atmosphere during normal operations. Examples of open systems for solids and liquids include dispensing from or into open beakers or containers, dip tank and plating tank operations. | 3.3.560.1.2 | Open System Use (Material). Use of a solid or liquid hazardous material in a vessel or system that is continuously open to the atmosphere during normal operations and where vapors are liberated, or the product is exposed to the atmosphere during normal operations. | NFPA 1-2003 |
| | 307.2 | OPEN SYSTEM. The use of a solid or liquid hazardous material involving a vessel or system that is continuously open to the atmosphere during normal operations and where vapors are liberated, or the product is exposed to the atmosphere during normal operations. Examples of open systems for solids and liquids include dispensing from or into open beakers or containers, dip tank and plating tank operations. | A.3.3.560.1.2 | Open System Use (Material). Examples of open systems for solids and liquids include dispensing from or into open beakers or containers, dip tank operations, and plating tank operations. | NFPA 1-2003 |
| 80 | 307.3 | GROUP H-1 STRUCTURES. Buildings and structures that contain materials that pose a detonation hazard, shall be classified as Group H-1. Such materials shall include, but not be limited to: Explosives Organic peroxides, unclassified detonable Oxidizers, Class 4 Unstable (reactive) materials, Class 3 detonable and Class 4 Detonable pyrophoric materials | 6.3.2.4.2 | High Hazard Level 1 Contents. High hazard Level 1 contents shall include materials that present a detonation hazard including, but not limited to, the following: (1) Explosives (2) Unclassified detonable organic peroxides (3) Class 4 oxidizers (4) Detonable pyrophoric materials (5) Class 3 detonable and Class 4 unstable (reactive) materials | UFC Language for Group H-1 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 16 of 99 PageID #:644

# Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | | NFPA Source |
| 81 | 307.4 | GROUP H-2 STRUCTURES. Buildings and structures that contain materials that present a deflagration hazard or a hazard from accelerated burning, shall be classified as Group H- 2. Such materials shall include, but not be limited to: Class I, or II or III-A flammable or combustible liquids that are used or stored in normally open containers or systems, or in closed containers or systems pressurized at more than 15 pounds per square inch gauge (103 kPa). Combustible dusts Cryogenic liquids, flammable Flammable gases Organic peroxides, Class I Oxidizers, Class 3, that are used or stored in normally open containers or systems, or in closed containers or systems pressurized at more than 15 pounds per square inch gauge (103 kPa). Pyrophoric liquids, solids and gases, nondetonable Unstable (reactive) materials, Class 3, nondetonable Water-reactive materials, Class 3 | 6.3.2.4.3 | High Hazard Level 2 Contents. High hazard Level 2 contents shall include materials that present a deflagration hazard or a hazard from accelerated burning including, but not limited to, the following: (1) Class I, Class II, or Class III-A flammable or combustible liquids that are used or stored in normally open containers or systems, or in closed containers or systems at gauge pressures of more than 15 psi (103.3 kPa) (2) Combustible dusts stored, used, or generated in a manner creating a severe fire or explosion hazard (3) Flammable gases and flammable cryogenic liquids (4) Class I organic peroxides (5) Class 3 solid or liquid oxidizers that are used or stored in normally open containers or systems, or in closed containers or systems at gauge pressures of more than 15 psi (103.3 kPa) (6) Nondetonable pyrophoric materials (7) Class 3 nondetonable unstable (reactive) materials (8) Class 3 water-reactive materials | | UFC Language for Group H-2 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 17 of 99 PageID #:645

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| 82 | 307.5 | GROUP H-3 STRUCTURES. Buildings and structures that contain materials that readily support combustion or present a physical hazard, shall be classified as Group H-3. Such materials shall include but not be limited to: Aerosols, Level 2 and Level 3 2. Buildings utilizing control areas in accordance with Section 414.2 that contain not more than the maximum allowable quantities per control area of hazardous materials as shown in Tables 307.7(1) and Class I, II or III A flammable or combustible liquids that are used or stored in normally closed containers or systems pressurized at less than 15 pounds per square inch gauge (103 kPa). Combustible fibers Consumer fireworks, 1.4G (Class C, Common) Cryogenic liquids, oxidizing Flammable solids Organic peroxides, Class II and Class III Oxidizers, Class 1 and Class 2 Oxidizers, Class 3, that are used or stored in normally closed containers or systems pressurized at less than 15 | 6.3.2.4.4 | High Hazard Level 3 Contents. High hazard Level 3 contents shall include materials that readily support combustion or present a physical hazard including, but not limited to, the following: (1) Level 2 and Level 3 aerosols (2) Class I, Class II, or Class III-A flammable or combustible liquids that are used or stored in normally closed containers or systems at gauge pressures of less than 15 psi (103.4 kPa) (3) Classification 1.4G consumer fireworks (4) Flammable solids, other than dusts classified as high hazard Level 2, stored, used, or generated in a manner creating a high fire hazard (5) Class II and Class III organic peroxides (6) Class 2 solid or liquid oxidizers (7) Class 3 solid or liquid oxidizers that are used or stored in normally closed containers or systems at gauge pressures of less than 15 psi (103.4 kPa) (8) Oxidizing gases and oxidizing cryogenic liquids (9) Class 2 unstable (reactive) materials (10) Class 2 water-reactive materials | UFC Language for Group H-3 | |
| | | pounds per square inch (103 kPa) gauge Oxidizing gases Unstable (reactive) materials, Class 2 Water-reactive materials, Class 2 | | | | |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 18 of 99 PageID #:646

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 83 | 307.6 | GROUP H-4 STRUCTURES. Buildings and structures that contain materials that are health hazards, shall be classified as Group H-4. Such materials shall include, but not be limited to: Corrosives Highly toxic materials Toxic materials | 6.3.2.4.5 | High Hazard Level 4 Contents. High hazard Level 4 contents shall include materials that are acute health hazards including, but not limited to, the following: (1) Corrosives (2) Highly toxic materials (3) Toxic materials | UFC language for Group H-7 |
| 84 | 307.7 | GROUP H-5 STRUCTURES. Semiconductor fabrication facilities and comparable research and development areas in which hazardous production materials (HPM) are used and the aggregate quantity of materials is in excess of those listed in Tables 307.7(1) and 307.7(2). Such facilities and areas shall be designed and constructed in accordance with Section 415.9. | 6.3.2.4.6 | High Hazard Level 5 Contents. High hazard Level 5 contents shall include hazardous production materials (HPM) used in the fabrication of semiconductors or semiconductor research and development. | UFC language for Group H-6 |
| 87 | 713.2 | Protection of structural members. Protection of columns, girders, trusses, beams, lintels or other structural members that are required to have a fire-resistance rating shall comply with this section. | 7.2.7.3 | Structural elements required to have a fire resistance rating and that support more than two floors, one floor and roof, a bearing wall, or a nonbearing wall more than two stories high shall be individually protected on all sides for their full length with materials providing the required fire resistance rating. | Committee Proposal 5000-430 |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 713.2.1 | Individual protection. Columns, girders, trusses, beams, lintels or other structural members that are required to have a fire-resistance rating and that support more than two floors or one floor and roof, or support a load-bearing wall or a nonload-bearing wall more than two stories high, shall be individually protected on all sides for the full length with materials having the required fire-resistance rating. Other structural members required to have a fire-resistance rating shall be protected by individual encasement, by a membrane or ceiling protection as specified in Section 710, or by a combination of both. Columns shall also comply with Section 713.2.2. | 7.2.7.4 | Structural members, other than those specified in 7.2.7.3, required to have a fire resistance rating shall be protected by individual encasement, membrane or ceiling protection in accordance with Section 8.6 or a combination of both. | Modified from Committee Proposal 5000-430 by Committee Comment 5000-390. |
| | 713.2.2 | Column protection above ceilings. Where columns require a fire-resistance rating, the entire column, including its connections to beams or girders, shall be protected. Where the column extends through a ceiling, fire resistance of the column shall be continuous from the top of the floor through the ceiling space to the top of the column. | 7.2.7.5 | In addition to the requirements of 7.2.7.3 and 7.2.7.4, columns shall meet the following requirements: (1) Where columns require a fire resistance rating, the entire column, including its connections to beams or girders, shall be individually protected. (2) Where the column extends through a ceiling, the fire-resistive protection provided for the column shall be continuous from the top of the floor through the ceiling space to the top of the column. | Modified from Committee Proposal 5000-430 by Committee Comment 5000-390. |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 20 of 99 PageID #:648

## Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | **ICC Work** | | **NFPA Work** | |
| | 713.2.3 | Truss protection. The required thickness and construction of fire-resistance-rated assemblies enclosing trusses shall be based on the results of full-scale tests or combinations of tests on truss components or on approved calculations based on such tests that satisfactorily demonstrate that the assembly has the required fire resistance. | 7.2.7.6 | The required thickness and construction of fire-resistive materials or assemblies enclosing trusses shall be based on one of the following: (1) The results of full-scale tests or combinations of tests on truss components (2) Approved calculations based on such tests to verify that the assembly is provided with the required fire resistance rating. | May 2002 ROP, 5000-314; May 2002 ROC, 5000-390 |
| | 713.2.4 | Attachments to structural members. The edges of lugs, brackets, rivets and bolt heads attached to structural members shall be permitted to extend to within 1 inch (25 mm) of the surface of the fire protection. | 7.2.7.10 | The edges of lugs, brackets, rivets, and bolt heads attached to structural elements shall be permitted to extend to within 1 in. (25.4 mm) of the surface of the fire-resistive protection. | EPCOT Building Code, Section 702.5 |
| | 713.3 | Embedments and enclosures. Pipes, wires, conduits, ducts or other service facilities shall not be embedded in the required fire protective covering of a structural member that is required to be individually encased. | 7.2.7.11 | Conduits, pipes, ducts, or other construction elements shall not be embedded within required fire-resistive protection of any structural member requiring individual encasement to achieve the required fire resistance rating. | EPCOT Building Code, Section 702.8 |
| | 713.4 | Impact protection. Where the fire protective covering of a structural member is subject to impact damage from moving vehicles, the handling of merchandise or other activity, the fire protective covering shall be protected by corner guards or by a substantial jacket of metal or other noncombustible material to a height adequate to provide full protection, but not less than 5 feet (1524 mm) from the finished floor. | 7.2.7.12 | Fire-resistive materials covering columns required to have a fire resistance rating, where exposed to impact damage by moving vehicles, handling of merchandise, or by other means, shall be protected from damage. | Similar to EPCOT Building Code, Section 702.9 |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 713.5 | Exterior structural members. Structural members located in exterior walls or along the outer lines of a building or structure shall be protected as required by Table 601 for exterior load-bearing walls based on the type of construction. Structural frame elements in an exterior wall that is located where openings are not permitted or where protection of openings is required shall be protected against external fire exposure as required for exterior bearing walls or the structural frame, whichever is greater. | 7.2.7.7 | The fire resistance rating required for external structural members, defined as columns, trusses, girders, and beams located beyond the perimeter of the building floor area, shall be permitted to be calculated by using analytical methods in accordance with the provisions set forth in 8.2.3. | Epcot Building Code Section 702.2 (c). |
| | | | 7.2.7.8 | Structural elements within exterior walls or located along the exterior perimeter of a building or structure shall have a fire resistance rating as required by Table 7.2.2 for exterior bearing walls based on the type of construction. | May 2002 ROC, 5000-390 by TC on Structures and Construction |
| | | | 7.2.7.9 | Structural elements within an exterior wall located where openings are not permitted, or where protection of openings is required in accordance with 7.3.5, shall have a fire resistance rating based on protection against exterior fire exposure as required for exterior bearing walls or the structural element, whichever requires the greater fire resistance rating. | May 2002 ROC, 5000-390 by TC on Structures and Construction |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 22 of 99 PageID #:650

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 88 | Table 503 | HEIGHT AND BUILDING AREAS  Height limitations shown as stories and feet above grade plane. Area limitations as determined by the definition of "Area, building", per floor. | Table 7.4.1 | Table 7.4.1  Height and Area Requirements | Subject of BCMC Report 02/09/1988 |
| 89 | Table 503 | HEIGHT AND BUILDING AREAS  Height limitations shown as stories and feet above grade plane. Area limitations as determined by the definition of "Area, building", per floor. | Table 7.4.1 | Table 7.4.1  Height and Area Requirements | Subject of BCMC Report 02/09/1988.  Duplicate of Allegation #88. |

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 90 | 412.1 | Airport traffic control towers.. | 7.4.1.3.4 | Airport Traffic Control Towers. | Public Comment 5000-449 - submitted by Robert Wills, AISI |
| | 412.1.1 | General. The provisions of this section shall apply to airport traffic control towers not exceeding 1,500 square feet (140 m2) per floor occupied only for the following uses: 1. Airport traffic control cab. 2. Electrical and mechanical equipment rooms. 3. Airport terminal radar and electronics rooms. 4. Office spaces incidental to the tower operation. 5. Lounges for employees, including sanitary facilities. | 7.4.1.3.4.1 | Airport traffic control towers, with cab areas not exceeding 1500 ft2 (140 m2) per floor, shall be permitted to be constructed in accordance with Table 7.4.1.3.4.1. | May 2002 ROC, 5000-390 by TC on Structures and Construction; Public Comment 5000-449 - submitted by Robert Wills, AISI |
| 91 | Table 412.1.2 | Type of construction. Airport traffic control towers shall be constructed to conform to the height and area limitations of Table 412.1.2. | Table 7.4.1.3.4.1 | Table 7.4.1.3.4.1 Height and Area Requirements for Airport Traffic Control Tower | May 2002 ROC, 5000-390 by TC on Structures and Construction; Public Comment 5000-449 - submitted by Robert Wills, AISI |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 24 of 99 PageID #:652

| Sources for Accused NFPA Provisions | | | | | |
|---|---|---|---|---|---|
| | ICC Work | | NFPA Work | | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 92 | 506.1.1 | General. The areas limited by Table 503 shall be permitted to be increased due to frontage (*If*) and automatic sprinkler system protection (*Is*) in accordance with the Equation 5-1. | 7.4.2.2 | Basements. Basements shall not be required to be included in the total allowable building area, provided they do not exceed the area permitted for a one-story building based on the occupancy and type of construction. | Subject of BCMC Report on Height and Area, February 9, 1988 |

