CASE NO. _____02 cv 5610_____

FILE DATE: _____2-28-05_____

ATTACHMENT #. _____2_____

EXHIBIT _____

TAB (DESCRIPTION) _____

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 2 of 115 PageID #:729

| Sources for Accused NFPA Provisions | | | | | |
|---|---|---|---|---|---|
| | ICC Work | | | NFPA Work | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | on the following equation: $Fg \geq Fga$ (Equation 24-6) where Fg is the maximum load on the glass. If Fg is determined from the load combinations above, and Fga is the maximum allowable load on the glass. If Fg is determined by load combinations 1 or 2 above, Fga shall be computed as for vertical glazing in Section 2404.1. If Fg is determined by load combination 3 above, Fga shall be computed by the following equation: $Fga = c_2 Fge$ (Equation 24-7) where: Fge = Maximum allowable equivalent load (psf) determined from Figures 2404(1) through 2404(12) for the applicable glass dimensions and thickness. $c_2$ = Factor determined from Table 2404.2 based on glass type. | | | Donald W. Belles, Rep. GICC |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 3 of 115 PageID #:730

## Sources for Accused NFPA Provisions

| Page # | ICC Work | | | NFPA Work | | |
| --- | --- | --- | --- | --- | --- | --- |
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| --- | --- | --- | --- | --- | --- |
| | 2404.2 | Sloped glass. Glass sloped more than 15 degrees (0.26 rad) from vertical in skylights, sunspaces, sloped roofs and other exterior applications shall be designed to resist the most critical of the following combinations of loads. 1. $Fg = Wo Đ D$ (Equation 24-3) 2. $Fg = Wi + D + 0.5 S$ (Equation 24-4) 3. $Fg = 0.5 Wi + D + S$ (Equation 24-5) where: $D$ = Glass dead load (psf) For glass sloped 30 degrees (0.52 rad) or less from horizontal, $D = 13\ tg$ (For SI: 0.0245 $tg$) For glass sloped more than 30 degrees (0.52 rad) from horizontal, $D = 13\ tg\ \cos q$ (For SI: 0.0245 $tg\ \cos q$). $Fg$ = Total load, psf (kN/m2) on glass. $S$ = Snow load, psf (kN/m2) as determined in Section 1608. $tg$ = Total glass thickness, inches (mm) of glass panes and plies. $Wi$ = Inward wind force, psf (kN/m2) as calculated in Section 1609. $Wo$ = Outward wind force, psf (kN/m2) as calculated in Section 1609. $q$ = Angle of slope from horizontal. The design of sloped glazing shall be based | 46.10.2.1 | Glass sloped more than 15 degrees (0.26 rad) from vertical in skylights, sunspaces, sloped roofs, and other exterior applications shall be designed to resist the most critical of the following combinations of loads: FORMULAS OMITTED | Donald W. Belles, Rep. GICC |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 4 of 115 PageID #:731

## Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | | **ICC Work** | | |
| | | | | **NFPA Work** | |
| | | on the following equation: $Fg \geq Fga$ (Equation 24-6) where Fg is the maximum load on the glass. If Fg is determined from the load combinations above, and Fga is the maximum allowable load on the glass. If Fg is determined by load combinations 1 or 2 above, Fga shall be computed as for vertical glazing in Section 2404.1. If Fg is determined by load combination 3 above, Fga shall be computed by the following equation: $Fga = c_2 Fge$ (Equation 24-7) where: Fge = Maximum allowable equivalent load (psf) determined from Figures 2404(1) through 2404(12) for the applicable glass dimensions and thickness. $c_2$ = Factor determined from Table 2404.2 based on glass type. | | | |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 5 of 115 PageID #:732

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 376 | 2404.1 | Vertical glass. Glass sloped 15 degrees (0.26 rad) or less from vertical in windows, curtain and window walls, doors and other exterior applications shall be designed to resist the wind loads in Section 1609 for components and cladding. Glazing firmly supported on all four edges is permitted to be designed by the following provisions. Where the glass is not firmly supported on all four edges, analysis or test data ensuring safe performance for the specific installation shall be prepared by a registered design professional. The design of vertical glazing shall be based on the following equation: $F_{gw} \, ^2 \, F_{ga}$ where $F_{gw}$ is the wind load on the glass computed per Section 1609 and $F_{ga}$ is the maximum allowable load on the glass computed by the following formula: $F_{ga} = c_1 \, F_{ge}$ (Equation 24-2) where: $F_{ge}$ = Maximum allowable equivalent load, psf (kN/m2) determined from Figures 2404(1) through 2404(12) for the applicable glass | 46.10.2.2 | The glass dead load shall be defined as follows: FORMULA OMITTED | Donald W. Belles, Rep. GICC |
| | | dimensions and thickness. $c_1$ = Factor determined from Table 2404.1 based on glass type. | | | |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2404.2 | Sloped glass. Glass sloped more than 15 degrees (0.26 rad) from vertical in skylights, sunspaces, sloped roofs and other exterior applications shall be designed to resist the most critical of the following combinations of loads. 1. $Fg = Wo Ð D$ (Equation 24-3) 2. $Fg = Wi + D + 0.5 S$ (Equation 24-4) 3. $Fg = 0.5 Wi + D + S$ (Equation 24-5) where: $D$ = Glass dead load (psf) For glass sloped 30 degrees (0.52 rad) or less from horizontal, $D = 13 tg$ (For SI: 0.0245 $tg$) For glass sloped more than 30 degrees (0.52 rad) from horizontal, $D = 13 tg \cos q$ (For SI: 0.0245 $tg \cos q$). $Fg$ = Total load, psf (kN/m2) on glass. $S$ = Snow load, psf (kN/m2) as determined in Section 1608. $tg$ = Total glass thickness, inches (mm) of glass panes and plies. $Wi$ = Inward wind force, psf (kN/m2) as calculated in Section 1609. $Wo$ = Outward wind force, psf (kN/m2) as calculated in Section 1609. q = Angle of slope from horizontal. The design of sloped glazing shall be based | 46.10.2.3 | The design of sloped glazing shall be based on the following equation: FORMULAS OMITTED | Donald W. Belles, Rep. GICC |

Analysis of Plaintiffs' Allegations
190
February 22, 2005

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 7 of 115 PageID #:734

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | on the following equation: Fg ² Fga (Equation 24-6) where Fg is the maximum load on the glass. If Fg is determined from the load combinations above, and Fga is the maximum allowable load on the glass. If Fg is determined by load combinations 1 or 2 above, Fga shall be computed as for vertical glazing in Section 2404.1. If Fg is determined by load combination 3 above, Fga shall be computed by the following equation: Fga = c2 Fge (Equation 24-7) where: Fge = Maximum allowable equivalent load (psf) determined from Figures 2404(1) through 2404(12) for the applicable glass dimensions and thickness. c2 = Factor determined from Table 2404.2 based on glass type. | | | Donald W. Belles, Rep. GICC |
| | | | 46.10.2.4 | The maximum allowable load on the glass shall be determined as follows: FORMULAS OMITTED | Donald W. Belles, Rep. GICC |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 8 of 115 PageID #:735

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 378 | 2405.3 | Screening. Where used in monolithic glazing systems, heat-strengthened glass and fully tempered glass shall have screens installed below the glazing material. The screens and their fastenings shall: (1) be capable of supporting twice the weight of the glazing; (2) be firmly and substantially fastened to the framing members; and (3) be installed within 4 inches (102 mm) of the glass. The screens shall be constructed of a noncombustible material not thinner than No. 12 B&S gage (0.0808 inch) with mesh not larger than 1 inch by 1 inch (25 mm by 25 mm). In a corrosive atmosphere, structurally equivalent non-corrosive screen materials shall be used. Heat strengthened glass, fully tempered glass and wired glass, when used in multiple-layer glazing systems as the bottom glass layer over the walking surface, shall be equipped with screening that conforms to the requirements for monolithic glazing | 46.8.3.6 | In monolithic and multiple-layer sloped glazing systems, the following modifications to the requirements of 46.8.3.1 through 46.8.3.5 shall apply: (1) Fully tempered glass installed without protective screens where glazed between intervening floors at a slope of 30 degrees (0.52 rad) or less from the vertical plane shall have the highest point of the glass 10 ft (3 m) or less above the walking surface. (2) Screens shall not be required below any glazing material, including annealed glass, where the walking surface below the glazing material is permanently protected from the risk of falling glass or the area below the glazing material is not a walking surface. (3) Any glazing material, including annealed glass, shall be permitted to be installed without screens in the sloped glazing systems of commercial or detached noncombustible greenhouses used exclusively for growing plants and not open to the public, provided that the height of the greenhouse at the ridge does not exceed 30 ft (9 m) above grade. (4) Screens shall not be required within | Donald W. Belles, Rep. GICC |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 9 of 115 PageID #:736

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | systems. Exception: In monolithic and multiple-layer sloped glazing systems, the following applies: 1. Fully tempered glass installed without protective screens where glazed between intervening floors at a slope of 30 degrees (0.52 rad) or less from the vertical plane shall have the highest point of the glass 10 feet (3048 mm) or less above the walking surface. 2. Screens are not required below any glazing material, including annealed glass, where the walking surface below the glazing material is permanently protected from the risk of falling glass or the area below the glazing material is not a walking surface. 3. Any glazing material, including annealed glass, is permitted to be installed without screens in the sloped glazing systems of commercial or detached noncombustible greenhouses used exclusively for growing plants and not open to the public, provided that the height of the greenhouse at the ridge does not exceed 30 | | | |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 10 of 115 PageID #:737

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | feet (9144 mm) above grade. 4. Screens shall not be required within individual dwelling units in Groups R-2, R-3 and R-4 as applicable in Section 101.2 where fully tempered glass is used as single glazing or as both panes in an insulating glass unit, and the following conditions are met: 4.1. Each pane of the glass is 16 square feet (1.5m2) or less in area. 4.2. The highest point of the glass is 12 feet (3658 mm) or less above any walking surface or other accessible area. 4.3. The glass thickness is 3/16 inch (4.8 mm) or less. 5. Screens shall not be required for laminated glass with a 15-mil (0.38 mm) polyvinyl butyral (or equivalent) interlayer used within individual dwelling units in Groups R-2, R-3 and R-4 as applicable in Section 101.2 within the following limits: 5.1. Each pane of glass is 16 square feet (1.5 m2) or less in area. 5.2. The highest point of the glass is 12 feet (3658 mm) or less above a walking surface or other accessible area. | | | |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 11 of 115 PageID #:738

| Sources for Accused NFPA Provisions | | | | | |
|---|---|---|---|---|---|
| **ICC Work** | | | **NFPA Work** | | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | individual dwelling units in one- and two-family dwellings; within dwelling units of apartment occupancies; or within residential board and care occupancies, small facilities, where fully tempered glass is used as single glazing, or as both panes in an insulating glass unit, and where the following conditions are met: (a) Each pane of the glass is 16 ft2 (1.5 m2) or less. (b) The highest point of the glass is 12 ft (3.7 m) or less above any walking surface or other accessible area. (c) The glass thickness is  in. (4.8 mm) or less. (5) Screens shall not be required for laminated glass with a 15-mil (0.38-mm) polyvinyl butyral (or equivalent) interlayer used within individual dwelling units in one- and two-family dwellings; within dwelling units of apartment occupancies; or within residential board and care occupancies, small facilities, where the following conditions are met: (a) Each pane of glass is 16 ft2 (1.5 m2) or less. (b) The highest point of the glass is 12 ft (3.7 m) or less above a walking surface or other accessible area. | Donald W. Belles, Rep. GICC |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 12 of 115 PageID #:739

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 379 | 2403.3 | Framing. To be considered firmly supported, the framing members for each individual pane of glass shall be designed so the deflection of the edge of the glass perpendicular to the glass pane shall not exceed 1/175 of the glass edge length or 3/4 inch (19.1 mm), whichever is less, when subjected to the larger of the positive or negative load where loads are combined as specified in Section 1605. | 46.9.1 | To be considered firmly supported, the framing members for each individual pane of glass shall be designed so the deflection of the edge of the glass perpendicular to the glass pane does not exceed of the glass edge length or ¾ in. (19.1 mm), whichever is less, when subjected to the larger of the positive or negative load where loads are combined as specified in Section 35.15. | Donald W. Belles, Rep. GICC |
| 380 | Table 2404.1 | TABLE 2404.1 c1 FACTORS FOR VERTICAL AND SLOPED GLASSa [For use with Figures 2404(1) through 2404(12)] | Table 46.10.1.3 | Table 46.10.1.3  c1  Factors for Vertical and Sloped Glass [for use with Figure 46.10.1.3(a) through Figure 46.10.1.3(l)]a | Donald W. Belles, Rep. GICC |
| 393 | T2404.2 | TABLE 2404.2 c2FACTORS FOR SLOPED GLASSa [For use with Figures 2404(1) through 2404(12)] | T46.10.2.4 | Table 46.10.2.4  c2 Factors for Sloped Glass [for use with Figure 46.10.1.3(a) through Figure 46.10.1.3(l)]a | Donald W. Belles, Rep. GICC |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 13 of 115 PageID #:740

## Sources for Accused NFPA Provisions

| ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 396 | 2502.1 | Weather-Exposed Surfaces. Surfaces of walls, ceilings, floors, roofs, soffits and similar surfaces exposed to the weather except the following: 1. Ceilings and roof soffits enclosed by walls, fascia, bulkheads, or beams that extend a minimum of 12 inches (305 mm) below such ceiling or roof soffits. 2. Walls or portions of walls beneath an unenclosed roof area, where located a horizontal distance from an open exterior opening equal to a least twice the height of the opening. 3. Ceiling and roof soffits located a minimum horizontal distance of 10 feet (3048 mm) from the outer edges of the ceiling or roof soffits. | 47.1.5.9.2 | Weather-Exposed Surface. The surface of walls, ceilings, roofs, soffits, and similar surfaces exposed to the weather. | Proposal 5000-1361 Michael Gardner, Gypsum Association |
| | | | A.47.1.5.9.2 | Weather-exposed surfaces do not include the following: (1) Ceilings and roof soffits enclosed by walls, fascia, bulkheads, or beams that extend a minimum of 12 in. (305 mm) below such ceiling or roof soffits (2) Walls or portions of walls beneath an unenclosed roof area, where located a horizontal distance from an open exterior opening equal to at least twice the height of the opening (3) Ceiling and roof soffits located a minimum horizontal distance of 10 ft (3 m) from the outer edges of the ceiling or roof soffits | Proposal 5000-1361 Michael Gardner, Gypsum Association |

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 397 | 2504.1.1 | Wood framing. Wood supports for lath or gypsum board shall not be less than 2 inches (51 mm) nominal thickness in the least dimension. Wood stripping or furring shall not be less than 2 inches (51 mm) nominal thickness in the least dimension. Exception: The minimum nominal dimension of wood furring strips installed over solid backing shall not be less than 1 inch by 2 inches (25 mm by 51 mm) | 47.2.1.5.2 | Wood Support. | Proposal 5000-1361 Michael Gardner, Gypsum Association |
| | | | 47.2.1.5.2.1 | Wood support materials shall be not less than 2 in. nominal (38 mm) in their least dimension. | Proposal 5000-1361 Michael Gardner, Gypsum Association |
| | | | 47.2.1.5.2.2 | Wood furring strips installed over solid backing shall be not less than 1 in. × 2 in. nominal (19 mm × 38 mm) in dimension. | Proposal 5000-1361 Michael Gardner, Gypsum Association |
| 398 | 2508.2 | Limitations. Gypsum wallboard or gypsum plaster shall not be used in any exterior surface where such gypsum construction will be exposed directly to the weather. Gypsum sheathing shall be installed on exterior surfaces in accordance with ASTM C 1280 | 47.2 | Gypsum Board and Gypsum Veneer Plaster. | Proposal 5000-1361 Michael Gardner, Gypsum Association |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 14 of 115 PageID #:741

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 15 of 115 PageID #:742

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | 47.2.1 | General. | Proposal 5000-1361 Michael Gardner, Gypsum Association |
| | | | 47.2.1.1 | Exposure to Weather and Water. | Proposal 5000-1361 Michael Gardner, Gypsum Association |
| | | | 47.2.1.1.1 | Gypsum wallboard shall not be installed where it will be directly exposed to the weather or to water and shall not be applied until weather protection for the application is provided. | Proposal 5000-1361 Michael Gardner, Gypsum Association |
| | | | 47.2.1.1.2 | Gypsum sheathing shall be installed and protected from exposure in compliance with ASTM C 1280, Standard Specification for Application of Gypsum Sheathing. | Proposal 5000-1361 Michael Gardner, Gypsum Association |
| 400 | 2510.5.1 | Support of lath. Where lath on vertical surfaces extends between rafters or other similar projecting members, solid backing shall be installed to provide support for lath and attachments | 47.4.3.1.4 | Solid backing shall be installed to provide support for lath where lath installed on a vertical plane extends between rafters or other similar projecting members. | Proposal 5000-1361 Michael Gardner, Gypsum Association |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 16 of 115 PageID #:743

