IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

INTERNATIONAL CODE COUNCIL
INC.,

        Plaintiffs,

        v.

NATIONAL FIRE PROTECTION
ASSOCIATION, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 02C-5610

Judge Rebecca R. Pallmeyer

KC **FILED**
APR 0 5 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DECLARATION OF PAUL K. HEILSTEDT

Pursuant to 28 U.S.C. Section 1746, I, Paul K. Heilstedt, declare and state as follows:

1.     My name is Paul K. Heilstedt. I am over eighteen years of age, and am competent to testify in this matter. The statements contained herein are based on my personal knowledge and my review of the pertinent business records of the International Code Council, Inc. ("ICC") and Building Officials and Code Administrators International, Inc. ("BOCA").

2.     From September 18, 1969 to January 31, 2003, I was an employee of BOCA. I served as the Chief Executive Officer of BOCA from October 1, 1993 to January 31, 2003.

3.     From 1994-2000, I served rotating terms as the President, Vice President, and Treasurer of ICC, having served as ICC President for the years 1994, 1995, and 1998.

4.     ICC is a non-profit corporation whose principal activities consist of developing and publishing national model codes, which are used by states, municipalities, architects, engineers, designers, contractors, and others. These codes protect the public health, safety, and welfare by establishing national standards.

5. ICC was formed in 1994 to facilitate cooperation among three existing national code writing organizations: BOCA, the International Conference of Building Officials ("ICBO"), and the Southern Building Code Congress International, Inc. ("SBCCI"). BOCA, ICBO, and SBCCI (collectively, the "legacy organizations") all have a long history of creating model codes, although each organization focused on different regions of the country. The operating assets of the legacy code organizations have been merged into ICC, and those organizations have transferred all intellectual property rights to ICC.

6. In 1994, through their cooperative efforts -- and with assistance from ICC -- BOCA, ICBO, and SBCCI began developing a single set of comprehensive national codes for the built environment. The first model building code produced by these efforts was the International Building Code ("IBC") 2000, which was published in March 2000.

7. ICC (like the legacy organizations) is a membership organization that operates under a Board of Directors. ICC often acts through its members.

8. To develop the IBC, the ICC Board of Directors formed a steering committee and five technical subcommittees.

9. Each legacy code organization appointed three representatives of member governmental jurisdictions to serve on each technical subcommittee. Those appointments were ratified by the ICC Board. The subcommittee members were members of the legacy code organizations, and the large majority of subcommittee members, were voting members of those organizations.

10. ICC determined the chapters of the IBC on which each subcommittee worked, and retained the right to shift assignments among the various committees. See Exhibit A, CP #7-1996, Policy Re: Committees and Members, ICC-CR022141-44 at 4, § 8.1, 8.3. This document

was approved by the ICC Board. See Exhibit B, Meeting Minutes, ICC Board of Directors, Apr. 21-22, 1996 (ICC 004978-005003), § 6.1.1.3. This document applied to IBC subcommittees. See Exhibit C, July 22, 1996 letter from Kenneth M. Schoonover to James R. Lowery, Jr.

11. The Board, through delegation to the Steering Committee, exercised its authority to shift the responsibility for certain IBC chapters from one subcommittee to another. This practice is reflected in a January 2, 1997 memorandum from Rick Vognild to IBC Subcommittee Chairman and Secretariats, and in an attached chart entitled "IBC Subcommittee Reassignments." These documents are attached as Exhibit D.

12. The code development process was subject to a strict timetable established by staff members, ratified in turn by the steering committee, and then approved by the ICC Board.

13 ICC published a Working Draft of the IBC in May 1997. Following the publication of the Working Draft, ICC held a series of public hearings and meetings. These hearings and meetings took place at times and locations selected by the ICC Board with the advice and recommendations of the legacy code organizations' CEOs.

14. I have reviewed Paragraphs 4-19 of the Declaration of Michael J. Pfeiffer, and, based on my personal knowledge, I agree with the statements contained therein.

15. The document attached hereto as Exhibit A is a true and correct copy of ICC policy statement CP #7-1996.

16. The document attached hereto as Exhibit B is a true and correct copy of Meeting Minutes, ICC Board of Directors, Apr. 21-22, 1996. (ICC 004978-005003).

17. The document attached hereto as Exhibit C is a true and correct copy of a July 22, 1996 letter from Kenneth M. Schoonover to James R. Lowery, Jr.

18.     The documents attached as Exhibit D are true and correct copies of a January 2, 1997 memorandum from Rick Vognild to IBC Subcommittee Chairman and Secretariats, and a chart entitled "IBC Subcommittee Reassignments."

19.     The documents attached hereto as Exhibits A-D are all business records of ICC and/or the legacy code organizations, that were created in the ordinary course of business, and have been maintained in the ordinary course of business.

I DECLARE UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Executed this 1st day of April, 2005

Paul K. Heilstedt

4

# Exhibit A

ICC-CR022141

The work of the International Code Council (ICC) depends upon the activities and work product of volunteer committees. This policy sets forth general guidelines for the establishment and operations of these committees in accordance with the ICC Bylaws.