13

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 25 of 99 PageID #:653

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 95 | 508.5 | Parking beneath Group R. Where a maximum one story above grade plane Group S-2 parking garage, enclosed or open, or combination thereof, of Type I construction or open of Type IV construction, with grade entrance, is provided under a building of Group R, the number of stories to be used in determining the minimum type of construction may be measured from the floor above such a parking area. The floor assembly between the parking garage and the Group R above shall comply with the type of construction required for the parking garage and shall also provide a fire-resistance rating not less than the mixed occupancy separation required in Section 302.3.3. | 7.4.3.6.7.1 | Where a maximum one-story abovegrade parking structure, enclosed or open or a combination thereof, of Type I or Type II (222) construction or open Type IV construction, with grade entrance, is provided under a building of occupancies other than assembly and health care, detention and correctional, and ambulatory health care occupancies, the number of stories to be used in determining the minimum type of construction shall be permitted to be measured from the floor above such a parking area. | Public Comment 5000-449 submitted by Robert Wills, AISI |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 26 of 99 PageID #:654

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 508.5 | Parking beneath Group R. Where a maximum one story above grade plane Group S-2 parking garage, enclosed or open, or combination thereof, of Type I construction or open of Type IV construction, with grade entrance, is provided under a building of Group R, the number of stories to be used in determining the minimum type of construction may be measured from the floor above such a parking area. The floor assembly between the parking garage and the Group R above shall comply with the type of construction required for the parking garage and shall also provide a fire-resistance rating not less than the mixed occupancy separation required in Section 302.3.3. | 7.4.3.6.7.2 | The floor assembly between the parking structure and occupancies other than assembly and health care, detention and correctional, and ambulatory health care occupancies above shall comply with the following: (1) The floor assembly shall be of type of construction required for the parking structure. (2) The floor assembly shall provide a fire resistance rating not less than the mixed occupancy separation required in Table 6.2.4.1. | Public Comment 5000-449 submitted by Robert Wills, AISI |
| 96 | 508.8 | Open parking garage beneath Groups A, I, B, M and R. Open parking garages constructed under Groups A, I, B, M and R shall not exceed the height and area limitations permitted under Section 406.3. The height and area of the portion of the building above the open parking garage shall not exceed the limitations in Section 503 for the upper occupancy. The height, in both feet and stories, of the portion of the building above the open parking garage shall be measured from grade plane and shall include both the open parking garage and the portion of the building above the parking garage. | 7.4.3.6.8 | Open Parking Structure Beneath Other Occupancies. | Public Comment 5000-449 submitted by Robert Wills, AISI |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 27 of 99 PageID #:655

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 508.8.1 | Fire separation. Fire separation assemblies between the parking occupancy and the upper occupancy shall correspond to the required fire-resistance rating prescribed in Table 302.3.3 for the uses involved. The type of construction shall apply to each occupancy individually, except that structural members, including main bracing within the open parking structure, which is necessary to support the upper occupancy, shall be protected with the more restrictive fire-resistive assemblies of the use groups involved as shown in Table 601. Means of egress for the upper occupancy shall conform to Chapter 10 and shall be separated from the parking occupancy by fire barriers having at least a 2-hour fire-resistance rating as required by Section 706, with self-closing doors complying with Section 714. Means of egress from the open parking garage shall comply with Section 406.3. | 7.4.3.6.8.1 | Limitations. (A)   Open parking structures constructed under other occupancies shall not exceed the height and area limitations permitted under  30.8.1.6. (B)   The height of the portion of the building above the open parking structure shall not exceed the limitations in Section  7.4 for the upper occupancy. (C)   The height, in both feet and stories, of the portion of the building above the open parking structure shall be measured from grade and shall include both the open parking structure and the portion of the building above the parking structure. | Public Comment 5000-449 submitted by Robert Wills, AISI |
| | | | 7.4.3.6.8.2 | Fire Separation. Fire separation assemblies between the parking occupancy and the upper occupancy shall correspond to the required fire resistance rating prescribed in Table 6.2.4.1 for the uses involved. | Public Comment 5000-449 submitted by Robert Wills, AISI |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | 7.4.3.6.8.3 | Type of Construction. The type of construction shall apply to each occupancy individually, except that structural members, including main bracing within the open parking structure, that are necessary to support the upper occupancy shall be provided with the more restrictive fire resistance ratings of the use groups involved, as shown in Table 7.2.2. | Public Comment 5000-449 submitted by Robert Wills, AISI |
| | | | 7.4.3.6.8.4 | Means of Egress. Means of egress for the upper occupancy shall conform to Chapter 11 and shall be separated from the parking occupancy by fire barriers having at least a 2-hour fire resistance rating, with self-closing doors. | Public Comment 5000-449 submitted by Robert Wills, AISI |
| 97 | 506.2.1 | Width limits. $W$ must be at least 20 feet (6096 mm) and the quantity $W$ divided by 30 shall not exceed 1.0 except that for buildings which are permitted to be unlimited in area by Section 503.1.2, Section 507 or Section 508, the quantity $W$ divided by 30 shall not exceed 2.0. | 7.6.2.1.2 | The width limit ($W_i$) shall be a minimum of 20 ft (6 m), and the quantity ($W_w$) divided by 30 ft (9 m) shall not exceed 1.0 for all occupancies other than those specified in 7.6.2.1.3. | Public Comment 5000-449 submitted by Robert Wills, AISI |
| | 506.2.1 | Width limits. $W$ must be at least 20 feet (6096 mm) and the quantity $W$ divided by 30 shall not exceed 1.0 except that for buildings which are permitted to be unlimited in area by Section 503.1.2, Section 507 or Section 508, the quantity $W$ divided by 30 shall not exceed 2.0. | 7.6.2.1.3 | The width limit ($W_i$) shall be a minimum of 20 ft (6 m), and the quantity $W_w$ divided by 30 ft (9 m) shall not exceed 2.0 for business, industrial, mercantile, and storage occupancies and assembly occupancies intended for viewing of indoor sporting events with spectator seating. | Public Comment 5000-449 submitted by Robert Wills, AISI |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 29 of 99 PageID #:657

## Sources for Accused NFPA Provisions

| ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 98 | 506.3 | Automatic sprinkler system increase. Where a building is protected throughout with an approved automatic sprinkler system in accordance with Section 903.3.1.1, the area limitation in Table 503 is permitted to be increased by 200 percent ($Is$ = 200 percent) for multi-story buildings and 300 percent ($Is$ = 300 percent) for single-story buildings. Exception: Group H-1, H-2 or H-3. | 7.6.2.2 | Automatic Sprinkler Increase. Buildings protected with an approved, electrically supervised automatic sprinkler system in accordance with NFPA 13 shall be permitted to have the following sprinkler (Is) area increases: (1) 200 percent (Is = 200) for buildings of two stories or more (2) 300 percent (Is = 300) for single-story buildings | Public Comment 5000-449 - submitted by Robert Wills, AISI |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 30 of 99 PageID #:658

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 99 | 507.2 | Sprinklered, one-story. The area of a one-story, Group A-4, B, F, M or S building shall not be limited when the building is provided with an automatic sprinkler system throughout in accordance with Section 903.3.1.1, and is surrounded and adjoined by public ways or yards not less than 60 feet (18 288 mm) in width. Exceptions: 1. Buildings and structures of Types I and II construction for rack storage facilities, which do not have access by the public shall not be limited in height provided that such buildings conform to the requirements of Section 507.1 and NFPA 231C. 2. The automatic sprinkler system shall not be required in areas occupied for indoor participant sports, such as tennis, skating, swimming and equestrian activities, in occupancies in Group A-4, provided that: 2.1. Exit doors directly to the outside are provided for occupants of the participant sports areas, and 2.2. The building is equipped with a fire alarm system with manual fire | 7.6.3.2.1 | The area of a one-story building used for business, industrial occupancies with ordinary hazard contents, or mercantile occupancies, and assembly uses intended for viewing of indoor sporting events with spectator seating shall not be limited when the building is provided with an approved, electrically supervised automatic sprinkler system in accordance with NFPA 13 and is surrounded and adjoined by public ways or yards not less than 60 ft (18 m) in width. | Public Comment 5000-449 submitted by Robert Wills, AISI |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 31 of 99 PageID #:659

| Sources for Accused NFPA Provisions | | | | | |
|---|---|---|---|---|---|
| ICC Work | | | NFPA Work | | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | alarm boxes installed in accordance with Section 907. | | | |
| | | | 7.6.3.2.2 | The electrically supervised automatic sprinkler system specified in 7.6.3.2.1 shall not be required in areas occupied for indoor participant sports, such as tennis, skating, swimming, and equestrian activities, provided that the following conditions are met: (1) Exit doors directly to the outside are provided for occupants of the participant sports areas. (2) The building is equipped with a fire alarm system with manual fire alarm boxes installed in accordance with Section 55.2. | Public Comment 5000-449 submitted by Robert Wills, AISI |
| | | | 7.4.3.6.4 | Rack Storage Buildings. One-story buildings and structures used for rack storage shall not be limited in height, provided that all of the following requirements are met: (1) The building shall be of Type II construction. (2) The building shall not be open to the public. (3) The building shall conform to the requirements of 7.6.3.3. | Public Comment 5000-449 submitted by Robert Wills, AISI |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 100 | 507.8 | Motion picture theaters. In buildings of Type I or II construction, the area of one-story motion picture theaters shall not be limited when the building is provided with an automatic sprinkler system throughout in accordance with Section 903.3.1.1 and is surrounded and adjoined by public ways or yards not less than 60 feet (18 288 mm) in width. | 7.6.3.8 | Motion Picture Theaters. In buildings of Type II construction, the area of one-story motion picture theaters shall not be limited when the building is provided with an approved, electrically supervised automatic sprinkler system throughout in accordance with NFPA 13 and is surrounded and adjoined by public ways or yards not less than 60 ft (18 m) in width. | Public Comment 5000-449 submitted by Robert Wills, AISI |
| 101 | 507.7 | Group E buildings. The area of a one-story Group E building of Type II, IIIA or IV construction shall not be limited when the following criteria are met: 1. Each classroom shall have not less than two means of egress, with one of the means of egress being a direct exit to the outside of the building complying with Section 1005. 2. The building is equipped throughout with an automatic sprinkler system in accordance with Section 903.3.1.1. 3. The building is surrounded and adjoined by public ways or yards not less than 60 feet (18 288 mm) in width. | 7.6.3.7 | Educational Buildings. The area of one-story buildings of Type II (111), Type II (000), Type III (211), or Type IV construction used for educational occupancies shall not be limited when the following criteria are met: (1) Each classroom shall have not less than two means of egress, with one of the means of egress being a direct exit to the outside of the building. (2) The building shall be equipped throughout with an approved, electrically supervised automatic sprinkler system in accordance with NFPA 13. (3) The building shall be surrounded and adjoined by public ways or yards not less than 60 ft (18 m) in width. | Public Comment 5000-449 submitted by Robert Wills, AISI |

## Sources for Accused NFPA Provisions

| ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 102 | 507.5 | High-hazard use groups. Groups H-2, H-3 and H-4 fire areas shall be permitted in unlimited area buildings having occupancies in Use Groups F and S, in accordance with the limitations of this section. Fire areas located at the perimeter of the unlimited area building shall not exceed 10 percent of the area of the building nor the area limitations specified in Table 503 as modified by Section 506.2, based upon the percentage of the perimeter of the fire area that fronts on a street or other unoccupied space. Other fire areas shall not exceed 25 percent of the area limitations specified in Table 503. Fire-resistance rating requirements of fire barrier assemblies shall be in accordance with Table 302.3.3. | 7.6.3.6 | High Hazard Uses in Storage and Industrial Occupancies. High hazard contents, other than detonation or deflagration hazards, that are required to be stored in detached buildings and that are in compliance with Chapter 34 shall be permitted in unlimited area buildings of industrial and storage occupancies in accordance with the limitations of 7.6.3.6.1 through 7.6.3.6.3. | Public Comment 5000-449 submitted by Robert Wills, AISI |
| | | | 7.6.3.6.1 | Fire areas located at the perimeter of the unlimited area building shall not exceed 10 percent of the area of the building nor the area limitations specified in Table 7.4.1, as modified by Section 7.6, based on the percentage of the perimeter of the fire area that fronts on a street or other unoccupied space. | Public Comment 5000-449 submitted by Robert Wills, AISI |
| | | | 7.6.3.6.2 | Fire areas other than those specified in 7.6.3.6.1 shall not exceed 25 percent of the area limitations specified in Table 7.4.1. | Public Comment 5000-449 submitted by Robert Wills, AISI |