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 401 | 2602.1 | General. The following words and terms shall, for the purposes of this chapter and as used elsewhere in this code, have the meanings shown herein. Foam Plastic Insulation. A plastic that is intentionally expanded by the use of a foaming agent to produce a reduced-density plastic containing voids consisting of open or closed cells distributed throughout the plastic for thermal insulating or acoustical purposes and that has a density less than 20 pounds per cubic foot (320 kg/m3). Light-Diffusing System. Construction consisting in whole or in part of lenses, panels, grids or baffles made with light transmitting plastics positioned below independently mounted electrical light sources, skylights or light-transmitting plastic roof panels. Lenses, panels, grids and baffles that are part of an electrical fixture shall not be considered as a light-diffusing system. Light-Transmitting Plastic Roof Panels. Structural plastic | 48.2.2 | Light-Diffusing System. Panels, grids, baffles, or lenses made with light-transmitting plastics, positioned below independently mounted electrical light sources, skylights, or light-transmitting roof panels. | Jesse J. Beitel, Southwest Research Laboratories |

# Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | panels other than skylights that are fastened to structural members, or panels or sheathing and that are used as light-transmitting media in the plane of the roof. Light-Transmitting Plastic Wall Panels. Plastic materials that are fastened to structural members, or to structural panels or sheathing, and that are used as light transmitting media in exterior walls. Plastic, Approved. Any thermoplastic, thermosetting or reinforced thermosetting plastic material that conforms to combustibility classifications specified in the section applicable to the application and plastic type. Plastic, Glazing. Plastic materials that are glazed or set in frame or sash and not held by mechanical fasteners that pass through the glazing material. Reinforced Plastic, Glass Fiber. Plastic reinforced with glass fiber having not less than 20 percent of glass fibers by weight. Thermoplastic Material. A plastic material that is capable of being repeatedly softened by increase of temperature and hardened by decrease of temperature. Thermosetting Material. A plastic material that is capable of being | | | |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 18 of 115 PageID #:745

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | changed into a substantially non-reformable product when cured. | | | |
| | | | A48.2.2 | Panels, grids, baffles, or lenses that are part of an electrical light fixture are not considered a light-diffusing system. | |
| 402 | | Thermoplastic Material. A plastic material that is capable of being repeatedly softened by increase of temperature and hardened by decrease of temperature. | 48.2.3.1 | Thermoplastic Material. Plastic material capable of being repeatedly softened by heating and hardened by cooling, and that, in the softened state, can be repeatedly shaped by molding or forming. | Jesse J. Beitel, Southwest Research Laboratories |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 403 | 2602.1 | General. The following words and terms shall, for the purposes of this chapter and as used elsewhere in this code, have the meanings shown herein. Foam Plastic Insulation. A plastic that is intentionally expanded by the use of a foaming agent to produce a reduced-density plastic containing voids consisting of open or closed cells distributed throughout the plastic for thermal insulating or acoustical purposes and that has a density less than 20 pounds per cubic foot (320 kg/m3). Light-Diffusing System. Construction consisting in whole or in part of lenses, panels, grids or baffles made with light transmitting plastics positioned below independently mounted electrical light sources, skylights or light-transmitting plastic roof panels. Lenses, panels, grids and baffles that are part of an electrical fixture shall not be considered as a light-diffusing system. Light-Transmitting Plastic Roof | 48.2.4.1 | Light-Transmitting Plastic Roof Panel. A structural plastic panel in the plane of the roof, fastened to roof members, that transmits light into the structure. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 20 of 115 PageID #:747

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | Panels. Structural plastic panels other than skylights that are fastened to structural members, or panels or sheathing and that are used as light- transmitting media in the plane of the roof. Light-Transmitting Plastic Wall Panels. Plastic materials that are fastened to structural members, or to structural panels or sheathing, and that are used as light transmitting media in exterior walls. Plastic, Approved. Any thermoplastic, thermosetting or reinforced thermosetting plastic material that conforms to combustibility classifications specified in the section applicable to the application and plastic type. Plastic, Glazing. Plastic materials that are glazed or set in frame or sash and not held by mechanical fasteners that pass through the glazing material. Reinforced Plastic, Glass Fiber. Plastic reinforced with glass fiber having not less than 20 percent of glass fibers by weight. Thermoplastic Material. A plastic material | | | |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | that is capable of being repeatedly softened by increase of temperature and hardened by decrease of temperature. Thermosetting Material. A plastic material that is capable of being changed into a substantially non-reformable product when cured. | | | |
| | | | A.48.2.4.1 | Skylights are not considered light-transmitting plastic roof panels. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | | NFPA Source |
| 404 | 2603.3 | Surface-burning characteristics. Unless otherwise indicated in this section, foam plastic insulation and foam plastic cores of manufactured assemblies shall have a flame spread index of not more than 75 and a smoke-developed index of not more than 450 where tested in the maximum thickness intended for use in accordance with ASTM E 84. Loose-fill-type foam plastic insulation shall be tested as board stock for the flame spread index and smoke-developed index. Exceptions: 1. Smoke-developed index for interior trim as provided for in Section 2604.2. 2. In cold storage buildings, ice plants, food plants, food processing rooms and similar areas, foam plastic insulation where tested in a thickness of 4 inches (102 mm) shall be permitted in a thickness up to 10 inches (254 mm) where the building is equipped throughout with an automatic fire sprinkler system in accordance with Section 903.3.1.1. The approved | 48.3.2.3 | The requirements of 48.3.2.1 and 48.3.2.2 shall not apply where otherwise permitted by the following: (1) As provided in Section 48.5, the smoke developed index for interior trim shall not be required. (2) Foam plastic insulation in cold storage buildings, ice plants, food plants, food processing rooms, and similar areas where tested in a thickness of 4 in. (100 mm) shall be permitted in a thickness of up to 10 in. (254 mm) where that portion of the building and the room are equipped with an automatic fire sprinkler system in accordance with 55.3.1.1. (3) Foam plastic insulation that is part of a Class A, Class B, or Class C roof covering system shall not be required to meet the surface-burning requirements, provided that the system with the foam plastic insulation passes FM 4450, Test Standard for Class I Insulated Steel Deck Roofs, or UL 1256, Standard for Safety for Fire Test of Roof Deck Constructions. For roof applications, the smoke developed index shall not be required. (4) Foam plastic insulation at the thickness and density intended for use shall not be requi | | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 22 of 115 PageID #:749

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 23 of 115 PageID #:750

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | automatic sprinkler system shall be provided in both the room and that part of the building in which the room is located. 3. Foam plastic insulation that is a part of a Class A, B or C roof-covering assembly provided the assembly with the foam plastic insulation satisfactorily passes FM 4450 or UL 1256. The smoke-developed index shall not be limited for roof applications. 4. Foam plastic insulation greater than 4 inches in thickness shall have a maximum flame spread index of 75 and a smoke-developed index of 450 where tested at a minimum thickness of 4 inches, provided the end use is approved in accordance with Section 2603.7 using the thickness and density intended for use. | | | |
| | | | | be required where approved and where both of the following criteria are met: (a)  The end-use configuration is tested in accordance with 48.4.4 or  48.4.1.5. (b)  The requirements of 48.3.2.1 and  48.3.2.2 are met when tested at a minimum thickness of 4 in. (100 mm) and at the density intended for use. | Subject of BCMC 07/21/1981 |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 24 of 115 PageID #:751

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 405 | 2603.4.1 | Thermal barrier not required. The thermal barrier specified in Section 2603.4 is not required under the conditions set forth in Sections 2603.4.1.1 through 2603.4.1.12. | 48.3.3.4 | The requirements of 48.3.3.1 through 48.3.3.3 shall not apply where otherwise permitted by the following: (1) The thermal barrier shall not be required in masonry or concrete wall, floor, or roof construction where the foam plastic insulation is covered on each face by concrete or masonry with a minimum 1-in. (25.4-mm) thickness. (2) The thermal barrier shall not be required in cooler and freezer walls, provided that all of the following conditions are met: (a) The foam plastic used in cooler and freezer walls is a maximum thickness of 10 in. (254 mm) and, when tested, is a minimum thickness of 4 in. (100 mm) and has a flame spread index of 25 or less and a smoke developed index of 450 or less. (b) The flash and self-ignition temperatures of the foam plastic are not less than 600°F (316°C) and 800°F (427°C), respectively, when tested in accordance with ASTM D 1929, Standard Test Method for Determining Ignition Temperature of Plastics. (c) The foam plastic is covered by aluminum not less than 0.032 in. (0.8 mm) thick or corrosion-resistant steel having a | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 25 of 115 PageID #:752

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | base metal thickness not less than 0.0160 in. (0.4 mm) at any point. (d) The cooler or freezer walls are protected by an automatic sprinkler system in accordance with 55.3.1.1. (e) The cooler or freezer is within a building, and the cooler or freezer and the part of the building in which it is located are protected by an automatic sprinkler system in accordance with 55.3.1.1. (3) The thermal barrier shall not be required in walk-in coolers in unsprinklered buildings, provided that all of the following conditions are met: (a) The foam plastic insulation is used in thicknesses of 4 in. (100 mm) or less. (b) The foam plastic insulation has a flame spread of 75 or less. (c) The aggregate floor area of the walk-in coolers is 400 ft2 (37 m2) or less. (d) The foam plastic insulation is covered either by aluminum not less than 0.032 in. (0.8 mm) thick or corrosion-resistant steel having a minimum base metal thickness of 0.016 in. (0.4 mm). (4) The thermal barrier shall not be required on or in exterior walls of one-story buildings where all of the following criteria are | Subject of BCMC 07/21/1981 |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | | | following criteria are met:  (a)  The foam plastic insulation meets all of the following requirements:  i.  It is 4 in. (100 mm) or less in thickness. ii.  It has a flame spread index of 25 or less. iii.  It has a smoke developed index of 450 or less. iv.  It is covered either by aluminum with a thickness equal to or greater than 0.032 in. (0.8 mm) or corrosion-resistant steel having a base metal thickness greater than 0.0160 in. (0.4 mm).  (b)  The building is equipped throughout with an automatic sprinkler system in accordance with  55.3.1.1. | Subject of BCMC 07/21/1981 |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 27 of 115 PageID #:754

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | (5) The thermal barrier shall not be required in roof assemblies where the following criteria are met: (a) The foam plastic insulation installed in a roof assembly in accordance with this Code and the manufacturer's installation instructions is separated from the interior of the building by wood structural sheathing not less than 0.47 in. (12 mm) in thickness bonded with exterior glue, with edges supported by one of the following: i. Blocking ii. Tongue-and-groove joints iii. Other approved type of edge support iv. Other equivalent material (b) The foam plastic insulation is a part of a Class A, Class B, or Class C roof-covering assembly, provided that the assembly with the foam plastic insulation satisfactorily passes either of the following: i. FM 4450, Test Standard for Class I Insulated Steel Deck Roofs ii. UL 1256, Standard for Safety for Fire Test of Roof Deck Constructions (6) The thermal barrier shall not be required in attics and crawl spaces if the foam plastics are installed within an attic or crawl space where entry is made only for service of | Subject of BCMC 07/21/1981 |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 28 of 115 PageID #:755

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | utilities, and the and the foam plastic is protected against ignition by one of the following: (a) Mineral fiber insulation of 1.5-in. (38-mm) thickness (b) Wood structural panel, particle board, or hardboard of 0.25-in. (6.4-mm) thickness (c) Gypsum wallboard of 0.375-in. (9.5-mm) thickness (d) Corrosion-resistant steel having a base metal thickness of 0.016 in. (0.4 mm) (e) Other approved material, consistent with the requirements of the application and installed so that the foam plastic insulation is not exposed (7) The thermal barrier shall not be required in doors where the following criteria are met: (a) The foam plastic insulation meeting the requirements of 48.3.2 is used as a core of pivoted or side-hinged doors that comply with the following: i. The doors do not require a fire protection rating. ii. The door skin is steel having a thickness of at least 0.016 in. (0.4 mm) or aluminum having a thickness of at least 0.032 in. (0.8 mm) at any point. (b) The foam-filled exterior entrance doors of residential occupancies that comply | Subject of BCMC 07/21/1981 |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 29 of 115 PageID #:756

## Sources for Accused NFPA Provisions

| Page # | ICC Work | | | NFPA Work | | |
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| --- | --- | --- | --- | --- | --- |
| | | | | with the following: i.The doors do not require a fire resistance rating. ii. The doors are faced with wood or other approved materials. (c) The foam plastic insulation is used as core material for garage doors, and the following criteria are met: i. No fire resistance rating is required for the assembly. ii. The door is faced with at least 0.032-in. (0.8-mm) aluminum, 0.010-in. (0.25-mm) steel, or a 0.125-in. (3.2-mm) thickness of wood. (d) The garage doors have facings other than those specified in 48.3.3.4(7)(c)(ii) and are tested in accordance with, and meet the acceptance criteria of, ANSI/DASMA 107, Room Fire Test Standard for Garage Doors Using Foam Plastic Insulation (e) The foam plastic insulation is used as core material for garage doors in one- and two-family dwellings and the foam plastic insulation complies with 48.3.2 (8) The thermal barrier shall not be required in conjunction with siding backer board where the following criteria are met: (a) The foam plastic insulation 0.5 in. (12.7 mm) or less in thickness and having a potential | Subject of BCMC 07/21/1981 |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 30 of 115 PageID #:757

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | heat of not more than 2000 Btu/ft2 (22.7 MJ/m2) when tested in accordance with NFPA 259, Standard Test Method for Potential Heat of Building Materials, is separated from the interior of the building by a least 2 in. (51 mm) of mineral fiber insulation or equivalent (b)  The siding and foam plastic insulation are applied over existing siding (9)  The thermal barrier shall not be required on interior trim where the foam plastic meets the requirements of Section  48.5. (10)  The thermal barrier shall not be required on interior plastic signs in covered mall buildings where used in accordance with Section  48.8. (11)  In Type V construction, foam plastic insulation shall be permitted to be spray applied to sill plates and headers without requiring a thermal barrier where the foam plastic insulation complies with all of the following: (a)  The maximum thickness of the foam plastic insulation is 3¼ in. (82.6 mm)   (b)  The density of the foam plastic insulation ranges between 1.5 pcf to 2.0 pcf (24 kg/m3 to 32 kg/m3). (c)  The foam plastic insulation has | Subject of BCMC 07/21/1981 |
| | | | | a flame spread index of 25 or less. (12)  The thermal barrier shall not be required where tested in accordance with  48.4.4. | Subject of BCMC 07/21/1981 |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 31 of 115 PageID #:758

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|--------|------------|----------|--------------|-----------|-------------|
| | 2603.4.1.2 | Cooler and freezer walls. Foam plastic installed in a maximum thickness of 10 inches (254mm) in cooler and freezer walls shall: 1. Have a flame spread index of 25 or less and a smoke-developed index of not more than 450, where tested in a minimum 4-inch (102 mm) thickness. 2. Have flash ignition and self-ignition temperatures of not less than 600°F and 800°F (316°C and 427°C), respectively. 3. Have a covering of not less than 0.032-inch (0.8 mm) aluminum or corrosion-resistant steel having a base metal thickness not less than 0.0160 inch (0.4 mm) at any point. 4. Be protected by an automatic sprinkler system. Where the cooler or freezer is within a building, both the cooler or freezer and that part of the building in which it is located shall be sprinklered. | | | |