## CP #7-1996

## POLICY RE:
## COMMITTEES
## AND
## MEMBERS

### 1.0 General

1.1 **Board of Directors Authority:** Under Article V of the Bylaws, the Board of Directors of the International Code Council (ICC Board) has general charge of the affairs of the Corporation and is authorized to establish committees as occasion may require and to define the structure, powers and duties of those committees.

1.1.1 Pursuant to Article IX of the Bylaws, the ICC Board issues the following policy which it may amend, waive or supplement, in whole or in part, at any time or times at its discretion.

1.2 **Appeals:** Persons who have directly and materially affected interests and who have been or will be adversely affected by any substantive or procedural action or inaction by an ICC committee shall have the right to appeal in accordance with Council Policy #1.

### 2.0 Establishment of Committee

2.1 **Request:** Any person, organization or existing Committee may request the ICC Board to establish a Committee to address any issue of proper concern to the ICC.

2.2 **Staff Liaison:** Following approval of the establishment of a Committee by the ICC Board, a Staff Liaison shall be appointed by the President of the ICC (President) and shall:
1. prepare a scope and objectives statement for the committee,
2. prepare a suggested list of interests appropriate to be represented on the committee, and
3. accumulate all available resource material for committee consideration at its first meeting.

2.3 **Life of Committees:** Each committee shall continue until discharged by the ICC Board or consolidated with another committee.

2.4 **Transaction of Business:** Except as otherwise provided in this policy, the organizational Bylaws or in other Council policies, Robert's Rules of Order shall govern the transaction of business at committee meetings.

### 3.0 Staff Liaison Role

3.1 **Duties:** The President shall appoint a Staff Liaison to each committee who, in addition to performing the functions stated in Section 2-2 for new Projects shall:

ICC-CR022141

ICC-CR022142

**CP #7-1996**

**POLICY RE:** **COMMITTEES AND MEMBERS (continued)**

1. serve in an advisory capacity to each assigned committee and assist the committee to achieve the committee's compliance with this policy;
2. on instruction and guidance from the committee, prepare necessary text and recommendations;
3. coordinate the text of documents for which the assigned committee is responsible with the text of other documents to avoid, insofar as practicable, conflicts and duplication;
4. be responsible for the editorial treatment of the document's text and recommendations;
5. attend meetings of the committees when possible;
6. keep the applicable officer(s) of each committee informed concerning changes in committee personnel, availability of meeting dates and places, and the like;
7. perform such functions as may be stated in the policy or assigned by the President,
8. prepare each committee report, if any, for publication; and
9. prepare any comments received on a committee report in a form suitable for committee consideration.

## 4.0 Committee Membership

**4.1 Appointment of Members and their Tenure:** The Chairperson, Vice Chairperson (if any), and other members of each committee shall be appointed by the ICC Board.

All appointments shall be for a one-year term from January 1 to December 31. Those members who consistently fail to attend meetings, neglect to return ballots, or otherwise exhibit lack of interest, knowledge, or responsibility may be removed by the Chairman of the ICC Board for the stated causes at any time.

At the time of appointment each person shall be advised of their status on the committee as a member or an advisory member.

**4.2 Announcement:** The committees on which appointments are available and to be made shall be publicized and an announcement made that applications are being received.

**4.3 Application for Membership:** Each candidate for committee membership shall submit statements indicating the following:

1. evidence of knowledge and competence in the work of the committee;
2. assurance of ability to participate actively in the work of the committee including responding to correspondence and attendance at committee meetings;
3. relationship of applicant to the scope of the committee;
4. what organization, company, etc., the nominee would represent;
5. whether the applicant would have an instructed vote and, if so, by and on behalf of whom; and whether the organization, in instructing its representatives, can meet the time constraints imposed by the committee objectives;
6. what person or organization would fund participation; and
7. agreement to notify the office of the President of a change in employment.

**4.4 Appointment:** Appointment to a committee shall be based on:
1. qualifications of the applicant,
2. limiting the size of each committee to a manageable working group, and
3. maintaining balance of interests within the membership of each committee.

**4.5 Representation of Interests:** A committee member shall withdraw from and take no part in those matters with which he has a financial, business, property or personal interest. The

ICC-CR022142

ICC-CR022143

**CP #7-1996**

**POLICY RE:     COMMITTEES AND MEMBERS (continued)**

committee member shall not participate in any committee discussion on the matter or any committee vote. Violation thereof shall result in the immediate removal of the committee member from the committee. A committee member shall not represent himself as an official or unofficial representative of the ICC or the committee except at a regularly convened meeting of the committee. All requests for a committee member's views or interpretations as a member of this committee are to be submitted to the offices of the President.

4.6   **Members Changing Employment:** When a Member changes employment, his membership on the committee automatically terminates. The Member changing employment may request reappointment to the committee by submitting a new application for membership. The new business interest and affiliation of the applicant and his or her new classification shall be considered by the ICC Board when reviewing the new request for membership.

## 5.0   Calling Committee Meetings

5.1   **Establishing Committee Meeting Dates:** Committee Chairpersons shall call meetings at such times as may be necessary and convenient for the transaction of business. Prior to issuing a call for such a meeting, the Chairperson shall consult with the President and staff liaison to be apprised of other committee meetings or other scheduled events which may affect attendance at the proposed meeting.