## Sources for Accused NFPA Provisions

| ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | 7.6.3.6.3 | Fire resistance rating requirements of fire barrier assemblies shall be in accordance with Table 6.2.4.1. | Public Comment 5000-449 submitted by Robert Wills, AISI |
| 103 | 507.4 | Reduced open space. The permanent open space of 60 feet (18 288 mm) required in Sections 507.1, 507.2 and 507.3 shall be permitted to be reduced to not less than 40 feet (12 192 mm) provided the following requirements are met: 1. The reduced open space shall not be allowed for more than 75 percent of the perimeter of the building. 2. The exterior wall facing the reduced open space shall have a minimum fire-resistance rating of 3 hours. 3. Openings in the exterior wall, facing the reduced open space, shall have opening protectives with a fire-resistance rating of 3 hours. | 7.6.3.5 | Reduced Open Space. The permanent open space of 60 ft (18 m) required in 7.6.3.1, 7.6.3.2, 7.6.3.3, and 7.6.3.4 shall be permitted to be reduced to not less than 40 ft (12 m), provided the following requirements are met: (1) The reduced open space shall not be permitted for more than 75 percent of the perimeter of the building. (2) The exterior wall facing the reduced open space shall have a minimum fire resistance rating of 3 hours. (3) Openings in the exterior wall, facing the reduced open space, shall have opening protectives with a fire protection rating of 3 hours. | Public Comment 5000-449 submitted by Robert Wills, AISI |
| 104 | 507.3 | Two-story. The area of a two-story, Group B, F, M or S building shall not be limited when the building is provided with an automatic sprinkler system in accordance with Section 903.3.1.1 throughout, and is surrounded and adjoined by public ways or yards not less than 60 feet (18 288 mm) in width. | 7.6.3.3 | Sprinklered, One- or Two-Story Storage Building. The total area of a one- or two-story structure used for storage of ordinary hazard contents shall not be limited, provided all the following requirements are met: (1) The entire structure is protected throughout with an approved, electrically supervised automatic sprinkler systems installed in accordance with NFPA 13. (2) The exterior walls face public ways or yards not less than 60 ft (18 m) in width. | Subject of BCMC Report 02/09/1988 |

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 507.3 | Two-story. The area of a two-story, Group B, F, M or S building shall not be limited when the building is provided with an automatic sprinkler system in accordance with Section 903.3.1.1 throughout, and is surrounded and adjoined by public ways or yards not less than 60 feet (18 288 mm) in width. | 7.6.3.4 | Two-Story Building. The area of a two-story building used for business, industrial, or mercantile occupancies shall not be limited when the building is provided with an approved, electrically supervised automatic sprinkler system in accordance with NFPA 13 and is surrounded and adjoined by public ways or yards not less than 60 ft (18 m) in width. | Subject of BCMC Report 02/09/1988 |
| 105 | 703.2.1 | Nonsymmetrical wall construction. Interior walls and partitions of nonsymmetrical construction shall be tested with both faces exposed to the furnace, and the assigned fire-resistance rating shall be the shortest duration obtained from the two tests conducted in compliance with ASTM E 119. When evidence is furnished to show that the wall was tested with the least fire-resistant side exposed to the furnace, subject to acceptance of the building official, the wall need not be subjected to tests from the opposite side. See Section 704.5 for exterior walls. | 8.2.2.4.3 | Interior walls and partitions of nonsymmetrical construction shall be evaluated from both directions and assigned a fire resistance rating based on the shortest duration obtained in accordance with NFPA 251 when tested on both sides. When the wall is tested with the least fire-resistive side exposed to the furnace, the wall shall not be required to be subjected to tests from the opposite side. | Committee Proposal 5000-430 |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 106 | 704.5 | Fire-resistance ratings. Exterior walls shall be fire-resistance rated in accordance with Tables 601 and 602. The fire-resistance rating of exterior walls with a fire separation distance of greater than 5 feet (1524 mm) shall be rated for exposure to fire from the inside. The fire- resistance rating of exterior walls with a fire separation distance of 5 feet (1524 mm) or less shall be rated for exposure to fire from both sides. | 8.2.2.4.4 | The required fire resistance rating of nonsymmetrical exterior walls shall be determined by exposure to the test fire from both the interior and exterior sides independently for the entire duration of the fire test except as modified by 8.2.2.4.5. The assigned fire resistance rating for the exterior wall shall be the lesser of the two sides so tested. | Committee Proposal 5000-430 |
| | 704.5 | Fire-resistance ratings. Exterior walls shall be fire-resistance rated in accordance with Tables 601 and 602. The fire-resistance rating of exterior walls with a fire separation distance of greater than 5 feet (1524 mm) shall be rated for exposure to fire from the inside. The fire- resistance rating of exterior walls with a fire separation distance of 5 feet (1524 mm) or less shall be rated for exposure to fire from both sides. | 8.2.2.4.5 | Exterior walls having a horizontal separation greater than 5 ft (1.5 m) shall be permitted to be tested for exposure to fire from the interior side only. | Committee Proposal 5000-430 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 36 of 99 PageID #:664

# Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | **ICC Work** | | **NFPA Work** | | |
| 107 | 705.8 | Openings. Each opening through a fire wall shall be protected in accordance with Section 714.2 and shall not exceed 120 square feet (11 m2).  The aggregate width of openings at any floor level shall not exceed 25 percent of the length of the wall. Exceptions: 1. Openings are not permitted in party walls construct- ed in accordance with Section 503.2. 2. Openings shall not be limited to 120 square feet (11 m2) where both buildings are equipped throughout with an automatic sprinkler system installed in accordance with Section 903.3.1.1. | 8.3.3.2 | The total width of all openings in fire walls shall not exceed 25 percent of the length of the wall in each story. No single opening shall exceed 120 ft2 (11.15 m2). | Epcot Building Code Section 708.2 (b). Subject of BCMC Report 10/5/1913 |
| 112 | 715.4 | Access and identification. Fire and smoke dampers shall be provided with an approved means of access, large enough to permit inspection and maintenance of the damper and its operating parts. The access shall not affect the integrity of fire-resistance-rated assemblies.  The access openings shall not reduce the fire-resistance rating of the assembly. Access points shall be permanently identified on the exterior by a label having letters not less than 0.5 inch (12.7 mm) in height reading: SMOKE DAMPER or FIRE DAMPER. Access doors in ducts shall be tight fitting and suitable for the required duct construction | 8.8.8.4 | Access and Identification. Access shall be provided to fire dampers and smoke dampers for inspection, testing, and maintenance. The access openings shall not reduce the fire resistance rating of the fire barrier assembly. Access shall comply with the requirements of the mechanical code. | Vickie Lovell, Rep. Air Movement and Control Association |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| 114 | 712.1 | General. Joints installed in or between fire-resistance rated walls, floor or floor/ceiling assemblies and roofs or roof/ceiling assemblies shall be protected by an approved fire-resistant joint system designed to resist the passage of fire for a time period not less than the required fire-resistance rating of the wall, floor or roof in or between which it is installed. Fire-resistant joint systems shall be tested in accordance with Section 712.3. The void created at the intersection of a floor/ceiling assembly and an exterior curtain wall assembly shall be protected in accordance with Section 712.4. Exceptions: Fire-resistant joint systems shall not be required for joints in all of the following locations: 1. Floors within a single dwelling unit. 2. Floors where the joint is protected by a shaft enclosure in accordance with Section 707. 3. Floors within atriums where the space adjacent to the atrium is included in the volume of the atrium for smoke control | 8.9.2 | Joint System Required. Joints made within or between fire resistance–rated assemblies shall be protected with a joint system that is designed and tested to prevent the spread of fire for a time period equal to that of the assembly in which the joint is located. Such materials, systems, or devices shall be tested as part of the assembly in accordance with the requirements of ASTM E 1966, Standard Test Method for Fire-Resistive Joint Systems, or ANSI/UL 2079, Standard for Tests for Fire Resistance of Building Joint Systems. | May 2002 ROP, 5000-532 submitted by TC on Fire Protection Features; Proposed Draft NFPA 5000, Section 8.9.2 | |

# Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | purposes. 4. Floors within malls. 5. Floors within open parking structures. 6. Mezzanine floors. 7. Walls that are permitted to have unprotected openings. 8. Roofs where openings are permitted. 9. Control joints not exceeding a maximum width of 0.625 inch (15.9 mm) and tested in accordance with ASTM E 119. | | | |
| 115 | 712.4 | Exterior curtain wall/floor intersection. Where fire-resistance-rated floor or floor/ceiling assemblies are required, voids created at the intersection of the exterior curtain wall assemblies and such floor assemblies shall be sealed with an approved material. Such material shall be securely installed and capable of preventing the passage of flame and hot gases sufficient to ignite cotton waste where subjected to ASTM E 119 time-temperature fire conditions under a minimum positive pressure differential of 0.01 inch (0.254 mm) of water column (2.5 Pa) for the time period at least equal to the fire-resistance rating of the floor assembly. | 8.9.3 | Exterior Curtain Walls and the Perimeter Joint. | May 2002 ROP, 5000-534 submitted by TC on Fire Protection Features; Proposed Draft NFPA 5000, Section 8.9.3 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 40 of 99 PageID #:668

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 712.4 | Exterior curtain wall/floor intersection. Where fire-resistance-rated floor or floor/ceiling assemblies are required, voids created at the intersection of the exterior curtain wall assemblies and such floor assemblies shall be sealed with an approved material. Such material shall be securely installed and capable of preventing the passage of flame and hot gases sufficient to ignite cotton waste where subjected to ASTM E 119 time-temperature fire conditions under a minimum positive pressure differential of 0.01 inch (0.254 mm) of water column (2.5 Pa) for the time period at least equal to the fire-resistance rating of the floor assembly. | 8.9.3.2 | Where fire resistance—rated floor or floor-ceiling assemblies are required, voids created at the intersection of the exterior curtain wall assemblies and such floor or floor-ceiling assemblies shall be sealed with approved materials. | May 2002 ROP, 5000-534 submitted by TC on Fire Protection Features; Proposed Draft NFPA 5000, Section 8.9.3.2 |
| | 712.4 | Exterior curtain wall/floor intersection. Where fire-resistance-rated floor or floor/ceiling assemblies are required, voids created at the intersection of the exterior curtain wall assemblies and such floor assemblies shall be sealed with an approved material. Such material shall be securely installed and capable of preventing the passage of flame and hot gases sufficient to ignite cotton waste where subjected to ASTM E 119 time-temperature fire conditions under a minimum positive pressure differential of 0.01 inch (0.254 mm) of water column (2.5 Pa) for the time period at least equal to the fire-resistance rating of the floor assembly. | 8.9.3.2.1 | The approved materials specified in 8.9.3.2 shall be securely installed in accordance with the approved system. | May 2002 ROP, 5000-534 submitted by TC on Fire Protection Features; Proposed Draft NFPA 5000, Section 8.9.3.2.1 |

# Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 712.4 | Exterior curtain wall/floor intersection. Where fire-resistance-rated floor or floor/ceiling assemblies are required, voids created at the intersection of the exterior curtain wall assemblies and such floor assemblies shall be sealed with an approved material. Such material shall be securely installed and capable of preventing the passage of flame and hot gases sufficient to ignite cotton waste where subjected to ASTM E 119 time-temperature fire conditions under a minimum positive pressure differential of 0.01 inch (0.254 mm) of water column (2.5 Pa) for the time period at least equal to the fire-resistance rating of the floor assembly. | 8.9.3.2.2 | The approved materials specified in 8.9.3.2 shall be capable of preventing the passage of flame and hot gases sufficient to ignite cotton waste where subjected to the time-temperature fire conditions of NFPA 251 under a minimum positive pressure differential of 0.01 in. of water column (2.5 Pa) for the time period at least equal to the fire resistance rating of the floor assembly. | May 2002 ROP, 5000-534 submitted by TC on Fire Protection Features; Proposed Draft NFPA 5000, Section 8.9.3.2.2 |
| | | | 8.9.3.2.3 | Where the fire resistance rating of the floor assembly is less than the time period determined in accordance with 8.9.3.2.2, the time period shall be permitted to be not less than the fire resistance rating of the floor assembly. | May 2002 ROC, 5000-625 submitted by Rick Thornberry |
| | | | 8.9.3.3 | Height and fire resistance requirements for curtain wall spandrels shall comply with 37.1.4. | ROC5000-621, Donald W. Belles, Koffel Associates (Rep. GICC); Comment on Proposal Number 5000-430 by TC on Fire Protection Features |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 42 of 99 PageID #:670

## Sources for Accused NFPA Provisions

| Page # | ICC Work | | | NFPA Work | | |
| --- | --- | --- | --- | --- | --- | --- |
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| 118 | 716.2.1 | Fireblocking materials. Fireblocking shall consist of 2-inch (51 mm) nominal lumber or two thicknesses of 1-inch (25 mm) nominal lumber with broken lap joints or one thickness of 0.719-inch (18.3 mm) wood structural panel with joints backed by 0.719-inch (18.3 mm) wood structural panel or one thickness of 0.75-inch (19 mm) particleboard with joints backed by 0.75-inch (19 mm) particleboard. Gypsum board, cement fiber board, batts or blankets of mineral wool or glass fiber or other approved materials installed in such a manner as to be securely retained in place shall be permitted as an acceptable fire block. Loose-fill insulation material shall not be used as a fire block unless specifically tested in the form and manner intended for use to demonstrate its ability to remain in place and to retard the spread of fire and hot gases. The integrity of fire blocks shall be maintained. | 8.14.2.3 | Fireblocks shall consist of one of the following: (1) Nominal 2-in. (51-mm) lumber of two thicknesses of nominal 1-in. (25-mm) lumber with broken lap joints; one thickness of -in. (18-mm) wood structural panel with joints backed by -in. (18-mm) wood structural panel; or one thickness of ¾-in. (19-mm) particleboard with joints backed by ¾-in. (19-mm) particleboard (2) Gypsum board, cement fiber board, batts or blankets of mineral wool or glass fiber, or other approved materials that are capable of resisting the free passage of fire and smoke within the concealed space installed in such a manner as to be securely retained in place | May 2002 ROP, 5000-537 by TC on Fire Protection Features; May 2000 ROC, 5000-665 by Rick Thornberry | |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 43 of 99 PageID #:671