# Sources for Accused NFPA Provisions

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 32 of 115 PageID #:759

| | ICC Work | | | NFPA Work | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 406 | 2603.4.1.9 | Garage doors. Where garage doors are permitted without a fire resistance rating and foam plastic is used as a core material, the door facing shall be metal having a minimum thickness of 0.032-inch (0.8 mm) aluminum or 0.010-inch (0.25 mm) steel or the facing shall be minimum 0.125-inch-thick (3.2 mm) wood. Garage doors having facings other than those described above shall be tested in accordance with, and meet the acceptance criteria of ANSI/DASMA 107. Exception: Garage doors using foam plastic insulation complying with Section 2603.3 in detached and attached garages associated with one and two family dwellings need not be provided with a thermal barrier. | 48.3.3.4 | The requirements of 48.3.3.1 through 48.3.3.3 shall not apply where otherwise permitted by the following: (1) The thermal barrier shall not be required in masonry or concrete wall, floor, or roof construction where the foam plastic insulation is covered on each face by concrete or masonry with a minimum 1-in. (25.4-mm) thickness. (2) The thermal barrier shall not be required in cooler and freezer walls, provided that all of the following conditions are met: (a) The foam plastic used in cooler and freezer walls is a maximum thickness of 10 in. (254 mm) and, when tested, is a minimum thickness of 4 in. (100 mm) and has a flame spread index of 25 or less and a smoke developed index of 450 or less. (b) The flash and self-ignition temperatures of the foam plastic are not less than 600°F (316°C) and 800°F (427°C), respectively, when tested in accordance with ASTM D 1929, Standard Test Method for Determining Ignition Temperature of Plastics. (c) The foam plastic is covered by aluminum not less than 0.032 in. (0.8 mm) thick or corrosion-resistant steel having a | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | base metal thickness not less than 0.0160 in. (0.4 mm) at any point. (d) The cooler or freezer walls are protected by an automatic sprinkler system in accordance with 55.3.1.1. (e) The cooler or freezer is within a building, and the cooler or freezer and the part of the building in which it is located are protected by an automatic sprinkler system in accordance with 55.3.1.1. (3) The thermal barrier shall not be required in walk-in coolers in unsprinklered buildings, provided that all of the following conditions are met: (a) The foam plastic insulation is used in thicknesses of 4 in. (100 mm) or less. (b) The foam plastic insulation has a flame spread of 75 or less. (c) The aggregate floor area of the walk-in coolers is 400 ft2 (37 m2) or less. (d) The foam plastic insulation is covered either by aluminum not less than 0.032 in. (0.8 mm) thick or corrosion-resistant steel having a minimum base metal thickness of 0.016 in. (0.4 mm). (4) The thermal barrier shall not be required on or in exterior walls of one-story buildings where all of the | Subject of BCMC 07/21/1981 |

# Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | following criteria are met: (a) The foam plastic insulation meets all of the following requirements: i. It is 4 in. (100 mm) or less in thickness. ii. It has a flame spread index of 25 or less. iii. It has a smoke developed index of 450 or less. iv. It is covered either by aluminum with a thickness equal to or greater than 0.032 in. (0.8 mm) or corrosion-resistant steel having a base metal thickness greater than 0.0160 in. (0.4 mm). (b) The building is equipped throughout with an automatic sprinkler system in accordance with 55.3.1.1. (5) The thermal barrier shall not be required in roof assemblies where the following criteria are met: (a) The foam plastic insulation installed in a roof assembly in accordance with this Code and the manufacturer's installation instructions is separated from the interior of the building by wood structural sheathing not less than 0.47 in. (12 mm) in thickness bonded with exterior glue, with edges supported by one of the following: i. Blocking ii. Tongue-and-groove joints iii. Other approved type of edge support | Subject of BCMC 07/21/1981 |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 35 of 115 PageID #:762

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | iv. Other equivalent material (b) The foam plastic insulation is a part of a Class A, Class B, or Class C roof-covering assembly, provided that the assembly with the foam plastic insulation satisfactorily passes either of the following: i. FM 4450, Test Standard for Class I Insulated Steel Deck Roofs ii. UL 1256, Standard for Safety for Fire Test of Roof Deck Constructions (6) The thermal barrier shall not be required in attics and crawl spaces if the foam plastics are installed within an attic or crawl space where entry is made only for service of utilities, and the foam plastic is protected against ignition by one of the following: (a) Mineral fiber insulation of 1.5-in. (38-mm) thickness (b) Wood structural panel, particle board, or hardboard of 0.25-in. (6.4-mm) thickness (c) Gypsum wallboard of 0.375-in. (9.5-mm) thickness (d) Corrosion-resistant steel having a base metal thickness of 0.016 in. (0.4 mm) (e) Other approved material, consistent with the requirements of the application and installed so that the foam plastic | Subject of BCMC 07/21/1981 |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 36 of 115 PageID #:763

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | insulation is not exposed (7)  The thermal barrier shall not be required in doors where the following criteria are met: (a)  The foam plastic insulation meeting the requirements of 48.3.2 is used as a core of pivoted or side-hinged doors that comply with the following: i.  The doors do not require a fire protection rating. ii.  The door skin is steel having a thickness of at least 0.016 in. (0.4 mm) or aluminum having a thickness of at least 0.032 in. (0.8 mm) at any point. (b)  The foam-filled exterior entrance doors of residential occupancies that comply with the following: i.  The doors do not require a fire resistance rating.  ii.  The doors are faced with wood or other approved materials. (c)  The foam plastic insulation is used as core material for garage doors, and the following criteria are met:  i.  No fire resistance rating is required for the assembly. ii.  The door is faced with at least 0.032-in. (0.8-mm) aluminum, 0.010-in. (0.25-mm) steel, or a 0.125-in. (3.2-mm) thickness of wood. (d)  The garage doors have facings other than those | Subject of BCMC 07/21/1981 |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 37 of 115 PageID #:764

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | specified in 48.3.3.4(7)(c)(ii) and are tested in accordance with, and meet the acceptance criteria of, ANSI/DASMA 107, Room Fire Test Standard for Garage Doors Using Foam Plastic Insulation (e) The foam plastic insulation is used as core material for garage doors in one- and two-family dwellings and the foam plastic insulation complies with 48.3.2 (8) The thermal barrier shall not be required in conjunction with siding backer board where the following criteria are met: (a) The foam plastic insulation 0.5 in. (12.7 mm) or less in thickness and having a potential heat of not more than 2000 Btu/ft2 (22.7 MJ/m2) when tested in accordance with NFPA 259, Standard Test Method for Potential Heat of Building Materials, is separated from the interior of the building by a least 2 in. (51 mm) of mineral fiber insulation or equivalent (b) The siding and foam plastic insulation are applied over existing siding (9) The thermal barrier shall not be required on interior trim where the foam plastic meets the requirements of Section 48.5. (10) The thermal barrier shall n | Subject of BCMC 07/21/1981 |

# Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | | | required on interior plastic signs in covered mall buildings where used in accordance with Section 48.8. (11) In Type V construction, foam plastic insulation shall be permitted to be spray applied to sill plates and headers without requiring a thermal barrier where the foam plastic insulation complies with all of the following: (a) The maximum thickness of the foam plastic insulation is 3¼ in. (82.6 mm). (b) The density of the foam plastic insulation ranges between 1.5 pcf to 2.0 pcf (24 kg/m3 to 32 kg/m3). (c) The foam plastic insulation has a flame spread index of 25 or less. (12) The thermal barrier shall not be required where tested in accordance with 48.4.4. | Subject of BCMC 07/21/1981 |

# Sources for Accused NFPA Provisions

| Page # | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2603.4.1.12 | Interior signs. Foam plastic used for interior signs in covered mall buildings in accordance with Section 402.14 shall be permitted without a thermal barrier. | | | |
| 407 | 2603.5 | Exterior walls of buildings of any height. Exterior walls of buildings of Types I, II, III and IV construction of any height shall comply with Sections 2603.5.1 through 2603.5.7. Exterior walls of cold storage buildings required to be constructed of noncombustible materials, where the building is more than one story in height, shall also comply with the provisions of Sections 2603.5.1 through 2603.5.7. Exterior walls of buildings of Type V construction shall comply with Sections 2603.2, 2603.3, and 2603.4. | 48.4.1 | Exterior Walls. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2603.5 | Exterior walls of buildings of any height. Exterior walls of buildings of Types I, II, III and IV construction of any height shall comply with Sections 2603.5.1 through 2603.5.7. Exterior walls of cold storage buildings required to be constructed of noncombustible materials, where the building is more than one story in height, shall also comply with the provisions of Sections 2603.5.1 through 2603.5.7. Exterior walls of buildings of Type V construction shall comply with Sections 2603.2, 2603.3, and 2603.4. | 48.4.1.1 | General. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |
| | 2603.5 | Exterior walls of buildings of any height. Exterior walls of buildings of Types I, II, III and IV construction of any height shall comply with Sections 2603.5.1 through 2603.5.7. Exterior walls of cold storage buildings required to be constructed of noncombustible materials, where the building is more than one story in height, shall also comply with the provisions of Sections 2603.5.1 through 2603.5.7. Exterior walls of buildings of Type V construction shall comply with Sections 2603.2, 2603.3, and 2603.4. | 48.4.1.1.1 | Exterior walls of buildings shall meet the requirements of Chapter 37. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

## Sources for Accused NFPA Provisions

| Page # | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| | 2603.5 | Exterior walls of buildings of any height. Exterior walls of buildings of Types I, II, III and IV construction of any height shall comply with Sections 2603.5.1 through 2603.5.7. Exterior walls of cold storage buildings required to be constructed of noncombustible materials, where the building is more than one story in height, shall also comply with the provisions of Sections 2603.5.1 through 2603.5.7. Exterior walls of buildings of Type V construction shall comply with Sections 2603.2, 2603.3, and 2603.4. | 48.4.1.1.2 | Exterior walls of Type I, Type II, Type III, and Type IV buildings of any height containing foam plastics shall conform to the requirements of 48.4.1.2 through 48.4.1.8. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories | |
| | 2603.5 | Exterior walls of buildings of any height. Exterior walls of buildings of Types I, II, III and IV construction of any height shall comply with Sections 2603.5.1 through 2603.5.7. Exterior walls of cold storage buildings required to be constructed of noncombustible materials, where the building is more than one story in height, shall also comply with the provisions of Sections 2603.5.1 through 2603.5.7. Exterior walls of buildings of Type V construction shall comply with Sections 2603.2, 2603.3, and 2603.4. | 48.4.1.1.3 | Exterior walls of cold storage buildings constructed of noncombustible or limited-combustible materials or of more than one story in height, or both, shall conform to requirements of 48.4.1.2 through 48.4.1.8. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories | |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 42 of 115 PageID #:769

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2603.5 | Exterior walls of buildings of any height. Exterior walls of buildings of Types I, II, III and IV construction of any height shall comply with Sections 2603.5.1 through 2603.5.7. Exterior walls of cold storage buildings required to be constructed of noncombustible materials, where the building is more than one story in height, shall also comply with the provisions of Sections 2603.5.1 through 2603.5.7. Exterior walls of buildings of Type V construction shall comply with Sections 2603.2, 2603.3, and 2603.4. | 48.4.1.1.4 | Exterior walls of Type V buildings shall conform to Section 48.3. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |
| | 2603.5.1 | Fire-resistance rated-walls. Where the wall is required to have a fire-resistance rating, data based on tests conducted in accordance with ASTM E 119 shall be provided to substantiate that the fire-resistance rating is maintained. | 48.4.1.2 | Fire-rated Walls. Walls requiring a fire resistance rating shall comply with the following: (1) Testing shall be conducted per NFPA 251. (2) Data shall be provided to validate that the fire resistance rating is maintained. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |
| | 2603.5.2 | Thermal barrier. Any foam plastic insulation shall be separated from the building interior by a thermal barrier meeting the provisions of Section 2603.4 unless a special approval is obtained on the basis of Section 2603.7. Exception: One-story buildings complying with Section 2603.4.1.4 | 48.4.1.3 | Thermal Barriers. Foam plastic insulation shall be separated from the building interiors by a thermal barrier(s) conforming to the requirements of 48.3.3, unless otherwise permitted by one of the following: (1) Approval based on special tests conducted in accordance with 48.4.4 (2) One-story buildings complying with 48.3.3.4(4) | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 43 of 115 PageID #:770

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | 2603.5.3 | Potential heat. The potential heat of foam plastic insulation in any portion of the wall or panel shall not exceed the potential heat expressed in British thermal unit/square feet (mJ/m2) of the foam plastic insulation contained in the wall assembly tested in accordance with Section 2603.5.5. The potential heat of the foam plastic insulation shall be determined by tests conducted in accordance with NFPA259 and the results shall be expressed in British thermal unit/square feet (mJ/m2). Exception: One-story buildings complying with Section 2603.4.1.4 | 48.4.1.6 | Potential Heat Content. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |
| | 2603.5.3 | Potential heat. The potential heat of foam plastic insulation in any portion of the wall or panel shall not exceed the potential heat expressed in British thermal unit/square feet (mJ/m2) of the foam plastic insulation contained in the wall assembly tested in accordance with Section 2603.5.5. The potential heat of the foam plastic insulation shall be determined by tests conducted in accordance with NFPA259 and the results shall be expressed in British thermal unit/square feet (mJ/m2). Exception: One-story buildings complying with Section 2603.4.1.4 | 48.4.1.6.1 | The potential heat of foam plastic insulation in any portion of the wall or panel shall not exceed the value of the potential heat of the foam plastic insulation in the wall assembly (expressed in MJ/m2) that is tested per 48.4.1.5. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 44 of 115 PageID #:771

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2603.5.3 | Potential heat. The potential heat of foam plastic insulation in any portion of the wall or panel shall not exceed the potential heat expressed in British thermal unit/square feet (mJ/m2) of the foam plastic insulation contained in the wall assembly tested in accordance with Section 2603.5.5. The potential heat of the foam plastic insulation shall be determined by tests conducted in accordance with NFPA259 and the results shall be expressed in British thermal unit/square feet (mJ/m2). Exception: One-story buildings complying with Section 2603.4.1.4 | 48.4.1.6.2 | The potential heat of the foam plastic shall be determined per NFPA 259. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |
| | 2603.5.3 | Potential heat. The potential heat of foam plastic insulation in any portion of the wall or panel shall not exceed the potential heat expressed in British thermal unit/square feet (mJ/m2) of the foam plastic insulation contained in the wall assembly tested in accordance with Section 2603.5.5. The potential heat of the foam plastic insulation shall be determined by tests conducted in accordance with NFPA259 and the results shall be expressed in British thermal unit/square feet (mJ/m2). Exception: One-story buildings complying with Section 2603.4.1.4 | 48.4.1.6.3 | The requirements of 48.4.1.6.1 and 48.4.1.6.2 shall not apply to one-story buildings complying with 48.3.3.4(4). | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 45 of 115 PageID #:772

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2603.5.4 | Flame spread and smoke-developed index. Foam plastic insulation, exterior coatings and facings shall be tested separately in the thickness intended for use and shall each have a flame spread index of 25 or less and a smoke-developed index of 450 or less as determined in accordance with ASTM E 84. Exception: Prefabricated or factory-manufactured panels having minimum 0.020 inch (0.51 mm) aluminum facings and a total thickness of 0.25 inch (6.4mm) or less are permitted to be tested as an assembly where the foam plastic core is not exposed in the course of construction. | 48.4.1.4 | Flame Spread and Smoke Developed Index. Foam plastic insulation, exterior facings, and coatings shall be tested separately in the thickness of intended use per NFPA 255. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 46 of 115 PageID #:773

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2603.5.4 | Flame spread and smoke-developed index. Foam plastic insulation, exterior coatings and facings shall be tested separately in the thickness intended for use and shall each have a flame spread index of 25 or less and a smoke-developed index of 450 or less as determined in accordance with ASTM E 84. Exception: Prefabricated or factory-manufactured panels having minimum 0.020 inch (0.51 mm) aluminum facings and a total thickness of 0.25 inch (6.4mm) or less are permitted to be tested as an assembly where the foam plastic core is not exposed in the course of construction. | 48.4.1.4.1 | Each component shall have a flame spread index of 25 or less and a smoke developed index of 450 or less. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 47 of 115 PageID #:774

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | 2603.5.4 | Flame spread and smoke-developed index. Foam plastic insulation, exterior coatings and facings shall be tested separately in the thickness intended for use and shall each have a flame spread index of 25 or less and a smoke-developed index of 450 or less as determined in accordance with ASTM E 84. Exception: Prefabricated or factory-manufactured panels having minimum 0.020 inch (0.51 mm) aluminum facings and a total thickness of 0.25 inch (6.4mm) or less are permitted to be tested as an assembly where the foam plastic core is not exposed in the course of construction. | 48.4.1.4.2 | Factory-manufactured or prefabricated panels having a total thickness equal to or less than 0.25 in. (6.4 mm) and an aluminum facing of a minimum of 0.020 in. (0.5 mm) shall be permitted to be tested as an assembly in cases where the foam plastic core is not exposed during on-site construction. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |
| | 2603.5.5 | Test standard. The wall assembly shall be tested in accordance with and comply with the acceptance criteria of NFPA 285 or UBC Standard 26-4. Exception: One-story buildings complying with Section 2603.4.1.4 | 48.4.1.5 | Wall Assembly Flammability. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

Analysis of Plaintiffs' Allegations                    231                    February 22, 2005