5.2   **Distribution of Agenda:** The Chairperson shall have distributed to the committee an appropriate agenda at least 14 days in advance of the date for which a meeting is called, or at such a time interval prior to the meeting as the membership of the committee may earlier agree. A copy of this agenda shall be forwarded to the President.

## 6.0   Attendance and Participation at Committee Meetings

6.1   **Attendance:** Attendance at Committee meetings shall be open except as otherwise restricted by direction of the Board.

6.2   **Participation:** Participation in the meetings of a committee shall be limited to Committee Members and the Staff Liaison, except that a guest may address the committee on a subject relevant to items under consideration provided due notice of this intent is received by the Chairperson at least ten days prior to the meeting. The ten day notice may be waived by the Chairperson. The Chairperson shall designate the time allotted for any such participation.

If a committee member cannot attend, a representative designated by the member may be sent to express the views of the absent member, but the representative shall not vote.

## 7.0   Committee Reports

7.1   **Restricted Publication:** Committees shall not issue reports or release documents developed by the committee except as herein provided:

1.   During the development of such material, the distribution of background material, analyses and tentative or draft reports shall be limited to the members of the responsible committee, the membership of cooperating committees and others whom the committee specifically desired to receive such drafts. When a committee, by majority vote, authorizes distribution of drafts to secure comment and assistance, specific notices as to their status as committee working papers shall be included.

*3*

ICC-CR022143

ICC-CR022144

**POLICY RE:**     **COMMITTEES AND MEMBERS (continued)**

2.    When the reports or documents are judged to be in form for consideration, they shall be submitted in the form prescribed in their scope and objectives statement.

7.2 **Minutes of Committee Meetings:** Minutes of each committee meeting shall be recorded in the form approved by the committee and issued to committee members without undue delay by the Committee Chairperson, or a duly-appointed individual acting at the direction of the Chairperson. No other minutes shall be authorized. Verbatim transcriptions of committee meetings made by tape recorders, stenotype machines, or other means shall not be permitted unless authorized by the Chairperson.

Minutes shall, as a minimum, record the time and place of committee meetings, names of persons attending, and a summary of actions taken. Minutes shall be approved by the committee.

7.3 **Scheduling:** Each committee shall submit a report to the ICC Board, at least annually. The report shall reflect the status of the assignments placed before that committee.

8.0 **Activities of Committees**

8.1 **Scope of Work:** The work of each committee shall be:

1.    in accordance with the committee's scope and objectives statement,
2.    in accordance with any instructions subsequently issued by the ICC Board, and
3.    consonant with the objectives of the ICC.

8.2 **Document Content:** Each committee shall, as far as practicable, prepare documents in terms of required performance — avoiding specifications of materials, devices, or methods so phrased as to preclude obtaining the desired results by other means. It shall also base its recommendations on one or more of the following factors; namely, fire experience, research data, engineered fundamentals, or other available information.

8.3 **Intercommittee Coordination:** Any committee dealing with a subject that falls within the primary charge of another committee shall coordinate its activities with the committee having primary jurisdiction and shall avoid conflicts and minimize duplication. Questions of jurisdiction between two or more committees shall be subject to review by the Board.

8.4 **Liaison with Staff:** Each Committee Chairperson shall keep the Staff Liaison fully informed on the work of the committee, coordinate meeting dates with the Staff Liaison, and supply the Staff Liaison with copies of all the committee material (e.g., agenda, resource material, minutes, ballots, reports, and correspondence).

9.0 **Committee Voting Procedures**

9.1 **Voting Privileges:** All members except advisory members shall have voting privileges. Each eligible voting member, duly-appointed and serving on the committee, including the Chairperson and Vice Chairperson (if any), shall have one vote in the affairs of the committee on which the member serves.

9.2 **Voting by Proxy:** Voting by proxy shall not be permitted.

9.3 **How Members May Vote:** Each member shall record his opinion as "affirmative", "negative", or "not voting".

*4*

ICC-CR022144

# Exhibit B

# MEETING MINUTES

# BOARD OF DIRECTORS
# INTERNATIONAL CODE COUNCIL

## April 21-22, 1996
## Hyatt Regency Hilton Head
## Hilton Head, South Carolina

## 1.0 CALL TO ORDER AND ROLL CALL

1.1 Chairman Greene called the meeting to order at 8:05 a.m.

1.2 Mr. Tangye called the roll. The following ICC Board members were present:

Larry Bell (SBCCI)
Joseph A. Cirillo, RA (BOCA)
Bob Fowler, FAIA,PE,CBO (ICBO)
Jan P. Gasterland, CBO (ICBO)
Gale Graves, CBO (SBCCI)
Raymond H. Greene, PE (BOCA)

Henry L. Green (BOCA)
Michael Perrone, CBO (BOCA)
Ron Perkerewicz, CBO (ICBO)
Jimmy Pollard, CBO (SBCCI)
George E. Walker, CBO (SBCCI)
Gene Zeller, PE, CBO (ICBO)

Other Model Code Board Members:

Tom Anderson (ICBO)
Nick D'Andrea Jr., CBO (SBCCI)
Leo Belval (BOCA)
Edwin Berkel (BOCA)
Rod Blane (BOCA)
Jud Collins (BOCA)
William Duck, CBO (SBCCI)
Paul Edgerton (ICBO)
Roger Evans (ICBO)
Fred Herman (ICBO)
Ken Larsen (ICBO)
Robert Lemon (BOCA)
Paul Meyers (BOCA)
Elmer Modde (BOCA)
Dan Nickle (ICBO)