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 716.2.1 | Fireblocking materials. Fireblocking shall consist of 2-inch (51 mm) nominal lumber or two thicknesses of 1-inch (25 mm) nominal lumber with broken lap joints or one thickness of 0.719-inch (18.3 mm) wood structural panel with joints backed by 0.719-inch (18.3 mm) wood structural panel or one thickness of 0.75-inch (19 mm) particleboard with joints backed by 0.75-inch (19 mm) particleboard. Gypsum board, cement fiber board, batts or blankets of mineral wool or glass fiber or other approved materials installed in such a manner as to be securely retained in place shall be permitted as an acceptable fire block. Loose-fill insulation material shall not be used as a fire block unless specifically tested in the form and manner intended for use to demonstrate its ability to remain in place and to retard the spread of fire and hot gases. The integrity of fire blocks shall be maintained. | 8.14.2.5 | The integrity of fireblocks shall be maintained. | May 2000 ROC, 5000-665 by Rick Thornberry |

## Sources for Accused NFPA Provisions

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 44 of 99 PageID #:672

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 119 | 716.5 | Combustibles in concealed spaces in Types I and II construction. Combustibles shall not be permitted in concealed spaces of buildings of Type I or II construction. Exceptions: 1. Combustible materials in accordance with Section 603. 2. Combustible materials complying with Section 602 of the *International Mechanical Code*. 3. Class A interior finish materials. 4. Combustible piping within partitions or enclosed shafts installed in accordance with the provision of this code. Combustible piping shall be permitted within concealed ceiling spaces where installed in accordance with the *International Mechanical Code* and the *International Plumbing Code*. | 8.14.3 | Combustibles in Concealed Spaces. Combustible materials shall not be permitted within the concealed spaces of buildings classified as Type I or Type II construction and within walls required to be constructed of noncombustible or limited-combustible materials by 7.2.3, unless otherwise permitted by one of the following: (1) Combustible materials permitted in accordance with 7.2.3.2.14, 7.2.3.2.15, and 7.2.3.2.22 (2) Combustible materials having a Class A rating as specified in Chapter 10 (3) Combustible mechanical, plumbing, and electrical components installed in accordance with the applicable Code (4) Combustible materials permitted within exterior walls in accordance with 7.2.3.2.13 | May 2002 ROP, 5000-537 by TC on Fire Protection Features; May 2000 ROC, 5000-667 submitted by TC on Structures and Construction |
| 120 | 718.2 | Concealed installation. Insulating materials, where concealed as installed in buildings of any type construction, shall have a flame spread index of not more than 25 and a smoke-developed index of not more than 450. Exception: Cellulose loose-fill insulation that is not spray applied, complying with the requirements of Section 718.6, shall only be required to meet the smoke-developed index of not more than 450. | 8.16.2.1 | Insulating materials shall meet the following criteria: (1) When concealed as installed in buildings of any type construction, insulating materials shall have a flame spread index of not more than 75 and a smoke developed index of not more than 450. (2) Cellulose loose-fill insulation that is not spray applied and that complies with the requirements of 8.16.6 shall be required to meet only a smoke developed index of not more than 450. | May 2002 ROP, 5000-538 by TC on Fire Protection Features; May 2002 ROC, 5000-671 submitted by Marcelo M. Hirschler |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 718.2.1 | Facings. Where such materials are installed in concealed spaces in buildings of Type III, IV or V construction, the flame spread and smoke-developed limitations do not apply to facings, coverings, and layers of reflective foil insulation that are installed behind and in substantial contact with the unexposed surface of the ceiling, wall or floor finish. | 8.16.2.2 | When insulating materials are installed in concealed spaces in buildings of Type III, Type IV, or Type V construction, the flame spread and smoke developed limitations shall not apply to facings, coverings, and layers of reflective foil insulation, provided that the facing is installed behind, and in substantial contact with, the unexposed surface of the ceiling, wall, or floor finish. | May 2002 ROP, 5000-538 by TC on Fire Protection Features; May 2002 ROC, 5000-671 submitted by Marcelo M. Hirschler |
| | 718.3 | Exposed installation. Insulating materials, where exposed as installed in buildings of any type of construction, shall have a flame spread index of not more than 25 and a smoke-developed index of not more than 450. Exception: Cellulose loose-fill insulation that is not spray applied complying with the requirements of Section 718.6 shall only be required to meet the smoke-developed index of not more than 450. | 8.16.3.1 | General. Insulating materials shall meet the following criteria: (1) When exposed as installed in buildings of any type construction, insulating materials shall have a flame spread index of not more than 25 and a smoke developed index of not more than 450. (2) Cellulose loose-fill insulation that is not spray applied and that complies with the requirements of 8.16.6 shall be required to meet only a smoke developed index of not more than 450. | Part (1) is the same as Epcot Building Code, Section 1011.3. |
| | 718.3.1 | Attic floors. Exposed insulation materials installed on attic floors shall have a critical radiant flux of not less than 0.12 watt per square centimeter when tested in accordance with ASTM E 970. | 8.16.3.2.1 | Exposed insulation materials installed on attic floors shall have a critical radiant flux of not less than 0.12 W/cm2 when tested in accordance with ASTM E 970, Standard Test Method for Critical Radiant Flux of Exposed Attic Floor Insulation Using a Radiant Heat Energy Source. | May 2002 ROP, 5000-538 by TC on Fire Protection Features; May 2002 ROC, 5000-671 submitted by Marcelo M. Hirschler; Marcelo referred to 16CFR Part 1209.3(b) |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 718.4 | Loose-fill insulation. Loose-fill insulation materials that cannot be mounted in the ASTM E 84 apparatus without a screen or artificial supports shall comply with the flame spread and smoke-developed limits of Sections 718.2 and 718.3 when tested in accordance with CAN/ULC S102.2. Exception: Cellulose loose-fill insulation shall not be required to comply with this test method, provided such insulation complies with the requirements of Section 718.6. | 8.16.5 | Loose-Fill Insulation. Unless they meet the criteria of 8.16.6, loose-fill insulation materials that cannot be mounted in the NFPA 255 apparatus without a screen or artificial supports shall comply with the flame spread and smoke developed limits of 8.16.2.1 and 8.16.3 when tested in accordance with CAN/ULC S102.2, Standard Method of Test for Surface Burning Characteristics of Flooring, Floor Covering and Miscellaneous Materials and Assemblies. | May 2002 ROP, 5000-538 by TC on Fire Protection Features; May 2002 ROC, 5000-671 submitted by Marcelo M. Hirschler |
| 121 | 718.6 | Cellulose loose-fill insulation. Cellulose loose-fill insulation shall comply with CPSC 16 CFR, 1209 and CPSC 16 CFR, 1404. Each package of such insulating material shall be clearly labeled in accordance with CPSC 16 CFR, 1209 and CPSC 16 CFR, 1404. | 8.16.6 | Cellulose Loose-Fill Insulation. Cellulose loose-fill insulation shall comply with CPSC 16 CFR 1209, Interim Safety Standard for Cellulose Insulation, and CPSC 16 CFR 1404, Cellulose Insulation. Each package of such insulating material shall be clearly labeled in accordance with CPSC 16 CFR 1209 and CPSC 16 CFR 1404. | May 2002 ROP, 5000-538 by TC on Fire Protection Features; May 2002 ROC, 5000-671 submitted by Marcelo M. Hirschler |
| | 718.7 | Insulation and covering on pipe and tubing. Insulation and covering on pipe and tubing shall have a flame spread index of not more than 25 and a smoke-developed index of not more than 450. | 8.16.7 | Insulation and Covering on Pipe and Tubing. Insulation and covering on pipe and tubing shall have a flame spread index of not more than 25 and a smoke developed index of not more than 450. | May 2002 ROP, 5000-538 by TC on Fire Protection Features; May 2002 ROC, 5000-671 submitted by Marcelo M. Hirschler |

# Sources for Accused NFPA Provisions

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 47 of 99 PageID #:675

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | | NFPA Source |
| 165 | 903.2.2 | Group E. An automatic sprinkler system shall be provided throughout all Group E fire areas greater than 20,000 square feet (1858 m2) in area. An automatic sprinkler system shall also be provided for every portion of educational buildings below the level of exit discharge. Exception: Where each classroom has at least one exterior exit door at ground level | 17.3.5.1 | Educational occupancy buildings with a fire compartment exceeding 20,000 ft2 (1860 m2) shall be protected throughout by an approved, supervised automatic sprinkler system in accordance with Section 55.3. | | Committee Proposal 5000-809 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 48 of 99 PageID #:676

## Sources for Accused NFPA Provisions

| ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | 17.3.5.4 | Every portion of an educational occupancy building below the level of exit discharge shall be protected throughout by an approved, supervised automatic sprinkler system in accordance with Section 55.3. | NFPA 101-2000, Section 14.3.5.1 |
| 168 | 402.15 | Fire department access to equipment. Rooms or areas containing controls for air-conditioning systems, automatic fire-extinguishing systems or other detection, suppression or control elements shall be identified for use by the fire department. | 27.4.4.9 | Fire Department Access to Equipment. Rooms or areas containing controls for air-conditioning systems; automatic fire-extinguishing systems; or other detection, suppression, or control elements shall be identified for use by the fire department. | ROP 5000-1074 by TC on Mercantile and Business Occupancies |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 169 | 402.14 | Plastic signs. Within every store or level and from side wall to side wall of each tenant space facing the mall, plastic signs shall be limited as specified in Sections 402.14.1 through 402.14.5. | 27.4.4.11 | Plastic Signs. Within every store or level, and from sidewall to sidewall of each tenant space facing the mall, plastic signs shall be limited as follows: (1) Plastic signs shall not exceed 20 percent of the wall area facing the mall. (2) Plastic signs shall not exceed a height of 36 in. (915 mm), except, if the sign is vertical, the height shall not exceed 96 in. (2440 mm), and the width shall not exceed 36 in. (915 mm). (3) Plastic signs shall be located a minimum distance of 18 in. (460 mm) from adjacent tenants. (4) Plastics, other than foam plastics, shall meet one of the following criteria (a) They shall be light-transmitting plastics. (b) They shall have a self-ignition temperature of 650°F (343°C) or greater when tested in accordance with ASTM D 1929, Standard Test Method for Determining Ignition Temperatures of Plastics, and a flame spread index not greater than 75 and a smoke developed index not greater than 450 when tested in the manner intended for use in accordance with NFPA 255, Standard Method of Test of Surface Burning Characteristics of | Committee Proposal 5000-1074 and Public Proposal 5000-1079 (Submitted by Rick Thornberry); ROC 5000-1245 submitted by Marcelo M. Hirschler, ROC 5000-1246 submitted by Rick Thornberry |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 50 of 99 PageID #:678

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | Building Materials. (5) Edges and backs of plastic signs in the mall shall be fully encased in metal. (6) If foam plastics are used, the sign shall have a maximum heat-release rate of 150 kW when tested in accordance with UL 1975, Standard for Fire Tests for Foamed Plastics Used for Decorative Purposes, and shall have physical characteristics in accordance with the following: (a) The minimum density of foam plastic signs shall not be less than 20 lb/ft3 (320 kg/m3). (b) The thickness of foam plastic signs shall not be greater than ½ in. (13 mm). | |
| 170 | 903.2.3 | Group F-1. An automatic sprinkler system shall be provided throughout all buildings where the fire area containing a Group F-1 occupancy exceeds 12,000 square feet (1115 m2), or where more than three stories in height, or where the combined fire area on all floors, including mezzanines, exceeds 24,000 square feet (2230 m2). | 29.3.5.1 | Fire Sprinklers. Industrial occupancies, other than low hazard industrial occupancies, shall be protected by an approved automatic sprinkler system in accordance with Section 55.3 in the following: (1) Throughout all industrial occupancies three or more stories in height (2) Throughout all industrial occupancies exceeding 12,000 ft2 (1115 m2) in fire area (3) Where total area of all floors, including mezzanines, exceeds 24,000 ft2 (2230 m2) | Proposal 5000-1122 submitted by Elwin Joyce (State of KY), ROC 5000-1307 submitted by Richard Licht |

Analysis of Plaintiffs' Allegations                    39                    February 22, 2005

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 51 of 99 PageID #:679

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 171 | 903.2.6 | Group M. An automatic sprinkler system shall be provided throughout buildings where the fire area containing a Group M occupancy exceeds 12,000 square feet (1115 m2), or where more than three stories in height, or where the combined fire area on all floors, including any mezzanines, exceeds 24,000 square feet (2230 m2). | 27.3.5.1 | Mercantile occupancies shall be protected by an approved, supervised automatic sprinkler system in accordance with Section 55.3 and 55.3.2 as follows: (1) Throughout all mercantile occupancies three or more stories in height (2) Throughout all mercantile occupancies exceeding 12,000 ft 2(1115 m2) in gross area (3) Throughout stories below the level of exit discharge where such stories have an area exceeding 2500 ft2 (230 m2) and are used for the sale, storage, or handling of combustible goods and merchandise (4) Throughout mixed occupancies in accordance with 6.2.2 where the conditions of 27.3.5.1(1), 27.3.5.1(2), or 27.3.5.1(3) apply to the mercantile occupancy | Committee Proposal 5000-1041 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 52 of 99 PageID #:680

## Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | **ICC Work** | | | **NFPA Work** | |
| 172 | 903.2.10 | Group S-1. An automatic sprinkler system shall be provided throughout all buildings where the fire area containing a Group S-1 occupancy exceeds 12,000 square feet (1115 m2), or where more than three stories in height, or where the combined fire area on all floors, including mezzanines, exceeds 24,000 square feet (2230 m2). | 30.3.5.1 | General. Storage occupancies, other than low hazard storage occupancies, shall be protected by an approved, supervised automatic sprinkler system in accordance with Section 55.3 and 55.3.2 in the following: (1) Throughout all storage occupancies three or more stories in height (2) Throughout all storage occupancies exceeding 12,000 ft2 (1115 m2) in fire area (3) Where the total area of all floors, including mezzanines, exceeds 24,000 ft2 (2230 m2) | Proposal 5000-1147 submitted by Elwin Joyce (State of KY), ROC 5000-1335 |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 176 | 307.9 | EXCEPTIONS. The following shall not be classified in Group H, but shall be classified in the occupancy which they most nearly resemble. Hazardous materials in any quantity shall conform to the requirements of this code, including Section 414, and the *International Fire Code*. 1. Buildings and structures that contain not more than the maximum allowable quantities per control area of hazardous materials as shown in Tables 307.7(1) and 307.7(2) provided that such buildings are maintained in accordance with the *International Fire Code*. 2. Buildings utilizing control areas in accordance with Section 414.2 that contain not more than the maximum allowable quantities per control area of hazardous materials as shown in Tables 307.7(1) and 307.7(2). 3. Buildings and structures occupied for the application of flammable finishes, provided that such buildings or areas conform to the | 34.1.1 | Applicability. Occupancies containing high hazard contents shall comply with this chapter in addition to other applicable requirements of this Code. Exception: Buildings, and portions thereof, containing high hazard contents limited to the following shall not be required to comply with this chapter: 1) Flammable and combustible liquids associated with application of flammable finishes and complying with NFPA 33, Standard for Spray Application Using Flammable or Combustible Materials, and NFPA 34, Standard for Dipping and Coating Processes Using Flammable or Combustible Liquids 2) Flammable and combustible liquids associated with wholesale and retail sales and storage in mercantile occupancies and complying with NFPA 30, Flammable and Combustible Liquids Code 3) Class III-A and Class III-B combustible liquid solvents in closed systems employing listed cleaning equipment complying with NFPA 32, Standard for Drycleaning Plants (4) Refrigerants and refrigerant oil contained within closed-cycle refrigeration systems | UFC 2000 Section 8001.15.1. Exempt quantities are contained in Table 8001.15A-D |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 53 of 99 PageID #:681

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | requirements of Section 416 and NFPA 33, NFPA 34 and the International Fire Code. 4. Wholesale and retail sales and storage of flammable and combustible liquids in mercantile occupancies conforming to NFPA 30 and the International Fire Code. 5. Closed systems housing flammable or combustible liquids or gases utilized for the operation of machinery or equipment. 6. Cleaning establishments that utilize combustible liquid solvents having a flash point of 140°F (60°C) or higher in closed systems employing equipment listed by an approved testing agency, provided that this occupancy is separated from all other areas of the building by 1-hour fire-resistance-rated fire barrier walls or horizontal assemblies or both. 7. Cleaning establishments which utilize a liquid solvent having a flash point at or above 200°F (93°C). 8. Liquor stores and distributors without bulk storage. 9. | | complying with NFPA 1, Fire Prevention Code, and the Uniform Mechanical Code, as referenced in Chapter 50 5) Flammable and combustible liquid beverages in liquor stores and distributors without bulk storage (6) High hazard contents stored or used in farm buildings or similar occupancies for on-premise agricultural use 7) Corrosive materials in stationary batteries utilized for facility emergency power, uninterrupted power supply, or similar purposes, provided that the batteries are provided with safety venting caps and ventilation is provided in accordance with the NFPA 1 (8) Corrosive materials displayed in original packaging in mercantile occupancies and intended for personal or household use or as building materials (9) Aerosols involved in aerosol manufacturing, storage, or mercantile occupancies and complying with NFPA 30B, Code for the Manufacture and Storage of Aerosol Products | UFC 2000 Section 8001.15.1. Exempt quantities are contained in Table 8001.15A-D |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 55 of 99 PageID #:683

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | Refrigeration systems. 10. The storage or utilization of materials for agricultural purposes on the premises. 11. Stationary batteries utilized for facility emergency power, uninterrupted power supply or telecommunication facilities provided that the batteries are provided with safety venting caps and ventilation is provided in accordance with the International Mechanical Code. 12. Corrosives, irritants and sensitizers shall not include personal or household products in their original packaging used in retail display or commonly used building materials. 13. Buildings and structures occupied for aerosol manufacturing or storage shall be classified as Group F-1 or S-1, provided that such buildings conform to the requirements of NFPA 30B and the International Fire Code. 14. Display and storage of nonflammable solid and nonflammable or noncombustible liquid hazardous materials in quantities not exceeding the | | (10) Flammable and combustible liquids storage tank buildings meeting the requirements of 2.3.4 of NFPA 30 11) Flammable and combustible liquids storage tank vaults meeting the requirements of 2.2.7 of NFPA 30 (12) Flammable and combustible liquids process buildings meeting the requirements of 5.3 of NFPA 30 (13) Installation of fuel gas distribution systems and associated equipment in accordance with NFPA 54, National Fuel Gas Code, and NFPA 58, Liquefied Petroleum Gas Code, as adopted by Chapter 49 and Chapter 50. | UFC 2000 Section 8001.15.1. Exempt quantities are contained in Table 8001.15A-D |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 56 of 99 PageID #:684

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | maximum allowable quantity per control area in Group M or S occupancies complying with Section 414.2.4. 15. The storage of black powder, smokeless propellant and small arms primers in Groups M and R-3 and special industrial explosive devices in Groups B, F, M and S, provided such storage conforms to the quantity limits and requirements prescribed in the International Fire Code. | | | |
| 178 | | | T34.1.3.1 | | UFC 2000 Section 8001.15.1. Exempt quantities are contained in Table 8001.15A-D |
| 179 | T307.7(1) | [F] TABLE 307.7(1) MAXIMUM ALLOWABLE QUANTITY PER CONTROL AREA OF HAZARDOUS MATERIALS POSING A PHYSICAL HAZARDa, j | | | |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 57 of 99 PageID #:685

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 180 | 414.2.4 | Hazardous material in Group M display and storage areas and in Group S storage areas. The aggregate quantity of nonflammable solid and nonflammable or noncombustible liquid hazardous materials permitted within a single control area of a Group M or S occupancy or an outdoor control area is permitted to exceed the maximum allowable quantities per control area specified in Tables 307.2(1) and 307.2(2) without classifying the building or use as a high-hazard occupancy, provided that the materials are displayed and stored in accordance with the *International Fire Code* and quantities do not exceed the maximum allowable quantities specified in Table 414.2.4. | 34.1.3.2.3.1 | Maximum Allowable Quantity Increase for Mercantile and Storage Occupancies. The aggregate quantity of nonflammable solid and nonflammable or noncombustible liquid hazardous materials permitted within a single control area of a mercantile or storage occupancy shall be permitted to exceed the maximum allowable quantities specified in Table 34.1.3.1 without complying with Protection Level 2, Protection Level 3, or Protection Level 4, provided that the quantities comply with Table 34.1.3.2.3.1 and that materials are displayed and stored in accordance with the special limitations on storage height, storage density, and other controls specified in NFPA 1. | UFC2000 Similar concept to Table8001.14-A and Section 8001.14.2 |
| 181 | 414.2 | Control areas. Control areas shall be those spaces within a building where quantities of hazardous materials not exceeding the maximum quantities allowed by this code are stored, dispensed, used or handled. | 34.2.4 | Control Areas. Control areas shall be those spaces within a building where quantities of hazardous contents not exceeding the maximum quantities allowed by this Code are stored, dispensed, used, or handled. | UFC 2000 Section 204 - C |

## Sources for Accused NFPA Provisions

| Page # | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 414.2.1 | Construction requirements. Control areas shall be separated from each other by not less than a 1-hour fire barrier wall constructed in accordance with Chapter 7. | 34.2.4.1 | Construction Requirements. Control areas shall be separated from each other by not less than a 1-hour fire barrier wall constructed in accordance with this Code. (A) Where there is more than one control area in a building, control areas shall be separated from each other by not less than a 1-hour fire resistance separation. (B) Where only one control area is present in a building, no special construction provisions shall be required | UFC 2000 Section 8001.10.2.1 similar |
| | 414.2.2 | Number. The maximum number of control areas within a building shall be in accordance with Table 414.2.2. | 34.2.4.2 | Number. The maximum number of control areas within a building shall be in accordance with Table 34.2.4.2. | UFC 2000 Section 8001.10.2.2 limits number of control areas but not same limits as NFPA 5000 |
| | 414.2.3 | Separation. The required fire-resistance rating for fire barrier assemblies shall be in accordance with Table 414.2.2. The floor construction of the control area and construction supporting the floor of the control area shall have a minimum 2-hour fire-resistance rating. | 34.2.4.3 | Separation. The required fire resistance rating for fire barrier assemblies shall be in accordance with Table 34.2.4.2. | UFC 2000 Section 8001.10.2.1 regulates construction of areas but not same limits as NFPA 5000 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 59 of 99 PageID #:687

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 182 | 414.2.2 | TABLE 414.2.2 DESIGN AND NUMBER OF CONTROL AREAS | T34.2.4.2 | Table 34.2.4.2 Design and Number of Control Areas | UFC 2000 Section 8001.10.2.2 regulates constructio of areas but not same limits as NFPA 5000 |

Analysis of Plaintiffs' Allegations                    48                                        February 22, 2005

# Sources for Accused NFPA Provisions

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 60 of 99 PageID #:688

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 183 | 414.6.1 | Weather protection. Where weather protection is provided for sheltering outside hazardous material storage or use areas, such storage or use shall be considered outside storage or use, provided that all of the following conditions are met: 1. Structure supports and walls shall not obstruct more than one side nor more than 25 percent of the perimeter of the storage or use area. 2. The distance from the structure and the structure supports to buildings, lot lines, public ways or means of egress to a public way shall not be less than the distance required for an outside hazardous material storage or use area without weather protection. 3. The overhead structure shall be of approved noncombustible construction with a maximum area of 1,500 square feet (140 m2). Exception: The increases permitted by Section 506 apply. | 34.2.5 | Weather Protection. Where weather protection is provided for sheltering outside hazardous material storage or use areas, such storage or use areas shall be considered outside storage or use areas, provided that all of the following conditions are met: 1) Supports and walls shall not obstruct more than one side or more than 25 percent of the perimeter of the storage or use area. (2) The distance from the structure and the structural supports to buildings, lot lines, public ways, or means of egress to a public way shall not be less than the distance required by NFPA 1 for an outside hazardous material storage or use area without weather protection. (3) Weather-protection structures constructed in accordance with 34.2.5 shall not contain explosive or detonable materials. | UFC 2000 Section 8003.1.14 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 61 of 99 PageID #:689

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 184 | 414.3 | Ventilation. Rooms, areas or spaces of Group H in which explosive, corrosive, combustible, flammable or highly toxic dusts, mists, fumes, vapors or gases are or may be emitted due to the processing, use, handling or storage of materials shall be mechanically ventilated as required by the *International Fire Code* and the *International Mechanical Code*. Ducts conveying explosives or flammable vapors, fumes or dusts shall extend directly to the exterior of the building without entering other spaces. Exhaust ducts shall not extend into or through ducts and plenums. Exception: Ducts conveying vapor or fumes having flammable constituents less than 25 percent of their lower flammability limit may pass through other spaces. Emissions generated at work stations shall be confined to the area in which they are generated as specified in the *International Fire Code* and the *International Mechanical* | 34.3.2.6 | Ventilation. | UFC 2000 Section 8003.1.4.1 and 8003.1.4.2 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 62 of 99 PageID #:690

## Sources for Accused NFPA Provisions

| ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | Code. The location of supply and exhaust openings, shall be in accordance with the International Mechanical Code. Exhaust air contaminated by highly toxic material shall be treated in accordance with the International Fire Code. A manual shutoff control for ventilation equipment required by this section shall be provided outside the room adjacent to the principal access door to the room. The switch shall be of the break-glass type and shall be labeled: VENTILATION SYSTEM EMERGENCY SHUTOFF. | | | |
| | | | 34.3.2.6.1 | Buildings, or portions thereof, in which explosive, flammable, combustible, corrosive, or highly toxic dusts, mists, fumes, vapors, or gases are, or might be, emitted shall be provided with mechanical exhaust ventilation or natural ventilation where natural ventilation can be shown to be acceptable for the materials as stored. | UFC2000 Section 8003.1.4.1 |
| | | | 34.3.2.6.7 | Ducts conveying explosives or flammable vapors, fumes, or dusts shall extend directly to the exterior of the building without entering other spaces. Exhaust ducts shall not extend into or through ducts and plenums. Exception: Ducts conveying vapor or fumes having flammable constituents less than 25 percent of their lower flammability limit shall be permitted to pass through other spaces. | Committee Proposal 5000-1232, ROC 5000-1414 by TC on Industrial, Storage and Miscellaneous Occupancies |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 63 of 99 PageID #:691

## Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | ICC Work | | NFPA Work | |
| | | | 34.3.2.6.8 | Emissions generated at work stations shall be confined to the area in which they are generated as specified in NFPA 1 and the Uniform Mechanical Code, as referenced in Chapter 50. | Committee Proposal 5000-1232, ROC 5000-1414 by TC on Industrial, Storage and Miscellaneous Occupancies |
| | | | 34.3.2.6.9 | The location of supply and exhaust openings, shall be in accordance with the Uniform Mechanical Code, as referenced in Chapter 50. | UFC2000 Section 8003.1.4.2(6) |
| | | | 34.3.2.6.10 | Exhaust air contaminated by highly toxic material shall be treated when required by NFPA 1. | UFC 2000 Section 8003.3.1.3.5 |
| | | | 34.3.2.6.12 | A manual shutoff control for ventilation equipment required by 34.3.2.6 shall be provided outside the room adjacent to the principal access door to the room. | UFC 2000 Section 8003.1.4.2(4) |
| | | | 34.3.2.6.13 | The shutoff control described in 34.3.2.6.12 shall be of the break-glass type and shall be labeled as follows: VENTILATION SYSTEM EMERGENCY SHUTOFF | UFC 2000 Section 8003.1.4.2(4) |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 64 of 99 PageID #:692