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 48 of 115 PageID #:775

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2603.5.5 | Test standard. The wall assembly shall be tested in accordance with and comply with the acceptance criteria of NFPA 285 or UBC Standard 26-4. Exception: One-story buildings complying with Section 2603.4.1.4 | 48.4.1.5.1 | The wall assembly shall be tested in accordance with, and the results shall comply with, the acceptance criteria of NFPA 285, Standard Method of Test for the Evaluation of Flammability Characteristics of Exterior Non-Load-Bearing Wall Assemblies Containing Combustible Components Using the Intermediate-Scale, Multistory Test Apparatus. | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |
| | 2603.5.5 | Test standard. The wall assembly shall be tested in accordance with and comply with the acceptance criteria of NFPA 285 or UBC Standard 26-4. Exception: One-story buildings complying with Section 2603.4.1.4 | 48.4.1.5.2 | The requirement of 48.4.1.5.1 shall not apply to one-story buildings complying with 48.3.3.4(4). | Subject of BCMC 07/21/1981, Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 49 of 115 PageID #:776

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 408 | 2603.5.6 | Label required. The edge or face of each piece of foam plastic insulation shall bear the label of an approved agency. The label shall contain the manufacturer's or distributor's identification, model number, serial number or definitive information describing the product or materials' performance characteristics and approved agency's identification. | 48.4.1.7 | Labeling. | Jesse J. Beitel, Southwest Research Laboratories |
| | 2603.5.6 | Label required. The edge or face of each piece of foam plastic insulation shall bear the label of an approved agency. The label shall contain the manufacturer's or distributor's identification, model number, serial number or definitive information describing the product or materials' performance characteristics and approved agency's identification. | 48.4.1.7.1 | Each piece of foam plastic insulation shall be labeled on the edge or face with labels from an approved agency. | EPCOT Building Code, Section 1008.2, Jesse J. Beitel, Southwest Research Laboratories |
| | 2603.5.6 | Label required. The edge or face of each piece of foam plastic insulation shall bear the label of an approved agency. The label shall contain the manufacturer's or distributor's identification, model number, serial number or definitive information describing the product or materials' performance characteristics and approved agency's identification. | 48.4.1.7.2 | The label on foam plastic insulation shall identify the following: (1) Approved agency (2) Manufacturer's product identification information (3) Other performance characteristics that indicate that the product's use conforms with this Code | Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 50 of 115 PageID #:777

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2603.5.7 | Ignition. Exterior walls shall not exhibit sustained flaming where tested in accordance with NFPA 268. Where a material is intended to be installed in more than one thickness, tests of the minimum and maximum thickness intended for use shall be performed. Exception: Assemblies protected on the outside with one of the following: 1. A thermal barrier complying with Section 2603.4. 2. A minimum 1 inch (25.4 mm) thickness of concrete or masonry. 3. Glass fiber reinforced concrete panels of a minimum thickness of 0.375 inch (9.5 mm). 4. Metal faced panels having minimum 0.019- inch thick (0.48 mm) aluminum or 0.016-inch-thick (0.41 mm) corrosion-resistant steel outer facings. 5. A minimum 0.875 inch (22.2 mm) thickness of stucco complying with Section 2510. | 48.4.1.8 | Ignition Characteristics. | Jesse J. Beitel, Southwest Research Laboratories |

## Sources for Accused NFPA Provisions

| Page # | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| | 2603.5.7 | Ignition. Exterior walls shall not exhibit sustained flaming where tested in accordance with NFPA 268. Where a material is intended to be installed in more than one thickness, tests of the minimum and maximum thickness intended for use shall be performed. Exception: Assemblies protected on the outside with one of the following: 1. A thermal barrier complying with Section 2603.4. 2. A minimum 1 inch (25.4 mm) thickness of concrete or masonry. 3. Glass fiber reinforced concrete panels of a minimum thickness of 0.375 inch (9.5 mm). 4. Metal faced panels having minimum 0.019- inch thick (0.48 mm) aluminum or 0.016-inch-thick (0.41 mm) corrosion-resistant steel outer facings. 5. A minimum 0.875 inch (22.2 mm) thickness of stucco complying with Section 2510. | 48.4.1.8.1 | Exterior walls shall not produce sustained flaming when tested per NFPA 268, Standard Test Method for Determining Ignitability of Exterior Wall Assemblies Using a Radiant Heat Energy Source. | Jesse J. Beitel, Southwest Research Laboratories | |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 52 of 115 PageID #:779

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2603.5.7 | Ignition. Exterior walls shall not exhibit sustained flaming where tested in accordance with NFPA 268. Where a material is intended to be installed in more than one thickness, tests of the minimum and maximum thickness intended for use shall be performed. Exception: Assemblies protected on the outside with one of the following: 1. A thermal barrier complying with Section 2603.4. 2. A minimum 1 inch (25.4 mm) thickness of concrete or masonry. 3. Glass fiber reinforced concrete panels of a minimum thickness of 0.375 inch (9.5 mm). 4. Metal faced panels having minimum 0.019- inch thick (0.48 mm) aluminum or 0.016-inch-thick (0.41 mm) corrosion-resistant steel outer facings. 5. A minimum 0.875 inch (22.2 mm) thickness of stucco complying with Section 2510. | 48.4.1.8.2 | Testing of minimum and maximum thickness shall be required where more than one thickness is installed. | Jesse J. Beitel, Southwest Research Laboratories |

## Sources for Accused NFPA Provisions

| Page # | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2603.5.7 | Ignition. Exterior walls shall not exhibit sustained flaming where tested in accordance with NFPA 268. Where a material is intended to be installed in more than one thickness, tests of the minimum and maximum thickness intended for use shall be performed. Exception: Assemblies protected on the outside with one of the following: 1. A thermal barrier complying with Section 2603.4. 2. A minimum 1 inch (25.4 mm) thickness of concrete or masonry. 3. Glass fiber reinforced concrete panels of a minimum thickness of 0.375 inch (9.5 mm). 4. Metal faced panels having minimum 0.019- inch thick (0.48 mm) aluminum or 0.016-inch-thick (0.41 mm) corrosion-resistant steel outer facings. 5. A minimum 0.875 inch (22.2 mm) thickness of stucco complying with Section 2510. | 48.4.1.8.3 | The requirements of 48.4.1.8.1 and 48.4.1.8.2 shall not apply to assemblies protected on the outside with facings of one or more of the following items: (1) Thermal barrier meeting requirements of 48.3.3 (2) Glass fiber reinforced concrete panels with a minimum thickness of 0.375 in. (9.5 mm) (3) Portland cement plaster with minimum thickness of 0.875 in. (22 mm) meeting the requirements of Section 47.4 (4) Metal-faced panels with a minimum thickness of 0.019-in. (0.48-mm) aluminum or 0.016-in. (0.4-mm) corrosion-resistant steel (5) Concrete or masonry with a minimum thickness of 1 in. (25.4 mm) | Jesse J. Beitel, Southwest Research Laboratories |
| | 2603.6 | Roofing. Foam plastic insulation meeting the requirements of Sections 2603.2, 2603.3 and 2603.4 shall be permitted as part of a roof-covering assembly, provided the assembly with the foam plastic insulation is a Class A, B or C roofing assembly where tested in accordance with ASTM E 108 or UL 790. | 48.4.2 | Roofing. Foam plastic insulation meeting the requirements of 48.3.1, 48.3.2, and 48.3.3 shall be approved as part of a roof-covering assembly where the assembly is tested as an assembly in accordance with NFPA 256, Standard Methods of Fire Tests of Roof Coverings, and has been determined to meet the requirements of Class A, Class B, or Class C. | EPCOT Building Code, Section 7-18.501.1 (d) |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 409 | 2603.7 | Special approval. Foam plastic shall not be required to comply with the requirements of Sections 2603.4 through 2603.6, where specifically approved based on large-scale tests such as, but not limited to, FM 4880, UL 1040 or UL 1715. Such testing shall be related to the actual end-use configuration and be performed on the finished manufactured foam plastic assembly in the maximum thickness intended for use. Foam plastics that are used as interior finish on the basis of special tests shall also conform to the flame spread requirements of Chapter 8. Assemblies tested shall include seams, joints and other typical details used in the installation of the assembly and shall be tested in the manner intended for use. | 48.4.4 | Alternate Testing and Approval. | Jesse J. Beitel, Southwest Research Laboratories |

# Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | | | **ICC Work** (spanning Page #, ICC Section, ICC Text) — **NFPA Work** (spanning NFPA Section, NFPA Text, NFPA Source) | |
| | | | 48.4.4.1 | The requirements of 48.3.3 through 48.4.3 shall be permitted to be replaced by special testing, and the approval of foam plastic shall be based on large-scale tests such as, but not limited to, the following: (1) UL 1715, Standard for Safety for Fire Test of Interior Finish Material (2) UL 1040, Standard for Fire Test of Insulated Wall Construction (3) FM 4880, Approval Standard for Class 1 Insulated Wall or Wall and Roof/Ceiling Panels; Plastic Interior Finish Materials; Plastic Exterior Building Panels; Wall/Ceiling Coating Systems; Interior or Exterior Finish Systems (4) NFPA 286, Standard Methods of Fire Tests for Evaluating Contribution of Wall and Ceiling Interior Finish to Room Fire Growth | Jesse J. Beitel, Southwest Research Laboratories |
| | | | 48.4.4.2 | The testing shall be performed on the finished foam plastic assembly related to the actual end-use configuration and on the maximum thickness intended for use. | Draft NFPA 5000, Section 47.4.1 (1), EPCOT Building Code, Section 1008.4 (1) |
| | | | 48.4.4.3 | Foam plastics used as interior finish shall also conform to the flame spread requirements of Chapter 10. | May 2002 ROP, 5000-1363 submitted by Jesse Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 55 of 115 PageID #:782

## Sources for Accused NFPA Provisions

| Page # | ICC Work | | NFPA Work | | |
| | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | | 48.4.4.4 | Assemblies, as tested, shall be constructed such that construction details (for example, joints, seams) are reflective of the final assembly. | EPCOT Building Code, Section 7-8.501.1 |
| 410 | 2605 | PLASTIC VENEER | 48.6 | Specific Requirements — Plastic Veneers. | EPCOT Building Code, Section 7-8.501.1 |
| | 2605.1 | Interior use. Where used within a building, plastic veneer shall comply with the interior finish requirements of Chapter 8. | 48.6.1 | Plastic veneer used as an interior finish material shall comply with Chapter 10. | EPCOT Building Code Section 7-8.501.1 |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 56 of 115 PageID #:783

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 57 of 115 PageID #:784

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| | 2605.2 | Exterior use. Exterior plastic veneer shall be permitted to be installed on the exterior walls of buildings of any type of construction in accordance with all of the following requirements: 1. Plastic veneer shall be approved plastic as defined in Section 2602. 2. Plastic veneer shall not be attached to any exterior wall to a height greater than 50 feet (15 240 mm) above grade. 3. Sections of plastic veneer shall not exceed 300 square feet (27.9 m2) in area and shall be separated by a minimum of 4 feet (1219 mm) vertically. Exception: The area and separation requirements and the smoke-density limitation are not applicable to plastic veneer applied to buildings constructed of Type VB construction, provided the walls are not required to have a fire-resistance rating. | 48.6.2 | Plastic veneer meeting the requirements of 48.7.2 shall be permitted on the exterior of all buildings of any type occupancy, provided that all of the following criteria are met: (1) The height of the plastic veneer does not exceed 50 ft (15 m) above grade. (2) The total surface area of any section does not exceed 300 ft2 (28 m2). (3) A minimum 4-ft (1.2-m) vertical separation exists between sections. | EPCOT Building Code, Section 7-8.501.1 | |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2605.2 | Exterior use. Exterior plastic veneer shall be permitted to be installed on the exterior walls of buildings of any type of construction in accordance with all of the following requirements: 1. Plastic veneer shall be approved plastic as defined in Section 2602. 2. Plastic veneer shall not be attached to any exterior wall to a height greater than 50 feet (15 240 mm) above grade. 3. Sections of plastic veneer shall not exceed 300 square feet (27.9 m2) in area and shall be separated by a minimum of 4 feet (1219 mm) vertically. Exception: The area and separation requirements and the smoke-density limitation are not applicable to plastic veneer applied to buildings constructed of Type VB construction, provided the walls are not required to have a fire-resistance rating. | 48.6.3 | Plastic veneer on the exterior of Type V (000) construction that is not required to have fire-rated exterior walls shall be permitted, and the plastic veneer shall not be required to meet 48.6.2(1) through 48.6.2(3). In this application, the plastic veneers shall not be required to meet the smoke developed requirements of 48.7.2(2). | Draft NFPA 5000, Section 47.4.1 (4) and EPCOT Building Code, Section 1008.4 (4) |
| 411 | 2606.1 | General. The provisions of this section and Sections 2607 through 2611 shall govern the quality and methods of application of light-transmitting plastics for use as light transmitting materials in buildings and structures. Foam plastics shall comply with Section 2603. Light-transmitting plastic materials that meet the other code requirements for walls and roofs shall be permitted to be used in accordance with the other applicable chapters of the code. | 48.7 | Specific Requirements — Light-transmitting Plastics. | EPCOT Building Code, Section 1008.4 (4) |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| --- | --- | --- | --- | --- | --- |
| | | | 48.7.1 | General. | Draft NFPA 5000, Section 47.4.1 (4) and EPCOT Building Code, Section 1008.4 (4) |
| | | | 48.7.1.3 | Light-transmitting plastics shall be permitted to be used in walls and roofs where other applicable code requirements are met. | Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 60 of 115 PageID #:787

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 412 | 2606.4 | Specifications. Light-transmitting plastics, including thermoplastic, thermosetting or reinforced thermosetting plastic material, shall have a self-ignition temperature of 650°F (343°C) or greater where tested in accordance with ASTM D 1929; a smoke-developed index not greater than 450 where tested in the manner intended for use in accordance with ASTM E84, or not greater than 75 where tested in the thickness intended for use in accordance with ASTM D 2843; and shall conform to one of the following combustibility classifications: Class CC1: Plastic materials that have a burning extent of 1 inch (25.4 mm) or less where tested at a nominal thickness of 0.060 inch (1.5 mm), or in the thickness intended for use, in accordance with ASTM D 635, Class CC2: Plastic materials that have a burning rate of 2.5 inches per minute (1.06 mm/s) or less where tested at a nominal thickness of 0.060 inch (1.5 mm), or in the thickness | 48.7.2 | Flammability Specifications. Plastics used for exterior veneer and light-transmitting applications shall meet all of the following criteria: (1) They shall have a self-ignition temperature of 650°F (343°C) or greater when tested in accordance with ASTM D 1929. (2) They shall have a smoke developed index not greater than 450 when tested in the manner intended for use in accordance with NFPA 255 or not greater than 75 when tested in the thickness intended for use in accordance with ASTM D 2843, Standard Test for Density of Smoke from the Burning or Decomposition of Plastics. (3) They shall meet the criteria of one of the following classifications: (a) CC1 — Plastic materials that have a burn length of 1 in. (25 mm) or less and flame extinguishment when tested at a nominal thickness of 0.060 in. (1.5 mm), or in the thickness intended for use, in accordance with ASTM D 635, Standard Test Method for Rate of Burning and/or Extent and Time of Burning of Plastics in a Horizontal Position (b) CC2 — Plastic materials that have | Jesse J. Beitel, Southwest Research Laboratories |
| | | intended for use, in accordance with ASTM D 635 | | a burning rate of 2.5 in./min (64 mm/min) or less when tested at a nominal thickness of 0.060 in. (1.5 mm), or at a thickness intended for use, in accordance with ASTM D 635 | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 61 of 115 PageID #:788

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 413 | 2610.8 | Combinations of roof panels and skylights. Combinations of light-transmitting plastic roof panels and skylights shall be subject to the area and percentage limitations and separation requirements applicable to roof panel installations. | 48.7.3.9 | Combinations of light-transmitting plastic roof panels and skylights shall be subject to the area and percentage limitations and separation requirements applicable to plastic light-transmitting roof panel installations | Jesse J. Beitel, Southwest Research Laboratories |
| 414 | 2606.7 | Light-diffusing systems. Unless the building is equipped throughout with an automatic sprinkler system in accordance with Section 903.3.1.1, light-diffusing systems shall not be installed in the following occupancies and locations: 1. Group A with an occupant load of 1,000 or more. 2. Theaters with a stage and proscenium opening and an occupant load of 700 or more. 3. Group I-2. 4. Group I-3. 5. Exit stairways and exit passageways. | 48.7.4.1 | Plastic light diffusers shall be permitted in other than exit passageways and exit stairways in nonsprinklered buildings. | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 416 | 2606.7.3 | | 48.7.4.2 | Where walls and ceilings are required to be fire resistive or of noncombustible or limited-combustible construction and walls are set out or ceilings are dropped more than 1¾ in. (44.4 mm), plastic materials with a flame spread index of 25 or less and a smoke developed index of 450 or less shall be used, unless they meet the following criteria: (1) The plastic materials shall be protected on both sides by an automatic sprinkler system in accordance with 55.3.1.1. (2) Plastic ceiling light diffusers shall meet the requirements of 48.7.2 and all of the following: (a) Plastic ceiling light diffusers shall be supported directly or indirectly from the ceiling or roof construction by use of noncombustible hangers. (b) Hangers shall be at least No. 12 steel-wire gauge [0.106-in. (2.7-mm)] galvanized wire or equivalent. (c) Plastic ceiling light diffusers, as installed, shall fall from their mountings at an ambient temperature not higher than 200°F (111°C) below the ignition temperature of the plastic material. (d) Plastic light diffusers shall be | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 63 of 115 PageID #:790