Ron Nienaber (ICBO)
Alan Olson, CBO (ICBO)
John Pierce (ICBO)
Al Pinkstaff (BOCA)
Larry Richards (ICBO)
Emory Rodgers (BOCA)
Tim Ryan (BOCA)
Ray Schuller (ICBO)
John Schury (ICBO)
Steven Shapiro (BOCA)
Dominic Sims, CBO (SBCCI)
Tom Thompson, CBO (ICBO)
Tim Ward (SBCCI)
Ron Watts (ICBO)

ICC 004978

CONFIDENTIAL -
OUTSIDE COUNSELS'
EYES ONLY

1

recommendation for the next Board meeting. Action: ICC Officers — see also 6.1.6.1

Mr. Heilstedt requested a vote on one of the BOCA proposals. Motion carried to approve the BOCA proposal to revise 5.2 as follows:

**5.2 Committee:** The ICC Board shall appoint the Code Development Committees which shall consist of an equal number of representatives nominated by the ~~nine members to be appointed by the ICC Board, which members shall satisfy the following requirements: three of such members shall be Active Members of~~ Building Officials and Code Administrators International, Inc. (BOCA); ~~three of such members shall be Class A member designees of~~ the International Conference of Building Officials (ICBO), and ~~three of such members shall be Active Member representatives of~~ the Southern Building Code Congress International, Inc. (SBCCI). Action: ICBO — revise procedures

### 6.1.1.3 Ad Hoc Committees Policy

BOCA prepared a proposed policy (CP #7-1996) as response to several written requests to establish ICC ad hoc committees. Motion carried (8-4) to approve CP #7-96.

### 6.1.1.4 International Code Councils

Motion carried to table proposed CP # 8 until IFC is discussed under agenda item 6.1.4.

### 6.1.2 Code Change Hearing Schedule

No report.

### 6.1.3 International Building Code

### 6.1.3.1 Secretariat Report

Mr. Tangye explained differences between the two proposals: SBCCI proposes more committees and more code offficials on the subcommittees. Motion carried to accept the SBCCI proposal (see Attachment 6.1.3.1), with the steering committee composed of nine code officials, three from each model code group. To avoid confusion, the subcommittees will be known as "drafting" versus "development" subcommittees.

ICC 004984

### 6.1.3.2 IBC Development Process Proposal

Mr. Vognild reviewed the proposed schedules. Motion carried to refer the two proposed schedules to the IBC steering committee, with the following minimums: 1. include hard target dates, 2. at least two public hearing, 3. include publication dates, and 4. provide as much time as possible for public review. Chairman Greene stated there is no need for the steering committtee to submit the final schedule to ICC for approval; a report will suffice. Motion carried that meetings shall be open to any noncommittee persons as observers only, with committee materials put on table so they are readily available for review by observers. Motion carried to adopt procedures dated 11/17/95 (see Attachment 6.1.3.2).

7

CONFIDENTIAL -
OUTSIDE COUNSELS'
EYES ONLY

*[Secretary Note: Attachment 6.1.3.2 has been updated to reflect changes proposed by the IBC Steering Committee on June 19, 1996.]*

### 6.1.3.3 Integration of FEMA Natural Hazard Mitigation Activity

No action required on the letter from Jon Traw to Richard Krimm, Acting Associate Director for Mitigation, FEMA, regarding the matter of source documents and that the ICC Board unanimously voted to support the creation of a NIBS multi-hazard council to handle development of resource documents suitable for use by the ICC.

### 6.1.3.4 Performance Based Building Code

A letter from Mr. Ken Bland of AF&PA asked for a performance based International Building Code similar to the proposed International Fire Code. Mr. Fowler agrees that if time allows, ICC should follow the suggeston. Mr. Chubb suggested that a committee should look at this topic for recommendations, but didn't think trying to develop it now as a parallel project is feasible under the adopted time schedule, and others agreed. Motion carried to establish a committee to develop performance provisions that will address current prescriptive requirements, without delaying the IBC drafting procedure. Motion carried to designate ICBO as secretariat for the IBC Performance Criteria Committee. **Action: ICBO**

### 6.1.4 International Fire Code

### 6.1.4.1 Single Fire Code Meeting, Lexington, Kentucky, March 27-28, 1996

Mr. Bizal reported on the IFC meeting of March 27-28. Mr. Chubb asked that the scoping committee be changed to a steering committee, since the proposed IFCC has no responsibility for code development. Mr. Heilstedt suggested the scoping committee and drafting committee be all regulators, and that the timetable could be identified as tentative.

In discussions of proposed procedures for the International Fire Code Council, Mr. Bobby Williams expressed his opposition to certain aspects regarding the role of IFCC in code development, as found in proposed policy CP #8-1996, seeing the IFCC as responsible for every aspect of governing the IFC. Motion lost (3-5) to adopt CP #8, amended by revising 1.0 "and other such" after "development," revising 2.5 to add "and other" before services, and changing "shall" to "may" in 3.3. Mr. Tangye wanted to clarify that the IFCC does not have control over code development procedures, and Mr. Williams agreed. Motion carried to refer CP #8 back to the Officers for rewriting to reflect concerns and comments in this meeting and report at the next meeting. Mr. Traw expressed doubt that this can be accomplished "overnight", and suggested ICC may get more input from NFPA tomorrow. Motion to table further discussion on this item until the following day, April 22.