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 190 | 414.5.4 | Standby or emergency power. Where mechanical ventilation, treatment, temperature control, alarm, detection or other electrically operated systems are required, such systems shall be connected to an emergency electrical system or standby power system in accordance with Section 2702. Exceptions: 1. Storage areas for Class 1 and 2 oxidizers. 2. Storage areas for Class III, IV and Vorganic peroxides. 3. Storage, use and handling areas for highly toxic or toxic materials as provided for in the *International Fire Code*. 4. Standby power for mechanical ventilation, treatment systems and temperature control systems shall not be required where an approved fail-safe engineered system is installed. | 34.3.2.8 | Standby and Emergency Power. | UFC 2000 Section 8003.1.8 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 65 of 99 PageID #:693

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | 34.3.2.8.1 | Where mechanical ventilation, treatment systems, temperature control, alarm, detection, or other electrically operated safety systems are required by this Code or NFPA 1, such systems shall be provided with standby power or emergency power as required by 34.3.2.8. Exception No. 1: The requirement of 34.3.2.8.1 shall not apply to storage areas for Class 1 and Class 2 oxidizers. Exception No. 2: The requirement of 34.3.2.8.1 shall not apply to storage areas for Class III, Class IV, and Class V organic peroxides. Exception No. 3: Standby power for mechanical ventilation, exhaust treatment, and temperature control systems shall not be required where such systems are engineered and approved as fail-safe. | UFC 2000 Section 8003.1.8 |
| 199 | 415.4.1 | Floors in storage rooms. Floors in storage areas for organic peroxides, pyrophoric materials and unstable (reactive) materials shall be of liquid-tight, noncombustible construction. | 34.3.2.11 | Floors in Storage Rooms. Floors in storage areas for organic peroxides, oxidizers, pyrophoric materials, unstable (reactive) materials, water-reactive solids and liquids, corrosive materials, and toxic and highly toxic materials shall be of liquid-tight, noncombustible construction. | UFC2000 Section 8003.1.3.2 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 66 of 99 PageID #:694

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 200 | 415.8.2 | Floors in storage rooms. Floors in storage areas for corrosive liquids and highly toxic or toxic materials shall be of liquid-tight, noncombustible construction. | 34.3.2.11 | Floors in Storage Rooms. Floors in storage areas for organic peroxides, oxidizers, pyrophoric materials, unstable (reactive) materials, water-reactive solids and liquids, corrosive materials, and toxic and highly toxic materials shall be of liquid-tight, noncombustible construction. | UFC2000 Section 8003.1.3.2 contains similar provisons for floor |
| 202 | 415.4 | Special provisions for Group H-1 occupancies.Group H-1 occupancies shall be in buildings used for no other purpose, shall not exceed one story in height and be without basement, crawl spaces or other under floor spaces. Roofs shall be of lightweight construction with suitable thermal insulation to prevent sensitive material from reaching its decomposition temperature. Group H-1 occupancies containing materials which are in themselves both physical and health hazards in quantities exceeding the maximum allowable quantities per control area in Table 307.7.(2) shall comply with requirements for both Group H-1 and Group H-4 occupancies. | 34.3.3.2 | Detached Building Required. (A)  Buildings required to comply with Protection Level 1 shall be used for no other purpose; shall not exceed one story in height; and shall be without basements, crawl spaces, or other under-floor spaces. (B)  Roofs of buildings described in  34.3.3.2(A) shall be of lightweight construction with suitable thermal insulation to prevent sensitive material from reaching its decomposition temperature. (C) Buildings required to comply with both Protection Level 1 and Protection Level 4 shall comply with the most restrictive requirements for both protection levels. | UFC 2000 Section 8003.1.15 contains the requirement for detached storage |
| | | | 34.3.4.4 | Detached Building Required. | UFC 2000 Section 8003.1.15 contains the requirement for detached storage |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | | 34.3.4.4.1 | Buildings required to comply with Protection Level 2 and containing quantities of high hazard contents exceeding the quantity limits set forth in Table 34.3.4.4.1 shall be used for no other purpose; shall not exceed one story in height; and shall be without basements, crawl spaces, or other under-floor spaces. | UFC 2000 Section 8003.1.15 contains the requirement for detached storage |
| | | | 34.3.4.4.2 | The roof of buildings specified in 34.3.4.4.1 shall be of lightweight construction with suitable thermal insulation to prevent sensitive material from reaching its decomposition temperature. | UFC 2000 Section 8003.1.15 contains the requirement for detached storage |
| | | | 34.3.5.4 | Detached Building Required. | UFC 2000 Section 8003.1.15 contains the requirement for detached storage |
| | | | 34.3.5.4.1 | Buildings required to comply with Protection Level 3 and containing quantities of high hazard contents exceeding the quantity limits set forth in Table 34.3.4.4.1 shall be used for no other purpose; shall not exceed one story in height; and shall be without basements, crawl spaces, or other under-floor spaces. | UFC 2000 Section 8003.1.15 contains the requirement for detached storage |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 68 of 99 PageID #:696

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | 34.3.5.4.2 | The roofs of buildings specified in 34.3.5.4.1 shall be of lightweight construction with suitable thermal insulation to prevent sensitive material from reaching its decomposition temperature. | UFC 2000 Section 8003.1.15 contains the requirement for detached storage |
| 203 | 415.3.1 | Group H minimum distance to lot lines. Regardless of any other provisions, buildings containing Group H occupancies shall be set back a minimum distance from lot lines as set forth Items 1 through 4 below. Distances shall be measured from the walls enclosing the occupancy to lot lines, including those on a public way. 1. Group H-1. Not less than 75 feet (22 860 mm) and not less than required by Table 415.3.1. Exception: Fireworks manufacturing buildings separated in accordance with NFPA 1124. 2. Group H-2. Not less than 30 feet (9144 mm) where the area of the occupancy exceeds 1,000 square feet (93 m2) and it is not required to be located in a detached building. 3. Group H-2 and H-3. Not less than 50 feet (15 240 mm) where a detached building is required. See Table 415.3.2. 4. Group H-2 and H-3. Occupancies containing materials with explosive characteristics. Not less than | 34.3.3.3 | Minimum Distance to Property Lines. Buildings required to comply with Protection Level 1 shall be set back from property lines by a distance of not less than 75 ft (23 m) and of not less than that required by Table 34.3.3.3. | Committee Proposal 5000-1232, ROC 5000-1414 by TC on Industrial, Storage and Miscellaneous Occupancies |
| | | the distances required by Table 415.3.1. | | | |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 69 of 99 PageID #:697

## Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | ICC Work | | | NFPA Work | |
| | | | 34.3.3.1 | General. Buildings, or portions thereof, required to comply with Protection Level 1 shall comply with 34.3.2 and 34.3.3.2 and 34.3.3.3. | Committee Proposal 5000-1232, ROC 5000-1414 by TC on Industrial, Storage and Miscellaneous Occupancies |
| | | | 34.3.4.3 | Minimum Distance to Property Lines. | UFC 2000 8802.5.2 |
| | | | 34.3.4.3.1 | Buildings, or portions thereof, required to comply with Protection Level 2 shall be set back from property lines at the following distances: 1) Not less than 30 ft (9.1 m) where the area of the occupancy exceeds 1000 ft2 (93 m2) and a detached building is not required (2) Not less than 50 ft (15.2 m) where a detached building is required by Table 34.3.4.4.1. (3) Not less than the distances required by Table 34.3.3.3 for buildings containing materials with explosive characteristics | UFC 2000 8802.5.2 |
| | | | 34.3.4.3.2 | Distances shall be measured from the walls enclosing the Protection Level 2 area to property lines, including those on a public way. | UFC 2000 8802.5.2 |
| | | | 34.3.5.3 | Minimum Distance to Property Lines. | UFC 2000 8802.5.2 |

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | 34.3.5.3.1 | Buildings, or portions thereof, required to comply with Protection Level 3 shall be set back from property lines at the following distances:  1)  Not less than 30 ft (9.1 m) where the area of the occupancy exceeds 1000 ft2 (93 m2) and a detached building is not required 2)  Not less than 50 ft (15.2 m) where a detached building is required by Table 34.3.4.4.1. 3)  Not less than the distances required by  Table 34.3.3.3 for buildings containing materials with explosive characteristics | UFC 2000   8802.5.2 |
| | | | 34.3.5.3.2 | Distances shall be measured from the walls enclosing the Protection Level 3 area to property lines, including those on a public way. | Committee Proposal 5000-1232, ROC 5000-1414 by TC on Industrial, Storage and Miscellaneous Occupancies |
| 206 | 415.8.3 | Separation—highly toxic solids and liquids. Highly toxic solids and liquids not stored in approved hazardous materials storage cabinets shall be isolated from other hazardous materials storage by construction having a 1-hour fire-resistance rating. | 34.3.6.2 | Highly Toxic Solids and Liquids. Highly toxic solids and liquids not stored in approved hazardous materials storage cabinets shall be isolated from other hazardous materials storage by a 1-hour fire barrier. | UFC 2000 8003.12.1.4 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 71 of 99 PageID #:699

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 208 | 415.9.2.7 | Transporting hazardous production materials to fabrication areas. Hazardous production materials shall be transported to fabrication areas through enclosed piping or tubing systems that comply with Section 415.9.6.1, through service corridors complying with Section 415.9.4, or in exit access corridors as permitted in the exception to Section 415.9.3. The handling or transporting of hazardous production materials within service corridors shall comply with the *International Fire Code*. | 34.3.7.1.2 | Transporting Hazardous Production Materials to Fabrication Areas. | UFC 2000 5103.3 |
| | | | 34.3.7.1.2.1 | Hazardous production materials shall be transported from delivery locations or storage areas to fabrication areas through enclosed piping or tubing systems that comply with NFPA 1 or through service corridors complying with 34.3.7.1.2.2(A). | UFC 2000 5103.3 AND 5103.3.3.1 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 72 of 99 PageID #:700

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| 209 | 415.9.3 | Exit access corridors. Exit access corridors shall comply with Chapter 10 and shall be separated from fabrication areas as specified in Section 415.9.2.2. Exit access corridors shall not contain HPM and shall not be used for transporting HPM except through closed piping systems as provided in Section 415.9.6.3. Exception: Where existing fabrication areas are altered or modified, HPM is allowed to be transported in existing exit access corridors, subject to the following conditions: 1. Corridors. Exit access corridors adjacent to the fabrication area where the alteration work is to be done shall comply with Section 1004.3.2 for a length determined as follows: 1.1. The length of the common wall of the corridor and the fabrication area, and 1.2. For the distance along the exit access corridor to the point of entry of HPM into the exit access corridor serving that fabrication area. | 34.3.7.1.2.2 | In existing buildings, where an existing fabrication area is altered or modified, hazardous production materials shall also be permitted to be transported from delivery locations or storage areas to fabrication areas through exit access corridors complying with 34.3.7.2.2, subject to the conditions described in 34.3.7.1.2.2(A) through 34.3.7.1.2.2(C). | UFC 2000 5102.2 | |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 73 of 99 PageID #:701

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | 2. Emergency alarm system. There shall be an emergency telephone system, a local manual  alarm station or other approved alarm-initiating device within exit access corridors at not more than 150-foot (45 720 mm) intervals and at each exit and exit access doorway. The signal shall be relayed to an approved central, proprietary or remote station service or the emergency control station and shall also initiate a local audible alarm. 3. Pass-throughs. Self-closing doors having a fireprotection rating of not less than 1 hour shall separate pass-throughs from existing exit access corridors. Pass-throughs shall be constructed as required for the exit access corridors. Passthroughs shall be protected by an approved automatic fire-extinguishing system. | | | |

## Sources for Accused NFPA Provisions

| Page # | ICC Work | | | NFPA Work | | |
| --- | --- | --- | --- | --- | --- | --- |
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| 210 | 415.9.2 | Fabrication areas | 34.3.7.2.1 | Fabrication Areas. | UFC 2000 5102.2 | |
| | 415.9.2.1 | Hazardous materials in fabrication areas | 34.3.7.2.1.1 | Location. Fabrication areas shall be located such that occupied levels are at or above the first story. | UFC 2000 5101.8.1 | |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 74 of 99 PageID #:702

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 75 of 99 PageID #:703

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 415.9.2.1.1 | Aggregate quantities. The aggregate quantities of hazardous materials stored and used in a single fabrication area shall not exceed the quantities set forth in Table 415.9.2.1.1. Exception: The quantity limitations for any hazard category in Table 415.9.2.1.1 shall not apply where the fabrication area contains quantities of hazardous materials not exceeding the maximum allowable quantities per control area established by Tables 307.7(1) and 307.7(2). | 34.3.7.2.1.2 | Hazardous Materials Quantity Limits. | UFC 2000 5102.2 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 76 of 99 PageID #:704

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 415.9.2.1.2 | Hazardous production materials. The maximum quantities of hazardous production materials stored in a single fabrication area shall not exceed the maximum allowable quantities per control area established by Tables 307.7(1) and 307.7(2). piping extend, shall be considered a single conditioned environment. | | | |

# Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | 415.9.2.2 | Separation. Fabrication areas, whose sizes are limited by the quantity of hazardous materials allowed by Table 415.9.2.1.1 shall be separated from each other, from exit access corridors, and from other parts of the building by not less than 1-hour fire barriers. Exceptions: 1. Doors within such fire barrier walls, including doors to corridors, shall be only self-closing fire assemblies having a fire-protection rating of not less than 3/4 hour. 2. Windows between fabrication areas and exit access corridors are permitted to be fixed glazing listed and labeled for a fire-protection rating of at least 3/4 hour in accordance with Section 714. system of one fabrication area shall not connect to another duct system outside that fabrication area within the building. A ventilation system shall be provided to capture and exhaust fumes and vapors at workstations. | 34.3.7.2.1.3 | Fire-resistive Separation. Fabrication areas shall be separated from other parts of the building, including exit access corridors, by not less than 1-hour fire resistance-rated assemblies. A) Doors within the assemblies specified in 34.3.7.2.1.3, including doors to corridors, shall be self-closing fire door assemblies with a ¾ hour or greater fire resistance rating. B) Windows between fabrication areas and exit access corridors shall be permitted to be fixed glazing listed and labeled for a fire protection rating of at least ¾ hour. C) Where it is necessary to construct multiple adjoining fabrication areas to comply with the hazardous materials quantity limits specified in 34.3.7.2.1.2(A), 1-hour fire resistance-rated assemblies shall be provided to separate the fabrication areas from each other in accordance with Chapter 7. | UFC 2000 5102.3.2 |
| | | Two or more operations at a workstation shall not be connected to the same exhaust system where either one or the combination of the substances removed could constitute a fire, explosion or hazardous chemical reaction within the exhaust duct system. Exhaust ducts penetrating occupancy separations shall be contained in a shaft of equivalent fire-resistance construction. Exhaust ducts shall not penetrate fire walls. | | | |

# Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| | 415.9.2.3 | Location of occupied levels. Occupied levels of fabrication areas shall be located at or above the first story. | 34.3.7.2.1.4 | Floors. A) Except for surfacing, floors within fabrication areas shall be of noncombustible construction. B) Floors of fabrication areas separating fabrication areas from other uses shall be liquid-tight. | UFC 2000 - Section 8003.1.13 and 8003.14.1.2 | |
| | 415.9.2.4 | Floors. Except for surfacing, floors within fabrication areas shall be of noncombustible construction. Openings through floors of fabrication areas are permitted to be unprotected where the interconnected levels are used solely for mechanical equipment directly related to such fabrication areas. See also Section 415.9.2.5. Floors forming a part of an occupancy separation shall be liquid tight. | 34.3.7.2.1.4 | Floors. A) Except for surfacing, floors within fabrication areas shall be of noncombustible construction. B) Floors of fabrication areas separating fabrication areas from other uses shall be liquid-tight. | UFC 2000 - Section 8003.1.13 and 8003.14.1.2 | |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 78 of 99 PageID #:706

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 79 of 99 PageID #:707

## Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | **ICC Work** | | **NFPA Work** | |
| | 415.9.2.5 | Shafts and openings through floors. Elevator shafts, vent shafts and other openings through floors shall be enclosed and the enclosure shall be as specified in Section 707. Mechanical, duct and piping penetrations within a fabrication area shall not extend through more than two floors. The annular space around penetrations for cables, cable trays, tubing, piping, conduit or ducts shall be sealed at the floor level to restrict the movement of air. The fabrication area, including the areas through which the ductwork and piping extend, shall be considered a single conditioned environment. | 34.3.7.2.1.5 | Vertical Openings. Openings through floors of fabrication areas shall be permitted to be unprotected in accordance with 8.12.4.2 where the interconnected levels are used solely for mechanical equipment directly related to such fabrication areas. (A) Mechanical, duct, and piping penetrations within a fabrication area shall not extend through more than two floors. (B) The annular space around equipment passing through the penetrations shall be sealed at the floor level to restrict the movement of air. (C) The fabrication area, including levels interconnected with ductwork and piping, shall be regulated as a single conditioned environment. | Committee Proposal 5000-1232, ROC 5000-1414 by TC on Industrial, Storage and Miscellaneous Occupancies |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 80 of 99 PageID #:708

## Sources for Accused NFPA Provisions

| Page # | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 211 | T415.9.2.1.1 | TABLE 415.9.2.1.1 QUANTITY LIMITS FOR HAZARDOUS MATERIALS IN A SINGLE FABRICATION AREA IN GROUP H-5a | T34.3.7.2.1.2 | Table 34.3.7.2.1.2 Quantity Limits for Hazardous Materials in a Single Fabrication Area1 | UFC 2000 5103.2.2.1 |
| 213 | 415.9.5 | Storage of hazardous production materials | 34.3.7.2.4 | Storage Areas for Hazardous Production Materials. | UFC 2000 5102.3 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 81 of 99 PageID #:709

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | | NFPA Source |
| | 415.9.5.1 | General. Storage of HPM in fabrication areas shall be within approved or listed storage cabinets, gas cabinets or within a workstation. The storage of hazardous production in quantities greater than those listed in Tables 307.7(1) or 307.7(2) shall be in liquid storage rooms, HPM rooms or gas rooms as appropriate for the materials stored. The storage of other hazardous materials shall be in accordance with other applicable provisions of this code and the *International Fire Code*. | 34.3.7.2.4.1 | General. (A)  Storage of HPM in fabrication areas in quantities not exceeding the limits set forth in  Table 34.1.3.1 shall be within approved or listed storage cabinets, within gas cabinets, or within a workstation. (B)  The storage of hazardous production in quantities greater than those specified in  Table 34.1.3.1 shall be in liquid storage rooms complying with  34.3.2.4, gas rooms complying with  34.3.6.1, or HPM rooms complying with  34.3.7.2.4.2, as appropriate for the materials stored. (C)  The storage of hazardous materials other than HPM shall be in accordance with other applicable provisions of this Code and  NFPA 1. | | UFC 2000 5102.3.1 |
| 218 | 415.9.6.2.2 | Location in service corridors | 34.3.7.3.1.2 | Location of HPM Supply Piping and Tubing in Service Corridors. Hazardous production materials supply piping or tubing in service corridors shall be exposed to view. | | UFC 2000 5101.7.1 AND 8001.4.3.3 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 82 of 99 PageID #:710

## Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | **ICC Work** | | **NFPA Work** | | |
| 219 | 415.9.6.3 | Installations in exit access corridors and above other occupancies. The installation of hazardous production material piping and tubing within the space defined by the walls of exit access corridors and the floor or roof above or in concealed spaces above other occupancies shall be in accordance with Section 415.9.6.2 and the following conditions: 1. Automatic sprinklers shall be installed within the space unless the space is less than 6 inches (152 mm) in the least dimension. Ventilation not less than six air changes per hour shall be provided. The space shall not be used to convey air from any other area. 3. Where the piping or tubing is used to transport HPM liquids, a receptor shall be installed below such piping or tubing. The receptor shall be designed to collect any discharge or leakage and drain it to an approved location. The 1-hour enclosure shall not be used as part of the receptor. | 34.3.7.3.1.3 | Installation of HPM Piping and Tubing in Exit Access Corridors and Above Other Occupancies. The installation of HPM piping and tubing within the space defined by the walls of exit access corridors and the floor or roof above, or in concealed spaces above other occupancies, shall be in accordance with the following, except for transverse crossings of the corridors by supply piping that is enclosed within a ferrous pipe or tube for the width of the corridor: (1) Automatic sprinklers shall be installed within the space, unless the space is less than 6 in. (152 mm) in the least dimension. (2) Ventilation with not less than six air changes per hour shall be provided, and the space shall not be used to convey air from any other area. (3) Where the piping or tubing is used to transport HPM liquids, a receptor that meets the following criteria shall be installed below such piping or tubing. (a) The receptor shall be designed to collect any discharge or leakage and drain it to an approved location. (b) The 1-hour enclosure shall not be used as part of the | UFC 2000 5101.7.1 AND 8001.4.3.3 |

Analysis of Plaintiffs' Allegations          71          February 22, 2005

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 83 of 99 PageID #:711

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | 4. HPM supply piping and tubing and HPM nonmetallic waste lines shall be separated from the exit access corridor and from occupancies other than Group H-5 by construction as required for walls or partitions that have a fire-protection rating of not less than 1 hour. Where gypsum wallboard is used, joints on the piping side of the enclosure are not required to be taped, provided the joints occur over framing members. Access openings into the enclosure shall be protected by approved fire-resistance-rated assemblies. 5. Readily accessible manual or automatic remotely activated fail-safe emergency shutoff valves shall be installed on piping and tubing other than waste lines at the following locations: 5.1. At branch connections into the fabrication area. 5.2. At entries into exit access corridors. Exception: Transverse crossings of the corridors by supply piping that is enclosed within a ferrous pipe or tube for the width of | | receptor (4)  HPM supply piping and tubing and HPM nonmetallic waste lines shall meet the following criteria: a)  The lines shall be separated from the exit access corridor and from areas not complying with Protection Level 5 by construction as required for walls or partitions that have a fire resistance rating of not less than 1 hour. b)  Where gypsum wallboard is used, joints on the piping side of the enclosure shall not be required to be taped, provided the joints occur over framing members. c)  Access openings into the enclosure shall be protected by approved fire-rated assemblies (5)  Readily accessible manual or automatic remotely activated, fail-safe emergency shutoff valves shall be installed on piping and tubing other than waste lines at the following locations: (a)  At branch connections into the fabrication area (b)  At entries into exit access corridors | |
| | | corridor need not comply with Items 1 through 5. | | | |

# Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|--------|-------------|----------|--------------|-----------|-------------|
| | | **ICC Work** | | **NFPA Work** | |
| 220 | 415.9.2.8 | Electrical | 34.3.7.3.2 | Electrical Equipment in Fabrication Areas. (A) Electrical equipment and devices within the fabrication area shall comply with Chapter 52. (B) The requirements for hazardous locations shall not be required to be applied where the average air change is at least four times that set forth in 34.3.7.3.3 and where the number of air changes at any location is not less than three times that required by 34.3.7.3.3. (C) The use of recirculated air shall be permitted. (D) Workstations shall not be energized without adequate exhaust ventilation. (See 34.3.7.3.3 for workstation exhaust ventilation requirements.) | 2000 UFC, Section 5101.9.4.2; air changes/hour substituted with performance language for nonflammable atmosphere |
| | 415.9.2.8.1 | General. Electrical equipment and devices within the fabrication area shall comply with the ICC *Electrical Code*. The requirements for hazardous locations need not be applied where the average air change is at least four times that set forth in Section 415.9.2.6 and where the number of air changes at any location is not less than three times that required by Section 415.9.2.6. The use of recirculated air shall be permitted. | | | Pat McLaughlin was a member of the TC and task group that developed the provisions. |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 85 of 99 PageID #:713

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 415.9.2.8.2 | Workstations. Workstations shall not be energized without adequate exhaust ventilation. See Section 415.9.2.6 for workstation exhaust ventilation requirements. | | | Pat McLaughlin was a member of the TC and task group that developed the provisions. |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 86 of 99 PageID #:714

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| 221 | 415.9.2.6 | Ventilation. Mechanical exhaust ventilation shall be provided throughout the fabrication area at the rate of not less than 1 cubic foot per minute per square foot (0.044 L/S/m2) of floor area. The exhaust air duct system of one fabrication area shall not connect to another duct system outside that fabrication area within the building. A ventilation system shall be provided to capture and exhaust fumes and vapors at workstations. Two or more operations at a workstation shall not be connected to the same exhaust system where either one or the combination of the substances removed could constitute a fire, explosion or hazardous chemical reaction within the exhaust duct system. Exhaust ducts penetrating occupancy separations shall be contained in a shaft of equivalent fire-resistance construction. Exhaust ducts shall not penetrate fire walls. Fire dampers shall not be installed in exhaust ducts. | 34.3.7.3.3 | Ventilation Systems. | UFC 2000 5101.12 | |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 87 of 99 PageID #:715

# Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | | 34.3.7.3.3.1 | General. Mechanical exhaust ventilation shall be provided throughout the fabrication area at the rate of not less than 1 ft3/min/ft2 (0.044 L/s/m2) of floor area. (A) The use of recirculated air shall be permitted to meet the average and minimum number of air changes specified in 34.3.7.3.3.2. (B) The exhaust air duct system of one fabrication area shall not connect to another duct system outside that fabrication area within the building. (C) Ventilation shall be provided to capture and exhaust fumes and vapors at workstations. (D) Two or more operations at a workstation shall not be connected to the same exhaust system where either one or the combination of the substances removed could constitute a fire, an explosion, or a hazardous chemical reaction within the exhaust duct system. (E) Exhaust ducts penetrating occupancy separations shall be contained in a shaft of equivalent fire resistance-rated construction. (F) Exhaust ducts shall not penetrate firewalls. (G) Fire dampers shall not be installed in exhaust ducts. | UFC 2000 5101.12.2 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 88 of 99 PageID #:716

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 225 | 415.9.10 | Emergency power system. An emergency power system shall be provided in Group H-5 occupancies where required in Section 415.9.10.1. The emergency power system shall be designed to supply power automatically to required electrical systems when the normal electrical supply system is interrupted. | 34.3.7.3.7 | Emergency Power System. An emergency power system shall be provided for buildings, or portions thereof, required to comply with Protection Level 5 where required in 34.3.7.3.7.1. The emergency power system shall be designed to automatically supply power to required electrical systems when the normal electrical supply system is interrupted. | UFC 2000 5101.13.2 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 89 of 99 PageID #:717