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | mounted in the ceiling so that they remain in place at an ambient temperature of 175°F (79°C) for a period of not less than 15 minutes. (e) Light-diffusing ceilings installed below sprinkler heads shall be installed so that they do not interfere with the effective operation of the automatic sprinkler system and shall provide access to all valves and sprinkler heads of the system. (f) The maximum size of any single plastic light-transmitting panel shall not exceed 10 ft (3 m) or an area of 30 ft2 (2.8 m2). | |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 64 of 115 PageID #:791

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 417 | 2606.7.1 | Support. Light-transmitting plastic diffusers shall be supported directly or indirectly from ceiling or roof construction by use of noncombustible hangers. Hangers shall be at least No. 12 steel-wire gage (0.106 inch) galvanized wire or equivalent. | 48.7.4.2 | Where walls and ceilings are required to be fire resistive or of noncombustible or limited-combustible construction and walls are set out or ceilings are dropped more than 1¾ in. (44.4 mm), plastic materials with a flame spread index of 25 or less and a smoke developed index of 450 or less shall be used, unless they meet the following criteria: (1) The plastic materials shall be protected on both sides by an automatic sprinkler system in accordance with 55.3.1.1. (2) Plastic ceiling light diffusers shall meet the requirements of 48.7.2 and all of the following: (a) Plastic ceiling light diffusers shall be supported directly or indirectly from the ceiling or roof construction by use of noncombustible hangers. (b) Hangers shall be at least No. 12 steel-wire gauge [0.106-in. (2.7-mm)] galvanized wire or equivalent. (c) Plastic ceiling light diffusers, as installed, shall fall from their mountings at an ambient temperature not higher than 200°F (111°C) below the ignition temperature of the plastic material. (d) Plastic light diffusers shall be | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 65 of 115 PageID #:792

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | mounted in the ceiling so that they remain in place at an ambient temperature of 175°F (79°C) for a period of not less than 15 minutes. (e)  Light-diffusing ceilings installed below sprinkler heads shall be installed so that they do not interfere with the effective operation of the automatic sprinkler system and shall provide access to all valves and sprinkler heads of the system. (f)  The maximum size of any single plastic light-transmitting panel shall not exceed 10 ft (3 m) or an area of 30 ft2 (2.8 m2). | Draft NFPA 5000, Section 47.4.1 (2) and EPCOT Building Code, Section 1008.4 (2) |
| 418 | 2607.1 | General. Light-transmitting plastics shall not be used as wall panels in exterior walls in occupancies in Groups Al, A-2, H, I-2 and I-3. In other groups, light-transmitting plastics shall be permitted to be used as wall panels in exterior walls, provided that the walls are not required to have a fire resistance rating and the installation conforms to the requirements of this section. Such panels shall be erected and anchored on a foundation, waterproofed or otherwise protected from moisture absorption and sealed with a coat of mastic or other approved waterproof coating. Light-transmitting plastic wall panels shall also comply with Section 2606. | 48.7.6 | Light-transmitting Exterior Plastic Wall Panels. Light-transmitting plastics used for light-transmitting exterior plastic wall panels shall meet the requirements of  48.7.6.1 to 48.7.6.7. | Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 66 of 115 PageID #:793

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | 48.7.6.1 | Except where prohibited, light-transmitting plastics shall be permitted to be used as wall panels in exterior walls, provided that the walls are not required to have a fire resistance rating and the installation conforms to the requirements of 48.7.6. | Jesse J. Beitel, Southwest Research Laboratories |
| | | | 48.7.6.2 | Light-transmitting exterior plastic wall panels shall be erected and anchored on a foundation, waterproofed or otherwise protected from moisture absorption, and sealed with a coat of mastic or other approved waterproof coating. | Jesse J. Beitel, Southwest Research Laboratories |
| 419 | 2607.2 | Installation. Exterior wall panels installed as provided for herein shall not alter the type of construction classification of the building. | 48.7.6.3 | The use of light-transmitting exterior plastic wall panels shall not alter the type of construction classification of the building. | Jesse J. Beitel, Southwest Research Laboratories |
| | 2607.3 | Height limitation. Light-transmitting plastics shall not be installed more than 75 feet (22 860 mm) above grade plane, except as allowed by Section 2607.5. | 48.7.6.4 | Light-transmitting exterior plastic wall panels shall not be installed more than 75 ft (23 m) above grade plane, except as permitted by 48.7.6.6. | Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 67 of 115 PageID #:794

## Sources for Accused NFPA Provisions

| ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 420 | 2607.4 | Area limitation and separation. The maximum area of a single wall panel and minimum vertical and horizontal separation requirements for exterior light-transmitting plastic wall panels shall be as provided for in Table 2607.4. The maximum percentage of wall area of any story in light-transmitting plastic wall panels shall not exceed that indicated in Table 2607.4 or the percentage of unprotected openings permitted by Section 704.8, whichever is smaller. Exceptions: 1. In structures provided with approved flame barriers extending 30 inches (760 mm) beyond the exterior wall in the plane of the floor, a vertical separation is not required at the floor except that provided by the vertical thickness of the flame barrier projection. 2. Veneers of approved weather-resistant light-transmitting plastics used as exterior siding in buildings of Type V construction in compliance with Section 1406. 3. The area of light-transmitting plastic wall panels in exterior walls of greenhouses shall be exempt from the area limitations of Table 2607.4 but shall be limited as required for | 48.7.6.5 | The maximum area requirements for light-transmitting exterior wall panels shall be as specified in 48.7.6.5.1 through 48.7.6.5.3. | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |
| | | unprotected openings in accordance with Section 704.8 | | | |
| | | | 48.7.6.5.1 | The maximum area of a single wall panel and the minimum vertical and horizontal separation requirements for light-transmitting exterior wall panels shall be as provided for in Table 48.7.6.5.1. | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 68 of 115 PageID #:795

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | 48.7.6.5.2 | The maximum percentage of wall area of any story in light-transmitting exterior plastic wall panels shall not exceed that indicated in Table 48.7.6.5.1 or the percentage of unprotected openings permitted by Section 7.3, whichever is smaller. | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |
| | | | 48.7.6.5.3(2) | (2) The requirements of 48.7.6.5.1 and 48.7.6.5.2 shall not apply to veneers of approved, weather-resistant light-transmitting plastics used as exterior siding in buildings of Type V construction. | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |
| 421 | Table 2607.4 | TABLE 2607.4 AREA LIMITATION AND SEPARATION REQUIREMENTS FOR LIGHT-TRANSMITTING PLASTIC WALL PANELSa | Table 48.7.6.5.1 | Table 48.7.6.5.1 Area Limitation and Separation Requirements for Exterior Light-Transmitting Plastic Wall Panels | Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 69 of 115 PageID #:796

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 422 | 2607.5 | Automatic sprinkler system. Where the building is equipped throughout with an automatic sprinkler system in accordance with Section 903.3.1.1, the maximum percentage area of exterior wall in any story in light-transmitting plastic wall panels and the maximum square footage of a single area given in Table 2607.4 shall be increased 100 percent, but the area of light-transmitting plastic wall panels shall not exceed 50 percent of the wall area in any story, or the area permitted by Section 704.8 for unprotected openings, whichever is smaller. These installations shall be exempt from height limitations. | 48.7.6.6 | Where the building is equipped throughout with an automatic sprinkler system in accordance with 55.3.1.1, the maximum percentage area of an exterior wall in any story in light-transmitting plastic wall panels, and the maximum square footage of a single area given in Table 48.7.6.5.1, shall be permitted to be increased by 100 percent, provided that the area of light-transmitting plastic wall panels does not exceed 50 percent of the wall area in any story, or the area permitted for unprotected openings, whichever is smaller. These limitations shall be exempt from height limitations. | Jesse J. Beitel, Southwest Research Laboratories |
| | 2607.6 | Combinations of glazing and wall panels. Combinations of light-transmitting plastic glazing and light transmitting plastic wall panels shall be subject to the area, height and percentage limitations and the separation requirements applicable to the class of light-transmitting plastic as prescribed for light-transmitting plastic wall panel installations. | 48.7.6.7 | Combinations of light-transmitting plastic glazing and light-transmitting plastic wall panels shall be subject to the area, height, and percentage limitations and the separation requirements applicable to the class of light-transmitting plastic, as prescribed for light-transmitting plastic wall panel installations. | Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 70 of 115 PageID #:797

## Sources for Accused NFPA Provisions

| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | ICC Work | | | NFPA Work | |
| 423 | 2608.1 | Buildings of Type VB construction. Openings in the exterior walls of buildings of Type VB construction, where not required to be protected by Section 704, shall be permitted to be glazed or equipped with light-transmitting plastic. Light-transmitting plastic glazing shall also comply with Section 2606. | 48.7.7 | Light-transmitting Plastic Glazing. Light-transmitting plastic materials used for light-transmitting plastic glazing shall meet the requirements of 48.7.2, 48.7.7.1, and 48.7.7.2. | Jesse J. Beitel, Southwest Research Laboratories |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 2608.2 | Buildings of other types of construction. Openings in the exterior walls of buildings of types of construction other than Type VB, where not required to be protected by Section 704, shall be permitted to be glazed or equipped with light-transmitting plastic in accordance with Section 2606 and all of the following: 1. The aggregate area of light-transmitting plastic glazing shall not exceed 25 percent of the area of any wall face of the story in which it is installed. The area of a single pane of glazing installed above the first story shall not exceed 16 square feet (1.5 m2) and the vertical dimension of a single pane shall not exceed 4 feet (1219 mm). Exception: Where an automatic sprinkler system is provided throughout in accordance with Section 903.3.1.1, the area of allowable glazing shall be increased to a maximum of 50 percent of the wall face of the story in which it is installed with no limit on the maximum dimension or area of a single pane | 48.7.7.1 | Light-transmitting plastic glazing shall be permitted in openings in exterior walls of buildings of Type V (000) construction where not required to be protected. | Jesse J. Beitel, Southwest Research Laboratories |

# Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| | | of glazing. 2. Approved flame barriers extending 30 inches (762mm) beyond the exterior wall in the plane of the floor, or vertical panels not less than 4 feet (1219 mm) in height, shall be installed between glazed units located in adjacent stories. Exception: Buildings equipped throughout with an automatic sprinkler system in accordance with Section 903.3.1.1. 3. Light-transmitting plastics shall not be installed more than 75 feet (22 860 mm) above grade level. Exception: Buildings equipped throughout with an automatic sprinkler system in accordance with Section 903.3.1.1. | | | | |

Analysis of Plaintiffs' Allegations

February 22, 2005

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 72 of 115 PageID #:799

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 73 of 115 PageID #:800

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
|---|---|---|---|---|---|
| | | | 48.7.7.2 | Light-transmitting plastic glazing shall be permitted in openings in the exterior walls of buildings of types of construction other than Type V (000), where not required to be protected, in accordance with the following provisions: (1)  The aggregate area of light-transmitting plastic glazing shall not exceed 25 percent of the area of any wall face of the story in which it is installed. (2)  The area of a single pane of glazing installed above the first story shall not exceed 16 ft2 (1.5 m2), and the vertical dimension of a single pane shall not exceed 4 ft (1.2 m). (3)  Where an automatic sprinkler is provided throughout in accordance with  55.3.1.1, the aggregate area of glazing permitted by  48.7.7.2(1) shall be permitted to be increased to a maximum of 50 percent of the wall face of the story in which it is installed with no limit on the maximum dimension or area of a single pane of glazing. (4)  Approved flame barriers extending 30 in. (760 mm) beyond the exterior wall in the plane of the floor, or vertical panels not less than 4 ft (1.2 m) in height, shall | Jesse J. Beitel, Southwest Research Laboratories |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | | be installed between glazed units located in adjacent stories. (5) Light-transmitting plastics shall not be installed more than 75 ft (23 m) above grade level. (6) The requirements of 48.7.7.2 (4) and 48.7.7.2(5) shall not apply to buildings equipped throughout with an automatic sprinkler in accordance with 55.3.1.1. | Draft NFPA 5000, Section 36.5.1; EPCOT Building Code, Section 706.4 |
| 424 | 2609.4 | Area limitations. Roof panels shall be limited in area and the aggregate area of panels shall be limited by a percentage of the floor area of the room or space sheltered in accordance with Table 2609.4. Exceptions: 1. The area limitations of Table 2609.4 shall be permitted to be increased by 100 percent in buildings equipped throughout with an automatic sprinkler system in accordance with Section 903.3.1.1. 2. Low-hazard occupancy buildings, such as swimming pool shelters, shall be exempt from the area limitations of Table 2609.4, provided that the buildings do not exceed 5,000 square feet (465 m2) in area and have a minimum fire separation distance of 10 feet (3048 mm). 3. Greenhouses that are occupied for growing plants on a production or research basis, without public access, shall be exempt from the area limitations of Table 2609.4 provided they have a minimum fire separation distance of 4 feet (1220 mm). 4. Roof coverings over | 48.7.8.4 | Light-transmitting plastic roof panels shall meet the requirements of 48.7.8.4.1 and 48.7.8.4.2 | Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 75 of 115 PageID #:802

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | terraces and patios in occupancies in Group R-3 as applicable in Section 101.2 shall be exempt from the area limitations of Table 2609.4 and shall be permitted with light-transmitting plastics. | | | |
| | | | 48.7.8.4.1 | Light-transmitting plastic roof panels shall be limited in area, and the aggregate area of panels shall be limited by a percentage of the floor area of the room or space sheltered in accordance with Table 48.7.8.4.1. | Jesse J. Beitel, Southwest Research Laboratories |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 76 of 115 PageID #:803

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | 48.7.8.4.2 | The requirement of 48.7.8.4.1 shall not apply where one of the following conditions exists: (1) The area limitations of Table 48.7.8.4.1 shall be permitted to be increased by 100 percent in buildings equipped throughout with an automatic sprinkler system in accordance with 55.3.1.1. (2) Low hazard occupancy buildings, such as swimming pool shelters, shall be exempt from the area limitations of Table 48.7.8.4.1, provided that the building does not exceed 5000 ft2 (465 m2) and has a minimum fire separation distance of 10 ft (3 m). (3) Greenhouses that are occupied for growing plants on a production or research basis, without public access, shall be exempt from the area limitations of Table 48.7.8.4.1, provided that they have a minimum fire separation distance of 4 ft (1.2 m). (4) Roof coverings over terraces and patios in residential occupancies shall be exempt from the area limitations of Table 48.7.8.4.1. | Jesse J. Beitel, Southwest Research Laboratories |

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
| --- | --- | --- | --- | --- | --- |
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 427 | 2606.12 | Solar collectors. Light-transmitting plastic covers on solar collectors having noncombustible sides and bottoms shall be permitted on buildings not over three stories in height or 9,000 square feet (836.1 m2) in total floor area, provided the light-transmitting plastic cover does not exceed 33.33 percent of the roof area for CC1 materials or 25 percent of the roof area for CC2 materials. Exception: Plastic covers having a thickness of 0.010 inch (0.3 mm) or less or shall be permitted to be of any plastic material provided the area of the collectors does not exceed 33.33 percent of the roof area. | 48.7.10 | Light-transmitting Plastic Covers on Solar Collectors. Light-transmitting plastic covers on solar collectors having noncombustible sides and bottoms shall be permitted on buildings not over three stories in height or 9000 ft2 (836 m3) in total floor area, provided that one of the following criteria is met: (1) The light-transmitting plastic cover shall not exceed 33.3 percent of the roof area for CC1 materials. (2) The light-transmitting plastic cover shall not exceed 25 percent of the roof area for CC2 materials. (3) Plastic covers having a thickness of 0.010 in. (0.25 mm) or less shall be permitted to be of any plastic material, provided that the area of the collectors does not exceed 33.3 percent of the roof area. | Jesse J. Beitel, Southwest Research Laboratories |
| 430 | Section 2611.1 | General. Light-transmitting plastic interior wall signs shall be limited as specified in Sections 2611.2 through 2611.4. Light-transmitting plastic interior wall signs in covered mall buildings shall comply with Section 402.14. Light transmitting plastic interior signs shall also comply with Section 2606. | 48.8 | Specific Requirements — Plastic Interior Signs. | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 78 of 115 PageID #:805