[Refer to agenda item 11.8.3 for actions affecting this item.]

CONFIDENTIAL -
OUTSIDE COUNSELS'
EYES ONLY

ICC 004985

Attachment 6.1.3.2
ICC Board Minutes
April 21-22, 1996

# INTERNATIONAL BUILDING CODE DRAFTING

## SCOPE, OBJECTIVES AND PROCESS

### 1.0 OBJECTIVE

The objective is to develop a final draft of the *International Building Code* for consideration of acceptance by the memberships of BOCA, ICBO and SBCCI.

### 2.0 SCOPE

The scope includes preparation of the FIRST DRAFT, the SECOND DRAFT and the FINAL DRAFT.

### 3.0 FIRST DRAFT                     ICC 004999

**3.1 Committees:** The committee structure for development of the first draft of the IBC consists of a Steering Committee, a Performance Criteria Committee, and five Technical Subcommittees.

**3.1.1 Steering Committee:** The Steering Committee is responsible for correlating and coordinating the work of the Technical Subcommittees and the Performance ~~Criteria~~ Committee.

The Steering Committee consists of 12 persons: three representatives from each model code groups (MCG) and one staff from each model code group.

**3.1.2 Technical Subcommittees:** The Technical Subcommittees are responsible for the chapters shown in Attachment A, based on the Common Code Format.

The Technical Subcommittees each consist of nine persons: three code officials from each MCG. Staff serves only in a supporting capacity.

**3.1.3 Performance ~~Criteria~~ Committee:** The Performance ~~Criteria~~ Committee is responsible for developing performance provisions for the International Building Code that will address current prescriptive requirements, without delaying the IBC drafting procedure.

The Performance ~~Criteria~~ Committee consists of 15 persons: three code officials and two professional representatives from each MCG. Staff serves only in a supporting capacity.

**3.2 Process:** The FIRST DRAFT will be developed in accordance with 3.2.1 through 3.2.8.

ICC\IBCDRAFT\PROGRAM:::6/19/96

1

CONFIDENTIAL -
OUTSIDE COUNSELS'
EYES ONLY

~~This can be single- or multi-tracked as deemed necessary~~.

**3.2.1 Resource documents:** The primary documents to be used in development of the *International Building Code* will be current editions of the BOCA *National Building Code*, the ICBO *Uniform Building Code*, the SBCCI *Standard Building Code*, including any approved amendments thereto, and approved BCMC reports.

**3.2.2 Development principles:** The Steering Committee establishes principles and guidelines for matters of style, arrangement and any other such non-technical matters as deemed necessary.

**3.2.3 Preliminary draft:** The Technical Subcommittees prepare a WORKING DRAFT of assigned chapters.

**3.2.4 Distribution:** The WORKING DRAFT is published and distributed to interested parties.

**3.2.5 Public hearing:** Public hearings held BCMC-style on the WORKING DRAFT.

**3.2.6 Revise draft:** The Technical Subcommittees revise the WORKING DRAFT based on public hearing input and forwards it to the Steering Committee.

**3.2.7 Approval of revised draft:** The Steering Committee addresses any necessary correlative issues and approves the WORKING DRAFT.

**3.2.8 Publication:** The WORKING DRAFT is assembled, edited, published and distributed as the *International Building Code, First Draft.*

## 4.0 FINAL DRAFT

ICC 005000

**4.1 Hearing Committees:** The committee structure for completion of the FINAL DRAFT will consist of five Hearing Committees responsible for considering and taking action on proposed changes to the FIRST DRAFT and the SECOND DRAFT at two public hearings. Hearing Committees will be assigned chapter groupings consistent with those of the Technical Subcommittees.

Each Hearing Committee consists of nine persons; three code officials from each MCG. Staff serves only in a supporting capacity. A Hearing Committee may include the same persons as a Technical Subcommittee.

**4.2 Process:** The FINAL DRAFT will be developed in accordance with 4.2.1 through 4.2.5. ~~This can be single- or multi-tracked as deemed appropriate.~~

**4.2.1 Proposed changes submittals:** The hearings on the FIRST DRAFT and the SECOND DRAFT will be scheduled so as to allow interested parties to submit proposed changes in advance of the hearings.

CONFIDENTIAL -
OUTSIDE COUNSELS'
EYES ONLY

2

**4.2.2 Hearing agenda:** The public hearings will consist of consideration by the Hearing Committee of proposed change submittals.

**4.2.3 Revise first draft:** The FIRST DRAFT will be revised based on actions taken by the Hearing Committee at the public hearings and forwarded to the Steering Committee.

**4.2.4 Approval of revised drafts:** The Steering Committee addresses any necessary correlative issues, approves the FIRST DRAFT. The FIRST DRAFT is edited and published as the SECOND DRAFT. The public hearing process is repeated and the Steering Committee addresses any necessary correlative issues and approves the FINAL DRAFT.