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 228 | 1604.6 | In-situ load tests. The building official is authorized to require an engineering analysis or a load test, or both, of any construction whenever there is reason to question the safety of the construction for the intended occupancy. Engineering analysis and load tests shall be conducted in accordance with Section 1710 | 35.1.2.6 | In-situ Load Tests. | EPCOT Building Code, Section 901.5, ROP 5000- 1293 submitted by James A. Rossberg |
| | | | 35.1.2.6.1 | The authority having jurisdiction shall be responsible for authorizing an engineering analysis or a load test, or both, of any construction whenever there is reason to question the safety of the construction for the intended occupancy. | ASCE 7, Section 1.7 |
| | | | 35.1.2.6.2 | Engineering analysis and load tests shall be conducted in accordance with the responsible registered design professional's (RDP's) quality assurance program as required in Chapter 40. | Requirement in ACI 530-02 1.14 |
| 229 | 1604.7 | Preconstruction load tests. Materials and methods of construction that are not capable of being designed by approved engineering analysis or that do not comply with the applicable material design standards listed in Chapter 35, or alternative test procedures in accordance with Section 1704, shall be load tested in accordance with Section 1709 | 35.1.2.7 | Preconstruction Load Tests. Materials and methods of construction that are not capable of being designed by approved engineering analysis or that do not comply with the applicable material design standard, or alternative test procedures in accordance with the responsible registered design professional's (RDP's) quality assurance program as required in Chapter 40, shall be load tested in accordance with the responsible registered design professional's (RDP's) quality assurance program as required in Chapter 40. | Requirement in ACI 530-02 1.14 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 90 of 99 PageID #:718

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | | NFPA Source |
| 230 | 1604.3.1 | Deflections. The deflections of structural members shall not exceed the more restrictive of the limitations of Sections 1604.3.2 through 1604.3.5 or that permitted by Table 1604.3 | 35.1.2.8 | Deflections. | | Draft NFPA 5000, Section 37.1.3. EPCOT Building Code, Table 9.1 with revisions. Proposal 5000-1293 submitted by James A. Rossberg |
| | | | 35.1.2.8.1 | General. | | Draft NFPA 5000, Section 37.1.3. EPCOT Building Code, Table 9.1 |
| | | | 35.1.2.8.1.1 | The deflection limits of structural members shall not exceed the more restrictive of the limits specified in Table 35.1.2.8.1.1 or in 35.1.2.8.2 through 35.1.2.8.8. | | Draft NFPA 5000, Section 37.1.3. EPCOT Building Code, Table 9.1. |
| | 1604.3.2 | Reinforced concrete. The deflection of reinforced concrete structural members shall not exceed that permitted by ACI 318 | 35.1.2.8.2 | Reinforced Concrete. The deflection of reinforced concrete structural members shall not exceed that permitted by ACI 318, Building Code Requirements for Structural Concrete. | | ACI 530-02, Section 3.2.5.6 |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 1604.3.3 | Steel. The deflection of steel structural members shall not exceed that permitted by AISC LRFD, AISC HSS, AISC ASD, AISI, ASCE 3, ASCE 8-SSDLRFD/ ASD, and the standard specifications of SJI Standard Specifications, Load Tables and Weight Tables for Steel Joists and Joist Girders as applicable | 35.1.2.8.3 | Steel. The deflection of steel structural members shall not exceed that permitted by the following, as applicable: (1) AISC ASD, Specification for Structural Steel Buildings—Allowable Stress Design and Plastic Design (2) AISC LRFD, Load and Resistance Factor Design for Structural Steel Buildings (3) AISI-CFSD, Standard for Cold-Formed Steel Framing—General Provisions (4) ASCE 3, Standard for the Structural Design of Composite Slabs (5) ASCE 8, Standard Specification for the Design of Cold-Formed Stainless Steel Structural Members | EPCOT Building Code: Tables 9.1 and 9.2. ASCE 7, Section 9.8.1 ROP 5000-1293 submitted by James A. Rossberg, 1294 by TC on Structures and Construction, ROC 5000-1578 by TC on Structures and Construction |
| | 1604.3.4 | Masonry. The deflection of masonry structural members shall not exceed that permitted by ACI 530/ASCE 5/TMS 402 | 35.1.2.8.4 | Masonry. The deflection of masonry structural members shall not exceed that permitted by ACI 530/ASCE 5/TMS 402. | ACI 530-02, Section 3.1.5, EPCOT Building Code, Section 1006.1. ASCE 7, Section 9.11.1, ROP 5000- 1293, 1294 |
| 231 | t1604.3 | TABLE 1604.3 DEFLECTION LIMITSa, b, c | T35.1.2.8.1.1 | Table 35.1.2.8.1.1 Deflection Limits | Draft NFPA 5000, Table 37.1.3.1. EPCOT Building Code, Table 9.1 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 92 of 99 PageID #:720

## Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| --- | --- | --- | --- | --- | --- |
| | | **ICC Work** | | **NFPA Work** | |
| 238 | 1603.1 | General. Construction documents shall show the size, section and relative locations of structural members with floor levels, column centers and offsets fully dimensioned. The design loads and other information pertinent to the structural design required by Sections 1603.1.1 through 1603.1.8 shall be clearly indicated on the construction documents for parts of the building or structure. Exception: Construction documents for buildings constructed in accordance with the conventional light-frame construction provisions of Section 2308 shall indicate the following structural design information: 1. Floor and roof live loads. 2. Ground snow load, $Pg$. 3. Basic wind speed (3-second gust), miles per hour (km/hr) and wind exposure. 4. Seismic Design Category and Site Class | 35.4 | Construction Documents. | ACI 530-02, Section 1.2 |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| | 1603.1.8 | System and components requiring special inspections for seismic resistance. Construction documents or specifications shall be prepared for those systems and components requiring special inspection for seismic resistance as specified in Section 1707.1 by the registered design professional responsible for their design and shall be submitted for approval in accordance with Section 106.1. Reference to seismic standards in lieu of detailed drawings is acceptable | 35.4.1 | General. Construction documents shall show the size, section, and relative locations of all structural members with floor levels, column centers, and all offsets fully dimensioned. | ACI 530-02, Section 1.2 | |
| | 1603.1.1 | Floor live load. The uniformly distributed, concentrated and impact floor live load used in the design shall be indicated for floor areas. Live load reduction of the uniformly distributed floor live loads, if used in the design, shall be indicated | 35.4.2 | Structural Design Information Required. The design loads and other information related to the structural design required by 35.4.2.1 through 35.4.2.6 shall be indicated on the construction documents for all parts of the building or structure. | ACI 530-02, Section 1.2, ASCE 7, 9.6.1.7 | |
| | 1603.1.2 | Roof live load. The roof live load used in the design shall be indicated for roof areas (Section 1607.11). | 35.4.2.1 | Floor Live Load. | EPCOT Building Code, Section 902; ASCE 7, 4.3 | |

82

## Sources for Accused NFPA Provisions

| Page # | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| | 1603.1.3 | Roof snow load. The ground snow load, $Pg$, shall be indicated. In areas where the ground snow load, $Pg$, exceeds 10 pounds per square foot (0.479 kN/m2), the following additional information shall also be provided, regardless of whether snow loads govern the design of the roof: 1. Flat-roof snow load, $Pf$. 2. Snow exposure factor, $Ce$. 3. Snow load importance factor, $I$. 4. Thermal factor, $Ct$ | 35.4.2.1.1 | The uniformly distributed, concentrated, and impact floor live load utilized in the design shall be indicated for all floor areas. (See Section 35.6.) | Subject of BCMC Report 07/19/1979 | |
| | | | 35.4.2.1.2 | Live load reduction of the uniformly distributed floor live loads (see 35.6.7), if utilized in the design, shall be indicated. | Subject of BCMC Report 07/19/1979 | |
| | 1603.1.1.2 | Roof live load. The roof live load used in the design shall be indicated for roof areas (Section 1607.11). | 35.4.2.2 | Roof Live Load. The roof live load utilized in the design shall be indicated for all roof areas. (See Section 35.7.) | ROP 5000-1293 submitted by James A. Rossberg, ROC 5000-1578 by TC on Structures and Construction | |

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 1603.1.3 | Roof snow load. The ground snow load, $Pg$, shall be indicated. In areas where the ground snow load, $Pg$, exceeds 10 pounds per square foot (0.479 kN/m2), the following additional information shall also be provided, regardless of whether snow loads govern the design of the roof: 1. Flat-roof snow load, $Pf$. 2. Snow exposure factor, $Ce$. 3. Snow load importance factor, $I$. 4. Thermal factor, $Ct$ | 35.4.2.3 | Snow Load. | Draft NFPA 5000, Section 37.5. ASCE 7, Section 7.0 |
| | | | 35.4.2.3.1 | The ground snow load (pg) shall be indicated. (See Section 35.8.) | Draft NFPA 5000, Section 37.5. ASCE 7, Section 7.2 (Indication on plans not addressed) |
| | | | 35.4.2.3.2 | In areas where the ground snow load (pg) exceeds 10 psf (0.48 kN/m2), the following additional information shall also be provided, regardless of whether snow loads govern the design of the roof: (1) Flat-roof snow load (p f) (2) Snow exposure factor (Ce) (3) Snow load importance factor (I) and occupancy category (4) Thermal factor (Ct) | Draft NFPA 5000, Section 37.5. ASCE 7, Section 7.3 (20 psf used; also, implementation of other loads different) |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | | NFPA Source |
| 239 | 1603.1.4 | Wind load. The following information related to wind loads shall be shown, regardless of whether wind loads govern the lateral design of the building: 1. Basic wind speed (3-second gust), miles per hour (km/hr). 2. Wind importance factor, *I*, and building category. 3. Wind exposure, if more than one wind exposure is utilized, the wind exposure and applicable wind direction shall be indicated. 4. The applicable internal pressure coefficient. 5. Components and cladding. The design wind pressures in terms of pounds per square foot (kN/m2) to be used for the design of exterior component and cladding materials not specifically designed by the registered design professional | 35.4.2.4 | Wind Load. The following information related to wind loads shall be shown (see Section 35.9), regardless of whether wind loads govern the lateral design of the building: (1) Basic wind speed (mph) (2) Wind importance factor (I) and occupancy category (3) Wind exposure—with wind exposure and applicable wind direction indicated if more than one wind exposure is utilized (4) Building classification as enclosed, partially enclosed, or open, and protection of openings when required (5) Topographic factor (Kzt) (6) Wind design pressure (p) to be used for the design of exterior components and cladding not specifically designed by the responsible registered design professional—with p for each exposure indicated if more than one exposure is utilized | | Draft NFPA 5000, Section 37.4.1.1 EPCOT Building Code, Section 904.1; ASCE 7, Section 6.4.2 (Indication on plans not addressed, last 2 items differ) |

# Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 1603.1.5 | Earthquake design data. The following information related to seismic loads shall be shown, regardless of whether seismic loads govern the lateral design of the building: 1. Seismic use group. 2. Spectral response coefficients SDS and SD1. 3. Site class. 4. Basic seismic-force-resisting system. 5. Design base shear. 6. Analysis procedure | 35.4.2.5 | Earthquake Design Data. The following information related to seismic design shall be shown (see Section 35.10), regardless of whether seismic loads govern the lateral design of the building: (1) Mapped maximum considered earthquake spectral response acceleration at short periods (Ss) and at a period of 1 second (S1) (2) Site class (3) Design earthquake spectral response acceleration at short periods (SDS) and at a period of 1 second (SD1) (4) Seismic use group and occupancy category (5) Seismic importance factor (I) (6) Seismic design category (7) Basic seismic force–resisting system (8) Analysis procedure | Draft NFPA 5000, Section 37.6 ASCE 7, Section 9.4.1.2 (Indication on plans not addressed) |

Analysis of Plaintiffs' Allegations — 86 — February 22, 2005

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 98 of 99 PageID #:726

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 1603.1.6 | Flood load. For buildings located in flood hazard areas as established in Section 1612.3, the following information, referenced to the datum on the community's flood insurance rate map (FIRM), shall be shown, regardless of whether flood loads govern the design of the building: 1. In flood hazard areas not subject to high-velocity wave action, the elevation of proposed lowest floor, including basement. 2. In flood hazard areas not subject to high-velocity wave action, the elevation to which any nonresidential building will be dry flood proofed. 3. In flood hazard areas subject to high-velocity wave action, the proposed elevation of the lowest horizontal structural member of the lowest floor, including basement | 35.4.2.6.2 | Flood Loads. For buildings and structures located wholly or partly within the flood hazard area established in 39.4.2, the following information related to flood loads shall be shown, regardless of whether flood loads govern the design of the foundation or building: (1) Flood hazard zone(s) and boundaries, as shown on the flood hazard map (2) Design flood elevation (DFE) (3) For buildings or structures located wholly or partly within areas subject to high-velocity wave action (V zones), the elevation of the bottom of the lowest horizontal structural member of the lowest floor, excluding piles and columns (4) For buildings or structures located entirely within flood hazard areas not subject to high-velocity wave action, the elevation of the top of the lowest floor (5) Predevelopment and proposed post-construction ground elevations adjacent to the building or structure (6) Dimensions and locations of flood openings, as permitted by 39.12.3.1.1 (7) For floodproofed areas below the DFE, as permitted by 39.12.3.1.2, the following information: | Draft NFPA 5000, Section 37.7 |

Case: 1:02-cv-05610 Document #: 79 Filed: 02/28/05 Page 99 of 99 PageID #:727

## Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | **ICC Work** | | **NFPA Work** | |
| | | | | (a) Elevation to which the building or structure is floodproofed (b) Description of floodproofing techniques (c) Lateral and buoyant flood loads during the design flood (8) For breakaway walls, as permitted by 39.12.3.2.2, the following information: (a) Description of breakaway wall construction and the attachment to the foundation (b) Flood loads against the breakaway wall during the base flood (c) Load to which the breakaway wall and its attachment, or both, are designed to fail | |
| | 1603.1.7 | Special loads. Special loads that are applicable to the design of the building, structure or portions thereof shall be indicated along with the specified section of this code that addresses the special loading condition | 35.4.2.6 | Other Loads. | Subject of BCMC Report 07/19/1979 |
| | 1603.17 | Special loads. Special loads that are applicable to the design of the building, structure or portions thereof shall be indicated along with the specified section of this code that addresses the special loading condition | 35.4.2.6.1 | Special Loads. Special loads that are applicable to the design of the building, structure, or portions thereof shall be indicated. | Subject of BCMC Report 07/19/1979 |