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | Section 2611.1 | General. Light-transmitting plastic interior wall signs shall be limited as specified in Sections 2611.2 through 2611.4. Light-transmitting plastic interior wall signs in covered mall buildings shall comply with Section 402.14. Light transmitting plastic interior signs shall also comply with Section 2606. | 48.8.1 | Signs installed on the faces of interior walls shall comply with Section 48.8. | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |
| | Section 2611.2 | Aggregate area. The sign shall not exceed 20 percent of the wall area. | 48.8.2 | Light-transmitting plastic interior wall signs shall comply with the following requirements: (1) The sign shall have an area not greater than 20 percent of the wall area to which it is attached. (2) The sign shall have an area not greater than 24 ft2 (2.23 m2). (3) The edges and backs of the sign shall be fully encased in metal | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |
| | Section 2611.3 | Maximum area. The sign shall not exceed 24 square feet (2.23 m2). | 48.8.3 | Plastic interior wall signs in mall buildings shall comply with 27.4.4.11. | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |
| | Section 2611.4 | Encasement. Edges and backs of the sign shall be fully encased in metal. | 48.8.4 | Foam plastics shall be permitted to be used as signs in covered mall buildings in accordance with 27.4.4.11. | May 2002 ROP, 5000-1363 submitted by Jesse J. Beitel; May 2002 ROC, 5000-1685 submitted by TC on Materials |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source | |
| 431 | 2606.11 | Greenhouses. Light-transmitting plastics shall be permitted in lieu of plain glass in greenhouses. | 48.9 | Specific Requirements—Light-transmitting Plastics Used in Greenhouses. Light-transmitting plastics shall be permitted in lieu of glass in greenhouses. | Draft NFPA 5000, Section 40.3.2; EPCOT Building Code, Section 1003.5; May 2002 ROP, 5000-1364 submitted by TC On Materials; May 2002 ROC, 5000-1685 submitted by TC on Materials | |
| 440 | 1204.2 | Natural light. The minimum net glazed area shall not be less than 8 percent of the floor area of the room served. | 49.3.2 | Where natural light is provided, it shall have a net glazed area of not less than 8 percent of the total area of the room served. | Epcot Building Code Section 503.7(b) | |
| 441 | 1204.3 | Artificial light. Artificial light shall be provided that is adequate to provide an average illumination of 10 foot candles (107 lux) over the area of the room at a height of 30 inches (762 mm) above the floor level. | 49.3.3 | Fixed artificial lighting shall be permitted to be substituted for natural lighting. Fixed artificial lighting shall be capable of providing an average of 10 foot-candles of illumination, measured at a height of 30 in. (762 mm) above the floor. | May 2002 ROP, 5000-717 submitted by TC on Building Systems | |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 80 of 115 PageID #:807

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 442 | 1206.2 | Air-borne sound. Walls, partitions and floor/ceiling assemblies separating dwelling units from each other or from public or service areas shall have a sound transmission class (STC) of not less than 50 (45 if field tested) for air-borne noise when tested in accordance with ASTM E 90. This requirement shall not apply to dwelling unit entrance doors; however, such doors shall be tight fitting to the frame and sill. | 49.4.2 | Airborne Sound Transmission. (A) All interior walls and floor-ceiling assemblies that separate living units, and that separate living units and spaces not a part of the living unit, shall have a sound transmission class (STC) of not less than 50 for airborne noise when tested in accordance with ASTM E 90, Standard Test Method for Laboratory Measurement of Airborne Sound Transmission Loss of Building Partitions and Elements. (B) The requirement of 49.4.2(A) shall not apply to entrance doors to living units, provided that the door is tight-fitting to the frame and sill. | ROP 5000-724 submitted by TC on Building Systems |
| | 1206.3 | Structure-borne sound. Floor/ceiling assemblies between dwelling units or between a dwelling unit and a public or service area within the structure shall have an impact insulation class (IIC) rating of not less than 50 (45 if field tested) when tested in accordance with ASTM E 492. | 49.4.3 | Structure-borne Sound Transmission. All floor-ceiling assemblies between living units, and between living units and spaces not a part of the living unit, shall have an impact insulation class (IIC) of not less than 45 when tested in accordance with ASTM E 492, Standard Test Method for Laboratory Measurement of Impact Sound Through Floor-Ceiling Assemblies Using the Tapping Machine. | ROP 5000-724 submitted by TC on Building Systems |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 452 | 3006.4 | Machine rooms and machinery spaces. Elevator machine rooms and machinery spaces shall be enclosed with construction having a fire-resistance rating not less than the required rating of the hoistway enclosure served by the machinery. Openings shall be protected with assemblies having a fire-resistance rating not less than that required for the hoistway enclosure doors. | 54.4.3 | Elevator machine rooms and machinery spaces shall be enclosed with construction having a fire resistance rating of not less than the required rating of the hoistway enclosure they serve. | ASME A17.1 (2000), Section 2.7.1.1, A17.1 does not intiate enclosure protection, it refers to building code. |
| | | | 54.4.4 | Openings shall be protected with assemblies having a fire-resistive rating not less than that required for the hoistway enclosure doors. | ASME A17.1 (2000), Section 2.7.1.2, A17.1 refers to building code. |
| 453 | 3002.2 | Number of elevator cars in a hoistway. Where four or more elevator cars serve all or the same portion of a building, the elevators shall be located in at least two separate hoistways. Not more than four elevator cars shall be located in any single hoistway enclosure. | 54.5 | Number of Cars in a Hoistway. | NFPA 101-1994 6-2.4.8 / ASME A17.1 (2000) does not address, Section 2.1.1.4 refers to the building code |
| | | | 54.5.1 | Where four or more cars serve all or the same portion of a building, the elevators shall be located in at least two separate hoistways. | NFPA 101-1994 6-2.4.8 / ASME A17.1 (2000) does not address, Section 2.1.1.4 refers to the building code |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 82 of 115 PageID #:809

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | | | 54.5.2 | Not more than four elevator cars shall be located in any single hoistway enclosure. | NFPA 101-1994 6-2.4.8 / ASME A17.1 (2000) does not address, Section 2.1.1.4 refers to the building code |
| 454 | 3004.1 | Vents required. Hoistways of elevators and dumbwaiters penetrating more than three stories shall be provided with a means for venting smoke and hot gases to the outer air in case of fire. Exceptions: 1. In occupancies of other than Groups R-1, R-2, I-1, I-2 and similar occupancies with overnight sleeping quarters, venting of hoistways is not required where the building is equipped throughout with an approved automatic sprinkler system installed in accordance with Section 903.3.1.1 or 903.3.1.2. 2. Sidewalk elevator hoistways are not required to be vented. | 54.7 | Vents Required. Hoistways of elevators and dumbwaiters penetrating more than three stories shall be provided with a means of venting smoke and hot gases to the outer air in case of fire. | ASME A17.1 (2000), Section 2.1.4 - Trigger for requirement refered to building code. |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 83 of 115 PageID #:810

## Sources for Accused NFPA Provisions

| ICC Work | | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 455 | 3004.2 | Location of vents. Vents shall be located below the floor or floors at the top of the hoistway, and shall open either directly to the outer air or through noncombustible ducts to the outer air. Noncombustible ducts shall be permitted to pass through the elevator machine room provided that portions of the ducts located outside the hoistway or machine room are enclosed by construction having not less than the fire protection rating required for the hoistway. Holes in the machine room floors for the passage of ropes, cables or other moving elevator equipment shall be limited so as not to provide greater than 2 inches (51 mm) of clearance on all sides. | 54.7.1 | Location of Vents. Vents shall be located below the floor or floors at the top of the hoistway and shall open either directly to the outer air or through noncombustible ducts to the outer air. | EPCOT Building Code, Section 5-1.401.2 (b); May 2002 ROP, 5000-1407 submitted by TC on Building Systems |
| | | | 54.7.1.1 | Noncombustible ducts shall be permitted to pass through the elevator machine room, provided that portions of the ducts located outside of the hoistway or machine room are enclosed by construction having not less than the fire resistance rating required for the hoistway. | May 2002 ROP, 5000-1407 Technical Committee Building Systems |
| | | | 54.7.1.2 | Holes in machine room floors for the passage of ropes, cables, or other moving elevator equipment shall be limited so as not to provide greater than 2 in. (51 mm) of clearance on all sides. | May 2002 ROP, 5000-1407 submitted by TC on Building Systems |

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 456 | 3004.3 | Area of vents. Except as provided for in Section 3004.3.1, the area of the vents shall not be less than 31/2 percent of the area of the hoistway nor less than 3 square feet (0.28 m2) for each elevator car, and not less than 31/2 percent nor less than 0.5 square foot (0.047 m2) for each dumbwaiter car in the hoistway, whichever is greater. Of the total required vent area, not less than one-third shall be of the permanently open type unless all vents activate upon detection of smoke from any of the elevator lobby smoke detectors. | 54.7.2(B) | The area of vents shall be not less than 3½ percent of the area of each dumbwaiter car in the hoistway or not less than 0.5 ft2 (0.047 m2), whichever is greater. | EPCOT Building Code, Section 5-1.401.2 (similar); May 2002 ROP, 5000-1408 submitted by TC on Building Systems; May 2002 ROC, 5000-1734 submitted by Sal DiCristina |
| | | | 54.7.2(D) | Of the total required vent area, not less than one-third shall be of the permanently open type, unless all vents activate upon the detection of smoke from any of the elevator lobby smoke detectors. | EPCOT Building Code, Section 5-1.401.2 (similar); May 2002 ROP, 5000-1408 submitted by TC on Building Systems; May 2002 ROC, 5000-1734 submitted by Sal DiCristina |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 84 of 115 PageID #:811

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 85 of 115 PageID #:812

## Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 3004.4 | Area of vents. Except as provided for in Section 3004.3.1, the area of the vents shall not be less than 31/2 percent of the area of the hoistway nor less than 3 square feet (0.28 m2) for each elevator car, and not less than 31/2 percent nor less than 0.5 square foot (0.047 m2) for each dumbwaiter car in the hoistway, whichever is greater. Of the total required vent area, not less than one-third shall be of the permanently open type unless all vents activate upon detection of smoke from any of the elevator lobby smoke detectors. | 54.7.3 | Closed Vents. Closed portions of the required vent area shall consist of windows or duct openings glazed with annealed glass not more than 0.125 in. (3.2 mm) thick. | May 2002 ROP, 5000-1409 submitted by TC on Building Systems |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 86 of 115 PageID #:813

## Sources for Accused NFPA Provisions

| | ICC Work | | | NFPA Work | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| 458 | 311.2 | Moderate-hazard storage, Group S-1. Buildings occupied for storage uses which are not classified as Group S-2 including, but not limited, to storage of the following: Aerosols, Level 2 and Level 3,Aircraft hangars, Bags, cloth, burlap and paper, Bamboos and rattan, Baskets, Belting, canvas and leather, Books and paper, in rolls or packs, Boots and shoes, Buttons, including cloth covered, pearl or bone, Cardboard and cardboard boxes, Clothing, woolen wearing apparel, Cordage, Furniture, Furs, Glues, mucilage, pastes and size, Grains, Horns and combs, other than celluloid, Leather, Linoleum, Lumber, Motor vehicle repair, garages complying with the maximum, allowable quantities of hazardous materials listed in Table 307.7(1). (See Section 406.6.). Petroleum warehouses for storage of lubricating oils with a flash point of 200°F (93°C) or higher, Photo engravings, Resilient flooring, Silks, | A.6.1.13.1 | Storage uses that can be considered as low hazard storage occupancies include the following: (1) Asbestos (2) Beer or wine up to 12 percent alcohol in metal, glass, or ceramic containers (3) Cement in bags (4) Chalk and crayons (5) Dairy products in nonwaxed-coated paper containers (6) Dry cell batteries (7) Electrical coils (8) Electrical motors (9) Empty cans (10) Food products (11) Foods in noncombustible containers (12) Fresh fruits and vegetables in nonplastic trays or containers (13) Frozen foods (14) Glass (15) Glass bottles, empty or filled with noncombustible liquids (16) Gypsum board (17) Inert pigments (18) Ivory (19) Meats (20) Metal cabinets (21) Metal desks with plastic tops and trim (22) Metal parts (23) Metals (24) Mirrors (25) Oil-filled and other types of distribution transformers (26) Parking garages, open or enclosed (27) Porcelain and pottery (28) Stoves (29) Talc and soapstones (30) Washers and dryers (31) Sheds (32) Stables (33) Tanks (34) Towers | May 2002 ROP, 5000-1444 submitted by Kevin Kelly |
| | | Soaps, Sugar, Tires, bulk storage of, Tobacco, cigars, cigarettes and snuff, Upholstery and mattresses, and Wax candles. | | | |

# Sources for Accused NFPA Provisions

| | ICC Work | | NFPA Work | | |
|---|---|---|---|---|---|
| Page # | ICC Section | ICC Text | NFPA Section | NFPA Text | NFPA Source |
| | 311.3 | Low-hazard storage, Group S-2. Includes, among others, buildings used for the storage of noncombustible materials such as products on wood pallets or in paper cartons with or without single thickness divisions; or in paper wrappings. Such products may have a negligible amount of plastic trim such as knobs, handles or film wrapping. Storage uses include, but are only limited to, storage of the following: Asbestos, Beer or wine up to 12-percent alcohol in metal, glass or ceramic containers, Cement in bags, Chalk and crayons, Dairy products in nonwaxed coated paper containers, Dry cell batteries, Electrical coils, Electrical motors, Empty cans, Food products, Foods in noncombustible containers, Fresh fruits and vegetables in nonplastic trays, or containers, Frozen foods, Glass, Glass bottles, empty or filled with noncombustible, liquids, Gypsum board, Inert pigments, Ivory, Meats, Metal cabinets, Metal desks with | | Storage uses that can be considered as storage occupancies other than those noted for low hazard storage occupancies include the following: (1) Aerosols, Level 2 and Level 3 (2) Aircraft hangars (3) Bags, cloth, burlap, and paper (4) Bamboo and rattan (5) Baskets (6) Belting, canvas and leather (7) Books and paper in rolls or packs (8) Boots and shoes (9) Buttons, including cloth covered, pearl or bone (10) Cardboard and cardboard boxes (11) Clothing, woolen wearing apparel (12) Cordage (13) Furniture (14) Furs (15) Glues, mucilage, pastes and size (16) Grains (17) Horns and combs, other than celluloid (18) Leather (19) Linoleum (20) Lumber (21) Motor vehicle repair garages complying with the maximum allowable quantities of hazardous materials, as listed in Chapter 33 (22) Petroleum warehouses for storage of lubricating oils with a flash point of 200°F (93°C) or higher (23) Photo engravings (24) Resilient flooring (25) Silks (26) Soaps (27) Sugar (28) Tires, bulk storage (29) Tobacco, cigars, cigarettes, and snuff | May 2002 ROP, 5000-1444 submitted by Kevin Kelly |
| | | plastic tops and trim, Metal parts, Metals, Mirrors, Oil-filled and other types of distribution transformers, Parking garages, open or enclosed, Porcelain and pottery, Stoves, Talc and soapstones, Washers and dryers, Sheds, Stables, Tanks, Towers | | (30) Upholstery and mattresses (31) Wax candles | |

Case: 1:02-cv-05610 Document #: 79-3 Filed: 02/28/05 Page 87 of 115 PageID #:814

# Exhibit 2

# MINUTES OF THE INTERNATIONAL BUILDING CODE
## OCCUPANCY SUBCOMMITTEE
### Horton Grand Hotel
### 311 Island Avenue
### San Diego, California
### December 13-14, 1996



I.    **Call to Order and Self-introductions**

A.    Chairman Dan Chudy called the meeting to order at 8:10 ~~a.m.~~ on Friday, December 13, 1996.

B.    Chairman Chudy welcomed participants and called for self-introduction of committee members, staff and guests. For a list of attendees, s—— ——.

II.   **Approval of Minutes from the Nashville Meeting**

The minutes of the November 22-23, 1996 meeting were distributed on Friday and the committee approved them on Saturday as distributed.

III.  **Review of the Chapter 3 (Draft 2)**

Editorial Correction: Section 302.1.1 Change "spec——— incidental" in three places.