**4.2.5 Publication:** The FINAL DRAFT is edited and published as the *International Building Code, Final Draft.*

## 5.0 PERFORMANCE COMMITTEE AND TECHNICAL SUBCOMMITTEE MEETINGS

All meetings of the Performance Committee and Technical Subcommittees shall be announced in advance and observers shall be permitted to attend such meetings without any participation rights or opportunities. A set of materials made available to each member of the committee or subcommittees shall also be made available in the meeting room for use by the observers.

Staff members assigned to these committees shall be permitted to participate in committee discussions, but do not have voting rights.

**ICC 005001**

CONFIDENTIAL -
OUTSIDE COUNSELS'
EYES ONLY

# INTERNATIONAL CODE COUNCIL
## IBC DRAFTING COMMITTEES
Approved 4/21/96



**ICC Board**

**Steering Committee** (SBCCI Gen'l Secretariat)

**Performance Comm.** (ICBO)

**Format/ Editorial**

| General Subcomm. | Occupancies Subcomm. | Fire Safety Subcomm. | Means of Egress Sub. | Structural Subcomm. |
|---|---|---|---|---|
| 1 Admin<br>2 Definitions<br>12 Interior Envir<br>13 Energy<br>27 Electrical<br>28 Mechanical<br>29 Plumbing<br>30 Elevators<br>31 Spec Constr<br>32 Public ROW<br>33 Site, Demol<br>34 Existing Buildings<br>Approp Appendix | 3 Occup Class<br>4 Special Occup<br>5 Height & Area<br>6 Constr Types<br>Approp Appx | 7 Fire Resistance<br>8 Inter Finishes<br>9 Fire Protection<br>14 Exterior Walls<br>15 Roofs<br>Appx Fire Distr<br>Approp Appx | 10 Means of Egrs<br>11 Accessibility<br>Approp Appx | 16 Struct Loads<br>17 Tests, Inspects<br>18 Foundations<br>19 Concrete<br>20 Alloys<br>21 Masonry<br>22 Steel<br>23 Wood<br>24 Glass<br>25 Gypbd, Plaster<br>26 Plastic<br>Approp Appendix |
| SBCCI | ICBO | BOCA | BOCA | ICBO |

ICC 005002

CONFIDENTIAL -
OUTSIDE COUNSELS'
EYES ONLY

ICC\IBCDRAFT\PROGRAM:::6/19/96

4

## PROPOSED DEVELOPMENT SCHEDULE

### *INTERNATIONAL BUILDING CODE*

| Date | Activity | Int. | Remarks |
|------|----------|------|---------|
| May 96 | Steering Committee - First meeting | 0 | |
| Jun 96 | Steering Committee - Second meeting | +1 | |
| | **First Draft Development** | | Performance ~~Criteria~~ Committee meets in this period. Steering Committee meets as necessary to review all committee progress. |
| Aug 96 | Technical Subcommittees - First meeting | +3 | |
| Apr 97 | Technical Subcommittees - Last meeting | +11 | |
| May 97 | Publish Working Draft | +12 | |
| | *(3-month review)* | | |
| Aug 97 | BCMC-style Public Hearing on Working Draft | +15 | |
| Oct 97 | Subcommittee Revisions to Steering Committee | +17 | |
| Dec 97 | Publish *International Building Code, First Draft* | +19 | |
| | **Second Draft Development** | | <u>Proposed changes considered in accordance with Sections 3.0 thru 5.0 of the IBC Final Draft Development Process</u> |
| Feb 98 | Deadline for public submittals to First Draft | +21 | |
| Mar 98 | Publish First Public Hearing Agenda | +22 | |
| | *(2-month review)* | | |
| May 98 | Public Hearing on First Draft | +24 | |
| Jun 98 | <u>Revisions to Steering Committee</u> | +25 | |
| Jul 98 | Publish *International Building Code, Second Draft* | +26 | |
| | **Final Document Development** | | <u>Proposed changes considered in accordance with Sections 3.0 thru 7.0 of the IBC Final Draft Development Process</u> |
| Oct 98 | Deadline for public submittals to Second Draft | +29 | |
| Nov 98 | Publish Second Public Hearing Agenda | +30 | |
| | *(2 month review)* | | |
| Jan 99 | Public Hearing on Second Draft | +32 | |
| Feb 99 | <u>Revisions to Steering Committee</u> | +33 | |
| Apr 99 | Publish report on Public Hearing | +35 | |
| May 99 | Deadline for Challenges | +36 | |
| Jul 99 | Publish Challenge Agenda for Annual Meetings | +38 | |
| Sep 99 | Membership Action | +40 | |
| Apr 00 | **Publish *2000 International Building Code*** | +47 | **ICC 005003** |

CONFIDENTIAL -
OUTSIDE COUNSELS'
EYES ONLY

# Exhibit C

ICC-CR021920



# BUILDING OFFICIALS & CODE ADMINISTRATORS INTERNATIONAL, INC.

4051 WEST FLOSSMOOR ROAD
COUNTRY CLUB HILLS, ILLINOIS 60478-5795

Telephone 708/799-2300
Facsimile 708/799-4981

**OFFICERS**

*President*
JOSEPH A. CIRILLO. R.A.
Building Commissioner
State of Rhode Island

*Vice President*
HENRY L. GREEN
Executive Director
Bureau of Construction Codes
State of Michigan