Estepp stated that he prefers the BCMC table that is similar to Table 302.1.1 dealing with incidental use separation. Fairley indicated that the table had been discussed at length. The committee and guests reviewed the subject again emphasizing the prior work that had been done by the MCG discussions into line with what Health and Human Services would consider equivalent. The committee settled on the draft with the following changes and noted the relaxations in Section 313 and Table 313.1.2 allow construction which is very similar to what the MCG's allow currently.

Changes to Table 302.1.1:

Add "per hour in——— the end of the first entry under "Room or Area".

Add "Use Group I-3 padded cells" as the last entry to the table. Add "1 hour" in the "Separation" column.

——— changes follow:

Page 2, Section 302.1.1.1 - change the section reference from "709.0" to "708".

## ASSIGNMENT NO. 1

Estepp is to review oxidizing gas and oxidizer cryogen and make recommendation as to their appropriate classification.

1

ICC-CR073087

Page 20, Section ___.7 - change "H-S" to "H-5".

Table 307.8(1) - Add the letter "m" to the note designations in the heading and place "Note m" at the end of the current list of notes. Note m to read "For assembly use groups refer to the Fire Code."

Page 25, Section 311.2 - add "as" between "classified" and "Use".

Page 29, In footnote 1 - add "not" between "but" and "less".

Page 30, In footnote 2 Item 2 - change "300" to "3000".

Page 30, In footnote 7 - add the following at the e___

> "Door openings between the garage and ___ residen___ shall be e___ either solid wood doors not less than 1 ¾___ in ___ickness or door___ ___pliance with 714.2.1. Openings from a private ga___ ___ctly into a room used for sleeping purposes shall not be permitted.___

Page 31, Section 313.2 - Revise to read as follows:

> "313.1.1 Required. Each dwe___ ___ Use Gr___p R-1, R-2, R-3 and R-4 buildings and each guest ro___ in Use ___ ___ ___ings shall be ...."

Page 24, Section 310.2 - From ___tepp ha___out add ___ definition as follows:

> **Residential Care ___sisted L___ng Faci___es:** A building or part thereof housing a maximum of ___ixt___n (16) o___ ___, on a 24 hour basis, who because of age, ___ental dis___ ___ other re___ ___e in a supervised residential environment ___ich pro___ ___nal care and supportive services. The occupants are capable ___onding ___ ___gency situation without assistance from staff. This ___ ___tion sha___ ___esidential board and care facilities, assisted living ___ ___lfway h___ ___, group homes, congregate care facilities, social rehab___ ___cilities and alcohol and drug abuse centers.

Page 25, Section ___ Add a new use group as follows:

R4     Residen___ l use groups shall include all buildings arranged for occupancy as Resid___ ial Care/Assisted Living Facilities including not more than 16 occupants (S___ ection 310.1 "Definitions"). The maximum occupant load shall be ___ermined by Table 1008.1.2. All egress components shall be determined by Section 1009.0 Capacity of Egress Components.

This group shall meet all of the requirements for construction as defined for Use Group R-3 (see Section 310.5).

2

ICC-CR073088

Table 313.1.2

In the previous Estepp handout the BCMC comments were provided. Estepp requested and the committee agreed to place the two pages of comments as reasons for the table.

## ASSIGNMENT NO. 2

Estepp will review and make a recommendation concerning aerosol level 2 and 3 revisions to be in concert with NFPA 30B.

## ASSIGNMENT NO. 3

George will revise 313.2.1.

**IV. Review of Portion of Chapter 4 as Completed** **Nashvi**

Page 8, Section 406.12 - change to "402.12".

Page 24, Section 406.4.2 - Add "Fire-retardant ated lying with Chapter 23," between "materials," and "wood".

Page 27, Section 406.7.3 - Add "Open er direc y into a room used for sleeping purposes shall not be perm ed." at tion.

Page 27, Section 406.7.6 - Ad s" to "sy em" in t first line.

Page 27, Section 406.8.4 egin the tence w "For means...".

Pag Section 4 Change

Pag ion 415. tion 1 - Change "599" to "500".

**STAFF ASSIG** Secti 5

ge 60 to end directed to renumber the section and infuse the 413.11 handout and Mary Erikse n's handout at end of Chapter 4 on page 74. All three items to be put in appropriat ode format.

**Review of th Assignments Made at the Nashville Meeting (Ron and Ken)**

ignment, R-4 occupancies, was included in item IV above.

Greene assignment, outpatient clinics, was considered and it was decided to not make any changes as the current provisions addressed the lack of mobility.

**VI. Review Fireworks Occupancy Classification**

This item was deferred to the next meeting where we will review a proposal by Rick

3

ICC-CR073089

Thornberry which will be sent to ICBO so that it may be distributed. A possible viewing of a pyrotechnic display may be available after hours in Orlando

**VII. Review the Formatting Issue Discussed in Nashville Relative to the Appropriateness of Placing I-2, I-3, H-1, H-2, H-3, H-4 and H-5 Requirements in Chapter 4. And why not include Other Use Groups such as A's etc**

Discussion resulted in leaving the format as it is because of the difficulty in moving and infusing all the I-2, I-3 and H requirements into Chapter 3.

**VIII. Drafting of Section 419 Application of Flammable Finishes (Team )**

Use Estepp handout except delete Section 419.2.3 that is covered in Section 415.4.2.

**IX. Drafting of Section 420 Mobile Units (Team 3)**

No provisions accepted because it was felt that m , as well as the federal government, have provisions that impact this subject also felt that an appendix chapter may be the most appropriate location.

**X. Drafting of Section 421 Swimming Pool (Team 1)**

There was not a majority to place these provisions . The Chairman is to seek advice from the steering committee relative to placement in the appendix or a separate document and the interrelationship with the other "I codes. Therefore, this item was deferred until the January meeting.

**XI. Drafting of Section 501 General (Team 3)**

a philosophical discussion on Chapter 5 in general.

The SB and UBC each were recommended. Mention was made of the methods develop the BCMC approach. Use factors and construction factors were used in the BC but a Delphi approach was used in the development of the use and construction the BCMC. Request for input was sent out to code officials, designers and industry representatives with the resulting consensus used.

There was an overwhelming consensus that whatever allowable area source was used, that the corresponding type of construction source should be used.

was expressed to use whatever allowed the largest areas. Others expressed the re to use something that has "worked". After considerable more discussion Myer's proposal was selected to be incorporated with a Table 503 which is to be developed based on the methodology as follows:

The respective maximum allowable areas including increases for open space, multistory, sprinklers and story height increase will be calculated by each MCG using IBC use groups and types of construction as can be best translated from the MCG's use groups

4

ICC-CR073090

and types of construction.

This data is to be sent to the Secretariat from which a proposed IBC Table 503 will be developed based on the maximum area of the three provided by the MCG's for each use group and type of construction. That maximum will be reduced to the tabular value for a one-story building with no increases. The reciprocal of the BCMC method of increasing the tabular values for allowable area will be used to reach the preliminary IBC tabular allowable area number.

Section 501 General

Use Anderson Handout

**XII. Drafting of Section 502 Definitions (Team 3)**

Use definitions from Section 502.1 from the BN

**XIII. Drafting of Section 503 General Height and Arons (Team 1)**

Use Myer's handout as it was accepted in principle.

**XIV. Drafting of Section 504 Height Mod 2)**

See Item XIII.

**XV. Drafting of Section 505 Mezzanines (Team 3)**

See Item XIII.

**XVI. f Sectiea Modifications (Team 1)**

See Ite

**XVII. Drng of S7 Unlimited Areas (Team 2)**

See Item XIII.

Tommittee recesset 5:00 P.M. and reconvened at 8:08 A.M. on Saturday, December 14,

f Section 601 General (Team 3)

There was limited general discussion concerning the compatibility of the use group and type of construction provisions.

The result was to:

Use BNBC for 601.0 General and 601.1. scope.

5

ICC-CR073091

**XIX.** **Drafting of Section 602 Construction Classification (Team 1)**

Use Fairless handout, however, omit Table II-C and notes to table on page 40 of BCMC report as they are already covered by 704.6. Include the commentary for types of construction and spatial separations commentary.

**ASSIGNMENT NO. 4**

Fairless and Greene to convert BCMC Chapter 6 into appropriate code language using the BNBC as an outline.

**XX.** **Drafting of Section 603 Types 1 and 2 Construction (Team**

See Item XIX.

**XXI.** **Drafting of Section 604 Type 3 Construction**

See Item XIX.

**XXII.** **Drafting of Section 604 Type 4 Construction (Team 1)**

See Item XIX.

**XXIII.** **Drafting of Section 604 Type 5 Construction (T**

See Item XIX.

**XXIV.** **Cross-over Assignment Requests ... er Committees.**

... ing is a ... ine of the crossover items and their disposition:

|  | er Item | Disposition |
|---|---|---|
| A. | H.T. ... | Covered by Chapter 6. |
| B. | Occupanc ... fic Fire-resistive Ratings. | ? ? ? |
| C. | Definiti ... of Protected Construction | Feid to do. |
| D. | D...tion of Fire-resistive Construction. | Feid to do. |
|  | Definition of Townhouse - Not used. | Ford will provide industry definition and Secretariat will distribute. |
| F. | Definition of Accessory Occupancy | Already covered. |

6

ICC-CR073092

G.    Residential Partition Rating                      George to do.

H.    Tenant Partition Requirements              Addressed by residential separation. Other walls are covered by type of construction or use group separations.

I.    Elevated Frame Exception to Type of Construction    Evaluated and considered not to be a problem.

Frost to communicate with fire safety that reference is not needed in Section 714.2.4.2.

J.    Mixed Use Fire Separation Options and R...        Already covered.

K.    Drying rooms/kilns                         assigned to Estepp.

Compare to BNBC 2806 and SBC...

L.    Roof construction                       Fairless and Greene to look into. Also look at BNBC 715.

**XXV.**    **Assignments for Next Meeting**

Chairman George will fax an assignment schedule within a couple of days of this meeting.

**XXVI.**    **Old Business**

No old business.

**XXVII.**    **Next Meeting**

The next meeting is scheduled in Orlando, Florida, January 24-25, 1997. Details will follow.

**XXVIII.**    **Adjournment**

The meeting adjourned at 10:00 A.M. on Saturday, December 14, 1996.

ICC-CR073093

## XXIX.    COMMITTEE MEMBERS

Daniel Chudy (ICBO); City of Riverside, California -- Chairman
Gregori Anderson (SBCCI); Chatham County, Georgia
Ronald Estepp (BOCA); Hillsborough Township, New Jersey
Lon Fairless (ICBO); City of Carrollton, Texas
Jeffrey Feid (BOCA); Town of Normal, Illinois
Gerald George (ICBO); Central City, Colorado
Kenneth Greene (SBCCI); City of Birmingham, Alabama
Paul Myers (BOCA); City of Cincinnati, Ohio
Christ Sanidas (SBCCI); Orange County, Florida

### Staff Support

John Battles, SBCCI; Birmingham, Alabama
Tom Frost, BOCA; County Club Hills, Illinois
Bill Wall, ICBO; Kansas City, Missouri

### Absent

Dennis McCreary, ICBO; Whittier, California -- Se

## GUESTS

| Name | Representing |
|------|-------------|
| Ani__n, John | Compressed Gas Association |
| __ttan, M. | McLaughlin & Associates |
| Flu__ | Fluer, Inc., Compressed Gas Association |
| Ford, __ | NAHB |
| Holland__ | Hoover Treated Wood Products |
| Ho__, __rling | Binks Mag Company |
| __ith, Gregory | Boeing |
| Kluver, Mark | Portland Cement Association |
| McLaughlin, Pat | McLaughlin & Associates |
| Messersmith, Ji__ | Portland Cement Association |
| Sealy, Jim | AIA |
| Thornber__ __ick | The Code Consortium, Inc. |
| __onald R. | American Forest & Paper Association |
| __s, Robert | American Iron & Steel Institute |

8

ICC-CR073094

Respectfully submitted,



_____
Date

_____
Dan Chudy
Chairman

_____
Date

_____
William D.
Acting Secre

9

ICC-CR073095

# Exhibit 3

# MINUTES OF THE INTERNATIONAL BUILDING CODE
## OCCUPANCY SUBCOMMITTEE
### Holiday Inn Select
### 77 NE Loop 410
### San Antonio, Texas
### January 24-25, 1997



**I.     Call to Order and Self-introductions**

A.     Chairman Dan Chudy called the meeting to order at 8:07 a.m. on Friday, January 24, 1997.

B.     Chairman Chudy welcomed participants and called for self-introduction of committee members, staff and guests. For a list of attendees, s

**II.     Approval of Minutes from the San Diego Meeting**

The minutes of the December 13-14, 1996 meeting were approved.

**III.     Review of the Chapter 3 (Draft 3)**

Preliminarily Chairman Chudy reported on the Committee.

- Work must be completed by April 1.
- Document almost every section as to reason.
- Identify which chapters and sections by authority.
- BCMC style hearing during the last few weeks in August will be called Public Forums. The committee will take action on issue. Details to be worked out.
- S   ters to S   they are developed to expedite publication.
- Cro   ms and   to be forwarded as well.

Chapter

302.1   Add H-5

Table 302.1.1  Delete Note a and place in the appropriate locations in the table.

302.1.1  Delete "fire" from "automatic fire suppression system".

ITEM 1:     Request the Fire Safety Subcommittee look at the use of automatic fire sprinkler, fire suppression and fire extinguishing system and choose the appropriate terminology and use. Also investigate the appropriate use of fire separation assemblies

Also: 302.1.1.1

302.1.1     Delete last sentence.

ICC-CR073064

302.1.1    Etion - delete section reference.

303.1    At each use group change "use groups" to "uses".

304.1    Add "be" between "not" and "limited".

Also:    Delete "etc." at the end of "professional services".

Also:    Delete the comma between "Airport" and "traffic".

302.1    Delete "fire" between "relative" and "hazard".

306.2    Add "classified" between "be" and .

Also:    Add "shall" between "and" and "ludes".

Also:    Delete "s" at the end of "includes

307.1    Add the last sentence of the first aragra BC 307.1.6 to the end of 307.1.1.

Estepp Assignment:

Use Estepp definitions fo erosol.

Estepp reported on idize ssignmen

Fluer attemptd t ocus the n his request. No changes resulted.

nge " 5".

307.7    3-D or 7.7(1) or 307.7(2)".

NOT e 307.(1) to 307.7(1) and 307.8(2) to 307.7(2) throughout.

307.9    Change " o "414.0".

307.9    Item 2 ange "417.2" to "414.2".

I 6 Change "417.2.1" to "414.2.1".

At the end of Item 16 change "307.9(1)" and "307.9(2)" to "307.7(1) and 307.7(2)" respectively.

308.3 and 308.4    Change to be consistent with "5 or more".

308.3.1    Delete "for any length of time"

2

ICC-CR073065

308.4            A   Estepp reason.

308.4.1 through .5      Change Roman numerals to Arabic.

Also: 308.4.1 Last line change the beginning to "A Condition 1 facility..."

305.5.1         Change to 308.5.1

305.5.2         Change to 308.5.2

308.5.2         Add "Type A" definition from Anderson handout from Denver.

310.1           Under R4 change "310.1" to "310.2

Also: Delete "(see Section 310.5) on the last line.

## SECRETARIAT ASSIGNMENT NO. 1

311.2 and 311.3      Staff to change format to same as use groups.

Also:   Revise Note to read    6.5".

Table 313.1.2  Change footnote 1 by adding    "but" and "not".

George made a motion to change the A-2, 3 and 4 entries to be similar to UBC Table   Motion lost.

IV.   Review of Chapter 4 as completed in San Diego

ange "    Division I occupancy" to "Use group R1".

402.4            711.0"

## SECRETARIAT ASSIGNMENT NO. 2

402.4.1, 402.7 Reference to UBC types of construction should be correlated with Chapter 6 types of construction.

Also:  402.6  Correlate section references.

402.9  Correlate fire suppression.

402.15 Change "5.14.1 through 5.14.8" to "402.15.1 through 402.15.5".

402.15.4.1     Indent

402.15.5       Change "with approved recognized standards" to "with UL 1975 as listed in Chapter 35".

ICC-CR073066

402.15.5.1 and .2     Add "foam" before "plastic".

403.1   Exception 1    Change "414.0" to "412.0".

Exception 2    Change "406.0" to "406.2".

Also:   Change "structures" to "garages".

Exception 3    Change "303.6" to "303.1".

Exception 4    Change "503.1.1" to ?

Exception 5    Change "418.0" to ?

NOTE: Revise each exception to end with "in accordance with..."