*Secretary Treasurer*
MICHAEL A. PERRONE. C.B.O.
Director. Department of Building
& Housing
Borough of West Chester. Pennsylvania

*Immediate Past President*
RAYMOND H. GREENE. P.E.
Customer Services Director
Tulsa. Oklahoma

**BOARD OF DIRECTORS**

LEO BELVAL
Chief Building inspector
Manchester. Connecticut

EDWIN M. BERKEL. C.F.I.
Fire Marshal
Meriville Fire Protection District
St Louis Missouri

RODNEY A. BLANE. C.B.O.
Building & Zoning Officer
Rolling Meadows. Illinois

JUDSON W. COLLINS
Programs Supervisor.
Occupational Licensing Division
Oklahoma State Health Department

LEN C. KING. P.Eng.
Building Commissioner
Hamilton. Ontario Canada

ROBERT F. LEMON
Construction Official
Egg Harbor Township. New Jersey

ELMER J. MODDE
Building Official
Sterling Heights. Michigan

PAUL E. MYERS. C.B.O.
Assistant Director. Department of
Buildings and Inspections
Cincinnati. Ohio

ALAN J. PINKSTAFF. C.B.O.
Code Enforcement Research Coordinator
St. Louis County. Missouri

EMORY R. RODGERS
Inspection Services Division Chief
Arlington County Virginia

JAMES T. RYAN. C.B.O.
Assistant Code Administrator Inspections
Overland Park. Kansas

JOHN R. SCHURY
Building Commissioner
Matteson. Illinois

STEVEN I. SHAPIRO. C.B.O.
Director of Building Codes and Compliance
Hampton. Virginia

**STAFF**

*Chief Executive Officer*
PAUL K. HEILSTEDT. P.E.

July 22, 1996

James R. Lowery, Jr.
Senior Structural Engineer
Dept. of Environmental Management
Fairfax County Government
12055 Government Center Parkway
Fairfax, VA 22035-5504

RE: Travel expense reimbursement

Dear Mr. Lowery:

The travel expenses involved in your service on the International Code Development Committee to which you were appointed as a representative of BOCA will be reimbursed by BOCA. Upon completion of the trip to a committee meeting, you will submit your expenses directly to BOCA (not to the International Code Council) for reimbursement.

Enclosed you will find the following information that will answer some of the questions you may have about travel expense reimbursement and committee service in general.

1.  Pamphlet entitled *Volunteer's Guide to BOCA Travel.*
2.  A supply of BOCA's expense reimbursement forms.
3.  ICC Policy regarding Committees and Members.

Also, as a token of my appreciation of your participation in this activity, I am enclosing an ICC pen and the new ICC lapel pin.

If you should have any questions about this information or your committee service, please feel free to contact me or the BOCA staff liaison to your committee.

Very truly yours,

Kenneth M. Schoonover, P.E.
Vice President, Codes and Standards

KMS/ke

Enclosures

cc: Robert McCluer

REGIONAL OFFICES

1245 South Sunbury Road. Suite 100 • Westerville. OH 43081-9508 • 614-890-3004 • Facsimile 614-890-9712
Bexne Centre Complex. 10330 E. 43th St.. Suite 200 • Tulsa. OK 74146-3609 • 918-664-4444 • Facsimile 918-664-4437
One Neshaminy Interplex. Suite 204 • Trevose. PA 19053-6938 • 215-638-0554 • Facsimile 215-638-4403
6 Omega Terrace • Latham. NY 12110-1004 • 518-782-1769 • Facsimile 518-782-2189

*Serving Government and Industry Since 1915*

ICC-CR021920

# Exhibit D

ICC-CR021958

*✗ Faxed to Fire Safety 1/13/97*



# International Code Council

### International Building Code Committee Correspondence

**RECEIVED**

JAN 06 1997

BOCA INTERNATIONAL, INC.

**Respond to:**   Rick Vognild, SBCCI      voice:   205/591-1853
900 Montclair Road          fax:      205/592-7001
Birmingham, AL 35213        e-mail: rvognild@sbcci.org

---

January 2, 1997

TO:     IBC Subcommittee Chairmen and Secretariats

RE:     Action Items from October 13 Steering Committee Meeting

At the last Steering Committee meeting, I was directed to furnish you with a variety of paper items shown in the following list:

1.   IBC Committee Progress Report form. You have already seen the form and are using it, so this is only a formality.

2.   Update of the reassignment chart. Please verify the entries that I have gleaned from Subcommittee reports submitted to date, and submit additions and corrections for the Steering Committee meeting on January 19.

✗ 3.   Examples of the nonmandatory language and suggestions for improvement. This was prepared by Ken Schoonover and distributed unofficially earlier. Anything you can do to clean up the draft text will be appreciated.

✗ 4.   Approved revisions to the IBC First Draft Development Principles. Quorum and voting paragraphs have been added as items 9 and 10.

✗ 5.   Clarification of the treatment of definitions in the working draft, in the form of a memo to you dated December 27, 1996.

Please distribute these items to your subcommittee as you see fit.

cc:  Performance Committee Chairman and Secretariat w/ attach.
Steering Committee w/o attach.