403.2   Change "906.2.1" to "903".

Exception 1    Change "structures" to "garages"

Also:   "406.0" to "406.2"

Exception 2    Change "919?" to "90?"

403.3   Change "906.2.1" to "90?".

Also:   Delete alternatively. A relationship general is needed.

403?    Change "9?" "907.1.6 ...8.7.1" to "907.1.4.1".

404?    Insert "...dance with Chapter 9 of this code" between "designed" and "...o".

Also:   ...e last two sentences.

404.4.2 through ...     Delete

Renumber 404.4.1 to 404.4

OVER ITEM 2     Send 404.4.2 through 404.4.6; 404.8 and 404.9; and 405.5.2 through 405.5.4 to Fire Safety Subcommittee and identify that the prescriptive language should be utilized unless smoke control for atria and other than atria can be accommodated by provisions under their purview. It should be noted that "Underground Building" is new.

Further editorial corrections to be done overnight and given to staff January 25, 1997 to implement.

4

ICC-CR073067

NOTE:    The remainder of Chapter 4 editorial review was assigned to committee members. Their comments were to be sent to the Secretariat for incorporation.

**Swimming Pools**

The committee debated again the plausibility of placing requirements for swimming pools in the code. Whether structural, barrier, plumbing, mechanical and electrical provisions should be included resulted in the committee choosing to place SBC 315 (barrier only) in the appendix so that the subject will be on the table during the hearing process.

**ASSIGNMENT NO. 1**    Myers will include smoke control in the highrise provisions and develop consistent language and determine appropriate locations amongst covered mall buildings, high rise, and underground buildings.

**CROSSOVER ITEM 3**    Send 414.5.1.1 and 414.5. Fire Safety Subcommittee to review for correlation with 911.

**V.    Review of Fireworks Occupancy Classifications**

Thornberry presented his information dated 6, 1997 covering pyrotronics.

Thornberry handout accepted, except as changed by

A.    Table 3-G in the UBC to be modified by adding "1.3G" after "fireworks" in entry 1 of the table.

B.    Delete the entries (material) under 307.3 of handout.

C.    ", storage from the underlined entry in 307.5 of handout.

**VI.    Review ments in San Diego**

Note: Assignment numbers are based on numbers established in the San Diego minutes.

Assignment No.    No action required per Estepp handout.

Assignment No. 2:    Estepp handout on aerosols accepted.

Assignment No. 3:    George handout using UBC language accepted.

Assignment No. 4:    Feid recommended elimination of the term from the IBC. No action taken at this time.

The committee recessed at 4:40 P.M. and reconvened at 8:04 A.M. on Saturday, January 25, 1996.

5

ICC-CR073068

Editorial Corrections for Chapter 3

| | |
|---|---|
| Page 9 | Change "Class II-A" to "Class III-A". |
| Page 10 | In the text following the second "2" on the page change "gaged" to "charged". |
| Page 12 | Add "Flammable liquid gases". Use UFC definition from Chapter 2, page 24, Sec. 207. |
| Page 17 | Under "toxic" add "(c)" at the beginning ___ ___ paragraph. |
| Page 12 | Under "Flammable gas" ch___ ___ "13" to ___ |
| Page 12 | Delete "see article 90, Sta___ ard a.4.___ |
| Page 12 | Change "nationally recogn___ ___dards" to "ASTM E681 as listed in Chapter 35". |
| Page 21 | Item 16 - Change "417.2.1" to "41___ |

Chapter 4

Mary explained her hand___ t which ___ as dev___ ___ver night which was a substitution for H-5. H___ dout w___ accepted___

Drying rooms - A___ pt Estep ___ andout.

Thornberr___ ___velop a ___ ___n heat and smoke vents.

Ass___ ___lo. 4 - ___ ___apter 6 in IBC Format

___ ___elate... ___ ___p of page 2.

Add "w___ ___ee places.

Delete la___ sentence and laundry list in 602.1.

Repl___ 602.1.1 with second paragraph of UBC 601.1.

___vise Note 1 to Table 601 to reflect '97 UBC.

Table 601 - Change "construction" in "roof" and "floor" to "assemblies".

**VII. Review of Chapter 5 and 6 (Draft 1)**

Chapter 5

6

ICC-CR073069

MCG staff to accomplish the following:

Battles to provide new numbers which do not include esoteric increases.

Round resulting per floor areas to next highest 500.

Do matrix with total building volume in mind.

Modify the Myer's proposal to include H-4 and H-5 height and area increases for sprinkler.

Develop matrix showing each MCG Type of Construction and Occupancy which was used for the development of the 503 worksheet so that the process can be followed by others.

Add BCMC numbers in Table.

Chapter 5  [Going through draft dated January 20...

| | |
|---|---|
| 503.1 | Change "occupancy" to "use. |
| 503.1.2 | Change "structure" to |
| 508 | Delete |
| 504.2 | Change "H" to "H-1, H-2 or H-3". |
| 503.1.2 | Change "508..." to "406..." |

**ASSIGNMENT NO. 2** and Christ - Look at MCG's allowable area and height for parking garages and make recommendation for Table 40... also to look at 508.3.2 unlimited area.

506.3    Change "H" to "H-1, H-2 or H-3".

**VIII    Crossover Assignments Requests from/to Other Committees.**

The list attached to the minutes was reviewed.

**Solicitation of Interested parties to Provide Written Comments on Draft**

Chairman Chudy extended the opportunity to the attendees to submit any written comments so that they may be reviewed in this forum before the working draft is finalized.

**X.    Assignments for Next Meeting**

The secretariat, crossover and committee assignments are shown throughout the minutes.

7

ICC-CR073070

## XI. Other Business

No other business came before the committee.

## XII. Next Meeting

The next meeting is scheduled in St. Louis, Missouri February 28-March 1, 1997. Details will follow.

## XIII. Adjournment

The meeting adjourned at 2:00 P.M. on Saturday, ̶ ̶ ̶ary 25, 1̶ ̶ ̶

## XIV. Committee Members

Daniel Chudy (ICBO); City of Riverside, Califor̶ ̶ ̶ ̶ ̶airman
Gregori Anderson (SBCCI); Chatham County, G̶ ̶
Ronald Estepp (BOCA); Hillsborough Townsh̶ ̶, New̶
Lon Fairless (ICBO); City of Carrollton, Texas̶
Jeffrey Feid (BOCA); Town of Normal, I̶ ̶
Gerald George (ICBO); Central City, ̶ ̶ ̶ora̶
Kenneth Greene (SBCCI); City of ̶irmingh̶ ̶,
Paul Myers (BOCA); City of Ci̶ ̶nnati, O̶io
Christ Sanidas (SBCCI); Ora̶ ̶County ̶lorida

Members Absent

Jef̶ ̶ ̶Feid

Sta̶ ̶

Dennis ̶ ̶ ̶CBO: ̶ ̶ ̶er, California -- Secretariat
Joh̶ ̶attles, ̶ ̶ ̶irmingham, Alabama
̶ ̶m Frost, BO̶ ̶ ̶ ̶y Club Hills, Illinois
Bill Wall, ICBO; ̶ ̶ ̶s City, Missouri

### GUESTS

| ̶ ̶ame | Representing |
|---|---|
| ̶ ̶ ̶ello, John | Compressed Gas Association |
| Bielen, Richard | NFPA |
| Endthoff, Gene | NFSA |
| Fluer, Larry | Fluer, Inc. |
| Francis. Sam | AF & PA |
| Gewain, Richard | Hughes Associates |
| Holland, Joe | Hoover Treated Wood Products |

8

ICC-CR073071

| Keith. Gregory | Boeing |
| McLaughlin, Pat | McLaughlin and Associates |
| Nienaber, Ron | ICBO Board |
| Rattan, Mary Eriksen | Eriksen-Rattan Associates |
| Skalko, Steve | Portland Cement Association |
| Thornberry, Rick | The Code Consortium, Inc. |
| Wills, Robert J. | American Iron & Steel Institute |



9

ICC-CR073072

Respectfully submitted,

_____        _____
Date                            Dan Chudy
                                Chairman

_____        _____
Date                            Dennis McCreary
                                Secretariat

_____        _____
Date                            Bill Hall
                                Reporter



10

ICC-CR073073

# Exhibit 4

## MINUTES OF THE INTERNATIONAL BUILDING CODE
## OCCUPANCY SUBCOMMITTEE
Renaissance St. Louis Hotel
9801 Natural Bridge Road
St. Louis, MO 63134
February 28 - March 1, 1997

I.  **Call to Order and Self-introductions**

   A.  Chairman Dan Chudy called the meeting to order at 8:10 a.m. Friday, February 28, 1997.

   B.  Chairman Chudy welcomed participants and called for self-introduction of committee members, staff and guests. For a list of attendees, s...

II. **Approval of Minutes from the San Antonio M...**

   The minutes of the January 24-25, 1997 meeting were approved as committee members had not received a copy.

III. **Review of the Chapter 3 (Draft 4)**

   Several editorial or corrective comments were received.

   Estepp brought up the firework use group classification and his feeling of lack of documentation to agree with an H-3 category. The committee consensus was that since both UBC and SBC '97 editions place fireworks storage in H-3 no changes were made.

   Fluer pointed out a list of the use group separations and discussed specifically the H vs which the committee members were canvassed concerning their opinion concerning focusing on the H's. The BCMC report was viewed as being relatively current. Fluer has the uses which used to make any changes.

   Table 313.1.1 Add a column and row for I-4 and use same as E.

   Add R-4 to the R-3 column and row.

IV. **Review of Chapter 4 as Completed in San Antonio**

   No editorial or corrective comments were received.

**ASSIGNMENT NO. 1**   Feid to provide a complete listing of standards and their issue date.

**ASSIGNMENT NO. 2**   Chudy to collect and organize heliports and helistops.

ICC-CR073057

**V.** **Review of Smoke and Heat Venting Provisions of Chapter 4**

Smoke and Heat Venting:    Thornberry discussed his handout dated 2-10-97 (96-1101). Chapter 9 committee has the how and occupancy committee determine when.

4xx.1 followed by 4xx.3 is to be placed just before 415.3.

**VI.** **Review of 7 assignments made in San Antonio**

**VII.** **Review of Chapter 5 and 6 (Draft 2)**

Chapter 6

Fairless handout dated February 24, 1997 was ac        cept:

602.1          Leave "through 602.6".

Table 601, Note 3     Delete "be used" i

Fairless handout titled "PROPOSE  CHAN          R 6"

Item 1 - Accepted

Item 2 - Table 601     Ch    e "Floo   semblie   and "Roof assemblies" to "Floor    ruction"         onstruction".

        ready a         ed.

Item 4          less edi         out as basis.

        Revis         al frame" to "construction".

        Also: add         ry/Industrial (F-1)" at the beginning.

        Also: ch    ge "occupancies" to "use groups".

        Al    Delete "20 feet or higher" at beginning.

        Also:   Add "In Type I and Type II construction fire-retardant-treated wood shall be permitted in buildings not over two stories including the girders and trusses as part of the roof construction." as a third paragraph.

        Also:   Make existing last sentence the second paragraph.

        Also:   Delete "In other than Type I construction" at the beginning of the second

2

ICC-CR073058

sentence.

Item 5 - Accepted

Add new section: "603 Combustible materials in Type I and II construction"

Also: Move all of Note 6 from Table 601 to Section 603.

Thornberry handout dated 2-10-97 (96-1201) accepted with revisions as follows:

Page 2: Add a new row entitled "Bea___g Wall___ ___wn on handout.

Page 3: Change footnote "12" to ___.

Table 601    Delete second row dealing with t___ ___struction.

Table 602 -  Frost Handout - Delete table in dra___ ___ with table in handout.

Also: Change title by adding "Bearing and Nonb___ ___ween "For" and "Exterior".

Also: Add footnote 5 two ___ces in ___ ___ ___Use group R-3 shall not be required to have a ___re-resist___e rati___ ___e at the number 1 in the right column in the ___ ___0' and ___ 10'-30'___ow.

Also: Add "Fire" ___fore "se___ation".

602___ ___dd "exte___ ___ are of ___ ___stible materials and the interior" between ___ ___" and ___ ___" in the first line. Remainder to be per Fairless handout.

Interio___ ___

___Thom___ ___out dated 2-25-97 (97-0203) will be placed in 604.

VOLUNTEER ASSIGN___ ___    Thornberry, Hoover, Wills and Skalka will work on revisions based on feedback from committee.

___SOVER ITE___    Structural items related to interior partitions will be sent to the secretariat as a crossover item for structural sub-committee.

___pter 4 was reviewed again with section reference corrections and other cleanup work.

Meeting was recessed at 9:15 P.M. and reconvened at 7:05 A.M., Saturday, March 1, 1997.

Continuing the review of Chapter 4 Draft resulted in identifying that 416, 417 and 418 are missing and more specifically BNBC 417.2.1.

ICC-CR073059

Make sure BNBC 417.2 is placed after 414.2.

Also 414.2 - change "417.2.1" to "417.2".

**CROSSOVER ITEM**      Fire safety should be alerted to the removal of their Section 2607.15 which will be placed in Section 406.4.2 as a new item 3.

The issue of referencing ancillary codes i.e., fire, plumbing, mechanical needs to be decided by the steering committee or ICC Board of Directors

414      Search and replace "utilize", "utilized" and "utilizing" a___ ___pl__e with "use", "used" or "using".

Report on Assignment No. 1 accepted in princip___

Sec. 508.0      Accepted in general.

**ASSIGNMENT NO. 2**      Greene to infuse SBC Type ___ ___C Section 311.9.

Chapter 5

Two handouts were provided to pers___ ___ ___ ___

A.      Proposed Table 503 prep___ed by W___ whic___ ___modification from the proposed Table 503 w___ ___ was m___ed prior ___ ___ the meeting. The modification used the three story ___ ___ation ___ ___ch BCM___uses. This results in larger per floor areas more in line ___ ___th the ex___ng code ___lues.

B.      ___roposed ___ ___ by Fra___ ___ further modifies the Wall handout. This ___ ___dout is ___ary to tha___ which Francis intends to recommend at the ___ ___o meet___

**VIII.**    **Cros___ ___ ___ents R___ ___ts from/to Other Committees.**

**IX.**    **___icitation of ___ ___parties to Provide Written Comments on Draft**

**X.**    **Assignments fo___ ___ext Meeting**

**___**    **Other Busi___ ___**

___ Venting:      Thornberry discussed his handout dated 2-10-97 (96-1101) and the chairman will put on the agenda for next meeting when further work is accomplished.

**XII.**    **Next Meeting**

The next meeting is scheduled in Orlando, Florida, March 21-22, 1997. Details will follow.

4

ICC-CR073060

## XIII. Adjournment

The meeting adjourned at 4:00 P.M. on Saturday, March 1, 1997.

## XIV. Committee Members

Daniel Chudy (ICBO); City of Riverside, California -- Chairman
Gregori Anderson (SBCCI); Chatham County, Georgia
Ronald Estepp (BOCA); Hillsborough Township, New Jersey
Lon Fairless (ICBO); City of Carrollton, Texas
Jeffrey Feid (BOCA); Town of Normal, Illinois
Gerald George (ICBO); Central City, Colorado
Kenneth Greene (SBCCI); City of Birmingham, Alabama
Paul Myers (BOCA); City of Cincinnati, Ohio
Christ Sanidas (SBCCI); Orange County, Florid

<u>Members Absent</u>

None

<u>Staff Support</u>

Dennis McCreary, ICBO; Whitti, California -- S
John Battles, SBCCI; Birmingham, Alabama
Tom Frost, BOCA; Country b Hills, Illinois
Bill Wall, ICBO; Kansas y, Misso



GU S

Na epresenting

| Anicell | C/Gases/CGA |
| Bor g, Del | AISI |
| dthoff, Gene | NFSA |
| Fluer, Larry | Fluer, Inc./CGA |
| Ford, Ken | NAHB |
| Francis, Sam | AF& PA |
| Gewain, Rich d | Hughes Associates, Inc. |
| Holland | Hoover Treated Wood Products |
| gory | Boeing |
| ersmith, Jim | PCA |
| Nickson, Ron | NMHC/NAA |
| Rattan, Mary | Eriksen-Rattan Associates |
| Skalko, Steve | Portland Cement Association |
| Tepe, Jerry | BP & R |
| Thornberry, Rick | The Code Consortium Inc. |
| Wills, Robert | AISI |

5

ICC-CR073061

Respectfully submitted,



_____
Date

_____
Dan Chudy
Chairman

_____
Date

_____
Dennis McCreary
Secretariat

_____
Date

_____
Bill Hall
Reporter

6

ICC-CR073062