*Rick*

ICC-CR021958

ICC-CR021959

# INTERNATIONAL BUILDING CODE COMMITTEE PROGRESS REPORT

COMMITTEE:_____DATE:_____

1.   Work completed to date *(identify Chapters or Sections)*:

_____ % Complete

2.   Work remaining *(identify Chapters or Sections)*:

_____ % Remaining

3.   Future meetings planned or anticipated *(identify exact or approximate date and location)*:

4.   Provisions to be referred to another committee *(identify the provision, the committee to which it should be referred and the reason for referring it)*:

5.   Additional remarks *(if any)*:

Submitted by: _____

Print name: _____
IBC Steering--7/5/96

ICC-CR021959

# IBC SUBCOMMITTEE REASSIGNMENTS
## F = move From    T = move To

Case: 1:02-cv-05610 Document #: 96 Filed: 04/05/05 Page 24 of 25 PageID #:1122
ICC-CR021960

| SUBJECT | OK | CODE SECTION | | | SUBCOMMITTEE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | NBC | SBC | UBC | Genl | Occ | Fire | MOE | Stru |
| Drying rooms | | 2806.0 | | | F | | T | | |
| Shaft enclosures | | 2707. 2708 | | | F | | T | | |
| Fresh air intakes | No | | 2810 | | F | | | | T |
| Patio covers— design loads, footings | ✔ | | | App.3117, 3119, T.A31A | F | | | | T |
| Plastics chapter | ✔ | Ch. 26 | Ch. 26 | Ch. 26 | | | T | | F |
| Heavy timber description | ✔ | 2304 | | | | T | | | F |
| Spray-applied fireproofing | | 1705.12 | None | 703.4(6) | | | T | | F |
| Exceptions for rated glass block assemblies | | 2118.1 | | | | | T | | F |
| Draft stopping | | | 2305.2 | | | | T | | F |
| Fireplace and chimney provisions | | | | | | F | T | | F |
| Excavation and fill | | | | | T | | | | F |
| Protection of footings | | 1807.4 | | | T | | | | F |
| Occupancy-specific fire resistance ratings | | | | | | T | F | | |
| Material Standards (brick, clay, gyp, conc block, vermiculite, perlite) | | Ch.19-25 | 703.2-703.9 | 703.4(8,9,11-13) | | | F | | T |
| Construction document details | ✔ | 703.1-703.2 | None | 106.3.3-108.1 | | | F | | T |
| Corridor ratings | | 1011.4 | 704.2.3.2 | 1005.3.2.7 | | | F | T | |
| Combustible ducts, etc. in noncom. bldgs. | | 602.4.2-4.4 | 706 | | | | F,T | | |
| Combustible aggregates in fire rated assemblies | | 701.3.1 | | | | T | F | | |
| Definition of Protected Construction | ✔ | 702.1 | | | | T | F | | |

ICC-CR021961

ICC-CR021961

| Topic | ✓ | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|---|
| Definition of Fire Resistant Construction | ✔ | | | 207 | | T | F | | |
| Definition/criteria for "noncombustible" bldg material | | 704.4-4.1.2 | 202 | 215 | | T | F | | |
| Exterior wall ratings based on occupancy (exposure issues such as rating from both sides vs. one side only to be Fire Safety issue) | | 705.2,2.1,2.2,2.4 | T.600 | 503.2-503.4 | | T | F | | |
| Allowable opening size in exterior walls | | 705.3 | T.600 | 503.2.2 | | | F,T | | |
| Combustible interior trim | | Ch.8 | Ch.8 | 601.5.5 | | | F,T | | |
| Exterior walls fronting on street- allowable comb. matls | | 1406 | | 601.5.4 | | | F,T | | |
| Fire rating of exterior wall openings | | 706.3 | | T.5A,note5 | | | F,T | | |
| Fire (area separation) walls (except as noted below) | | 707 | | 504.6 | | | F,T | | |
| Fire walls (detached occupancy reqments) | ✔ | 707.1.1,1.2 | | | | T | F | | |
| Townhouses (classification only) | ✔ | 310.5 | 704.4 | | | T | F | | |
| Fire wall openings | | 708.2 | | 504.6.2 | | | F,T | | |
| Elevator frames exceptions to TOC | | | 701.5.1 | | | T | F | | |
| Mixed use fire separation options and ratings | | 313 | 704 | 302 | | T | F | | |
| Accessory occupancies | ✔ | 302.1.2 | 704.1.2 | 302.1 | | T | F | | |
| Residential partition rating reqment | ✔ | T.602 | 704.2.2.3, 704.3 | 601.5.22.2 | | T | F | | |
| Tenant partition reqments | ✔ | T.602,603.2 | 704.2.3.1 | 601.5.2.1, 601.5.3 | | T | F | | |
| Other laws and zoning | | 301.2 | | | T | F | | | |
| Location on property - A occupancy | | | | 303.3 | | F | | T | |
| Occupant load & posting - A occupancy | | | 40.11.2.1,.2 | 1002.2.1, 1002.3 | | F | | T | |
| Smoke control for malls, atriums, high rise | | 922 | 412-415 | 905 | | F | T | | |
| | | | | | | | | | |
| | | | | | | | | | |